

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

MARK BAIRD and

RICHARD GALLARDO,

 Plaintiff(s),

Case No. 2:19-cv-617 KJM AC

v.

XAVIER BECERRA , in his official
capacity, as Attorney General of the State
of California, and DOES 1-10,

 Defendant (s).

I, Amy L. Bellantoni, attorney for plaintiffs Mark Baird and Richard Gallardo, hereby

petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).

understand and consent to ECF Registration and Electronic Service as detailed below and I

have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | The Bellantoni Law Firm, PLLC |
| Address: | 2 Overhill Road, Suite 400 |
| City: | Scarsdale |
| State: | New York     ZIP Code: 10583 |
| Voice Phone: | (914) 367-0090 |
| FAX Phone: | (888) 763-9761 |
| Internet E-mail: | abell@bellantoni-law.com |
| Additional E-mail: | info@bellantoni-law.com |
| I reside in City: | Westchester County State: New York |

I was admitted to practice in the New York State Supreme Court Appellate Division, Second Department, on March 24, 1999. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this Court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Name:        Chris Cosca, Esq.

Firm Name:   Cosca Law Corporation

Address:     1007 7th Street, Suite 210

City:        Sacramento

State:       CA            Zip Code: 95814

Voice Phone: (916) 440-1010

FAX Phone:   (877) 440-1012

Email:       Coscalaw@gmail.com

Dated:       April 4, 2019   Petitioner:  /s/  Amy L. Bellantoni, Esq.
                                         Amy L. Bellantoni, Esq.

**ORDER**

IT IS SO ORDERED.


Dated:  April 29, 2019.

_____
UNITED STATES DISTRICT JUDGE