Case 2:19-cv-00617-KJM-AC   Document 5   Filed 04/10/19   Page 2 of 2

# RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)  
DATE: 4-18-19

NAME OF SERVER (PRINT): Jenice Rossner  
TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Will Greyson, Authorized Agent for Service

DOCUMENTS SERVED:  
SUMMONS and COMPLAINT, CIVIL CASE COVER SHEET  
ORDER SETTING STATUS (Pretrail Scheduling) Conference

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/29/19  
Date

Signature of Server: Jenice Rosner

Address of Server: 3104 O st #230, Sacramento, CA