1  COSCA LAW CORPORATION
2  CHRIS COSCA   SBN 144546
   1007 7th Street, Suite 210
3  Sacramento, CA 95814
   916-440-1010
4
5  AMY L. BELLANTONI
   THE BELLANTONI LAW FIRM, PLLC
6  2 Overhill Road, Suite 400
   Scarsdale, NY 10583
7  Telephone: 914-367-0090
   Facsimile:  888-763-9761
8  *Pro Hac Vice*

9  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br>             Plaintiffs,<br>      v.<br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>             Defendants. | **Case No. 2:19−CV−00617−KJM−AC**<br><br>**PROOF OF SERVICE OF ORDER OF JUDGE KIMBERLY J. MUELLER DATED APRIL 10, 2019 SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ATTACHMENTS ON DEFENDANT CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA** |

**PROOF OF SERVICE**

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, Amy L. Bellantoni, am employed in the City of Scarsdale, Westchester County, New York.  I am over the age eighteen (18) years and am not a party to the within action. My business address is 2 Overhilll Road, Suite 400, Scarsdale, New York 10583 1007 7th Street, Suite 210, Sacramento, California 95814.

On April 18, 2019, I served the foregoing document(s) described as ORDER OF JUDGE

1

PROOF OF SERVICE OF ORDER SETTING STATUS (PRETRIAL SCHEDULING)
CONFERENCE ON DEFENDANT XAVIER BECERRA

KIMBERLY J. MUELLER DATED APRIL 10, 2019 SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE on the interested parties in this action by placing [ ] the original [X] a true and correct copy thereof addressed as follows:

Attorney General Xavier Becerra
c/o (Will Greyson, Officer Authorized to Accept Service)
Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814

___ (BY MAIL) As follows: By placing the sealed envelope for collection and mailing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing an affidavit.

__X__ (PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on May 1, 2019 at Scarsdale, New York.

____ (VIA ELECTRONIC MAIL) As follows: I served a true and correct copy by electronic transmission. Said transmission was reported and completed without error.

Executed on August ____, 2014, at Long Beach, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (FEDERAL) I declare that I am admitted *pro hac vice* in this Court and directed that such service be made.

/s/ Amy L. Bellantoni, Esq.
Amy L. Bellantoni, Esq.

2

PROOF OF SERVICE OF ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE ON DEFENDANT XAVIER BECERRA