# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**MARK BAIRD , ET AL. ,**

V.                   **SUMMONS IN A CIVIL CASE**

**XAVIER BECERRA ,**

CASE NO:  **2:19–CV–00617–KJM–AC**

TO:  **Xavier Becerra**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Christopher Richard Cosca**
**Attorney at Law**
**1007 7th Street, Suite 210**
**Sacramento, CA 95814**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**MARIANNE MATHERLY**

CLERK

**/s/  L. Mena–Sanchez**

(By) DEPUTY CLERK

**ISSUED ON 2019–04–10 15:31:11.0** , Clerk
USDC EDCA

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 4-18-19 |
|---|---|
| NAME OF SERVER (PRINT)  Jenice Rossner | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify) : by Serving Will Greyson, Authorized Agent for Service

DOCUMENTS SERVED:
SUMMONS and COMPLAINT, CIVIL CASE COVER SHEET
ORDER SETTING STATUS (Pretrail Scheduling) Conference

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/29/19___
Date

Signature of Server

3104 O st #230, Sacramento, CA
Address of Server