XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller<br><br>Action Filed: April 10, 2019 |

In accordance with Eastern District Local Rule 144(a), by and through their undersigned counsel, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Xavier Becerra hereby stipulate and agree to extend the time within which Defendant may file and serve his response to Plaintiffs' Complaint, ECF No. 1, from May 9, 2019, to June 6, 2019.  There have been no prior stipulations extending the deadline.

IT IS SO STIPULATED.

Dated:  May 8, 2019

THE BELLANTONI LAW FIRM, PLLC

*/s/ Amy L. Bellantoni*
AMY L. BELLANTONI
*Attorney for Plaintiffs Mark Baird and Richard Gallardo*

Dated:  May 8, 2019

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

SA2019101934
13709847.docx

## CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Xavier Becerra**     No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on May 8, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 8, 2019, at Sacramento, California.

|  |  |
|---|---|
| Tracie L. Campbell | */s/ Tracie Campbell* |
| Declarant | Signature |

SA2019101934
13714437.docx