XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date: July 26, 2019<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Kimberly J. Mueller<br>Trial Date: None set<br>Action Filed: April 9, 2019 |

TO PLAINTIFFS MARK BAIRD AND RICHARD GALLARDO:

PLEASE TAKE NOTICE that on July 26, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Defendant Attorney General Xavier Becerra will and hereby does move under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Counts 5, 6, 7, 8, 12, 13, and 14 from Plaintiffs Mark Baird and Richard Gallardo's complaint.  The Attorney General moves for dismissal of these claims on grounds that each of these counts in Plaintiffs' complaint fails to state a claim for relief.  On the same grounds, the Attorney General also moves for an order dismissing corresponding allegations in Counts 9 and 10 that Plaintiffs' Fourth and Fourteenth Amendment rights were violated.  This motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and such other matters as may properly come before the Court.

In accordance with this Court's standing order, counsel for Plaintiffs and the Attorney General met and conferred by phone on May 23, 2019, in an attempt to resolve the claims that are the subject of this motion.  After a thorough discussion, counsel agreed that these claims remain in dispute, and that meet-and-confer efforts have been exhausted.

Dated:  June 6, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


*/s/ R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

SA2019101934
13765748.docx

2

# CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Xavier Becerra**     No.  **2:19-cv-00617-KJM-AC**

I hereby certify that on June 6, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 6, 2019, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2019101934
13803342.docx