XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, BRIEFING DEADLINES, AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:  Kimberly J. Mueller<br>Trial Date:  None set<br>Action Filed:  April 9, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Xavier Becerra (collectively, the Parties) hereby stipulate to, and seek a Court order granting, a continuance of the August 9, 2019 status conference and hearing on Defendant's motion to dismiss. After Defendant's counsel inadvertently scheduled a hearing on Defendant's motion to dismiss for a date not available to this Court for law and motion, this Court rescheduled the hearing, as well as a status conference, for August 9, 2019. ECF No. 11. Unfortunately, Defendant's counsel has a pre-planned vacation that conflicts with that hearing date.

The Parties propose rescheduling the status conference and hearing on Defendant's motion to dismiss for September 6, 2019 at 10 a.m. in Courtroom 3. Because Plaintiffs anticipate filing a motion for preliminary injunction, the Parties also propose setting the hearing for that motion for September 6, 2019 at 10:00 a.m. in Courtroom 3. With approval from the Court, the Parties have agreed to the following briefing and hearing schedule:

- July 8, 2019: Plaintiffs to file preliminary injunction motion.
- July 29, 2019: Plaintiffs to file opposition to Defendant's motion to dismiss.
- August 2, 2019: Defendant to file opposition to Plaintiffs' preliminary injunction motion.
- August 30, 2019: Parties to file joint status report, Plaintiffs to file reply in support of preliminary injunction motion, and Defendant to file reply in support of motion to dismiss.
- September 6, 2019, at 10:00 a.m.: Status conference and hearing on Plaintiffs' preliminary injunction motion and Defendant's motion to dismiss.

This briefing and hearing schedule advances the goal of judicial efficiency and ensures that Plaintiffs' counsel will not have to make an additional cross-country trip from New York for a status conference or hearing.

IT IS SO STIPULATED.

Dated:  June 21, 2019	/s/ Amy Bellantoni
AMY BELLANTONI
The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiffs Mark Baird and Richard Gallardo*

Dated:  June 21, 2019	/s/ R. Matthew Wise
R. MATTHEW WISE
Deputy Attorney General
*Attorney for Defendant Attorney General Xavier Becerra*

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the status conference and hearing on Defendant's motion to dismiss is rescheduled for September 6, 2019 at 10 a.m. in Courtroom 3.  The Court also approves the Parties' briefing and hearing schedule:

- July 8, 2019:  Plaintiffs to file preliminary injunction motion.
- July 29, 2019:  Plaintiffs to file opposition to Defendant's motion to dismiss.
- August 2, 2019:  Defendant to file opposition to Plaintiffs' preliminary injunction motion.
- August 30, 2019:  Parties to file joint status report, Plaintiffs to file reply in support of preliminary injunction motion, and Defendant to file reply in support of motion to dismiss.
- September 6, 2019, at 10:00 a.m.:  Status conference and hearing on Plaintiffs' preliminary injunction motion and Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated:  June __, 2019	_____
HON. KIMBERLY J. MUELLER
United States District Judge

SA2019101934
13838227.docx

# CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Xavier Becerra**          No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on June 21, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO CONTINUE STATUS CONFERENCE, BRIEFING DEADLINES, AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 21, 2019, at Sacramento, California.

| Tracie L. Campbell | */s/  Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2019101934
13850154.docx