CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
(914) 367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No. 2:19-CV-00617-KJM-AC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Fed. R. Civ. P. 65(a)]<br><br>Date:           September 6, 2019<br>Time:          10:00 a.m.<br>Courtroom:  3<br>Judge:         Hon. Kimberly J. Mueller<br>Trial Date:    None set<br>Action Filed: April 9, 2019 |

1

TO DEFENDANT XAVIER BECERRA, in his official capacity as Attorney General for the State of California:

PLEASE TAKE NOTICE that on September 6, 2019 at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Plaintiffs Mark Baird and Richard Gallardo will and hereby do move under Rule 65(a) of the Federal Rules of Civil Procedure for an order temporarily enjoining Defendant Attorney General Xavier Becerra and his agents, servants, employees, and those working in active concert with him, from enforcing and/or giving effect to California Penal Codes §26150, §26155, §26350, and §25850 as they relate to the open carriage of a firearm in public, whether loaded or unloaded, by law-abiding residents of California, including Plaintiffs, during the pendency of this action.

Plaintiffs bring this motion because Penal Codes §26150 and §26155 violate the preexisting right to the open carriage of a firearm in public for self-defense, a core right protected by the scope of the Second Amendment; Penal Codes §26350 and §25850 subject Plaintiffs to criminal prosecution, incarceration, fines, and penalties for lawfully exercising their Second Amendment right to the open carriage of a firearm in public for self-defense. The aforementioned statutes have caused irreparable harm to Plaintiffs and will continue to cause irreparable harm if Plaintiffs' motion is not granted.

This motion is based on this Notice of Motion and Motion for a Preliminary Injunction, the accompanying Memorandum of Points and Authorities filed in support, the supporting declarations of Amy L. Bellantoni, Mark Baird, Richard Gallardo, as well as any other exhibits attached thereto, all pleadings on file with in this action, and such other matters as may properly come before the Court.

In accordance with this Court's standing order, counsel for Plaintiffs and the Attorney General met and conferred by phone on May 14, 2019 and May 23, 2019, and in communications thereafter in an attempt to resolve the claims that are the subject of this motion. After a thorough discussion, counsel agreed that these claims remain in dispute, and that meet-and-confer efforts have been exhausted.

Dated: July 8, 2019                                         Respectfully submitted,


                                                            THE BELLANTONI LAW FIRM, PLLC


                                                             /s/ Amy L. Bellantoni, Esq.
                                                            Amy L. Bellantoni, Esq.
                                                            *Counsel for Plaintiffs*
                                                            *Pro Hac Vice*
                                                            abell@bellantoni-law.com