# The Bellantoni Law Firm, PLLC

2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090     fax (888) 763-9761

---

July 11, 2019

**VIA ECF**

Hon. Kimberly J. Mueller
United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

        Re:    Baird, *et ano* v. Becerra
                  Case No. 2:19-CV-00617-KJM-AC

Dear Judge Mueller,

     I represent the plaintiffs in the above-referenced matter. I write to request the opportunity to file an Amended Memorandum of Points and Authorities in connection with the plaintiffs' recently filed Motion for a Preliminary Injunction.

     The reason for the request is to comply with Your Honor's twenty (20) page limit on moving papers, which was exceeded by the initial memorandum filed. Counsel for defendant Matthew Wise, has graciously provided his consent to the within request based on our conversations earlier today.

     Should the Court grant this request, an Amended Memorandum of Points and Authorities limited to twenty (20) pages shall be filed forthwith.

     Thank you for Your Honor's consideration in this matter.

Respectfully,

*/s/ Amy L. Bellantoni*
Amy L. Bellantoni

*We do not accept service by fax.*