# The Bellantoni Law Firm, PLLC

2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090      fax (888) 763-9761

---

September 6, 2019

**<u>VIA ECF</u>**

Hon. Kimberly J. Mueller
United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

        Re:    <u>Baird, *et ano* v. Becerra</u>
                  Case No. 2:19-CV-00617-KJM-AC

Dear Judge Mueller,

      I represent the plaintiffs in the above-referenced matter.

      I write to inform the Court of the plaintiffs' intention to present the sworn testimony of one witness during the hearing on the plaintiffs' Motion for a Preliminary Injunction, which has been rescheduled on the Court's motion to Tuesday, October 8, 2019. By phone call yesterday, I informed defense counsel of the above intention.

      It is anticipated that the duration of the witness' direct testimony will be 30 minutes or less.

      Thank you for Your Honor's consideration in this matter.

Respectfully,

/s/
Amy L. Bellantoni, Esq.

cc:    Matthew Wise, Esq. (Via ECF)

*We do not accept service by fax.*