Case 2:19-cv-00617-KJM-AC   Document 23   Filed 09/09/19   Page 1 of 3

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6046
 Fax:  (916) 324-8835
 E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**DEFENDANT'S OBJECTION TO PLAINTIFF'S NOTICE OF INTENT TO PRESENT SWORN TESTIMONY AT THE HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**<br><br>Date: October 8, 2019<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: None set<br>Action Filed: April 9, 2019 |

On September 6, 2019, Plaintiffs' counsel filed a letter informing the Court of Plaintiffs' "intention to present the sworn testimony of one witness" at the October 8, 2019 hearing on their preliminary injunction motion.  ECF No. 22.  Plaintiffs' counsel noted that the witness's direct testimony would take thirty minutes or less and that she had met and conferred with defense counsel about this request.

Defendant Attorney General Xavier Becerra objects to Plaintiffs' request.  Eastern District Local Rule 231(d)(3), which addresses preliminary injunction motions, requires "[a]ll parties [to]

1

Defendant's Objection to Plaintiff's Notice of Intent to Present Sworn Testimony (2:19-cv-00617-KJM-AC)

inform the Court in their briefs . . . whether they desire to present oral testimony at the hearing. . . ." But when Plaintiffs filed their preliminary injunction motion, they failed to provide notice of their intent to present oral testimony at the hearing. *See* ECF Nos. 14, 14-1, 14-2, 14-3, and 18.  Nor have Plaintiffs, in any filing, confirmed their witness's identity, disclosed his qualifications and the nature of his testimony, or explained why testimony by written declaration would be inadequate.  Without such disclosures, Defendant cannot reasonably prepare to cross-examine Plaintiffs' witness or determine whether to call a rebuttal witness at the hearing.[1]

Plaintiffs' request to present the sworn testimony of a witness at the hearing on their preliminary injunction motion should be denied.

Dated:  September 9, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ R. Matthew Wise*

R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

SA2019101934
14085652.docx

---

[1] If required to call a rebuttal witness, Defendant may need to request to continue the hearing to accommodate that witness's availability.  Such delay—in addition to an unnecessarily prolonged hearing—would not serve the Court's interest in judicial economy.

# CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Xavier Becerra**      No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on September 9, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S NOTICE OF INTENT TO PRESENT SWORN TESTIMONY AT THE HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 9, 2019, at Sacramento, California.

|  Tracie L. Campbell  |  */s/ Tracie Campbell*  |
|  Declarant  |  Signature  |

SA2019101934
14087670.docx