CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
914-367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br> Defendants. | Case No.  2:19-cv-00617-KJM-AC <br><br> **REPLY DECLARATION OF MARK BAIRD IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:         October 8, 2019 <br> Time:         10:00 a.m. <br> Room:        3 <br> Judge:        Hon. Kimberly J. Mueller <br> Trial date:   None set <br> Action filed:  April 9, 2019 |

1

REPLY DECLARATION OF MARK BAIRD IFSO MOTION FOR PRELIMINARY INJUNCTION

**REPLY DECLARATION OF MARK BAIRD**

1. I, Mark Baird, am a plaintiff in the above-captioned matter. I submit this Reply Declaration in further support of the plaintiffs' motion for a preliminary injunction to enjoin California Penal Codes §26150, §26155, §26350, and §25850. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am over the age of 18 and a resident of Siskiyou County, located in the Eastern District of California. I am a law-abiding individual of good moral character, have never been charged with, summoned, or arrested for any violation of the California State Penal Code or any other criminal offense.

3. I possess firearms inside of my home for self-defense, for which no license is required in the State of California.

4. My house and barn are located on approximately 10 acres of property; the remainder of my property consists of over 650 acres. Neither my house nor barn are surrounded by a fence and the remainder of my property is open and accessible. The only existing borders are those near the pasture area of my property, which consists of barbed wire to keep the livestock contained. The barbed wire fencing is not capable of keeping wild animals or human predators off the property.

5. The California licensing statutes confine lawful, unlicensed, handgun possession to the four (4) walls of one's home. Possession of a handgun in public at any other time or place is a crime.

6. I can legally possess and 'have' a handgun inside of my house without a permit, but once I step outside of my door, I am subject to criminal penalties, including incarceration.

(Penal Code §25850, §26350).

7. Nowhere on my property am I lawfully able to carry a handgun exposed on my person, loaded or unloaded, because open carry permits are not issued in California.

8. My property – driveway, porch, barn, yard, curtilage - is all considered a "public place", accessible by the public without a challenge.

9. Because I cannot legally carry a handgun openly on my own property, if I am attacked by a person or wild animal while outside, the 'self-defense exemption' is useless to me, as I am forbidden from carrying a handgun on my property in the first instance. If I am outside, on my property unarmed, and am suddenly faced with the need to protect myself, my property, or my livestock, from 'immediate, grave danger', from where is this 'magic handgun' supposed to appear? (Penal Codes §26045, §26050).

10. There is also an exemption to handgun possession at a "temporary residence or campsite", however, campsite is not defined. If I am camping in a tent, I have lawful possession of a firearm inside of the tent, but what about 20 feet away? At the nearby campfire? If I go for a hike, I am no longer "at a campsite" and cannot legally carry openly. Where is the handgun to be stored while I am hiking or fishing away from the campsite and/or tent? Inside of the tent? Without the handgun, I am afforded no personal protection in the woods 100 yards from the 'campsite' where I was able to carry legally, though the threat to my personal safety in the wilderness remains.

11. The statutory 'exemptions' are not immunity from prosecution - they are affirmative defenses after one has been charged with a crime and they are not a guaranteed defense.

12. The right to self-defense in public in case of confrontation is a pre-existing right of the individual. Placing the burden on the law-abiding individual to prove that the exercise of his

3

REPLY DECLARATION OF MARK BAIRD IFSO MOTION FOR PRELIMINARY INJUNCTION

right to self-defense was and 'exempted' in the face of criminal charges is a violation of civil rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 1, 2019

_____
Mark Baird

REPLY DECLARATION OF MARK BAIRD IFSO MOTION FOR PRELIMINARY INJUNCTION