COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>     Plaintiffs,<br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>     Defendants. | Case No. 2:19-CV-00617<br><br>**REPLY DECLARATION OF AMY L. BELLANTONI IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   October 8, 2019<br>Time:   10:00 a.m.<br>Room:   3<br>Judge:   Hon. Kimberly J. Mueller<br>Trial date:  None set<br>Date filed:  April 9, 2019 |

**REPLY DECLARATION OF AMY L. BELLANTONI**

1. I am an attorney with The Bellantoni Law Firm, PLLC, attorneys of record for Plaintiffs, Mark Baird and Richard Gallardo. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto is the testimony of Eugene Volokh, September 23, 1998 as Exhibit 1.

3. Attached hereto is an excerpt from *Priorities for Research to Reduce the Threat of Firearm-Related Violence*, National Academies Press (2013) p. 4-5 as Exhibit 2.

4. Attached hereto is Perkins, William R. and Thomas L., *The Second Amendment and the Personal Right to Arms*, Duke University School of Law as Exhibit 3.

5. Attached hereto is U.S. News and World Report, *Open Carry Deters Crime*, (April 25, 2012) as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 1, 2019                 Respectfully submitted,

THE BELLANTONI LAW FIRM, PLLC
/s/ Amy L. Bellantoni, Esq.
Amy L. Bellantoni, Esq.
*Attorney for Plaintiffs*
*Pro Hac Vice*
abell@bellantoni-law.com

DECLARATION OF AMY L. BELLANTONI ISO MOTION FOR PRELIMINARY INJUNCTION