XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER**<br><br>Courtroom: 3<br>Judge: Kimberly J. Mueller<br><br>Action Filed: April 10, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Xavier Becerra hereby stipulate to, and seek a Court order granting, an extension of time from October 5, 2020, to November 2, 2020, for Defendant to answer Plaintiffs' First Amended Complaint, ECF No. 34, which was filed on September 21, 2020.  There is good cause to extend this deadline.  Earlier this month, Defendant's counsel presented oral argument before a three-judge panel in federal court in a congressional apportionment challenge, and Defendant's counsel has three appellate briefs that

are currently due in state and federal court later this month.  Defendant's counsel did not seek an extension before the October 5, 2020 deadline due to an inadvertent calendaring error.

IT IS SO STIPULATED.

Dated:  October 13, 2020  /s/ Amy Bellantoni
AMY BELLANTONI
The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiffs Mark Baird and Richard Gallardo*

Dated:  October 13, 2020  /s/ R. Matthew Wise
R. MATTHEW WISE
Deputy Attorney General
*Attorney for Defendant Attorney General Xavier Becerra*

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the October 5, 2020 deadline for Defendant to answer Plaintiffs' First Amended Complaint, ECF No. 34, is extended to November 2, 2020.

IT IS SO ORDERED.

Dated:  October 15, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

SA2019101934
34486419.docx