1  XAVIER BECERRA
Attorney General of California
2  MARK R. BECKINGTON
Supervising Deputy Attorney General
3  R. MATTHEW WISE, State Bar No. 238485
Deputy Attorney General
4    1300 I Street, Suite 125
P.O. Box 944255
5    Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
6    Fax:  (916) 324-8835
E-mail:  Matthew.Wise@doj.ca.gov
7  *Attorneys for Defendant Attorney General Xavier
Becerra*

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| 13  **MARK BAIRD and RICHARD GALLARDO,** | Case No. 2:19-cv-00617-KJM-AC |
| 14                                    Plaintiffs, | **DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| 15          v. | |
| 16 | Courtroom:  3 |
| 17  **XAVIER BECERRA, in his official capacity as Attorney General of the State of** | Judge:        Kimberly J. Mueller |
| 18  **California, and DOES 1-10,** | Action Filed:  April 10, 2019 |
| 19                                    Defendants. | |

20

21        Defendant Attorney General Xavier Becerra hereby answers the First Amended Complaint

22  filed by Plaintiffs Mark Baird and Richard Gallardo as follows:

23        1.        Paragraph No. 1 consists of allegations that contain argument and legal contentions.

24  To the extent that a response to the allegations in this paragraph is required, Defendant denies

25  each and every allegation.

26        2.        Paragraph No. 2 contains allegations that cite statutory provisions, which speak for

27  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

28  response is required, Defendant denies each and every allegation.

1

3.     Paragraph No. 3 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

4.     Paragraph No. 4 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

5.     Paragraph No. 5 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

6.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 6, and on that basis denies each and every allegation.

7.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 7, and on that basis denies each and every allegation.

8.     In answer to Paragraph No. 8, Defendant admits that he is the Attorney General of the State of California and that he is sued in his official capacity only.  Paragraph No. 8 contains allegations that cite the California Constitution, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

9.     Paragraph No. 9 consists of allegations that contain argument and legal contentions. To the extent that a response is required, Defendant denies each and every allegation.

10.    Paragraph No. 10 consists of allegations that contain argument and legal contentions. To the extent that a response is required, Defendant denies each and every allegation.

11.    Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 11, and on that basis denies each and every allegation.

12.    Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 12, and on that basis denies each and every allegation.

13.    Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 13, and on that basis denies each and every allegation.

2

14.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 14, and on that basis denies each and every allegation.

15.     Paragraph No. 15 contains allegations that cite California law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

16.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 16, and on that basis denies each and every allegation.

17.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 17, and on that basis denies each and every allegation.

18.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 18, and on that basis denies each and every allegation.

19.     In answer to Paragraph No. 19, Defendant admits that according to the 2010 census, Siskiyou County had a population of less than 200,000 people.

20.     In answer to Paragraph No. 20, Defendant admits that California's statutory firearms licensing scheme does not prohibit Siskiyou County residents from applying for an open carry license.  To the extent a further response is required, Defendant denies each and every allegation.

21.     In answer to Paragraph No. 21, Defendant admits that Plaintiff Baird may only obtain a license to carry a firearm in his county of residence.  To the extent a further response is required, Defendant denies each and every allegation.

22.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 22, and on that basis denies each and every allegation.

23.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 23, and on that basis denies each and every allegation.

24.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 24, and on that basis denies each and every allegation.

25.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 25, and on that basis denies each and every allegation.

3

26.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 26, and on that basis denies each and every allegation.

27.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 27, and on that basis denies each and every allegation.

28.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 28, and on that basis denies each and every allegation.

29.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 29, and on that basis denies each and every allegation.

30.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 30, and on that basis denies each and every allegation.

31.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 31, and on that basis denies each and every allegation.

32.     In answer to Paragraph 32, Defendant admits that California Department of Justice Bureau of Firearms Form 4012 contains a section for official use only that provides options for the "type of license requested." Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

33.     In answer to Paragraph 33, Defendant admits that California Department of Justice Bureau of Criminal Information and Analysis Form 8016 contains a section for the applicant to provide the "authorized applicant type." Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

34.     Paragraph No. 34 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

35.     Paragraph No. 35 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

1  36.    Defendant lacks sufficient information or belief to respond to the allegations in

2  Paragraph No. 36, and on that basis denies each and every allegation.

3  37.    Defendant lacks sufficient information or belief to respond to the allegations in

4  Paragraph No. 37, and on that basis denies each and every allegation.

5  38.    Paragraph No. 38 contains allegations that cite statutory provisions, which speak for

6  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

7  response is required, Defendant denies each and every allegation.

8  39.    Defendant lacks sufficient information or belief to respond to the allegations in

9  Paragraph No. 39, and on that basis denies each and every allegation.

10  40.    Paragraph No. 40 contains allegations that cite statutory provisions, which speak for

11  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

12  response is required, Defendant denies each and every allegation.

13  41.    Defendant denies the allegations in Paragraph 41.

14  42.    Defendant lacks sufficient information or belief to respond to the allegations in

15  Paragraph No. 42, and on that basis denies each and every allegation.

16  43.    Defendant lacks sufficient information or belief to respond to the allegations in

17  Paragraph No. 43, and on that basis denies each and every allegation.

18  44.    Defendant lacks sufficient information or belief to respond to the allegations in

19  Paragraph No. 44, and on that basis denies each and every allegation.

20  45.    Paragraph No. 45 consists of allegations that contain argument and legal contentions.

21  To the extent that a response to the allegations in this paragraph is required, Defendant denies

22  each and every allegation.

23  46.    Paragraph No. 46 contains allegations that cite statutory provisions, which speak for

24  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

25  response is required, Defendant denies each and every allegation.

26  47.    Paragraph No. 47 contains allegations that cite California law, which speaks for itself.

27  Defendant denies any allegations that misstate the law.  To the extent that a further response is

28  required, Defendant denies each and every allegation.

5

48.     Paragraph No. 48 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

49.     Paragraph No. 49 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

50.     Paragraph No. 50 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

51.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 51, and on that basis denies each and every allegation.

52.     Paragraph No. 52 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

53.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 53, and on that basis denies each and every allegation.

54.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 54, and on that basis denies each and every allegation.

55.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 55, and on that basis denies each and every allegation.

56.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 56, and on that basis denies each and every allegation.

57.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 57, and on that basis denies each and every allegation.

58.     Paragraph No. 58 contains allegations that cite California law, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

59.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 59, and on that basis denies each and every allegation.

60.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 60, and on that basis denies each and every allegation.

61.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 61, and on that basis denies each and every allegation.

62.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 62, and on that basis denies each and every allegation.

63.     In answer to Paragraph No. 63, Defendant admits that according to the 2010 census, Shasta County had a population of less than 200,000 people.

64.     In answer to Paragraph No. 64, Defendant admits that California's statutory firearms licensing scheme does not prohibit Shasta County residents from applying for an open carry license.  To the extent a further response is required, Defendant denies each and every allegation.

65.     In answer to Paragraph No. 65, Defendant admits that Plaintiff Gallardo may only obtain a concealed carry or open carry license in his county of residence.  To the extent a further response is required, Defendant denies each and every allegation.

66.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 66, and on that basis denies each and every allegation.

67.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 67, and on that basis denies each and every allegation.

68.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 68, and on that basis denies each and every allegation.

69.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 69, and on that basis denies each and every allegation.

70.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 70, and on that basis denies each and every allegation.

71.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 71, and on that basis denies each and every allegation.

7

72.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 72, and on that basis denies each and every allegation.

73.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 73, and on that basis denies each and every allegation.

74.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 74, and on that basis denies each and every allegation.

75.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 75, and on that basis denies each and every allegation.

76.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 76, and on that basis denies each and every allegation.

77.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 77, and on that basis denies each and every allegation.

78.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 78, and on that basis denies each and every allegation.

79.     In answer to Paragraph No. 79, Defendant lacks sufficient information or belief to respond to the allegation that Sheriff Bosenko has stated publicly that, to his knowledge based on his regular meetings with the sheriffs around the State, none of the sheriffs serving in counties in California permitted to issue open carry licenses have ever issued open carry licenses.  Defendant denies the remaining allegations in this paragraph.

80.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 80, and on that basis denies each and every allegation.

81.     Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 81, and on that basis denies each and every allegation.

82.     Paragraph No. 82 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

83. Paragraph No. 83 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

84. Paragraph No. 84 contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

85. In answer to Paragraph No. 85, Defendant admits that Plaintiff Gallardo may only apply for an open carry license in his county of residence. To the extent a further response is required, Defendant denies each and every allegation.

86. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 86, and on that basis denies each and every allegation.

87. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 87, and on that basis denies each and every allegation.

88. Paragraph No. 88 contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

89. Paragraph No. 89 contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

90. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 90, and on that basis denies each and every allegation.

91. Paragraph No. 91 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

92. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 92, and on that basis denies each and every allegation.

1      93.  Paragraph No. 93 contains allegations that cite California law, which speaks for itself.

2  Defendant denies any allegations that misstate the law.  To the extent that a further response is

3  required, Defendant denies each and every allegation.

4      94.  Paragraph No. 94 contains allegations that cite statutory provisions, which speak for

5  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

6  response is required, Defendant denies each and every allegation.

7      95.  Paragraph No. 95 contains allegations that cite statutory provisions, which speak for

8  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

9  response is required, Defendant denies each and every allegation.

10      96.  Paragraph No. 96 contains allegations that cite statutory provisions and case law,

11  which speak for themselves.  Defendant denies any allegations that misstate the law.  To the

12  extent that a further response is required, Defendant denies each and every allegation.

13      97.  Paragraph No. 97 contains allegations that cite statutory provisions, which speak for

14  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

15  response is required, Defendant denies each and every allegation.

16      98.  Paragraph No. 98 contains allegations that cite statutory provisions, which speak for

17  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

18  response is required, Defendant denies each and every allegation.

19      99.  Paragraph No. 99 contains allegations that cite statutory provisions, which speak for

20  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

21  response is required, Defendant denies each and every allegation.

22      100.  Paragraph 100 contains allegations that cite statutory provisions, which speak for

23  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

24  response is required, Defendant denies each and every allegation.

25      101.  Paragraph No. 101 contains allegations that cite statutory provisions, which speak for

26  themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

27  response is required, Defendant denies each and every allegation.

28

1    102.   Paragraph No. 102 contains allegations that cite statutory provisions, which speak for

2    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

3    response is required, Defendant denies each and every allegation.

4    103.   Paragraph No. 103 contains allegations that cite statutory provisions, which speak for

5    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

6    response is required, Defendant denies each and every allegation.

7    104.   Paragraph No. 104 contains allegations that cite statutory provisions, which speak for

8    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

9    response is required, Defendant denies each and every allegation.

10    105.   Paragraph No. 105 contains allegations that cite statutory provisions, which speak for

11    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

12    response is required, Defendant denies each and every allegation.

13    106.   Paragraph No. 106 contains allegations that cite statutory provisions, which speak for

14    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

15    response is required, Defendant denies each and every allegation.

16    107.   Paragraph No. 107 contains allegations that cite statutory provisions, which speak for

17    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

18    response is required, Defendant denies each and every allegation.

19    108.   Paragraph No. 108 contains allegations that cite statutory provisions, which speak for

20    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

21    response is required, Defendant denies each and every allegation.

22    109.   Paragraph No. 109 contains allegations that cite statutory provisions, which speak for

23    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

24    response is required, Defendant denies each and every allegation.

25    110.   Paragraph No. 110 contains allegations that cite statutory provisions, which speak for

26    themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further

27    response is required, Defendant denies each and every allegation.

28    111.   Defendant admits the allegations in Paragraph No. 111.

11

112.   Paragraph No. 112 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

113.   Paragraph No. 113 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

114.   Defendant admits the allegations in Paragraph No. 114.

115.   Defendant denies the allegations in Paragraph No. 115.

116.   Defendant denies the allegations in Paragraph No. 116.

117.   Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 117, and on that basis denies each and every allegation.

118.   Paragraph No. 118 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

119.   Defendant admits the allegations in Paragraph No. 119.

120.   Paragraph No. 120 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

121.   Paragraph No. 121 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

122.   Paragraph No. 122 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

123.   Paragraph No. 123 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

124.   Paragraph No. 124 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

125.   Paragraph No. 125 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

126.   Paragraph No. 126 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

127.   Paragraph No. 127 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

128.   Paragraph No. 128 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

129.   Paragraph No. 129 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

130.   Paragraph No. 130 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

131.   Paragraph No. 131 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

132.   Paragraph No. 132 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

13

133.   Paragraph No. 133 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

134.   Paragraph No. 134 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

135.   Paragraph No. 135 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

136.   Paragraph No. 136 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

137.   Paragraph No. 137 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

138.   Paragraph No. 138 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

139.   Paragraph No. 139 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

140.   Paragraph No. 140 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

141.   Paragraph No. 141 consists of allegations that cite statutory provisions and case law, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

142.   Paragraph No. 142 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

143.   Paragraph No. 143 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

144.   Paragraph No. 144 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

145.   Paragraph No. 145 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

146.   Defendant admits the allegations in Paragraph 146.

147.   Paragraph No. 147 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

148.   Paragraph No. 148 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

149.   Defendant admits the allegations in Paragraph 149.

150.   Defendant denies the allegations in Paragraph 150.

151.   Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 151, and on that basis denies each and every allegation.

152.   Paragraph No. 152 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

153.   Defendant admits the allegations in Paragraph No. 153.

154.   Paragraph No. 154 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

155.   Paragraph No. 155 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

156.   Paragraph No. 156 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

157.   Paragraph No. 157 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

158.   Paragraph No. 158 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

159.   Paragraph No. 159 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

160.   Paragraph No. 160 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

161.   Paragraph No. 161 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

162.   Paragraph No. 162 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

1    163.   Paragraph No. 163 contains allegations that cite case law, which speaks for itself.

2   Defendant denies any allegations that misstate the law.  To the extent that a further response is

3   required, Defendant denies each and every allegation.

4    164.   Paragraph No. 164 consists of allegations that contain argument and legal

5   contentions.  To the extent that a response to the allegations in this paragraph is required,

6   Defendant denies each and every allegation.

7    165.   Paragraph No. 165 consists of allegations that contain argument and legal

8   contentions.  To the extent that a response to the allegations in this paragraph is required,

9   Defendant denies each and every allegation.

10    166.   Paragraph No. 166 consists of allegations that contain argument and legal

11   contentions.  To the extent that a response to the allegations in this paragraph is required,

12   Defendant denies each and every allegation.

13    167.   Paragraph No. 167 consists of allegations that contain argument and legal

14   contentions.  To the extent that a response to the allegations in this paragraph is required,

15   Defendant denies each and every allegation.

16    168.   Paragraph No. 168 consists of allegations that contain argument and legal

17   contentions.  To the extent that a response to the allegations in this paragraph is required,

18   Defendant denies each and every allegation.

19    169.   Paragraph No. 169 contains allegations that cite case law, which speaks for itself.

20   Defendant denies any allegations that misstate the law.  To the extent that a further response is

21   required, Defendant denies each and every allegation.

22    170.   Paragraph No. 170 consists of allegations that contain argument and legal

23   contentions.  To the extent that a response to the allegations in this paragraph is required,

24   Defendant denies each and every allegation.

25    171.   Defendant denies the allegations in Paragraph 171.

26    172.   Paragraph No. 172 consists of allegations that contain argument and legal

27   contentions.  To the extent that a response to the allegations in this paragraph is required,

28   Defendant denies each and every allegation.

17

173.   Paragraph No. 173 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

174.   Paragraph No. 174 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

175.   Paragraph No. 175 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

176.   Paragraph No. 176 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

177.   Paragraph No. 177 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

178.   Paragraph No. 178 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

179.   Paragraph No. 179 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

180.   Paragraph No. 180 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

181.   Paragraph No. 181 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

182.   Paragraph No. 182 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

183.   Paragraph No. 183 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

184.   Paragraph No. 184 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

185.   Paragraph No. 185 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

186.   Paragraph No. 186 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

187.   Paragraph No. 187 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

188.   Paragraph No. 188 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

189.   Paragraph No. 189 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

190.   Paragraph No. 190 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

191.   Paragraph No. 191 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

192.   Paragraph No. 192 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

193.   Paragraph No. 193 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

194.   Paragraph No. 194 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

195.   Paragraph No. 195 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

196.   Paragraph No. 196 contains allegations that cite published sources, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

197.   Paragraph No. 197 contains allegations that cite published sources, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

198.   Paragraph No. 198 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

199.   Paragraph No. 199 contains allegations that cite published sources, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

200.   Paragraph No. 200 contains allegations that cite published sources, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

201.   Paragraph No. 201 contains allegations that cite published sources, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

202.   Paragraph No. 202 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

203.   Paragraph No. 203 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

204.   Paragraph No. 204 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

205.   Paragraph No. 205 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

206.   Paragraph No. 206 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

207.   Paragraph No. 207 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

208.   Paragraph No. 208 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

21

1    209.   Paragraph No. 209 consists of allegations that cite statutory provisions, which speak

2    for themselves.  To the extent that a response to the allegations in this paragraph is required,

3    Defendant denies each and every allegation.

4    210.   Paragraph No. 210 consists of allegations that contain argument and legal

5    contentions.  To the extent that a response to the allegations in this paragraph is required,

6    Defendant denies each and every allegation.

7    211.   Paragraph No. 211 consists of allegations that cite statutory provisions, which speak

8    for themselves.  To the extent that a response to the allegations in this paragraph is required,

9    Defendant denies each and every allegation.

10    212.   Paragraph No. 212 consists of allegations that contain argument and legal

11    contentions.  To the extent that a response to the allegations in this paragraph is required,

12    Defendant denies each and every allegation.

13    213.   Paragraph No. 213 consists of allegations that contain argument and legal

14    contentions.  To the extent that a response to the allegations in this paragraph is required,

15    Defendant denies each and every allegation.

16    214.   Paragraph No. 214 consists of allegations that contain argument and legal

17    contentions.  To the extent that a response to the allegations in this paragraph is required,

18    Defendant denies each and every allegation.

19    215.   Paragraph No. 215 consists of allegations that contain argument and legal

20    contentions.  To the extent that a response to the allegations in this paragraph is required,

21    Defendant denies each and every allegation.

22    216.   Paragraph No. 216 consists of allegations that contain argument and legal

23    contentions.  To the extent that a response to the allegations in this paragraph is required,

24    Defendant denies each and every allegation.

25    217.   Paragraph No. 217 consists of allegations that contain argument and legal

26    contentions.  To the extent that a response to the allegations in this paragraph is required,

27    Defendant denies each and every allegation.

28

218.   Paragraph No. 218 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

219.   Paragraph No. 219 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

220.   Paragraph No. 220 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

221.   Paragraph No. 221 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

222.   Paragraph No. 222 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

223.   Paragraph No. 223 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

224.   Paragraph No. 224 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

225.   Paragraph No. 225 consists of allegations that cite statutory provisions, which speak for themselves.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

226.   Paragraph No. 226 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

227.   Paragraph No. 227 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

228.   Paragraph No. 228 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

229.   In answer to Paragraph 229, insofar as "these contentions" means the contentions alleged in Paragraph 228, Defendant cannot admit or deny the allegations, which contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

230.   Paragraph No. 230 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

231.   Paragraph No. 231 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

232.   Paragraph No. 232 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

233.   Paragraph No. 233 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

234.   Paragraph No. 234 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

235.   In answer to Paragraph 235, insofar as "these contentions stated herein" means the contentions alleged in Paragraph 233, Defendant cannot admit or deny the allegations, which

1  contain argument and legal contentions.  To the extent that a response to the allegations in this

2  paragraph is required, Defendant denies each and every allegation.

3       236.  Defendant incorporates by reference the answers in Paragraphs 1 through 235 above.

4       237.  Paragraph No. 237 consists of allegations that contain argument and legal

5  contentions.  To the extent that a response to the allegations in this paragraph is required,

6  Defendant denies each and every allegation.

7       238.  Paragraph No. 238 consists of allegations that contain argument and legal

8  contentions.  To the extent that a response to the allegations in this paragraph is required,

9  Defendant denies each and every allegation.

10       239.  Defendant incorporates by reference the answers in Paragraphs 1 through 238 above.

11       240.  Paragraph No. 240 consists of allegations that contain argument and legal

12  contentions.  To the extent that a response to the allegations in this paragraph is required,

13  Defendant denies each and every allegation.

14       241.  Paragraph No. 241 consists of allegations that contain argument and legal

15  contentions.  To the extent that a response to the allegations in this paragraph is required,

16  Defendant denies each and every allegation.

17       242.  Defendant incorporates by reference the answers in Paragraphs 1 through 241 above.

18       243.  Paragraph No. 243 consists of allegations that contain argument and legal

19  contentions.  To the extent that a response to the allegations in this paragraph is required,

20  Defendant denies each and every allegation.

21       244.  Paragraph No. 244 consists of allegations that contain argument and legal

22  contentions.  To the extent that a response to the allegations in this paragraph is required,

23  Defendant denies each and every allegation.

24       245.  Defendant incorporates by reference the answers in Paragraphs 1 through 244 above.

25       246.  Paragraph No. 246 consists of allegations that contain argument and legal

26  contentions.  To the extent that a response to the allegations in this paragraph is required,

27  Defendant denies each and every allegation.

28

247.   Paragraph No. 247 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

248.   Defendant incorporates by reference the answers in Paragraphs 1 through 247 above.

249.   Paragraph No. 249 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

250.   Paragraph No. 250 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

251.   Defendant incorporates by reference the answers in Paragraphs 1 through 250 above.

252.   Paragraph No. 252 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

253.   Paragraph No. 253 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

254.   Defendant incorporates by reference the answers in Paragraphs 1 through 253 above.

255.   Paragraph No. 255 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

256.   Paragraph No. 256 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

257.   Defendant incorporates by reference the answers in Paragraphs 1 through 256 above.

258.   Paragraph No. 258 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

26

259.   Paragraph No. 259 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

260.   Defendant incorporates by reference the answers in Paragraphs 1 through 259 above.

261.   Paragraph No. 261 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

262.   Paragraph No. 262 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

263.   Defendant incorporates by reference the answers in Paragraphs 1 through 262 above.

264.   Paragraph No. 264 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

265.   Paragraph No. 265 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

266.   Defendant incorporates by reference the answers in Paragraphs 1 through 265 above.

267.   Paragraph No. 267 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

268.   Paragraph No. 268 consists of allegations that contain argument and legal contentions.  To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

269.   No response to Plaintiffs' Prayer for Relief is required.  Defendant requests that the Court deny all relief requested by Plaintiffs.

1

**AFFIRMATIVE DEFENSES**

2

FIRST AFFIRMATIVE DEFENSE

3     The Court should dismiss Plaintiffs' Complaint because it fails to state a claim upon which

4   relief can be granted.

5

SECOND AFFIRMATIVE DEFENSE

6     The Court should dismiss Plaintiffs' Complaint because Plaintiffs have an adequate remedy

7   at law.

8

THIRD AFFIRMATIVE DEFENSE

9     The Court should dismiss Plaintiffs' Complaint because it raises only abstract or

10   hypothetical issues, i.e., there is no live, concrete, and ripe case or controversy for this Court to

11   adjudicate, and the Court would have to render an advisory opinion in this case.

12

FOURTH AFFIRMATIVE DEFENSE

13     The Court should dismiss Plaintiffs' Complaint because Plaintiffs lack standing.

14     WHEREFORE, Defendant prays that:

15     1.     This Court deny Plaintiffs' Complaint in its entirety and dismiss this case with

16   prejudice.

17     2.     Plaintiffs take nothing by the Complaint.

18     3.     Defendant be awarded his costs incurred in defending this action.

19     4.     The Court grant such other and further relief in favor of Defendant and adverse to

20   Plaintiffs that the Court deems just and proper.

21   Dated:  November 2, 2020                    Respectfully submitted,

22                                               XAVIER BECERRA
                                                 Attorney General of California
23                                               MARK R. BECKINGTON
                                                 Supervising Deputy Attorney General
24

25                                               /s/ *R. Matthew Wise*

26                                               R. MATTHEW WISE
                                                 Deputy Attorney General
27                                               *Attorneys for Defendant Attorney General*
                                                 *Xavier Becerra*

28   SA2019101934/34488397.docx

28

# CERTIFICATE OF SERVICE

Case Name: **Baird, Mark v. Xavier Becerra**        No.    **2:19-cv-00617-KJM-AC**

I hereby certify that on November 2, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 2, 2020, at Sacramento, California.

|  |  |
|---|---|
| Ritta Mashriqi | /s/*Ritta Mashriqi* |
| Declarant | Signature |

SA2019101934
34553585.docx