UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Baird and Richard Gallardo, | No. 2:19-CV-00617-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Xavier Becerra, in his official capacity as Attorney General of the State of California, | |
| Defendants. | |

Having reviewed the joint status report at ECF No. 35 and the positions expressed in that report, the court orders as follows:

Initial disclosures are due **April 30, 2021**.

Fact discovery must be completed by **August 27, 2021**.

Expert opinions must be disclosed by **August 27, 2021**.

Rebuttal expert opinions must be disclosed by **September 24, 2021**.

Expert discovery must be completed by **October 29, 2021**.

The last day for hearing dispositive motions is **December 17, 2021**.

IT IS SO ORDERED.

DATED: April 12, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE