CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
(914) 367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No. 2:19-CV-00617-KJM-AC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND SECOND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**[Fed. R. Civ. P. 65(a)]**<br><br>Date:         June 18, 2021<br>Time:         10:00 a.m.<br>Courtroom:   3<br>Judge:        Hon. Kimberly J. Mueller<br>Trial Date:   None set<br>Action Filed: April 9, 2019 |

1

TO DEFENDANT XAVIER BECERRA, in his official capacity as Attorney General for the State of California:

PLEASE TAKE NOTICE that on June 18, 2021 at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Plaintiffs Mark Baird and Richard Gallardo will and hereby do move under Rule 65(a) of the Federal Rules of Civil Procedure for an order temporarily enjoining Defendant Attorney General Xavier Becerra and his agents, servants, employees, those working in active concert with him and those who have actual notice of such order (i) from the enforcement of Penal Codes §§ 26350 and 25850 against individuals carrying a handgun open and exposed in public throughout the State of California; (ii) enjoining defendant Becerra from further refusal to perform his ministerial duty to issue a standard application form, process and procedure to the licensing authorities in this State for use by the public to apply for an open carry license under §§ 26150 and 26155, consistent with the Penal Code and the obligations of his office; (iii) the enforcement and implementation of the "may issue" language of Penal Codes §§ 26150 and 26155 pertaining to the issuance of an open carry license; (iv) the enforcement and implementation of the "good cause" language of Penal Codes §§ 26150 and 26155 pertaining to the issuance of an open carry license; (v) from the enforcement and implementation of the geographical restrictions on the validity of an open carry handgun license issued under Penal Codes §§ 26150 and 26155 during the pendency of this action.

Plaintiffs bring this motion because Penal Codes § 26150 and § 26155 violate the preexisting right to bear arms for self-defense as enumerated in and protected by the plain language of the Second Amendment; Penal Codes § 26350 and § 25850 subject Plaintiffs to criminal prosecution, incarceration, fines, and penalties for lawfully exercising their Second Amendment right to bear arms for self-defense.

The aforementioned statutes have caused Plaintiffs irreparable harm and will continue to cause irreparable harm if Plaintiffs' motion is not granted.

2

This motion is based on the within Notice of Motion and Second Motion for a Preliminary Injunction, the accompanying Memorandum of Points and Authorities filed in support, the supporting declarations of Mark Baird and Richard Gallardo, and the exhibits attached thereto, all pleadings on file in this action, and such other matters as may properly come before the Court.

In accordance with this Court's standing order, counsel for Plaintiffs and the Attorney General conferred on April 13, 2021 with a view toward resolving the claims that are the subject of this motion. Counsel agreed that these claims remain in dispute and that meet-and-confer efforts have been exhausted.

Dated: April 12, 2021  Respectfully submitted,

THE BELLANTONI LAW FIRM, PLLC

/s/ Amy L. Bellantoni
Amy L. Bellantoni, Esq.
*Counsel for Plaintiffs*
*Pro Hac Vice*
abell@bellantoni-law.com