1   CHRIS COSCA   SBN 144546
2   COSCA LAW CORPORATION
    1007 7ᵗʰ Street, Suite 210
3   Sacramento, CA 95814
    916-440-1010
4
5   AMY L. BELLANTONI
    THE BELLANTONI LAW FIRM, PLLC
6   2 Overhill Road, Suite 400
    Scarsdale, NY 10583
7   914-367-0090
    *Pro Hac Vice*
8
9   Attorneys for Plaintiffs

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13
    MARK BAIRD and                    Case No.  2:19-cv-00617-KJM-AC
14  RICHARD GALLARDO,
                                       **DECLARATION OF**
15              Plaintiffs,            **MARK BAIRD**
                                       **IN SUPPORT OF SECOND MOTION**
16      v.                             **FOR PRELIMINARY INJUNCTION**

17  XAVIER BECERRA, in his official
18  capacity as Attorney General of the State of    Date:    June 18, 2021
    California, and DOES 1-10,                       Time:    10:00 a.m.
19                                                   Room:    3
                                                     Judge:   Hon. Kimberly J. Mueller
20              Defendants.

21

22

23

24

25

26

27

28                              1

**DECLARATION OF MARK BAIRD**

1.       I, Mark Baird, am a plaintiff in the above-captioned matter. I submit this Declaration in support of the plaintiffs' motion for a preliminary injunction to enjoin defendant Becerra and California Penal Codes §§ 26150, 26155, 26350 and 25850. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.       I am over the age of 18 and a resident of Siskiyou County, located in the Eastern District of California. I have no prohibitors to the possession or purchase of firearms under state or federal law.

3.       Siskiyou County has a population of less than 200,000 people. As a resident of Siskiyou County, I am eligible to apply for an open carry firearm license under California's statutory firearms licensing scheme. See, Penal Codes §§ 26150 and 26155.

4.       I possess firearms in my home for self-defense, for which no license is required in the State of California.

5.       I do not hold a license to carry a firearm in California and I do not fall within any of the exemptions to those sections of the California Penal Code that criminalize the possession of firearms, whether loaded or unloaded, under Penal Codes §§ 26350 and 25850.

6.       It is my intention to carry a firearm exposed and on my person for self-defense outside of my home, loaded or unloaded, throughout Siskiyou County and the State of California [excluding sensitive places such as schools and government buildings], which will subject me to criminal penalties including incarceration and fines under Penal Codes §§ 26350, 25850.

7.       I intend to exercise my right to open carry with or without an open carry license, which will subject me to criminal penalties including incarceration and fines under Penal Codes §§ 26350, 25850.

2

8.      I possess a preexisting fundamental right to keep and bear arms as protected by the Second Amendment, which includes the right to carry a handgun in public for all lawful purposes, including self-protection. As such, the government cannot infringe – encroach upon – my right to bear arms through the open carriage of a firearm in public for self-protection.

9.      California Penal Codes §§ 26150 and 26155 are part of a discretionary licensing scheme that allows the denial of an application to carry a handgun in public even where the applicant meets all other statutory requirements.

10.     The "may issue" language of §§ 26150 and 26155 violates the Second Amendment because, by giving the licensing authority discretion to grant or deny the application, the statutes reduce the preexisting "right" to bear arms to a mere "privilege".

11.     I am being denied the right to carry a handgun in public for self-protection by, *inter alia*, the "may issue" language of §§ 26150 and 26155.

12.     California Penal Codes §§ 26150 and 26155 require an applicant for an open carry license to establish "good cause" as a condition precedent to the issuance of an open carry license.

13.     Requiring me to demonstrate a reason for bearing arms as a condition precedent to exercising my right to carry a handgun in public, whether open or concealed, violates a preexisting right protected by the Second Amendment.

14.     Under Penal Codes §§ 26150 and 26155, an open carry license can only be issued in counties having a population under 200,000. Residents of such counties may only apply for an open carry license in their county of residence and, if an open carry license were to be issued, it would only be valid in the county of issuance.

15.     Because an open carry license is only valid in the county of issuance, a licensee who seeks to carry a handgun open and exposed in any other county in California must choose between exercising the preexisting right to self-defense in public and being subject to criminal

prosecution under Penal Codes §§ 25850 and 26350.

16.     Carrying a handgun in public open and exposed without a license, whether loaded or unloaded, is a criminal offense subject to penalties including fines and incarceration. Penal Codes §§ 26350 and 25850.

17.     My right to bear arms for self-defense in public is indelibly attached to me everywhere I travel, including every county in the State of California.

18.     On more than one occasion, I have applied to the Siskiyou County Sheriff's Office for an open carry license; each request has been denied. I was informed by the Siskiyou Sheriff's Office that it will not issue open carry licenses notwithstanding the statutory provisions of §§ 26150 and 26155.

19.     In every county in California having a population under 200,000, even where an individual has met the criteria for the issuance of an open carry license, the sheriff of such county has discretion to deny the application because of the "may issue" language of Penal Codes §§ 26150 and 26155.

20.     I meet every statutory requirement for the issuance of an open carry license under the California Penal Code. If the language of §§ 26150 and 26155 read "shall issue", instead of "may issue", the Sheriff of Siskiyou County would be required to issue an open carry license to me and all Siskiyou County residents who are not prohibited from possessing firearms under state or federal law and applied for such a license.

21.     Because of the "may issue" language of §§ 26150 and 26155 and defendant Becerra's enforcement of such statutes, my Second Amendment rights and the rights of otherwise eligible citizens of California continue to be violated on a daily basis.

22.     There is no administrative appeal process available for challenging the denial of my applications for an open carry license by the Siskiyou County Sheriff's Office.

23.     Even if there were an available administrative appeal process to challenge the denial of my applications for an open carry license, such 'process' would be futile.

24.     The public website of the Siskiyou County Sheriff's Office only provides information related to applications for a concealed carry license/"CCW".[1] The Siskiyou Sheriff's handgun licensing procedure has no option for applying for an open carry license. All publications, forms, and applications provided by the Siskiyou County Sheriff for obtaining a firearm carry license relate solely to CCW licenses. (See attached).

25.     The Livescan Fingerprinting Form used by the Siskiyou Sheriff is created by the California DOJ. The Livescan Form contains a section to be completed by the applicant entitled, "Authorized Applicant Type"; this section is pre-populated [by the Sheriff or DOJ] to read "STANDARD CCW". In either scenario, both governmental entities conceal the option to apply for an open carry license from the public. (See attached).

26.     The application for a carry license provided by the Siskiyou Sheriff, created by the DOJ, is entitled, "Standard Initial and Renewal Application for License to Carry a Concealed Weapon". (See attached DOJ CCW Application). Under the section, "Format of CCW License", the DOJ form confusingly indicates that a 'concealed carry weapon license' to carry 'loaded and exposed' is available to applicants living in a county having less than 200,000 people.  An open carry license is not a 'type' of concealed carry license.  The DOJ application itself is titled as an application "For License to Carry a ***Concealed*** Weapon". An application to carry a concealed weapon is not, by definition, an application to carry a weapon exposed. No section of the DOJ CCW application allows the applicant to select "open carry" as an option.

27.     It also bears mentioning that the revision date of the DOJ CCW License application, administered by the Siskiyou County Sheriff's Office, is November 2012 – the year

---

[1] https://www.co.siskiyou.ca.us/sheriff; https://www.co.siskiyou.ca.us/sheriff/page/concealed-carry-weapon-permits-ccw

DECLARATION OF MARK BAIRD ISO SECOND MOTION
FOR PRELIMINARY INJUNCTION

that Penal Code § 26350 was implemented criminalizing the open carriage of unloaded firearms.

28.     Neither the Siskiyou County Sheriff's Office nor the DOJ provide an application or a procedure for the public to apply for an open carry license.

29.     Penal Code § 26160 provides, "Each Licensing Authority shall publish and make available a written policy summarizing the provisions of Section 26150, and subdivisions of Section 26155." Consistent with Penal Code § 26160, Siskiyou Sheriff Policy No. 218 mentions the open carry license only in the context of its automatic revocation where a licensee changes residency to another county, yet no open carry licenses are issued.  (Policy 218 at 218.6.3(e)).

30.     Upon information and belief, the sheriffs in this state are acting at the direction of, and/or with the knowledge and approval of, defendant Becerra to continue the ban on the open carriage of handguns in this State.

31.     If the language of California's licensing scheme provided that the sheriffs "shall issue" an open carry license to non-prohibited people who apply for an open carry license, the Siskiyou County Sheriff would be required by law to issue me an open carry license.

32.     I would apply for an open carry license in a county other than Siskiyou County, but am prohibited from doing so by California Penal Codes §§ 26150 and 26155, which require applications for an open carry license be made in the applicant's county of residence. I do not have a residence in any other county and am therefore ineligible under § 26150 and/or § 26155 to apply for an open carry license in any other county in California.

33.     Even if I were issued an open carry license by the Sheriff of Siskiyou County, § 26150 renders open carry licenses invalid outside of the county of issuance; carrying a handgun open and exposed outside of Siskiyou County – even with a license - would subject me to criminal penalties, including incarceration, under §§ 25850 and 26350.

6

34.     It is my intention to exercise my Second Amendment right to bear arms in public within Siskiyou County and throughout the State of California, with or without an open carry license, as I have no state or federal prohibitors to the possession of firearms, I have completed the requisite training under the statutes, and the public carriage of firearms is a fundamental right protected by the Second Amendment.

35.     By carrying a firearm open and exposed for self-protection without an open carry license, whether within or outside of Siskiyou County, I will be subjected to criminal penalties including incarceration and fines under §§ 25850, 26350.

36.     Abandoning my right to bear arms in public, whether within or outside of Siskiyou County, leaves me unprotected and vulnerable to violent criminals.  I should not be forced to choose between exercising my preexisting right to bear arms for self-protection in public and facing criminal penalties including incarceration.

37.     My right to bear arms in public throughout the State of California has been, and continues to be, infringed and violated by Penal Codes §§ 26150, 26350 and 25850 and defendant Becerra, who enforces and directs the enforcement of such statutes and unconstitutional policies.

38.     Penal Law § 26175 prohibits the licensing authorities, including the Siskiyou County Sheriff, from creating or offering an application for an open carry license that was not created by the California DOJ.

39.     Neither the sheriffs of this state nor the DOJ offer an option for California residents to apply for an open carry license. The only license California residents may apply for is a CCW license.

40.     Those sheriff offices and police agencies that do not utilize a paper application direct their county's applicants to an on-line application portal. The on-line application portal is provided by and/or connected to defendant Becerra's DOJ. The DOJ's on-line application portal

contains no option or procedure to apply for an open carry license. The only carry license available by the DOJ is the CCW license, which is subject to the same discretionary and subjective "moral character", "good cause", and "may issue" restrictions of §§ 26150 and 26155.

41.     I have reviewed the websites of the 58 sheriff offices in the State of California. Some of the sheriff websites do not even mention firearm licensing on their home page.[2] The San Francisco, Colusa, and Alpine County Sheriff Offices home pages have no reference to carry permits at all. The remaining websites mention CCW licenses only; none of the sheriff websites mention an option to apply for an open carry license, including those counties with less than 200,000 population.

42.     None of the sheriff's websites contained the required verbatim text of §§ 26150 or 26155 in a readily accessible manner to inform the public of the manner of applying for an open carry license, as required by § 26160. Even a cursory summary required by § 26160 would articulate to the public the two carry options under §§ 26150 and 26155 to enable the public to make an informed choice as to which type of public carry best suits their needs, i.e., open carry or concealed carry.

43.     From the totality of the circumstances presented, the government's intention is to eliminate the concept of open carry from the public domain to exercise complete control over the public's ability to carry a firearm for self-defense. In the absence of an open carry license, the government has unfettered control over all carry licensing.

44.     Even if the open carry license were available in certain counties, to exercise the right to open carry, one would have to apply in each and every jurisdiction, live in all those

---

[2] http://www.alpinecountyca.gov/index.aspx?nid=204; http://www.countyofcolusa.org/index.aspx?nid=156; https://www.countyofglenn.net/dept/sheriff/welcome https://tehamaso.org/; https://www.solanocounty.com/depts/sheriff/

DECLARATION OF MARK BAIRD ISO SECOND MOTION
FOR PRELIMINARY INJUNCTION

jurisdictions simultaneously, and sprout wings to get from one county to another in order to avoid being arrested in the counties in the middle.

45. The majority of the 58 sheriff's offices in this state provide a link on their website to an electronic portal for processing CCW applications, which does not provide an option to apply for an open carry license.

46. The Nevada County Sheriff Office website confirms the nexus between the sheriffs and defendant Becerra's control over the licensing processes through the State's sheriff's offices:

> "<u>California Department of Justice</u> - Use this link to access the application process for CCW licenses."

See, https://www.mynevadacounty.com/184/Concealed-Weapon-Permits-CCW-License-to-

47. The California DOJ link provided by the Nevada County Sheriff website brings the applicant to the DOJ-created and DOJ-enforced uniform handgun application portal for applying for a CCW license. (See, https://nevadaca.permitium.com/ccw/start). The DOJ provides no option to apply for an open carry license either through DOJ's electronic portal or through the California sheriff's offices where a hard-copy application is available.

48. By controlling the process and procedure for applying for a carry license, defendant Becerra has eliminated the option of open carry throughout the state of California.

49. The California Department of Justice website does not provide the public or the various sheriffs and police chiefs in the state with a form application for an open carry license. I have conducted a search of the DOJ websites and have found no reference, applications, or forms regarding open carry licenses with the exception of Bureau of Security and Investigative Services ("BSIS") permits for security guards and alarm agents, which reference terms of employment.

9

50.     No DOJ form readily accessible to the public references an option to apply for an open carry license.

51.     California Penal Code § 26225 requires that a copy of all firearms licenses issued in each county (open carry and concealed carry) be "filed immediately" with the DOJ.

52.     I am informed by the California Department of Justice that, since the passage of Penal Code § 26350 in January 2012 criminalizing the open carriage of unloaded handguns in public, their records reflect that no open carry licenses have been issued in the State of California.

53.     Even if I were not statutorily precluded from applying for an open carry license in another county in California, such an application would be futile because, according to the official records of the DOJ, no open carry licenses have been issued in the State of California since 2012.

54.     Because of the "may issue" provisions, the "good cause" requirements, and the geographical restrictions related to open carry licenses under of § 26150, and the risk of criminal prosecution under Penal Codes §§ 26350 and 25850 by exercising my preexisting individual right to bear arms, I am irreparably harmed by the ongoing deprivation of the right to open carry, loaded or unloaded, throughout the State of California.

55.     Defendant Becerra's *de facto* elimination of the right to open carry is contrary to the plain language of the statutes.

56.     Defendant Becerra's *de facto* elimination of the right to open carry is borne out through the DOJ's licensing applications, both hard copy and electronic portal applications, which only permit the filing of applications for concealed carry/CCW licenses as carried out through the licensing authorities in the state.

57.     Based on the above, I continue to suffer irreparable harm by the ongoing deprivation of my preexisting individual right to bear arms, the exercise of which would subject

me to criminal prosecution under Penal Codes §§ 26350 and 25850.

58.     Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the enforcement of Penal Codes §§ 26350 and 25850 against individuals carrying a handgun open and exposed in public throughout the State of California be enjoined for the pendency of this matter.

59.     Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that defendant Becerra be ordered to issue standard application forms and procedure to the licensing authorities in this State for use by the public to apply for an open carry license under §§ 26150 and 26155, consistent with the statutes and the obligations of his office.

60.     Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the "may issue" language of Penal Codes §§ 26150 and 26155 pertaining to the issuance of an open carry license be enjoined for the pendency of this matter.

61.     Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the "good cause" language of Penal Codes §§ 26150 and 26155 pertaining to the issuance of an open carry license be enjoined for the pendency of this matter.

62.     Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the geographical restrictions for the validity of an open carry handgun license issued under Penal Codes §§ 26150 and 26155 be enjoined for the

DECLARATION OF MARK BAIRD ISO SECOND MOTION
FOR PRELIMINARY INJUNCTION

prosecution under Penal Codes §§ 26350 and 25850 by exercising my preexisting individual right to bear arms, I am irreparably harmed by the ongoing deprivation of the right to open carry, loaded or unloaded, throughout the State of California.

55.    Defendant Becerra's de facto elimination of the right to open carry is contrary to the plain language of the statutes.

56.    Defendant Becerra's de facto elimination of the right to open carry is borne out through the DOJ's licensing applications, both hard copy and electronic portal applications, which only permit the filing of applications for concealed carry/CCW licenses as envisioned through the licensing authorities in the state.

57.    Based on the above, I continue to suffer irreparable harm by the ongoing deprivation of my preexisting individual right to bear arms, the exercise of which would subject me to criminal prosecution under Penal Codes §§ 26350 and 25850.

58.    Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the enforcement of Penal Codes §§ 26350 and 25850 against individuals carrying a handgun open and exposed in public throughout the State of California be enjoined for the pendency of this matter.

59.    Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that defendant Becerra be ordered to issue standard application forms and procedure to the licensing authorities in this State for use by the public to apply for an open carry license under §§ 26150 and 26155, consistent with the statutes and the obligations of his office.

60.    Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the "may issue" language of Penal Codes §§ 26150 and 26155 pertaining to the issuance of an open carry license be enjoined for the pendency of this matter.

61.    Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the "good cause" language of Penal Codes §§ 26150 and 26155 pertaining to the issuance of an open carry license be enjoined for the pendency of this matter.

62.    Based on the continuing violation of my right to bear arms in public under the Second Amendment, I am requesting that the geographical restrictions for the validity of an open carry handgun license issued under Penal Codes §§ 26150 and 26155 be enjoined for the

pendency of this matter.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 12, 2021

Mark Baird

2

# Instruction for CCW Permit Application

1. **Nonrefundable** fee is:    $193.00, Standard permit. (2 years)
   $220.00, Judges CCW  (3 years)
   $242.00, Reserve Peace Officers (4 years)
   $176.00, Employment Permit (90 days)

2. **All Weapons listed on CCW must be inspected** and **signed off** by the class instructor. Make sure they are **Unloaded**.

3. Fingerprints will be taken **only** on Tuesdays from 9:00 am to 12:00 pm, **Call for Appointment 842-8301.  Bring attached Livescan form when you get fingerprinted.**

4. You must take the "CCW Initial 8 Hour Training" class. **You Can Call Us at 842-8317 For a List of Approved Instructors.**

5. You must have a **valid** reason why you would want a concealed weapons permit.

6. You **must** be **21 years of age** and a **Full-Time Resident (No Exceptions)** of Siskiyou County **at least 6 months**, and **live outside** of the city limits, or **within a city that contracts with the Sheriff's Office for Law Enforcement Services** to obtain a permit from the Sheriff's Office.

7. Applicant-**please fill out & sign ALL Sections BEFORE** turning in your application with your letters & class certificate.

8. You must have **3 letters from friends that you have known for 5 years or more.**

9. Show a photo I.D. (current drivers license or I.D. card.)

## An Unsigned or Otherwise Incomplete Application Will Result in a Delay in Processing.

### Processing Takes Approximately 8-12 Weeks

### If You Have any Questions, Please Call

### 842-8317

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

### Completing the Application

Answering all the questions on this standard application does not guarantee the issuance of a CCW license.  The determination whether to issue the license is at the discretion of the licensing authority.  Pursuant to Penal Code section 26160, each licensing authority, in addition to using the state standard application form, will have a written policy summarizing what they require.  Prior to issuing a CCW license, the statutes require proof that:

- The applicant is of good moral character;
- Good cause exists to issue the CCW license;
- The applicant meets residence requirements; and
- The course of training prescribed by the licensing authority has been completed.

The application on the following pages sets forth standardized questions to be used by the CCW licensing authority to determine whether a CCW license shall be issued.  The applicant shall not be required to complete any additional application or form for a CCW license, or to provide any information other than that necessary to complete this standard application form except to clarify or interpret information provided herein. (Pen. Code, § 26175, subd. (g).)

The applicant will certify under penalty of perjury that all answers provided are true and correct to the best of their knowledge and belief.  The applicant will also acknowledge that information disclosed on this application may be subject to public disclosure.

### Important Instructions

1. Complete, read, and sign Sections 1 through 5, as directed. Use additional pages if more space is required.

2. Sections 6, 7, and 8 must be completed in the presence of an official of the licensing agency.

3. Review Section 7 and be prepared to answer these questions orally. Do not write anything in Section 7 unless specifically directed to do so by the licensing agency.

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

| Official Use Only |
| --- |
| **Type of License Requested** |
| ☐ Standard ☐ Judge |
| ☐ Reserve Officer ☐ 90 Day |

☐ **Initial Application**      ☐ **Renewal Application**

## Public Disclosure Admonition:

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_____                    _____
Applicant Signature                                                                      Date

_____    _____    _____
Witness Signature                                   Badge Number                                Date

## Section 1 - Applicant Personal Information

_____    _____    _____
Last Name                                           First Name                                    Middle Name

_____
If Applicable, Maiden Name or Other Names(s) Used

_____    _____    _____
City of Residence                                 County of Residence                        Country of Citizenship

_____    _____
Date of Birth                                       Place of Birth (City, County, State)

_____    _____    _____    _____    _____
Height                          Weight                   Eye Color                   Hair Color                 M/F

## Section 2 - Applicant Clearance Questions

1. Do you now have, or have you ever had, a license to carry a concealed weapon (CCW)? If yes, please enter the issuing agency name, issue date and CCW license number. Use additional pages if necessary.      ☐YES ☐NO

_____    _____    _____
Issuing Agency                                    Issue Date                                     CCW No.

2. Have you ever applied for and been denied a CCW license? If yes, please enter the agency name, date, and the reason for denial.      ☐YES ☐NO

_____    _____
Agency Name                                                                 Date

_____
Reason for Denial

3. Have you ever held and subsequently renounced your United States citizenship? If yes, please explain.      ☐YES ☐NO

4. If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable? If yes, please explain.      ☐YES ☐NO

STATE OF CALIFORNIA
BOF 4012 (Rev. 11/2012)

DEPARTMENT OF JUSTICE
PAGE 4 of 13

## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

5.  Are you now, or have you been, a party to a lawsuit in the last five years? If yes, please explain.   ☐YES ☐NO

6.  Are you now, or have you been, subject to a restraining order(s) from any court? If yes, please explain.   ☐YES ☐NO

7.  Are you on probation or parole from any state for conviction of any offense including traffic? If yes, please explain.   ☐YES ☐NO

8.  List all traffic violations (moving violations only) and motor vehicle accidents you have had in the last five years. Use additional pages if necessary.

| Date | Violation/Accident | Agency | Citation No. |
|------|--------------------|--------|--------------|
| Date | Violation/Accident | Agency | Citation No. |
| Date | Violation/Accident | Agency | Citation No. |
| Date | Violation/Accident | Agency | Citation No. |
| Date | Violation/Accident | Agency | Citation No. |

9.  Have you ever been convicted of any criminal offense (civilian or military) in the U.S. or any other country? If yes, please explain including the date, agency, charges and disposition.   ☐YES ☐NO

10.  Have you withheld any fact that might affect the decision to approve this license? If yes, please explain.   ☐YES ☐NO

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## STANDARD INITIAL AND RENEWAL APPLICATION
## FOR LICENSE TO CARRY A CONCEALED WEAPON

### Section 3 - Description of Weapons

List below the weapons you desire to carry if granted a CCW license. You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated. Any misuse will cause an automatic revocation and possible arrest. Use additional pages if necessary.

| Make | Model | Caliber | Serial Number |
|------|-------|---------|---------------|
| Make | Model | Caliber | Serial Number |
| Make | Model | Caliber | Serial Number |

### Section 4 - CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:

- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Title 49, section 46505 of the United States Code states that a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or any dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

**CALIFORNIA DEPARTMENT OF JUSTICE**
## BUREAU OF FIREARMS
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

**Section 5 - Applicable California Penal Code Sections**

**The following Penal Code sections are of special importance to the holder of a CCW license regarding the use, carrying, and storage of firearms:**

**Penal Code section 26180 - False Statement on Application Form**
(a) Any person who files an application required by Section 26175 knowing that statements contained therein are false is guilty of a misdemeanor.
(b) Any person who knowingly makes a false statement on the application regarding any of the following is guilty of a felony.
    (1) The denial or revocation of a license, or the denial of an amendment to a license, issued pursuant to this article.
    (2) A criminal conviction.
    (3) A finding of not guilty by reason of insanity.
    (4) The use of a controlled substance.
    (5) A dishonorable discharge from military service.
    (6) A commitment to a mental institution.
    (7) A renunciation of United States citizenship.

**Penal Code section 192 - Manslaughter**
Manslaughter is the unlawful killing of a human being without malice.
(a) Voluntary - upon a sudden quarrel or heat of passion.
(b) Involuntary - in the commission of an unlawful act, not amounting to a felony; or in the commission of a lawful act which might produce death, in an unlawful manner, or without due caution and circumspection. This subdivision shall not apply to acts committed in the driving of a vehicle.

**Penal Code section 197 - Justifiable Homicide; Any Person**
Homicide is also justifiable when committed by any person in any of the following cases:
1. When resisting any attempt to murder any person, or to commit a felony, or to do some great bodily injury upon any person; or,
2. When committed in defense of habitation, property, or person, against one who manifestly intends or endeavors, by violence or surprise, to commit a felony, or against one who manifestly intends and endeavors, in a violent, riotous or tumultuous manner, to enter the habitation of another for the purpose of offering violence to any person therein; or
3. When committed in the lawful defense of such person, or of a wife or husband, parent, child, master, mistress or servant of such person, when there is reasonable ground to apprehend a design to commit a felony or to do some great bodily injury, and imminent danger of such design being accomplished; but such person, or the person in whose behalf the defense was made, if he was the assailant or engaged in mutual combat, must really and in good faith have endeavored to decline any further struggle before the homicide was committed; or
4. When necessarily committed in attempting, by lawful ways and means, to apprehend any person for any felony committed, or in lawfully suppressing any riot, or in lawfully keeping and preserving the peace.

**Penal Code section 198 - Justifiable Homicide; Sufficiency of Fear**
A bare fear of the commission of any of the offenses mentioned in subdivisions 2 and 3 of Section 197, to prevent which homicide may be lawfully committed, is not sufficient to justify it. But the circumstances must be sufficient to excite the fears of a reasonable person, and the party killing must have acted under the influence of such fears alone.

**Penal Code section 199 - Justifiable and Excusable Homicide; Discharge of Defendant**
The homicide appearing to be justifiable or excusable, the person indicted must, upon his trial, be fully acquitted and discharged.

**Penal Code section 25100 - Criminal Storage of Firearm**
(a) Except as provided in Section 25105, a person commits the crime of "criminal storage of a firearm of the first degree" if all of the following conditions are satisfied.
    (1) The person keeps any loaded firearm within any premises that are under the person's custody or control.
    (2) The person knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian.
    (3) The child obtains access to the firearm and thereby causes death or great bodily injury to the child or any other person.

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

**Section 5 - Applicable California Penal Code Sections - Continued**

(b) Except as provided in Section 25105, a person commits the crime of "criminal storage of a firearm of the second degree" if all of the following conditions are satisfied:
   (1) The person keeps any loaded firearm within any premises that are under the person's custody or control.
   (2) The person knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian.
   (3) The child obtains access to the firearm and thereby causes injury, other than great bodily injury, to the child or any other person, or carries the firearm either to a public place or in violation of Section 417.

**Penal Code section 25105 - Exceptions**
Section 25100 does not apply whenever any of the following occurs:
(a) The child obtains the firearm as a result of an illegal entry to any premises by any person.
(b) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.
(c) The firearm is carried on the person or within close enough proximity thereto that the individual can readily retrieve and use the firearm as if carried on the person.
(d) The firearm is locked with a locking device, as defined in Section 16860, which has rendered the firearm inoperable.
(e) The person is a peace officer or a member of the Armed Forces or the National Guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.
(f) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense for defense of another person.
(g) The person who keeps a loaded firearm on any premise that is under the person's custody or control has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premise.

**Penal Code section 25200 - Storage of Firearm where Child Obtains Access and Carries Firearm Off-Premises**
(a) If all of the following conditions are satisfied, a person shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding one thousand dollars ($1,000), or by both that imprisonment and fine:
   (1) The person keeps a pistol, revolver, or other firearm capable of being concealed upon the person, loaded or unloaded, within any premises that are under the person's custody or control.
   (2) The person knows or reasonably should know that a child is likely to gain access to that firearm without the permission of the child's parent or legal guardian.
   (3) The child obtains access to that firearm and thereafter carries that firearm off-premises.
(b) If all of the following conditions are satisfied, a person shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding five thousand dollars ($5,000), or by both that imprisonment and fine:
   (1) The person keeps any firearm within any premises that are under the person's custody or control.
   (2) The person knows or reasonably should know that a child is likely gain access to the firearm without the permission of the child's parent or legal guardian.
   (3) The child obtains access to the firearm and thereafter carries that firearm off-premises to any public or private preschool, elementary school, middle school, high school, or to any school-sponsored event, activity, or performance, whether occurring on school grounds or elsewhere.
(c) A pistol, revolver, or other firearm capable of being concealed upon the person that a child gains access to and carries off-premises in violation of this section shall be deemed "used in the commission of any misdemeanor as provided in this code or any felony" for the purpose of Section 29300 regarding the authority to confiscate firearms and other deadly weapons as a nuisance.
(d) As used in this section, "off-premises" means premises other than the premises where the firearm was stored.

**Penal Code section 25205 - Exceptions**
Section 25200 does not apply if any of the following are true:
(a) The child obtains the firearm as a result of an illegal entry into any premises by any person.
(b) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.
(c) The firearm is locked with a locking device, as defined in Section 16860, which has rendered the firearm inoperable.
(d) The firearm is carried on the person within close enough range that the individual can readily retrieve and use the firearm as if carried on the person.
(e) The person is a peace officer or a member of the Armed Forces or National Guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.
(f) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense or defense of another person.
(g) The person who keeps a firearm has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premises.

STATE OF CALIFORNIA
BOF 4012 (Rev. 11/2012)

CALIFORNIA DEPARTMENT OF JUSTICE

DEPARTMENT OF JUSTICE
PAGE 8 of 13

## BUREAU OF FIREARMS
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

### Section 6 - Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through an act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of any application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding false statements on a CCW Application, manslaughter, killing in defense of self or property, limitation on self-defense and defense of property, and child access and firearm storage, stated in this application.

I have read and understand the Firearms Prohibiting Categories attachment to this application. I further acknowledge that these prohibiting categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW license.

_____          _____
Applicant Signature                                                                     Date

_____          _____          _____
Witness Signature                                     Badge Number                                     Date

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## STANDARD INITIAL AND RENEWAL APPLICATION
## FOR LICENSE TO CARRY A CONCEALED WEAPON

**Section 7 - Investigator's Interview Notes**

| Applicant Last Name | First Name | Middle Name |
|---|---|---|

| Date of Birth | Age | Social Security No. | CA Driver License/ID No. |
|---|---|---|---|

CA Driver License Restrictions

| Residence Address | City | State | Zip Code | Telephone Number (Day) |
|---|---|---|---|---|

| Mailing Address (if different) | City | State | Zip Code | Telephone Number (Evening) |
|---|---|---|---|---|

| Spouse/Domestic Partner Last Name | First Name | Middle Name |
|---|---|---|

| Physical Address (if different than applicant) | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|

| Applicant Occupation | Business/Employer Name |
|---|---|

| Business/Employer Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|

1. List all previous home addresses for the past five years. Use additional pages if necessary.

| Address | City | State | Zip Code |
|---|---|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity? If yes, please explain. ☐YES ☐NO

3. Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program. If yes, please explain. ☐YES ☐NO

STATE OF CALIFORNIA
BOF 4012 (Rev. 11/2012)

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
# STANDARD INITIAL AND RENEWAL APPLICATION
# FOR LICENSE TO CARRY A CONCEALED WEAPON

DEPARTMENT OF JUSTICE
PAGE 10 of 13

**Section 7 - Investigator's Interview Notes - Continued**

4.  Have you ever been involved in an incident involving firearms? If yes, please explain.          ☐YES ☐NO

5.  Have you ever been involved in a domestic violence incident? If yes, please explain.          ☐YES ☐NO

6.  List any arrest or formal charges, with or without disposition, for any criminal offenses within the U.S. or          ☐YES ☐NO
    any other country (civilian or military)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant Desiring a CCW license.  Use additional pages if necessary.

STATE OF CALIFORNIA
BOF 4012 (Rev. 11/2012)

**CALIFORNIA DEPARTMENT OF JUSTICE**
DEPARTMENT OF JUSTICE
PAGE 11 of 13

## BUREAU OF FIREARMS
## STANDARD INITIAL AND RENEWAL APPLICATION
## FOR LICENSE TO CARRY A CONCEALED WEAPON

**Section 8 - Release of Information and Declaration**

I herby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____     _____

Applicant Signature                                                          Date

_____          _____          _____

Witness Signature                              Badge Number                              Date



# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## FIREARMS PROHIBITING CATEGORIES



**State and federal law make it unlawful for certain persons to own and/or possess firearms, including:**

- Any person who is convicted of a felony, or any offense enumerated in Penal Code sections 29900 or 29905

- Any person who is ordered to not possess firearms as a condition of probation or other court order listed in Penal Code section 29815, subdivisions (a) and (b)

- Any person who is convicted of a misdemeanor listed in Penal Code section 29805 (refer to List of Prohibiting Misdemeanors)

- Any person who is adjudged a ward of the juvenile court because he or she committed an offense listed in Welfare and Institutions Code section 707(b), an offense described in Penal Code section 1203.073(b), or any offense enumerated in Penal Code section 29805

- Any person who is subject to a temporary restraining order or an injunction issued pursuant to Code of Civil Procedure sections 527.6 or 527.8, a protective order as defined in Family Code section 6218, a protective order issued pursuant to Penal Code sections 136.2 or 646.91, or a protective order issued pursuant to Welfare and Institutions Code section 15657.03

- Any person who is found by a court to be a danger to himself, herself, or others because of a mental illness

- Any person who is found by a court to be mentally incompetent to stand trial

- Any person who is found by a court to be not guilty by reason of insanity

- Any person who is adjudicated to be a mentally disordered sex offender

- Any person who is placed on a conservatorship because he or she is gravely disabled as a result of a mental disorder, or an impairment by chronic alcoholism

- Any person who communicates a threat to a licensed psychotherapist against a reasonably identifiable victim, that has been reported by the psychotherapist to law enforcement

- Any person who is taken into custody as a danger to self or others under Welfare and Institutions Code section 5150, assessed under Welfare and Institutions Code section 5151, and admitted to a mental health facility under Welfare and Institutions Code sections 5151, 5152, or certified under Welfare and Institutions Code sections 5250, 5260, and 5270.15

- Any person who is addicted to the use of narcotics (state and federal)

- Any person who is under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year (federal)

- Any person who has been discharged from the military under dishonorable conditions (federal)

- Any person who is an illegal alien (federal)

- Any person who has renounced his or her US Citizenship (federal)

- Any person who is a fugitive from justice (federal)




# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
# FIREARMS PROHIBITING CATEGORIES

**Firearm prohibitions for misdemeanor violations of the offenses listed below are generally for ten years from the date of conviction, but the duration of each prohibition may vary. All statutory references are to the California Penal Code, unless otherwise indicated.**

- Threatening public officers, employees, and school officials (Pen. Code, § 71.)
- Threatening certain public officers, appointees, judges, staff or their families with the intent and apparent ability to carry out the threat (Pen. Code, § 76.)
- Intimidating witnesses or victims (Pen. Code, § 136.1.)
- Possessing a deadly weapon with the intent to intimidate a witness (Pen. Code, § 136.5.)
- Threatening witnesses, victims, or informants (Pen. Code, § 140.)
- Attempting to remove or take a firearm from the person or immediate presence of a public or peace officer (Pen. Code, § 148(d).)
- Unauthorized possession of a weapon in a courtroom. Courthouse, or court building, or at a public meeting (Pen. Code, § 171(b).)
- Bringing into or possessing a loaded firearm within the state capitol, legislative offices, etc. (Pen. Code, § 171(c).)
- Taking into or possessing loaded firearms within the Governor's Mansion or residence of other constitutional officers (Pen. Code,  171(d).)
- Supplying, selling or giving possession of a firearm to a person for participation in criminal street gangs (Pen. Code, § 186.28.)
- Assault (Pen. Code, §§ 240, 241.)
- Battery (Pen. Code, §§ 242, 243.)
- Sexual Battery (Pen. Code, § 243.4)
- Assault with a stun gun or taser weapon (Pen. Code, § 244.5.)
- Assault with a deadly weapon other than a firearm, or with force likely to produce great bodily injury (Pen. Code, § 245.)
- Assault with a deadly weapon or instrument; by any means likely to produce great bodily injury or with a stun gun or taser on a school employee engaged in performance of duties (Pen. Code, § 245.5 .)
- Discharging a firearm in a grossly negligent manner (Pen. Code, § 246.3.)
- Shooting at an unoccupied aircraft, motor vehicle, or uninhabited building or dwelling house (Pen. Code, § 247.)
- Inflicting corporal injury on a spouse or significant other (Pen. Code, § 273.5.)*
- Wilfully violating a domestic protective order (Pen. Code, § 273.6.)
- Drawing, exhibiting, or using deadly weapon other than a firearm (Pen. Code, § 417, subd. (a)(1) & (a)(2).)
- Inflicting serious bodily injury as a result of brandishing (Pen. Code, § 417.6.)
- Making threats to commit a crime which will result in death or great bodily injury to another person (Pen. Code, § 422.)
- Bringing into or possessing firearms upon or within public schools and grounds (Pen. Code, § 626.9.)
- Stalking (Pen. Code, § 646.9.)
- Armed criminal action (Pen. Code, § 25800.)
- Possessing a deadly weapon with intent to commit an assault (Pen. Code, § 17500.)
- Driver of any vehicle who knowingly permits another person to discharge a firearm from the vehicle or any person who willfully and maliciously discharges a firearm from a motor vehicle (Pen. Code, § 26100, subd. (b) or (d).)
- Criminal possession of a firearm (Pen. Code, § 25300.)
- Firearms dealer who sells, transfers or gives possession of any firearm to a minor or a handgun to a person under 21 (Pen. Code, § 27510.)
- Various violations involving sales and transfers of firearms (Pen. Code, § 27590, subd. (c).)
- Person or corporation who sells any concealable firearm to any minor (former Pen. Code, § 12100, subd. (a).)
- Unauthorized possession/transportation of a machine gun (Pen. Code, § 32625)
- Possession of ammunition designed to penetrate metal or armor (Pen. Code, § 30315.)
- Carrying a concealed or loaded firearm or other deadly weapon or wearing a peace officer uniform while picketing (Pen. Code, §§ 830.95, subd. (a), 17510, subd. (a.)
- Bringing firearm related contraband into juvenile hall (Welf. & Inst. Code, § 871.5.)
- Bringing firearm related contraband into a youth authority institution (Welf. & Inst. Code, § 1001.5.)
- Purchase, possession, or receipt of a firearm or deadly weapon by a person receiving in-patient treatment for a mental disorder, or by a person who has communicated to a licensed psychotherapist a serious threat of physical violence against an identifiable victim (Welf. & Inst. Code, § 8100.)
- Providing a firearm or deadly weapon to a person described in Welfare and Institutions Code sections 8100 or 8103 (Welf. & Inst. Code, § 8101.)
- Purchase, possession, or receipt of a firearm or deadly weapon by a person who has been adjudicated to be a mentally disordered sex offender or found to be mentally incompetent to stand trial, or not guilty by reason of insanity, and individuals placed under conservatorship (Welf. & Inst. Code, § 8103.)

**The following misdemeanor convictions result in a lifetime prohibition:**

- Assault with a firearm (Pen. Code, §§ 29800, subd. (a)(1), 23515, subd. (a).)
- Shooting at an inhabited or occupied dwelling house, building, vehicle, aircraft, housecar or camper (Pen. Code, §§ 246, 29800, subd. (a)(1), 17510, 23515, subd. (b).)
- Brandishing a firearm in presence of a peace officer (Pen. Code §§ 417, subd. (c), 23515, subd. (d), 29800, subd. (a)(1).)
- Two or more convictions of Penal Code section 417, subdivision (a)(2) (Pen. Code § 29800, subd. (a)(2).)

\* A "misdemeanor crime of domestic violence" (18 U.S.C. §§ 921(a)(33)(A), 922(g)(9).)

**Note:  The Department of Justice provides this document for informational purposes only.  This list may not be inclusive of all firearms prohibitions. For specific legal advice, please consult with an attorney licensed to practice law in California.**



STATE OF CALIFORNIA
BCIA 8016
(Rev. 04/2020)

DEPARTMENT OF JUSTICE
PAGE 1 of 4

Print Form    Reset Form

## REQUEST FOR LIVE SCAN SERVICE

*Applicant Submission*

CA0470000
ORI (Code assigned by DOJ)

Standard CCW
Authorized Applicant Type

Type of License/Certification/Permit OR Working Title (Maximum 30 characters - if assigned by DOJ, use exact title assigned)

Contributing Agency Information:

Siskiyou County Sheriff
Agency Authorized to Receive Criminal Record Information

03256
Mail Code (five-digit code assigned by DOJ)

305 Butte Street
Street Address or P.O. Box

Mary Jo Culp
Contact Name (mandatory for all school submissions)

| Yreka | CA | 96097 |
|---|---|---|
| City | State | ZIP Code |

(530) 842-8317
Contact Telephone Number

Applicant Information:

Last Name

First Name          Middle Initial     Suffix

Other Name: (AKA or Alias)

Last Name

First Name                              Suffix

Sex ☐ Male ☐ Female

Date of Birth

Driver's License Number

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|

Billing
Number
                    (Agency Billing Number)

Place of Birth (State or Country)     Social Security Number

Misc.
Number
                    (Other Identification Number)

Home
Address    Street Address or P.O. Box

City                              State     ZIP Code

I have received and read the included Privacy Notice, Privacy Act Statement, and Applicant's Privacy Rights.

Applicant Signature

Date

Your Number:
OCA Number (Agency Identifying Number)

Level of Service:    ☒ DOJ    ☒ FBI
(If the Level of Service indicates FBI, the fingerprints will be used to check the criminal history record information of the FBI.)

If re-submission, list original ATI number:
(Must provide proof of rejection)     Original ATI Number

Employer (Additional response for agencies specified by statute):

Employer Name

Street Address or P.O. Box

Telephone Number (optional)

| City | State | ZIP Code | Mail Code (five digit code assigned by DOJ) |
|---|---|---|---|

Live Scan Transaction Completed By:

Name of Operator

Date

| Transmitting Agency | LSID | ATI Number | Amount Collected/Billed |
|---|---|---|---|



## REQUEST FOR LIVE SCAN SERVICE

### Privacy Notice

As Required by Civil Code § 1798.17

**Collection and Use of Personal Information.** The California Justice Information Services (CJIS) Division in the Department of Justice (DOJ) collects the information requested on this form as authorized by Business and Professions Code sections 4600-4621, 7574-7574.16, 26050-26059, 11340-11346, and 22440-22449; Penal Code sections 11100-11112, and 11077.1; Health and Safety Code sections 1522, 1416.20-1416.50, 1569.10-1569.24, 1596.80-1596.879, 1725-1742, and 18050-18055; Family Code sections 8700-87200, 8800-8823, and 8900-8925; Financial Code sections 1300-1301, 22100-22112, 17200-17215, and 28122-28124; Education Code sections 44330-44355; Welfare and Institutions Code sections 9710-9719.5, 14043-14045, 4684-4689.8, and 16500-16523.1; and other various state statutes and regulations. The CJIS Division uses this information to process requests of authorized entities that want to obtain information as to the existence and content of a record of state or federal convictions to help determine suitability for employment, or volunteer work with children, elderly, or disabled; or for adoption or purposes of a license, certification, or permit. In addition, any personal information collected by state agencies is subject to the limitations in the Information Practices Act and state policy. The DOJ's general privacy policy is available at **http://oag.ca.gov/privacy-policy**.

**Providing Personal Information.** All the personal information requested in the form must be provided. Failure to provide all the necessary information will result in delays and/or the rejection of your request.

**Access to Your Information.** You may review the records maintained by the CJIS Division in the DOJ that contain your personal information, as permitted by the Information Practices Act. See below for contact information.

**Possible Disclosure of Personal Information.** In order to process applications pertaining to Live Scan service to help determine the suitability of a person applying for a license, employment, or a volunteer position working with children, the elderly, or the disabled, we may need to share the information you give us with authorized applicant agencies.

The information you provide may also be disclosed in the following circumstances:

- With other persons or agencies where necessary to perform their legal duties, and their use of your information is compatible and complies with state law, such as for investigations or for licensing, certification, or regulatory purposes.
- To another government agency as required by state or federal law.

**Contact Information.** For questions about this notice or access to your records, you may contact the Associate Governmental Program Analyst at the DOJ's Keeper of Records at (916) 210-3310, by email at **keeperofrecords@doj.ca.gov,** or by mail at:

<div align="center">

Department of Justice
Bureau of Criminal Information & Analysis
Keeper of Records
P.O. Box 903417
Sacramento, CA 94203-4170

</div>



STATE OF CALIFORNIA
BCIA 8016
(Rev. 04/2020)

DEPARTMENT OF JUSTICE
PAGE 3 of 4

## REQUEST FOR LIVE SCAN SERVICE

### Privacy Act Statement

**Authority**. The FBI's acquisition, preservation, and exchange of fingerprints and associated information is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include Federal statutes, State statutes pursuant to Pub. L. 92-544, Presidential Executive Orders, and federal regulations. Providing your fingerprints and associated information is voluntary; however, failure to do so may affect completion or approval of your application.

**Principal Purpose**. Certain determinations, such as employment, licensing, and security clearances, may be predicated on fingerprint-based background checks. Your fingerprints and associated information/biometrics may be provided to the employing, investigating, or otherwise responsible agency, and/or the FBI for the purpose of comparing your fingerprints to other fingerprints in the FBI's Next Generation Identification (NGI) system or its successor systems (including civil, criminal, and latent fingerprint repositories) or other available records of the employing, investigating, or otherwise responsible agency. The FBI may retain your fingerprints and associated information/biometrics in NGI after the completion of this application and, while retained, your fingerprints may continue to be compared against other fingerprints submitted to or retained by NGI.

**Routine Uses.** During the processing of this application and for as long thereafter as your fingerprints and associated information/biometrics are retained in NGI, your information may be disclosed pursuant to your consent, and may be disclosed without your consent as permitted by the Privacy Act of 1974 and all applicable Routine Uses as may be published at any time in the Federal Register, including the Routine Uses for the NGI system and the FBI's Blanket Routine Uses. Routine uses include, but are not limited to, disclosures to: employing, governmental, or authorized non-governmental agencies responsible for employment, contracting, licensing, security clearances, and other suitability determinations; local, state, tribal, or federal law enforcement agencies; criminal justice agencies; and agencies responsible for national security or public safety.



## REQUEST FOR LIVE SCAN SERVICE

### Noncriminal Justice Applicant's Privacy Rights

As an applicant who is the subject of a national fingerprint-based criminal history record check for a noncriminal justice purpose (such as an application for employment or a license, an immigration or naturalization matter, security clearance, or adoption), you have certain rights which are discussed below.

- You must be provided written notification[1] that your fingerprints will be used to check the criminal history records of the FBI.
- You must be provided, and acknowledge receipt of, an adequate Privacy Act Statement when you submit your fingerprints and associated personal information. This Privacy Act Statement should explain the authority for collecting your information and how your information will be used, retained, and shared. [2]
- If you have a criminal history record, the officials making a determination of your suitability for the employment, license, or other benefit must provide you the opportunity to complete or challenge the accuracy of the information in the record.
- The officials must advise you that the procedures for obtaining a change, correction, or update of your criminal history record are set forth at Title 28, Code of Federal Regulations (CFR), Section 16.34.
- If you have a criminal history record, you should be afforded a reasonable amount of time to correct or complete the record (or decline to do so) before the officials deny you the employment, license, or other benefit based on information in the criminal history record. [3]

You have the right to expect that officials receiving the results of the criminal history record check will use it only for authorized purposes and will not retain or disseminate it in violation of federal statute, regulation or executive order, or rule, procedure or standard established by the National Crime Prevention and Privacy Compact Council. [4]

If agency policy permits, the officials may provide you with a copy of your FBI criminal history record for review and possible challenge. If agency policy does not permit it to provide you a copy of the record, you may obtain a copy of the record by submitting fingerprints and a fee to the FBI. Information regarding this process may be obtained at https://www.fbi.gov/services/cjis/identity-history-summary-checks.

If you decide to challenge the accuracy or completeness of your FBI criminal history record, you should send your challenge to the agency that contributed the questioned information to the FBI. Alternatively, you may send your challenge directly to the FBI. The FBI will then forward your challenge to the agency that contributed the questioned information and request the agency to verify or correct the challenged entry. Upon receipt of an official communication from that agency, the FBI will make any necessary changes/corrections to your record in accordance with the information supplied by that agency. (See 28 CFR 16.30 through 16.34.) *You can find additional information on the FBI website at* https://www.fbi.gov/about-us/cjis/background-checks.

---

[1] Written notification includes electronic notification, but excludes oral notification

[2] https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement

[3] See 28 CFR 50.12(b)

[4] See U.S.C. 552a(b); 28 U.S.C. 534(b); 34 U.S.C. § 40316 (formerly cited as 42 U.S.C. § 14616), Article IV(c)

# CONCEALED WEAPON PERMIT RESTRICTIONS AND CONDITIONS AGREEMENT

The following are restrictions and conditions that must be acknowledged and agreed to by the applicant prior to the processing of the Concealed Weapon Permit application.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:

- Consume any alcoholic beverage.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his duties.
- Present himself/herself as a peace *officer* to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry any concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Any violation of these restrictions or conditions invalidates said Concealed Weapon Permit and voids any further use of said permit until reinstated by the Chief of Police. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating said permit.

I, **THE UNDERSIGNED APPLICANT, HEREBY CERTIFY** that I have read **the** foregoing restrictions and conditions listed on this page and agree to abide by them if issued a Concealed Weapon Permit. I also acknowledge that I have received a copy of the Restrictions and Conditions for personal reference.

Sign: _____   Date: _____

If any section, sub-section, sentence, paragraph, clause, phrase, or portion of this policy/procedure is for any reason, held to be unconstitutional or invalid by a decision of any court, such decision shall not affect the remaining portions of the policy/procedure.

# CONCEALED WEAPONS REGULATIONS
# FEDERAL AVIATION REG: 121.583

U.S . GOVERNMENT CODE - TITLE 49, CHAPTER 26, SECTION 1472(1)

A Concealed Weapon License does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by either local or Federal authorities or both.

Date: _____

Signature: _____

SISKIYOU COUNTY SHERIFF'S DEPARTMENT
CCW LICENSE PROCEDURE
CERTIFICATION OF MEDICAL AND PSYCHOLOGICAL FITNESS

APPLICANTS NAME: _____

I hereby certify that to my knowledge, I am medically and psychologically fit to be issued a License to Carry a Concealed Weapon by the Siskiyou County Sheriff's Department. Any physical or mental limitations I may have are listed as follows:

○  No limitations

○  Limitations as follows:

List any medications you are currently taking **including medicinal** or **recreational marijuana.**

I hereby certify that the information provided above is complete & correct.

_____   _____
Applicant                                                                        Dated

Applicant's Physician name; _____ Ph. Number_____

**Certification & Release of Information**

I understand that the Siskiyou Co. Sheriff's Dept. retains the right to request a physician's examination and certification, at no expense to Siskiyou County, if deemed to be necessary. I hereby give permission to the Siskiyou Co. Sheriff's Dept. to contact any person, Physician, agency or institution to release or confirm information about me. Additionally, I understand that listing any known limitations, does not automatically reject my application request. Furthermore, I understand that the failure to honestly complete this form, may result in the rejection of my CCW application.

Signature_____   _____
                                                                                          Dated

## SISKIYOU COUNTY SHERIFF'S DEPARTMENT

## HOLD HARMLESS AND IDEMNIFICATION AGREEMENT

As a condition of receiving a license to carry a concealable firearm from the Siskiyou Co. Sheriff's
Department, I, _____,
Agree to hold Siskiyou County, its officers and employees including the Siskiyou Co. Sheriff's
Department and the Sheriff and his agents, harmless from and to indemnify them against any and all
liabilities including judgments, costs and attorney's fees that may occur as the result of my
possession and/or use of the concealable firearm(s) named on the license, issued to me by the
Siskiyou County Sheriff's Department.

Licensee agrees that by accepting the Permit to Carry A Concealed Weapon, he/she will hold
harmless the County of Siskiyou, Siskiyou County sheriff's Department and any and all officers or
employees thereof from any claim, suit, or judgment arising in any way to of the exercise of the right
granted by any Concealed Weapon Permit issued to this applicant.
(Government code 818.4)

Signed_____

Dated_____

# SISKIYOU COUNTY SHERIFF'S DEPARTMENT
# CALIFORNIA CONCEALED WEAPONS PERMIT
# AMMUNITION DECLARATION

Name: (printed): _____

Local #: _____

Ammunition to be used in weapon(s) listed on permit:
    Weapon #1

       1. Manufacturer: _____

       2. Bullet Weight: _____

       3. Bullet Design: circle one (Hollow Point) Semi-Wadcutter)
       (Soft Point) (Full Metal Jacket) (Round Nose)

    Weapon #2

       1. Manufacturer: _____

       2. Bullet Weight: _____

       3. Bullet Design: circle one (Hollow Point) Semi-Wadcutter)
       (Soft Point) (Full Metal Jacket) (Round Nose)

    Weapon #3

       1. Manufacturer: _____

       2. Bullet Weight: _____

       3. Bullet Design: circle one (Hollow Point) Semi-Wadcutter)
       (Soft Point) (Full Metal Jacket) (Round Nose)

Signature: _____

Date: _____

# Sheriff

## Divisions

The Colusa County Sheriff's Department is comprised of the following divisions:

- Administrative Services
  - Civil Services
  - Fiscal Services
  - Records

- Documents
- Correctional Services
  - Court Security
  - Jail

- Field Services
  - Animal Control
  - Boating Safety Unit
  - Coroner
  - Investigations
  - Narcotics Task Force
  - Off Highway Vehicles
  - Patrol
  - Property and Evidence
  - School Resource
  - SOAR

Select Language

- Support Services
  - Dispatch
  - Emergency Services

## Contact Us



**Joe Garofalo**

Sheriff Coroner

Contact Sheriff Joe Garofalo

Phone: (530) 458-0208

## Sheriff

**Physical Address**

929 Bridge Street

Colusa, CA 95932

Phone: (530) 458-0200

Fax: (530) 458-4697

## Hours

24 hours a day, 7 days a week

Directory

## Quick Links

- Amber Alert

- Help for Crime Victims

Select Language

- Megan's Law

## FAQs

- Where may I file a crime report?

- How can I obtain a copy of a report I filed with the sheriff's office?

- Who can visit the jail?

Government Websites by CivicPlus®

Select Language

Select a Department ⌄

-- How do I...? -- ⌄

● (/) ‣ Government (/government) ‣ Departments (/government/departments) ‣ Sheriff

# Sheriff

The Glenn County Sheriff is responsible for law enforcement services in the unincorporated areas of the county and within the City of Willows.



---

We administer the County Jail, Dispatch, and function as the County Coroner (/dept/sheriff/coroner/welcome). We patrol waterways to protect residents and property and acts as the Director of Emergency Services.

The Mission Of The GLENN COUNTY SHERIFF'S OFFICE is to work in partnership with all citizens to protect life and property and to enhance the quality of life for each person living in the Glenn County Community; We, the men and women of the department, stand by our motto:

 *Commitment To Service, Dedication To Community.*

# Join Our Team: Volunteers Needed

Do you want to serve your community and help make it a safer place? Join one our volunteer programs.

Glenn County Volunteers in Partnership with the Sheriff (VIPS) and Glenn County Search and Rescue are accepting new volunteers. Volunteers of all skills and abilities are needed. Check out our Volunteer Opportunities page (https://www.countyofglenn.net/dept/sheriff/office-emergency-services/volunteer-opportunities) for more information.

 

## Do you have your California Boater Card?



California boating law requires boaters to obtain and carry a California Boater Card (CBC) while operating a recreational motorized vessel on California waterways. This card is often called the 'California boating license'.

The CBC requirement will be phased in over 8 years.
January 1, 2020: Persons 35 years of age or younger
January 1, 2021: Persons 40 years of age and younger

Apply for a California Boater Card Here  (https://www.boat-ed.com/california/?kme=boat+fresh&campaign=ca+reviewsV1)

### MEGAN'S LAW (HTTP://WWW.MEGANSLAW.CA.GOV/)

California Department of Justice's official Internet web site, which lists designated registered sex offenders in California.

Go to Megan's Law **(http://www.meganslaw.ca.gov/)**

### CodeRED

Register today for CodeRED Glenn County to ensure you don't miss an emergency notification!

Enroll in CodeRED *(https://public.coderedweb.com/CNE/BF7547645C5B)*

📰 NEWS & ANNOUNCEMENTS (/GOVERNMENT/NEWS)

# Marijuana Operation (/news/press-release/20210203/marijuana-operation)



[(/news/press-release/20210203/marijuana-operation)](/news/press-release/20210203/marijuana-operation)





🏛 Sheriff (/departments/sheriff)

🏷 Press Release (/news/news-categories-13)

READ MORE (/NEWS/PRESS-RELEASE/20210203/MARIJUANA-OPERATION)

---

# Stolen Vehicle & Explosive Device (/news/press-release-public-safety/20210112/stolen-vehicle-explosive-device)



[(/news/press-release-public-safety/20210112/stolen-vehicle-explosive-device)](/news/press-release-public-safety/20210112/stolen-vehicle-explosive-device)

🏛 Sheriff (/departments/sheriff)

🏷 Press Release (/news/news-categories-13), Public Safety (/news/news-categories-1)

READ MORE (/NEWS/PRESS-RELEASE-PUBLIC-SAFETY/20210112/STOLEN-VEHICLE-EXPLOSIVE-DEVICE)

---

## Arrest made in conjunction with infant death (/news/press-release-public-safety/20210109/arrest-made-conjunction-infant-death)



(/news/press-release-public-safety/20210109/arrest-made-conjunction-infant-death)

🏛 Sheriff (/departments/sheriff)

🏷 *Press Release (/news/news-categories-13)*, *Public Safety (/news/news-categories-1)*

READ MORE (/NEWS/PRESS-RELEASE-PUBLIC-SAFETY/20210109/ARREST-MADE-CONJUNCTION-INFANT-DEATH)

---

## Glenn County Sheriff position on Enforcement of Health Orders (/news/public-information-public-safety/20201120/glenn-county-sheriff-position-enforcement-health)



(/news/public-information-public-safety/20201120/glenn-county-sheriff-position-enforcement-health)

In response to much social uncertainty and numerous inquiries, I wanted to clarify the position of the Glenn County Sheriff's Office relative to existing health orders, as well as any potential impending orders at the County or State level.

🏛 Sheriff (/departments/sheriff)

🏷 *Public Information (/news/news-categories-9)*, *Public Safety (/news/news-categories-1)*

READ MORE (/NEWS/PUBLIC-INFORMATION-PUBLIC-SAFETY/20201120/GLENN-COUNTY-SHERIFF-POSITION-ENFORCEMENT-HEALTH)

---

## Illegal Marijuana Grow (/news/public-information-public-safety/20200710/illegal-marijuana-grow)



(/news/public-information-public-safety/20200710/illegal-marijuana-grow)

🏛 Sheriff (/departments/sheriff)

🏷 *Public Information (/news/news-categories-9)*, *Public Safety (/news/news-categories-1)*

READ MORE (/NEWS/PUBLIC-INFORMATION-PUBLIC-SAFETY/20200710/ILLEGAL-MARIJUANA-GROW)

**ADDRESS**
543 West Oak Street
Willows, CA 95988

**MON - FRI:**
8:00 am-5:00 pm

**PHONE**
(530) 934-6441 (tel://5309346441)

**FAX**
(530) 934-6473

✉

**E-MAIL**
gcsoadmin@countyofglenn.net (mailto:gcsoadmin@countyofglenn.net)

👥

**Richard L. Warren Jr**
Sheriff-Coroner

**f**  (https://www.facebook.com/glenncountysheriff)     🐦  (https://twitter.com/GlennCountyOES)

**i**

# Receive Community Information & Emergency Alerts Instantly!

**EMERGENCY ALERT & NOTIFICATION SYSTEM**

🔺CodeRED™  *(https://public.coderedweb.com/CNE/BF7547645C5B)*

*Enroll today! (https://public.coderedweb.com/CNE/BF7547645C5B)*

**Community Alerts**

 **(http://www.nixle.com/)**

It's quick, easy and secure.

Sign up today! (http://www.nixle.com/)

 (http://twitter.com/GlennCountyOES)

# Follow us on Twitter

Tweets by @GlennCountyOES

Glenn County OES Retweeted

**Mendocino NF**
@MendocinoNF

Information about a proposed prescribed fire and fuels management strategy for the Mendocino National Forest is now available. go.usa.gov/xH49g

Apr 9, 2021

**Glenn County OES**
@GlennCountyOES

It is National Public Safety Telecommunicator's Week!
Gold represents strength, loyalty, understanding of right from wrong, preparedness, while being caring, concerned and concrete on resolve. Emergency Dispatchers are truly Gold!
THANK YOU #GlennCountySheriff Dispatchers!

4h

Embed View on Twitter

#GlennPrepares (https://twitter.com/search?q=%23GlennPrepares)

## Glenn County Sheriff's Office Facebook feed

Glenn Cou...

Like Page

Timeline | Events

THANK YOU DISPATCHERS!
They are always heard but rarely seen.
They are the heros behind the scenes.
The calm voice in the dark.
The *Gold* line lies between the *Red* and the *Blue*.

**National Public Safety
Telecommunicator's Week**

**Glenn County Sheriff's Office**
4 hours ago

It is National Public Safety Telecommunicator's Week! Our dispatcher's support our community during their time of need, providing a calm voice during some of the most stressful times.

Dispatchers are often called upon in emergency situations to support the public, business, and the officers within their department. They are not only communication professionals, but they are often the savior on the other end of the telephone line or microphone.

Gold represents strength, lo... See More

21 | Comment | 8

**Glenn County Sheriff's**

**Maps (//countyofglenn.net/gis-data)**

Copyright © 2015–2021 County of Glenn, California

 (http://www.adobe.com/products/acrobat/readstep2.html)

ADA Disclaimer (/legal/ada-disclaimer) | Privacy Policy (/legal/privacy-policy)
This institution is an equal opportunity provider, and employer. (/legal/non-discrimination-policy)



Low Graphics Version

Solano County *California*

Search [Search...] [Find It...]

**About Solano    Departments    Services    Calendar    Emergencies    Contact**



# Departments

🏠 Homepage > Departments > Sheriff-Coroner                    🖨 Print

**Options**

Sheriff Ferrara's Bio
Undersheriff DeWall's Bio
Career Opportunities                         ▸
Departmental Functions
Camera Registration
Admin. Services Division                     ▸
Civil Bureau                                 ▸
Coroner                                      ▸
Custody Division                             ▸
Dispatch Center
Live Scan Information                        ▸
Management Team
OES
Organizational Chart
Public Information                           ▸
Field Operations Division                    ▸
Special Teams                                ▸
Volunteer
Animal Care Services
Useful Links & Resources
POSSE
PREA
Public Relations Requests
Fee Schedule
History of Solano Co. Sheriff
Reserve Deputy
Contact Us

ABOUT SSL CERTIFICATES

## SOLANO COUNTY SHERIFF'S OFFICE

**Sheriff / Coroner Thomas A. Ferrara**
530 Union Avenue, Suite 100
Fairfield California



**Sheriff Thomas A. Ferrara**

## "Dedicated to Community Service"

**VALUES, MISSION AND GOALS**



This plug-in isn't supported

If video fails to auto play, please click HERE



**Professionalism:** Performing to the highest standards with integrity, ethical behavior and accountability.

**Trust:** Confidence in the character and ability to meet expectations.

**Courage:** To persevere with mental and moral strength in the face of difficulty.

**Innovation:** Embrace and inspire creativity to apply better solutions that accomplish goals and outcomes.

**Teamwork:** Unified collaboration to accomplish common goals without regard to personal agendas.

**Service:** Providing professional assistance in support of the community's best interests and well-being.

**Respect:** To value and embrace individuality with special regard to differences.

**Announcements**

**Links**

Automatic License Plate Readers
iCare - Online Jail Commissary
Inquiry-Complaint Form
Jail - Booking Logs
Jail - In Custody Search
Megan's Law
Public Records Request Form



KEEP YOUR FAMILY SAFE!




(530) 529-7900

# Tehama County Sheriff's Office
Serving our Community with P.R.I.D.E.
Professionalism, Respect, Integrity, Dedication, Equality

- Home
- Contact Us
- Report A Crime
- Tehama Alert
- Press Releases
- Important Info
- Emergency Services  >
- Administration  >
- Civil Division
- Jail Division  >
- Operations Division  >



## Sheriff Dave Hencratt

I began my law enforcement career in 1988 and have spent my entire career with the Tehama County Sheriff's Office.

Since taking office on January 3, 2011, we have accomplished everything we set out to accomplish. We have established respectable alternative custody/inmate work programs and an inmate work farm.

I am still proud to be associated with the men and women that make up our organization.

Our people are well trained and well equipped to deal with the always present criminal element of our society.

We are moving forward with a sixty four bed addition to our jail as a result of being promised jail construction funding from the State of California.

We will continue to dedicate our energy and resources to making Tehama County a better place to live and work.

## Tehama County Emergency Alerts

Please click here for a list of Emergency Alerts located in the County of Tehama.

## TCSO Temporary Face Coverings-Masks Policy / Governor Newsom's Guidance

Please Click Here to review Sheriff Hencratt's Temporary Policy regarding Face Coverings/Masks, as well as Governor Newsom's Statewide Guidance that California residents are to wear face coverings in most most settings outside the home.

## Wal-Mart DC Shooting - Report for Public Release - June 27, 2020

Sheriff Hencratt had decided to release the public report regarding the Wal-Mart DC shooting that occurred on June 27, 2020.

Please Click Here to view this report.



Report A Crime | Tehama Alert | Citizen RIMS | Press Releases | Important Info

## Contact
📞 (530) 529-7900
📠 (530) 529-7933

**Physical Location**
22840 Antelope Boulevard
Red Bluff, CA 96080

## Mailing Address
P.O. Box 729
Red Bluff, CA 96080

## Quicklinks
Press Releases
Report A Crime
Tehama Alert
Links



I'm being evicted

My wages have been garnished

I have an electronic monitor

I want to request a restraining order

Find a Person in Jail

Request Public Records

I've been assigned to the Sheriff's Work Alternative Program

I am a member of the media

Find out if you have a warrant



I received a jury notice

Find a Person in Jail

Request Public Records

# File a complaint

# I'm homeless

## Our job is to keep people safe.

Intake & Release

In County Jail #3

In Court

In Our Community

In County Jail #2

At City Hall

At the Hospital

Call 9-1-1 in case of life-threatening emergencies or to report a crime.

Prepare for an Emergency

Megan's Law

San Francisco Sheriff History

Victim Notification Network (VINE)

Public Notices

Find a Person in Jail

Request Public Records

Compliment a Deputy

File a complaint

Jobs with the City

About this website

Contact Us

Do Not Sell My Personal Information

Privacy Policy

City and County
of San Francisco

Find a Person in
Jail

Request Public
Records