COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and<br>RICHARD GALLARDO,<br><br><br>                    Plaintiffs,<br>        v.<br><br>ROB BONTA, in his official capacity as<br>Attorney General of the State of California,<br>and DOES 1-10,<br><br><br>                    Defendants. | Case No. 2:19-CV-00617<br><br>**NOTICE OF<br>MOTION FOR CONTINUANCE**<br><br>Courtroom:      3<br>Judge:          Hon. Kimberly J. Mueller<br>Date:           June 18, 2021<br>Time:           10:00 a.m.<br>Action Filed:   April 10, 2019 |

TO DEFENDANT XAVIER BECERRA, in his official capacity as Attorney General for the

State of California:

        PLEASE TAKE NOTICE that on June 18, 2021 at 10:00 a.m., or as soon

thereafter as this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3

on the 15th Floor of the United States District Court for the Eastern District of California, located

at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814,

Plaintiffs Mark Baird and Richard Gallardo will and hereby do move under Local Rules 144 and 230 for a continuance of the return date for Plaintiffs' Second Motion for a Preliminary Injunction from June 18, 2021 to July 16, 2021.

This motion is based on the within Notice of Motion and accompanying Declaration of Amy L. Bellantoni.

In accordance with this Court's standing order, counsel for Plaintiffs and the Attorney General conferred on June 15, 2021 and Defendant's counsel consents to the relief requested.

Dated: June 17, 2021                                  Respectfully submitted,

                                                      THE BELLANTONI LAW FIRM, PLLC


                                                      /s/ Amy L. Bellantoni
                                                      Amy L. Bellantoni, Esq.
                                                      *Counsel for Plaintiffs*
                                                      *Pro Hac Vice*
                                                      abell@bellantoni-law.com

2