COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO, <br><br> Plaintiffs, <br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br> Defendants. | Case No. 2:19-CV-00617 <br><br> **DECLARATION OF AMY L. BELLANTONI IN SUPPORT OF PLAINTIFFS' MOTION FOR A CONTINUANACE OF THE RETURN DATE FOR PLAINTIFFS' SECOND PRELIMINARY INJUNCTION MOTION** <br><br> Date:     June 18, 2021 <br> Time:    10:00 a.m. <br> Room:   3 <br> Judge:   Hon. Kimberly J. Mueller |

**DECLARATION OF AMY L. BELLANTONI**

1.   I am an attorney with The Bellantoni Law Firm, PLLC, attorneys of record for Plaintiffs, Mark Baird and Richard Gallardo. I am admitted to practice law before the United States District Court for the Eastern District of California, *pro hac vice*. I am also admitted to practice law before the Southern, Eastern, and Northern District Courts of the State of New York,

1

---

DECLARATION OF AMY L. BELLANTONI ISO REQUEST FOR CONTINUANCE OF RETURN DATE FOR PLAINTIFFS' SECOND MOTION FOR A PRELIMINARY INJUNCTION

the Second Circuit Court of Appeals, the District Court of the District of Columbia, and United States Supreme Court. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. On June 15, 2021, I contacted counsel for Defendant Attorney General Xavier Becerra, Deputy Attorney General R. Matthew Wise, Esq. by phone to meet and confer regarding Plaintiffs' intention to file a motion for a continuance of the return date for Plaintiffs' Second Motion for a Preliminary Injunction form June 18, 2021 to July 16, 2021.

3. There is good cause to extend this deadline. Within the past 2 weeks, Plaintiffs' counsel was required to meet filing deadlines for 2 administrative appeals, a reply brief for a state court appeal, drafting and filing an appeal in state court, drafting and filing 2 federal court complaints in multi-plaintiff actions, one if which required the filing of a temporary restraining order and supporting documents, and arguing an appeal in a state court proceeding. During the same time period, I was out of the office sick for approximately 3 days.

4. Defendant's counsel has consented to the requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 17, 2021                         /s/ *Amy L. Bellantoni*
                                             Amy L. Bellantoni, Esq.
                                             *Attorney for Plaintiffs*
                                             *Pro Hac Vice*
                                             abell@bellantoni-law.com

2

DECLARATION OF AMY L. BELLANTONI ISO REQUEST FOR CONTINUANCE OF RETURN DATE FOR PLAINTIFFS' SECOND MOTION FOR A PRELIMINARY INJUNCTION