Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
R. Matthew Wise, SBN 238485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6046
 Fax: (916) 324-8835
 E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>                              Defendants. | 2:19-cv-00617-KJM-AC<br><br>**DEFENDANT ATTORNEY GENERAL ROB BONTA'S CLARIFICATION OF POSITION ON PLAINTIFFS' MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          June 18, 2021<br>Time:         10:00 a.m.<br>Dept:          3<br>Judge:        Hon. Kimberly J. Mueller<br><br>Trial Date:    None set<br>Action Filed: April 9, 2019 |

Defendant Attorney General Rob Bonta is in receipt of Plaintiffs' notice of motion for continuance, which provides notice of Plaintiffs' intent to move to continue tomorrow's hearing on Plaintiffs' second motion for a preliminary injunction. *See* ECF No. 42. Plaintiffs' notice states that "Defendant's counsel consents to the relief request." *Id.* at 2. To clarify, Defendant does not oppose Plaintiffs' request but is prepared to go forward with tomorrow's hearing if that is the Court's preference.

1

| | |
|---|---|
| Dated:  June 17, 2021 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br><br>/s/ *R. Matthew Wise*<br><br>R. MATTHEW WISE<br>Deputy Attorney General<br>*Attorneys for Defendant Attorney General Rob Bonta* |

SA2019101934
35208388.docx

2

Def.'s Clarification of Position on Plfs.' Mot. to Continue Hearing on Mot. for Prelim. Inj.
(2:19-cv-00617-KJM-AC)

# CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Rob Bonta**          No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on June 17, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL ROB BONTA'S CLARIFICATION OF POSITION ON PLAINTIFFS' MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 17, 2021, at Sacramento, California.

| Ritta Mashriqi | /s/*Ritta Mashriqi* |
|---|---|
| Declarant | Signature |

SA2019101934
35208946.docx