UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Baird and Richard Gallardo, | No. 2:19-cv-00617-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Rob Bonta, in his official capacity as Attorney General of the State of California, | |
| Defendants. | |

The unopposed motion (ECF No. 42) to extend the deadline for a reply brief and to reset the hearing on the plaintiffs' motion for a preliminary injunction (ECF 40) is granted. Any reply must be filed by Friday, July 9, 2021. The hearing is reset for Friday, July 16, 2021 at 10:00 a.m. before the undersigned. The June 17, 2021 Minute Order (ECF 44) is VACATED.

This order resolves ECF No. 42.

IT IS SO ORDERED.

DATED: June 18, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1