ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6046
  Fax:  (916) 324-8835
  E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO EXTEND TIME FOR FACT DISCOVERY**<br><br>Courtroom:     3<br>Judge:          Kimberly J. Mueller<br><br>Action Filed:  April 10, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Rob Bonta hereby stipulate to, and seek a Court order granting, an extension of time from August 27, 2021, to September 3, 2021, for the parties to complete fact discovery.  There is good cause to extend this deadline.  Plaintiff Mark Baird is unavailable to be deposed before the current fact discovery deadline.  In light of Plaintiff Baird's unavailability, the parties have agreed to reschedule his deposition, currently set for August 24, 2021, for August 31, 2021.

1

IT IS SO STIPULATED.

Dated:  August 18, 2021          */s/ Amy Bellantoni*_____
AMY BELLANTONI
The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiffs Mark Baird and*
*Richard Gallardo*

Dated:  August 18, 2021          */s/ R. Matthew Wise*_____
R. MATTHEW WISE
Deputy Attorney General
*Attorney for Defendant Attorney General*
*Rob Bonta*

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the August 27,

2021 fact discovery deadline is extended to September 3, 2021.

IT IS SO ORDERED.

Dated:  August __, 2021          _____
HON. KIMBERLY J. MUELLER
United States District Judge

SA2019101934
35380417.docx

# CERTIFICATE OF SERVICE

Case Name: __**Baird, Mark v. Xavier Becerra**__          No. __**2:19-cv-00617-KJM-AC**__

I hereby certify that on <u>August 18, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION TO EXTEND TIME FOR FACT DISCOVERY

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 18, 2021</u>, at Sacramento, California.

| | |
|---|---|
| Ritta Mashriqi | */s/Ritta Mashriqi* |
| Declarant | Signature |

SA2019101934
35385641.docx