COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile: 888-763-9761
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>Plaintiffs,<br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No. 2:19-CV-00617<br><br>**STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY**<br><br>Courtroom:   3<br>Judge:         Hon. Kimberly J. Mueller<br><br>Action Filed:  April 10, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Rob Bonta hereby stipulate to, and seek a Court order granting, an extension of time for the completion of expert discovery from October 29, 2021, to November 30, 2021. There is good cause to extend these deadlines. Plaintiffs' counsel was unable to attend the last of the expert depositions to be held in this action, which was scheduled for October 28, 2021. In light of counsel's unavailability, the parties have agreed to reschedule the

deposition of Kim Raney from October 28, 2021 to November 17, 2021.

     IT IS SO STIPULATED.

Dated:  October 28, 2021       /s/ Amy L. Bellantoni
                                                 AMY L. BELLANTONI
                                                 The Bellantoni Law Firm, PLLC
                                                 *Attorney for Plaintiffs*
                                                 *Pro Hac Vice*

Dated:  October 28, 2021       /s/ R. Matthew Wise
                                                 R. MATTHEW WISE
                                                 Deputy Attorney General
                                                 *Attorney for Defendant Attorney General Rob Bonta*

## **[PROPOSED] ORDER**

     GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the October 29, 2021 expert discovery deadline is extended to November 30, 2021.

     IT IS SO ORDERED.

Dated: October _____, 2021

                                                 _____
                                                 HON. KIMBERLY J. MUELLER
                                                 United States District Judge