ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, State Bar No. 238485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA**<br><br>Date:        December 17, 2021<br>Time:       10:00 a.m.<br>Dept:        3<br>Judge:      Hon. Kimberly J. Mueller<br><br>Trial Date:   None set<br>Action Filed: April 9, 2019 |

PLEASE TAKE NOTICE that, on December 17, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Kimberly J. Mueller, U.S. District Judge, in Courtroom 3, 15th Floor of the U.S. District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, Defendant Rob Bonta, sued in his official capacity as Attorney General of the State of California (Defendant), will move this Court for summary judgment on the First Amended Complaint of Plaintiffs Mark Baird and Richard Gallardo, ECF No. 34, under Federal Rule of Civil Procedure 56.

Defendant seeks summary judgment on the basis that there is no genuine issue of material fact as to whether California Penal Code sections 26150, 26155, 26350, and 25850 violate the

1

Not. of Mot. and Mot. for Summ. J. by Def. Cal. Attorney General Rob Bonta (2:19-cv-00617-KJM-AC)

Second Amendment to the U.S. Constitution. The Second Amendment has never been historically understood to recognize an individual right of every law-abiding citizen to carry a firearm openly in public under almost all circumstances. Even if the Second Amendment had been understood to recognize such a right, the State of California has, as a matter of law, sufficiently important governmental interests in maintaining laws regulating the open carry of firearms, and there is a reasonable fit between those laws and California's governmental interests. Plaintiffs thus cannot show that the laws they challenge violate the Second Amendment. Counsel for Defendant attempted to meet and confer with counsel for Plaintiffs before filing this motion, but the parties were unable to resolve the matters in dispute.

    This motion is based on this notice, the accompanying memorandum of points and authorities, the request for judicial notice and attached exhibits, the declaration of R. Matthew Wise and attached exhibits, the Statement of Undisputed Facts, the papers and pleadings already on file in this action, and such matters as may be presented to the Court at the hearing.

Dated: November 19, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s./ R. Matthew Wise*

R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

SA2019101934
35623853.docx

2

Not. of Mot. and Mot. for Summ. J. by Def. Cal. Attorney General Rob Bonta (2:19-cv-00617-KJM-AC)