1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  R. MATTHEW WISE, State Bar No. 238485
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-6046
6    Fax:  (916) 324-8835
     E-mail:  Matthew.Wise@doj.ca.gov
7  *Attorneys for Defendant Attorney General Rob Bonta*

8

               IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  **MARK BAIRD and RICHARD GALLARDO,**

14                                    Plaintiffs,

15       v.

16

17  **ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**

18

19                                   Defendants.

20

Case No. 2:19-cv-00617-KJM-AC

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

Date:         December 17, 2021
Time:         10:00 a.m.
Dept:         3
Judge:        Hon. Kimberly J. Mueller

Trial Date:   None set
Action Filed: April 9, 2019

21

22

23

24

25

26

27

28

1

Statement of Undisputed Facts in Support of Def.'s Mot. for Summ. J. (2:19-cv-00617-KJM-AC)

Under Local Rule 260(a), Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, submits the following statement of undisputed facts, together with references to supporting evidence, in support of the concurrently filed motion for summary judgment.

| <u>Uncontroverted Facts</u> | <u>Supporting Evidence</u> |
|---|---|
| 1. When asked if "the Siskiyou sheriff [is] permitted by state law to issue licenses to carry [a] firearm openly," Plaintiff Mark Baird testified at his deposition, "He is permitted by state law, yes." | Declaration of R. Matthew Wise in Support of Motion for Summary Judgment (Wise Decl.), Ex. 6, Transcript of Deposition of Mark Baird (Baird Depo.), 9:14-17. |
| 2. When asked if "the Siskiyou sheriff issue[s] open carry licenses," Plaintiff Mark Baird testified at his deposition, "No, he does not." | Wise Decl., Ex. 6, Baird Depo., 9:18-20. |
| 3. Plaintiff Mark Baird testified that, in response to a Public Records Act request he made to the California Department of Justice seeking the number of open carry licenses issued in the State of California since 2012, he was advised "to contact local law enforcement agencies in counties with populations under 200,000 for this information," but he "did not" do so. | Wise Decl., Ex. 6, Baird Depo., 10:17-11:20 |
| 4. Plaintiff Mark Baird testified that while "Penal Code 26150(b)(2) specifically gives sheriffs the authority [] to issue open carry permits in counties with less than 200,000 people," Siskiyou County Sheriff Jon Lopey | Wise Decl., Ex. 6, Baird Depo., 28:21-31:4. |

2

| | | |
|---|---|---|
| | "misread[]" the statute when he stated in a letter to Plaintiff Baird that "26150(b)(2) does not give a sheriff or other law enforcement administrator authority to issue [] such a permit." | |
| 5. | Plaintiff Richard Gallardo testified that while "there is a Penal Code section that allows the issuance of an open carry permit if the county has under 200,000 population," and his understanding is that Shasta County has under 200,000 people, the Shasta County sheriff does not issue open carry licenses "[a]s far as [he] know[s]." | Wise Decl., Ex. 7 Transcript of Deposition of Richard Gallardo, 10:21-11:18 |

Dated:  November 19, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ R. Matthew Wise*

R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendant Attorney General
Rob Bonta*

SA2019101934
35645895.docx

3