# CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Rob Bonta**      No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on November 19, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF R. MATTHEW WISE IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 19, 2021, at Sacramento, California.

|  |  |
|---|---|
| Ritta Mashriqi | /s/*Ritta Mashriqi* |
| Declarant | Signature |

SA2019101934
35682060.docx