COSCA LAW CORPORATION
CHRIS COSCA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile: 888-763-9761
*Pro Hac Vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO STAY THE PROCEEDINGS PENDING A DECISION FROM THE SUPREME COURT IN** *NYSRPA v. Bruen*<br><br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller<br><br>Hearing Date: December 17, 2021<br><br>Action Filed: April 10, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Rob Bonta hereby stipulate to, and seek a Court order granting, a stay of the proceedings pending the United States Supreme Court's decision in the matter of *NYSRPA v. Bruen*, No. 20-843. There is good cause to stay the proceedings, as the Court's decision may bear on the issues and/or claims raised by Plaintiffs in this action.

An order staying the proceeding would have the effect of adjourning Plaintiffs' submission of an opposition to Defendants' Motion for Summary Judgment, presently scheduled to be filed on

1

Stipulation to Stay the Proceedings Pending a Decision from the Supreme Court
in *NYSRPA v. Bruen* (2:19-cv-00617-KJM-AC)

Friday, December 3, 2021, and adjourning the Dispositive Motion Hearing, presently scheduled for December 17, 2021, to a date to be determined.

There have been no prior stipulations by the parties seeking a stay of this matter.

Should the Court deny the parties' request for a stay, Plaintiffs request that the time for Plaintiffs to submit an opposition to Defendants' Motion for Summary Judgment be adjourned to January 7, 2022, and the Dispositive Motion Hearing be adjourned to January 21, 2022. There is good cause for this request. Plaintiffs' opposition is due on Friday, December 3, 2021. The deposition of Defendants' expert witness, Kim Raney, took place this past Monday, November 29, 2021, and the deposition transcript upon which Plaintiffs intend to rely in opposing Defendants' motion, is not yet available. The adjourn date suggested is in consideration of the impending holidays and court closures. Defendants are not opposed to this request.

IT IS SO STIPULATED.

Dated:  December 1, 2021

THE BELLANTONI LAW FIRM, PLLC

*/s/ Amy L. Bellantoni*
AMY L. BELLANTONI
*Attorney for Plaintiffs Mark Baird and Richard Gallardo*

Dated:  December 1, 2021

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

2

Stipulation to Stay the Proceedings Pending a Decision from the Supreme Court
in *NYSRPA v. Bruen* (2:19-cv-00617-KJM-AC)

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that this matter is stayed pending a decision from the United States Supreme Court in the matter of N*YSRPA v. Bruen,* Case No. 20-843.

IT IS SO ORDERED.

Dated: December 2, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

Stipulation to Stay the Proceedings Pending a Decision from the Supreme Court
in *NYSRPA v. Bruen* (2:19-cv-00617-KJM-AC)