UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Baird and Richard Gallardo, | No. 2:19-cv-00617-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Rob Bonta in his official capacity as Attorney General of the State of California, et al., | |
| Defendants. | |

The court stayed this action pending the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, No. 20-843. *See* Stip. & Order, ECF No. 58. The Supreme Court recently issued its opinion in that case. *See* 2022 WL 251305 (U.S. June 23, 2022). The stay is thus **lifted**, and a status conference is set for **July 28, 2022 at 2:30 p.m.** before the undersigned, with a joint status report due **seven days prior**.

IT IS SO ORDERED.

DATED: July 7, 2022.

CHIEF UNITED STATES DISTRICT JUDGE