Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Ryan R. Davis
Deputy Attorney General
State Bar No. 266330
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6045
 Fax: (916) 324-8835
 E-mail: Ryan.Davis@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, AND DOES 1-10,**<br><br>Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Kimberly J. Mueller<br>Dept.: 3<br>Action Filed: April 9, 2010 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Deputy Attorney General Ryan R. Davis hereby appears on behalf of Defendant Rob Bonta.  Mr. Davis' contact information is:

Ryan R. Davis

1300 I Street, Suite 125

Sacramento, CA 94244-2550

(916) 210-6050

Ryan.Davis@doj.ca.gov, Ritta.Mashriqi@doj.ca.gov

Dated: July 8, 2022                     Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General

/s/ *Ryan R. Davis*
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*