COSCA LAW CORPORATION
CHRIS COSCA SBN 144546
1007 7TH STREET, SUITE 210
SACRAMENTO, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 OVERHILL ROAD, SUITE 400
SCARSDALE, NY 10583
TELEPHONE: 914-367-0090
FACSIMILE: 888-763-9761
*PRO HAC VICE*

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**NOTICE OF MOTION TO APPEAR REMOTELY OR, ALTERNATIVELY, FOR A CONTINUANCE**<br><br>Courtroom:   3<br>Judge:        Hon. Kimberly J. Mueller<br>Date:          July 12, 2022<br>Time:         10:00 a.m.<br>Action Filed:  April 10, 2019 |

TO DEFENDANT ROB BONTA, in his official capacity as Attorney General for the State of California:

PLEASE TAKE NOTICE that on July 12, 2022 at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Plaintiffs Mark Baird and Richard Gallardo will and hereby do move under Local Rules 144 and 230 (i) to appear

remotely for the July 28, 2022 status conference; or in the alternative, (ii) for a continuance of the in-person status conference from July 28, 2022 to a date after August 22, 2022.

    This motion is based on the within Notice of Motion and accompanying Declaration of Amy L. Bellantoni.

    In accordance with this Court's standing order, counsel for Plaintiffs and the Attorney General conferred on July 8, 2022 and Defendant's counsel has no objection to the relief requested.

Dated: July 8, 2022

Respectfully submitted,

THE BELLANTONI LAW FIRM, PLLC
/s/ Amy L. Bellantoni
Amy L. Bellantoni, Esq.
Counsel for Plaintiffs
*Pro Hac Vice*
abell@bellantoni-law.com