COSCA LAW CORPORATION
CHRIS COSCA SBN 144546
1007 7TH STREET, SUITE 210
SACRAMENTO, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 OVERHILL ROAD, SUITE 400
SCARSDALE, NY 10583
TELEPHONE: 914-367-0090
FACSIMILE: 888-763-9761
*PRO HAC VICE*

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. 2:19-cv-00617-KJM-AC |
| | **DECLARATION OF AMY L. BELLANTONI IN SUPPORT OF MOTION TO APPEAR REMOTELY OR, ALTERNATIVELY, FOR A CONTINUANCE** |
| | Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller<br>Date: July 11, 2022<br>Time: 10:00 a.m.<br>Action Filed: April 10, 2019 |

**DECLARATION OF AMY L. BELLANTONI**

1. I am an attorney with The Bellantoni Law Firm, PLLC, attorneys of record for Plaintiffs, Mark Baird and Richard Gallardo. I am admitted to practice law before the United States District Court for the Eastern District of California, *pro hac vice*. I am also admitted to practice law before the Southern, Eastern, and Northern District Courts of the State of New York, the District of Columbia, the Second Circuit Court of Appeals, and the United States Supreme Court. I have

1

personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. On July 7, 2022, I contacted counsel for Defendant, Attorney General Rob Bonta, Deputy Attorney General R. Matthew Wise, Esq. by email to meet and confer regarding Plaintiffs' intention to file a request to appear remotely at the status conference scheduled for July 28, 2022 or, in the alternative, to request a continuance of the status conference. I further requested that counsel provide any dates presenting a conflict and/or dates of availability, to be provided to the Court should the request to appear remotely be denied and the request for a continuance be granted.

3. There is good cause for the requested relief. From July 24, 2022 through August 1, 2022, I will be away on vacation with my family, in-laws, and extended family. The plans and reservations for this trip were made last year, such that postponing or rescheduling this trip is not an available option, and cancellation will cause financial loss. With the Court's permission, I will make myself available to appear remotely for the July 28, 2022 status conference.

4. On July 8, 2022, I received an email from Ryan Davis, counsel for Defendant Bonta, who represented that Defendant did not object to my request to appear virtually for the July 28, 2022 status conference. Mr. Davis further indicated that that had no objection to appearing virtually as well.

5. Should the request to appear virtually be denied, I am requesting, in the alternative, that the status conference be continued to a date after August 22, 2022.

6. Regarding the request for a continuance of the status conference, should the request to appear virtually on July 28, 2022 be denied, Mr. Ryan indicated that he had no objection to a continuance so long as the status conference is continued to a date after August 10, 2022.

7. In that regard, I request that the status conference be continued to a date be after August 22, 2022; during the week of August 15, 2022, I will be moving my daughter into her dormitory for her first year of college outside of New York State.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 8, 2022                                                     Respectfully submitted,

                                                    THE BELLANTONI LAW FIRM, PLLC
/s/ Amy L. Bellantoni
Amy L. Bellantoni, Esq.
Counsel for Plaintiffs
*Pro Hac Vice*
abell@bellantoni-law.com

DECLARATION OF AMY L. BELLANTONI IN SUPPORT OF MOTION TO APPEAR
REMOTELY OR, ALTERNATIVELY, FOR A CONTINUANCE