1  CHRIS COSCA   SBN 144546
   COSCA LAW CORPORATION
2  1007 7ᵗʰ Street, Suite 210
   Sacramento, CA 95814
3  916-440-1010

4
   AMY L. BELLANTONI
5  THE BELLANTONI LAW FIRM, PLLC
   2 Overhill Road, Suite 400
6  Scarsdale, NY 10583
   (914) 367-0090
7  *Pro Hac Vice*

8
   Attorneys for Plaintiffs
9

10
                    **UNITED STATES DISTRICT COURT**
11
                    **EASTERN DISTRICT OF CALIFORNIA**
12

13
     MARK BAIRD and                    Case No. 2:19-CV-00617-KJM-AC
14   RICHARD GALLARDO,
                                        **PLAINTIFFS' NOTICE OF**
15            Plaintiffs,               **MOTION AND THIRD MOTION**
                                        **FOR A PRELIMINARY INJUNCTION**
16        v.
                                        **[Fed. R. Civ. P. 65(a)]**
17   ROB BONTA, in his official capacity as
     Attorney General of the State of California,   Date:       October 21, 2022
18   and DOES 1-10,                     Time:       10:00 a.m.
                                        Courtroom:  3
19                                      Judge:      Hon. Kimberly J. Mueller
                                        Trial Date: None set
20            Defendants.               Action Filed: April 9, 2019

21

22

23

24

25

26

27
                                        1
28
     ──────────────────────────────────────────────
              Plaintiffs' Notice of Motion and Third Motion For A
              Preliminary Injunction (2:19-cv-00617-KJM-AC)

1   TO DEFENDANT ROB BONTA, in his official capacity as Attorney General for the State

2   of California:

3   PLEASE TAKE NOTICE that on October 21, 2022 at 10:00 a.m., or as soon thereafter as

4   this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th

5   Floor of the United States District Court for the Eastern District of California, located at the Robert

6   T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Plaintiffs Mark Baird

7   and Richard Gallardo will and hereby do move under Rule 65(a) of the Federal Rules of Civil

8   Procedure for an order temporarily enjoining Defendant Attorney General Rob Bonta and his

9   agents, servants, employees, those working in active concert with him and those who have actual

10  notice of such order from the enforcement of Penal Codes §§ 26350 and 25850 against individuals

11  who carry a handgun open and exposed in public throughout the State of California.

12  Plaintiffs bring this motion because Penal Codes § 26350 and § 25850 violate the Second

13  and Fourteenth Amendments to the U.S. Constitution by subjecting ordinary citizens, like

14  Plaintiffs, to criminal penalties including arrest, prosecution, incarceration, and fines for the mere

15  exercise of the pre-existing individual right to possess and carry firearms for self-defense.

16  Penal Codes § 26350 and § 25850 have caused Plaintiffs irreparable harm and will continue

17  to cause irreparable harm to Plaintiffs and other similarly situated people if this motion is not

18  granted.

19  This motion is based on the within Notice of Motion and Third Motion for a Preliminary

20  Injunction, the accompanying Memorandum of Points and Authorities filed in support thereof, the

21  supporting declarations of Mark Baird and Richard Gallardo, all pleadings on file in this action,

22  and such other matters as may properly come before the Court.

23  In accordance with this Court's standing order, counsel for Plaintiffs and Defendant Bonta

24  conferred on July 22, 2022 with a view toward resolving the claims that are the subject of this

25  motion.  Counsel agreed that these claims remain in dispute and that their meet-and-confer efforts

26

27

28

2

have been exhausted.


Dated: August 8, 2022                          Respectfully submitted,

                                               THE BELLANTONI LAW FIRM, PLLC


                                               _/s/ Amy L. Bellantoni_____
                                               Amy L. Bellantoni, Esq.
                                               *Counsel for Plaintiffs*
                                               *Pro Hac Vice*
                                               abell@bellantoni-law.com

Plaintiffs' Notice of Motion and Third Motion For A
Preliminary Injunction (2:19-cv-00617-KJM-AC)