CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
914-367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.  2:19-cv-00617-KJM-AC<br><br>**DECLARATION OF MARK BAIRD IN SUPPORT OF THIRD MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　October 21, 2022<br>Time:　　10:00 a.m.<br>Room:　　3<br>Judge:　　Hon. Kimberly J. Mueller |

1

## DECLARATION OF MARK BAIRD

1. I, Mark Baird, am a plaintiff in the above-captioned matter. I submit this Declaration in support of the plaintiffs' motion for a preliminary injunction to enjoin California Penal Codes §§ 25850 and 26350 and their enforcement by Defendant Bonta, his officers, agents, servants, employees, and all persons acting in concert with him who receive actual notice of the injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am over the age of 18 and a resident of Siskiyou County, California, located in the Eastern District of California.

3. I am not prohibited from possessing, purchasing, receiving, or transferring firearms under state or federal law.

4. I possess firearms in my home for self-defense, conduct which is not prohibited under the California Penal Code.

5. I intend to carry a firearm open and exposed on my person, loaded, or unloaded, for self-defense outside of my home and throughout California. While the right to carry a handgun for self-defense is presumptively protected by the Second and Fourteenth Amendments, under Penal Codes §§25850 and 26350, I will still face arrest, prosecution, incarceration, fines, and other criminal penalties simply for exercising the rights protected by the Second Amendment.

6. I do not hold a license to carry a firearm in California and I do not fall within any of the exemptions to those sections of the California Penal Code that criminalize the possession of firearms, whether loaded or unloaded, under Penal Codes §§ 26350 and 25850.

7. There is no avenue for obtaining an open carry license in California, no open carry license has been issued since 2012, and even if there were an avenue to obtain an open carry

license and the Siskiyou Sheriff would issue one (which all indications reveal he will not) requiring an ordinary citizen, like myself, to apply for and obtain a license *before* I can legally carry a firearm open and exposed for self-defense violates the plain text of the Second Amendment, which states that the right protected thereunder "shall not be infringed."

8. I am suffering and continue to suffer irreparable harm by the ongoing deprivation of my preexisting and guaranteed individual right to bear arms for self-defense, the exercise of which will subject me to criminal penalties under Penal Codes §§ 26350 and 25850.

9. Based on the continuing violation of my right to bear arms in public for self-defense, I request that (i) defendant Bonta, his officers, agents, servants, employees, and all persons acting in concert with him who receive actual notice of the injunction, from enforcing Penal Codes §§ 25850 and 26350 against individuals carrying a handgun open and exposed for self-defense in public throughout the State of California for the pendency of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 7, 2022

_____
Mark Baird



CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC

2 Overhill Road, Suite 400
Scarsdale, NY 10583
914-367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br> Defendants. | Case No. 2:19-cv-00617-KJM-AC <br><br> **DECLARATION OF MARK BAIRD** <br><br> **IN SUPPORT OF THIRD MOTION** <br><br> **FOR PRELIMINARY INJUNCTION** <br><br> Date:   October 21, 2022 <br> Time:   10:00 a.m. <br> Room:  3 <br> Judge:  Hon. Kimberly J. Mueller |

**DECLARATION OF MARK BAIRD**

1.  I, Mark Baird, am a plaintiff in the above-captioned matter. I submit this Declaration in support of the plaintiffs' motion for a preliminary injunction to enjoin California Penal Codes §§ 25850 and 26350 and their enforcement by Defendant Bonta, his officers, agents, servants, employees, and all persons acting in concert with him who receive actual notice of the injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.  I am over the age of 18 and a resident of Siskiyou County, California, located in the Eastern District of California.

3.  I am not prohibited from possessing, purchasing, receiving, or transferring firearms under state or federal law.

4.  I possess firearms in my home for self-defense, conduct which is not prohibited under the California Penal Code.

5.  I intend to carry a firearm open and exposed on my person, loaded, or unloaded, for self-defense outside of my home and throughout California. While the right to carry a handgun for self-defense is presumptively protected by the Second and Fourteenth Amendments, under Penal Codes §§25850 and 26350, I will still face arrest, prosecution, incarceration, fines, and other criminal penalties simply for exercising the rights protected by the Second Amendment.

6.  I do not hold a license to carry a firearm in California and I do not fall within any of the exemptions to those sections of the California Penal Code that criminalize the possession of firearms, whether loaded or unloaded, under Penal Codes §§ 26350 and 25850.

7.  There is no avenue for obtaining an open carry license in California, no open

carry license has been issued since 2012, and even if there were an avenue to obtain an open carry license and the Siskiyou Sheriff would issue one (which all indications reveal he will not) requiring an ordinary citizen, like myself, to apply for and obtain a license *before* I can legally carry a firearm open and exposed for self-defense violates the plain text of the Second Amendment, which states that the right protected thereunder "shall not be infringed."

8. I am suffering and continue to suffer irreparable harm by the ongoing deprivation of my preexisting and guaranteed individual right to bear arms for self-defense, the exercise of which will subject me to criminal penalties under Penal Codes §§ 26350 and 25850.

9. Based on the continuing violation of my right to bear arms in public for self-defense, I request that (i) defendant Bonta, his officers, agents, servants, employees, and all persons acting in concert with him who receive actual notice of the injunction, from enforcing Penal Codes §§ 25850 and 26350 against individuals carrying a handgun open and exposed for self-defense in public throughout the State of California for the pendency of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 7, 2022                                    _____
                                                          Mark Baird

2

DECLARATION OF MARK BAIRD ISO
THIRD MOTION FOR PRELIMINARY INJUNCTION