ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General
State Bar No. 266330
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6045
  Fax: (916) 324-8835
  E-mail: Ryan.Davis@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his*
*official capacity as Attorney General of the*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>                     Plaintiffs,<br><br>    **v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,** AND **DOES 1-10,**<br><br>                    Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**DECLARATION OF RYAN R. DAVIS IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Dept.:  3<br>Action Filed:  April 10, 2019 |

I, Ryan R. Davis, declare as follows:

    1.    I am a Deputy Attorney General in the California Attorney General's

Office.  I represent Defendant Rob Bonta, in his official capacity as Attorney

General of the State of California, in his official capacity as Attorney General of the

State of California in the above-captioned matter.  I have personal knowledge of each fact stated in this declaration, and if called as a witness I could and would testify competently thereto.

2.   On August 8, 2022, Plaintiffs filed their Third Motion for Preliminary Injunction, with a hearing date scheduled on October 21, 2022.  ECF No. 65. Under Local Rule 230, Defendant has 14 days, or until August 22, 2022, by which to respond.

3.   On August 11, 2022, I e-mailed Plaintiffs' counsel, Amy L. Bellantoni, to inform her that I intended to seek an extension of time by which to file Defendant's response to Plaintiffs' Third Motion for Preliminary Injunction, to and including September 30, 2022.  On the same day, Ms. Bellantoni responded by e-mail to say she does not oppose Defendant's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 12, 2022, at Sacramento, California.


/s/ *Ryan R. Davis*
RYAN R. DAVIS
Deputy Attorney General