ROB BONTA  
Attorney General of California  
R. MATTHEW WISE  
Supervising Deputy Attorney General  
RYAN R. DAVIS  
Deputy Attorney General  
State Bar No. 266330  
  1300 I Street, Suite 125  
  P.O. Box 944255  
  Sacramento, CA 94244-2550  
  Telephone: (916) 210-6045  
  Fax: (916) 324-8835  
  E-mail: Ryan.Davis@doj.ca.gov  
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, AND DOES 1-10,**<br><br>Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Kimberly J. Mueller<br>Dept.: 3<br>Action Filed: April 10, 2019 |

1

     GOOD CAUSE APPEARING, Defendant's Motion for Administrative Relief Requesting to Extend Time to Respond to Plaintiffs' Third Motion for Preliminary Injunction is hereby granted. Defendant's brief in opposition to the motion for a preliminary injunction is due September 30, 2022. Plaintiffs' reply in support of their motion is due October 11, 2022.

**IT IS SO ORDERED.**

                                                _____
                                                Hon. Kimberly J. Mueller
                                                U.S. District Court Judge