# CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Xavier Becerra**          No.    **2:19-cv-00617-KJM-AC**

I hereby certify that on August 12, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTION OF UNOPPOSED MOTION AND MOTION FOR ADMINISTRATIVE RELIEF REQUESTING TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RYAN R. DAVIS IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 12, 2022, at Sacramento, California.

|  Ritta Mashriqi  |  */s/Ritta Mashriqi*  |
|:---:|:---:|
| Declarant | Signature |

SA2019101934
36443270.docx