# CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Xavier Becerra**        No.    **2:19-cv-00617-KJM-AC**

I hereby certify that on September 30, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANT'S OPPOSITION TO PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF R. MATTHEW WISE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF FORMER COVINA CHIEF OF POLICE KIM RANEY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 30, 2022, at Sacramento, California.

|  |  |
|---|---|
| Ritta Mashriqi | */s/Ritta Mashriqi* |
| Declarant | Signature |

SA2019101934
36596730.docx