ROB BONTA, State Bar No. 202668
Attorney General of California
R. MATTHEW WISE, State Bar No. 238485
Supervising Deputy Attorney General
RYAN DAVIS, State Bar No. 266330
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6050
  Fax: (916) 324-8835
  E-mail: Ryan.Davis@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER**<br><br>Courtroom: 3<br>Judge: Kimberly J. Mueller<br><br>Action Filed: April 10, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Rob Bonta hereby stipulate to, and seek a Court order granting, an extension of time from October 11, 2022, to November 1, 2022, for Defendant to answer Plaintiffs' Second Amended Complaint, ECF No. 68, which was filed on September 27, 2022. There is good cause to extend this deadline. Defendant's counsel filed the Opposition to Plaintiffs' Third Motion for Preliminary Injunction in this case on September 30, 2022. Counsel is now preparing for a substantive hearing in San Diego County Superior Court on October 14, 2022, while also preparing for an oral argument in the California Court of Appeal,

Third Appellate District, on October 17, 2022.  There have been no extensions of time with regard to Defendant's answer to the Second Amended Complaint.

    IT IS SO STIPULATED.

Dated:  October 3, 2022      */s/ Amy Bellantoni*
AMY BELLANTONI
The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiffs Mark Baird and Richard Gallardo*

Dated:  October 3, 2022      */s/ Ryan Davis*
RYAN DAVIS
Deputy Attorney General
*Attorney for Defendant Attorney General Rob Bonta*

### [PROPOSED] ORDER

    GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the October 11, 2022 deadline for Defendant to answer Plaintiffs' First Amended Complaint, ECF No. 68, is extended to November 1, 2022.

    IT IS SO ORDERED.

Dated:  October __, 2022

    HON. KIMBERLY J. MUELLER
United States District Judge

# CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Rob Bonta**        No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on <u>October 3, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO FILE ANSWER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 3, 2022</u>, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|---|---|
| Declarant | Signature |

SA2019101934
36607123.docx