Rob Bonta, State Bar No. 202668
Attorney General of California
R. Matthew Wise, State Bar No. 238485
Supervising Deputy Attorney General
Ryan Davis, State Bar No. 266330
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6050
 Fax: (916) 324-8835
 E-mail: Ryan.Davis@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER**<br><br>Courtroom: 3<br>Judge: Kimberly J. Mueller<br><br>Action Filed: April 10, 2019 |

In accordance with Eastern District of California Local Rule 143, Plaintiffs Mark Baird and Richard Gallardo and Defendant Attorney General Rob Bonta hereby stipulate to, and seek a Court order granting, an extension of time from October 11, 2022, to November 1, 2022, for Defendant to answer Plaintiffs' Second Amended Complaint, ECF No. 68, which was filed on September 27, 2022. There is good cause to extend this deadline. Defendant's counsel filed the Opposition to Plaintiffs' Third Motion for Preliminary Injunction in this case on September 30, 2022. Counsel is now preparing for a substantive hearing in San Diego County Superior Court on October 14, 2022, while also preparing for an oral argument in the California Court of Appeal,

1

Third Appellate District, on October 17, 2022.  There have been no extensions of time with regard to Defendant's answer to the Second Amended Complaint.

     IT IS SO STIPULATED.

Dated:  October 3, 2022       /s/ Amy Bellantoni
AMY BELLANTONI
The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiffs Mark Baird and Richard Gallardo*

Dated:  October 3, 2022       /s/ Ryan Davis
RYAN DAVIS
Deputy Attorney General
*Attorney for Defendant Attorney General Rob Bonta*

**ORDER**

     GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the October 11, 2022 deadline for Defendant to answer Plaintiffs' First Amended Complaint, ECF No. 68, is extended to November 1, 2022.

     IT IS SO ORDERED.

Dated:  October 13, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE