ROB BONTA, State Bar No. 202668
Attorney General of California
R. MATTHEW WISE, State Bar No. 238485
Supervising Deputy Attorney General
RYAN DAVIS, State Bar No. 266330
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6050
  Fax:  (916) 324-8835
  E-mail:  Ryan.Davis@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>                               Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>                               Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**DEFENDANT ATTORNEY GENERAL ROB BONTA'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Courtroom:  3<br>Judge:        Kimberly J. Mueller<br><br>Action Filed:  April 10, 2019 |

     Defendant Attorney General Rob Bonta hereby answers the Second Amended Complaint filed by Plaintiffs Mark Baird and Richard Gallardo as follows:

     1.    Paragraph No. 1 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

2. Paragraph No. 2 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

3. Paragraph No. 3 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

4. Paragraph No. 4 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

5. Defendant lacks sufficient information or belief to respond to the historical allegations in Paragraph No. 4, and on that basis denies each and every allegation. Paragraph No. 4 also contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

6. Paragraph No. 6 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

7. Paragraph No. 7 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

8. Paragraph No. 8 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

9. Paragraph No. 9 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

10. Paragraph No. 10 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

11. Paragraph No. 11 contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

12. Paragraph No. 12 contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

13. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 13, and on that basis denies each and every allegation.

14. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 14, and on that basis denies each and every allegation.

15. In answer to Paragraph No. 15, Defendant admits that he is the Attorney General of the State of California and that he is sued in his official capacity only. Paragraph No. 15 contains allegations that cite the California Constitution, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

16. Paragraph No. 16 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

17. Paragraph No. 17 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

18. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 18, and on that basis denies each and every allegation.

19. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 19, and on that basis denies each and every allegation.

20. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 20, and on that basis denies each and every allegation.

21. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 21, and on that basis denies each and every allegation.

22. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 22, and on that basis denies each and every allegation.

23. Paragraph 23 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

24. In answer to Paragraph 24, Defendant admits that the California Department of Justice does not provide a separate application for a permit to carry a handgun in an exposed (i.e., open) manner, but denies that the application it provides cannot be used in counties with populations of less than 200,000 persons to apply for a permit to carry a handgun in an exposed manner. Defendant lacks sufficient information or belief to respond to the remaining allegations in Paragraph No. 24, and on that basis denies each and every allegation.

25. In answer to Paragraph No. 25, Defendant admits that according to the 2020 census, Siskiyou County had a population of less than 200,000 people. Paragraph No. 25 includes allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

26. Defendant denies the allegation in Paragraph No. 26.

27. Paragraph No. 27 includes allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation. Regarding the allegations as to what Mr. Baird has been informed, Defendant lacks sufficient information or belief to respond, and on that basis denies the allegations.

28. Paragraph No. 28 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

29. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 29, and on that basis denies each and every allegation.

30. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 30, and on that basis denies each and every allegation.

31. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 31, and on that basis denies each and every allegation.

32. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 32, and on that basis denies each and every allegation.

33. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 33, and on that basis denies each and every allegation.

34. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 34, and on that basis denies each and every allegation.

35. Paragraph 35 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

36. In answer to Paragraph 36, Defendant admits that the California Department of Justice does not provide a separate application for a permit to carry a handgun in an exposed (i.e., open) manner, but denies that the application it provides cannot be used in counties with populations of less than 200,000 persons to apply for a permit to carry a handgun in an exposed manner. Defendant lacks sufficient information or belief to respond to the remaining allegations in Paragraph No. 36, and on that basis denies each and every allegation.

37. In answer to Paragraph No. 36, Defendant admits that according to the 2020 census, Siskiyou County had a population of less than 200,000 people. Paragraph No. 36 includes allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

38. Defendant denies the allegation in Paragraph No. 38.

39. Paragraph No. 39 includes allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies

each and every allegation.  Regarding the allegations as to what Mr. Gallardo has been informed, Defendant lacks sufficient information or belief to respond, and on that basis denies the allegations.

40. Paragraph No. 40 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

41. Paragraph No. 41 contains allegations that cite a constitutional provision, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

42. Paragraph No. 42 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

43. Paragraph No. 43 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

44. Paragraph No. 44 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

45. Paragraph No. 45 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

46. Paragraph No. 46 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

47. Paragraph No. 47 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

48. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 48, and on that basis denies each and every allegation.

49. Paragraph No. 49 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

50. Paragraph No. 50 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

51. Paragraph No. 51 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

52. Paragraph No. 52 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

53. Paragraph No. 40 consists of allegations that contain argument and legal contentions. To the extent that a response to this paragraph is required, Defendant denies each and every allegation.

54. Paragraph No. 52 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

55. Paragraph No. 55 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

56. Paragraph No. 56 contains allegations that cite California law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

1   57.  Paragraph No. 57 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

2   58.  Paragraph No. 58 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

3   59.  Paragraph No. 59 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

4   60.  Paragraph No. 60 contains allegations that cite statutory provisions, which speak for themselves.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

5   61.  Paragraph No. 61 contains allegations that cite case law, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

6   62.  Paragraph No. 62 contains allegations that cite case law, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

7   63.  Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 63, and on that basis denies each and every allegation.

8   64.  Paragraph No. 64 contains allegations that cite case law, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

9   65.  Paragraph No. 65 contains allegations that cite case law, which speaks for itself.  Defendant denies any allegations that misstate the law.  To the extent that a further response is required, Defendant denies each and every allegation.

66. Paragraph No. 66 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

67. Paragraph No. 67 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

68. Paragraph No. 68 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

69. Paragraph No. 69 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

70. Paragraph No. 70 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

71. Paragraph No. 71 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

72. Paragraph No. 72 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

73. Paragraph No. 73 contains allegations that cite case law, which speaks for itself. Defendant denies any allegations that misstate the law. To the extent that a further response is required, Defendant denies each and every allegation.

74. Paragraph No. 74 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

75. Paragraph No. 75 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

76. Paragraph No. 76 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

77. Paragraph No. 77 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

78. Paragraph No. 78 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

79. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 79, and on that basis denies each and every allegation.

80. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 80, and on that basis denies each and every allegation.

81. Defendant lacks sufficient information or belief to respond to the allegations in Paragraph No. 81, and on that basis denies each and every allegation.

82. Paragraph No. 82 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

83. Paragraph No. 83 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

84. Paragraph No. 84 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

85. Paragraph No. 85 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

86. Paragraph No. 86 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

87. Paragraph No. 87 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

88. Defendant incorporates by reference the answers in Paragraphs 1 through 87 above.

89. Paragraph No. 89 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

90. Defendant incorporates by reference the answers in Paragraphs 1 through 89 above.

91. Paragraph No. 91 consists of allegations that contain argument and legal contentions. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

## AFFIRMATIVE DEFENSES

In addition, without admitting any allegations contained in the Second Amended Complaint, Defendant asserts the following defenses based on information and belief:

### FIRST AFFIRMATIVE DEFENSE

The Second Amended Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims in this action are barred in that they do not have standing to bring them.

### THIRD AFFIRMATIVE DEFENSE

The Second Amended Complaint, and each cause of action therein, is improper because Plaintiffs have an adequate remedy at law.

**FOURTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each cause of action therein, is barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent Defendant has undertaken any conduct with respect to the subjects and events underlying the Second Amended Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant has not knowingly or intentionally waived any applicable affirmative defense. Defendant reserves the right to assert and rely upon additional affirmative defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly.  Defendant further reserves the right to amend the Answer to delete affirmative defenses that they determine are not applicable after subsequent discovery.

WHEREFORE, Defendant prays that:

1. This Court deny Plaintiffs' Second Amended Complaint in its entirety and dismiss this case with prejudice.

2. Plaintiffs take nothing by the Second Amended Complaint.

3. Defendant be awarded his costs incurred in defending this action.

4. The Court grant such other and further relief in favor of Defendant and adverse to Plaintiffs that the Court deems just and proper.

| | | |
|---|---|---|
| 1 | Dated: October 31, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ *Ryan R. Davis* |
| 6 | | RYAN R. DAVIS<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant Attorney General Rob Bonta* |

# CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Rob Bonta**    No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on October 31, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL ROB BONTA'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 31, 2022, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|---|---|
| Declarant | Signature |

SA2019101934
36683598.docx