UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**MARK BAIRD, ET AL.,**
    Plaintiff

   v.                                **CASE NO. 2:19−CV−00617−KJM−AC**

**ROB BONTA,**
    Defendant

   You are hereby notified that a Notice of Appeal was filed on **January 03, 2023** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 4, 2023

                  **KEITH HOLLAND**
                  **CLERK OF COURT**

          **by:** /s/ A. Kastilahn
                Deputy Clerk