ROB BONTA, State Bar No. 202668
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
LARA HADDAD, State Bar No. 319630
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6250
 Fax:  (916) 731-2124
 E-mail:  Lara.Haddad@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |

1

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Deputy Attorney General Lara Haddad hereby appears on behalf of Defendant Attorney General Rob Bonta; her contact information is as follows:

> Lara Haddad, Deputy Attorney General
> 300 South Spring Street, Suite 1702
> Los Angeles, CA  90013-1230
> Telephone:  (213) 269-6250
> E-mail:  Lara.Haddad@doj.ca.gov

Deputy Attorney General Ryan R. Davis withdraws from this matter:

*s/ Ryan R. Davis*
RYAN R. DAVIS
Deputy Attorney General

Dated:  April 17, 2023                                   Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


*s/ Lara Haddad*
LARA HADDAD
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

## **PROPOSED ORDER**

The substitution of attorney is granted.  **IT IS SO ORDERED.**


Date:_____                           _____
                                         The Honorable Kimberly J. Mueller

# CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Rob Bonta**          No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on April 17, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 17, 2023, at Los Angeles, California.

| Lara Haddad | *s/ Lara Haddad* |
|---|---|
| Declarant | Signature |