```
1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  LARA HADDAD, State Bar No. 319630
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
5   Telephone:  (213) 269-6250
    Fax:  (916) 731-2124
6   E-mail:  Lara.Haddad@doj.ca.gov
   Attorneys for Defendant Rob Bonta in his official
7  capacity as Attorney General of California
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>　　　　　　　　　　　　Defendants. | 2:19-cv-00617-KJM-AC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　September 22, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　3<br>Judge:　　　Hon. Kimberly J. Mueller<br>Trial Date:　None set.<br>Action Filed: April 10, 2019 |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on September 22, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, of the 15th floor of the above-titled court, located at 501 I Street, Sacramento, California, 95814, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, shall move, and hereby does move, this Court for summary judgment under Federal Rule of Civil Procedure 56(a). Defendant brings this motion because California's restrictions on the open carry of firearms are constitutional under the Second Amendment of the United States Constitution.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Appendix of Relevant Historical Laws, Declaration of Lara Haddad in Support of Defendant's Motion for Summary Judgment, Declaration and Expert Report of Brennan Rivas, Declaration and Expert Report of Robert Spitzer, Supplemental Declaration and Expert Report of Saul Cornell, Supplemental Declaration and Expert Report of Kim Raney, including exhibits attached thereto, and Statement of Undisputed Facts; the pleadings and papers on file in this action; and such further evidence, both oral and documentary, as may be offered at the time of the hearing on the motion.

Dated: August 18, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*s/ Lara Haddad*
LARA HADDAD
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of California*

## CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Rob Bonta**          No.    **2:19-cv-00617-KJM-AC**

I hereby certify that on August 18, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 18, 2023, at Los Angeles, California.

|  |  |
|---|---|
| Lara Haddad | *Lara Haddad* |
| Declarant | Signature |

SA2019101934
66167911.docx