1    Rob Bonta, State Bar No. 202668
     Attorney General of California
2    Mark R. Beckington, State Bar No. 126009
     Supervising Deputy Attorney General
3    Lara Haddad, State Bar No. 319630
     Deputy Attorney General
4     300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
5     Telephone:  (213) 269-6250
     Fax:  (916) 731-2124
6     E-mail:  Lara.Haddad@doj.ca.gov
     *Attorneys for Defendant Rob Bonta in his official*
7    *capacity as Attorney General of California*

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,** | 2:19-cv-00617-KJM-AC |
| Plaintiffs, | **DECLARATION OF LARA HADDAD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | Date:            September 22, 2023 |
| | Time:            10:00 a.m. |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,** | Courtroom:   3 |
| | Judge:         Hon. Kimberly J. Mueller |
| | Trial Date:   None set. |
| Defendants. | Action Filed:  April 10, 2019 |

1

I, Lara Haddad, hereby declare and state the following:

1.     I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant"), in the above-titled matter.  I make this declaration in support of Defendant's Motion for Summary Judgment.  Unless otherwise stated, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2.     Attached as Exhibit 1 is a true and accurate copy of Legal Alert No. OAG-2022-02, issued by the California Attorney General on June 24, 2022.  A copy is also available at https://oag.ca.gov/system/files/media/legal-alert-oag-2022-02.pdf.

3.     Attached as Exhibit 2 is a true and accurate copy of portions of a sworn deposition of Plaintiff Mark Baird, taken by Deputy Attorney General Matthew Wise on August 31, 2021.

4.     Attached as Exhibit 3 is a true and accurate copy of portions of a sworn deposition of Plaintiff Richard Gallardo, taken by Deputy Attorney General Matthew Wise on August 31, 2021.

5.     Submitted concurrently with this declaration is an appendix of laws; these laws are also referenced or detailed in the expert declarations and reports submitted in support of Defendant's Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2023, at Los Angeles, California.


                                        /s/ Lara Haddad_____
                                        Lara Haddad
                                        Deputy Attorney General

EXHIBIT 1

| California Department of Justice<br><br>**OFFICE OF<br>THE ATTORNEY GENERAL** |  | *Legal Alert* |
|---|---|---|

| Subject:<br><br>U.S. Supreme Court's Decision in *New York State Rifle & Pistol Association v. Bruen*, No. 20-843 | No.<br>OAG-2022-02 | Contact for information:<br><br>CCWinfo@doj.ca.gov |
|---|---|---|
| | Date:<br>June 24, 2022 | |

**TO:   All California District Attorneys, Police Chiefs, Sheriffs, County Counsels, and City Attorneys**

On June 23, 2022, the United States Supreme Court issued its decision in *New York State Rifle & Pistol Association v. Bruen*, No. 20-843 (*Bruen*).[1]  In that case, the Court concluded that the State of New York's requirement that "proper cause" be demonstrated in order to obtain a permit to carry a concealed weapon in most public places violates the Second and Fourteenth Amendments.  Although *Bruen* concerns a New York law, the *Bruen* majority specifically identifies California as one of six States that has an analogue to New York's "proper cause" standard.  *Bruen*, slip op. 5-6.  Accordingly, it is the Attorney General's view that the Court's decision renders California's "good cause" standard to secure a permit to carry a concealed weapon in most public places unconstitutional.  Permitting agencies may no longer require a demonstration of "good cause" in order to obtain a concealed carry permit.  However, local officials can and should continue to apply and enforce all other aspects of California law with respect to issuing public-carry licenses.  In particular, the requirement that a public-carry license applicant provide proof of "good moral character" remains constitutional.  Law enforcement agencies that issue licenses to carry firearms in public should consult with their own counsel, carefully review the decision in *Bruen*, take the following guidance into account, and continue protecting public safety while complying with state law and the federal Constitution.

California law authorizes local law enforcement officials—sheriffs and chiefs of police—to issue licenses allowing license holders to "carry concealed a pistol, revolver, or other firearm capable of being concealed upon the person."  Cal. Pen. Code §§ 26150, 26155.  In counties where the population is less than 200,000, local officials are also authorized to issue licenses permitting open carry in only that jurisdiction.  *Id.* §§ 26150(b)(2); 26155(b)(2).  These licenses, whether for concealed carry or open carry, exempt the holder from many generally applicable restrictions on the carrying of firearms in public.  Local officials are only authorized to issue such licenses, however, upon proof that (1) "the applicant is of good moral character," (2) "[g]ood cause exists for issuance of the license," (3) the applicant is a resident of the relevant county or city (or has their principal place of business or employment in that county or city), and (4) the applicant has completed a course of training.  *Id.* §§ 26150(a), 26155(a).

Although California law was not directly at issue in the *Bruen* decision, the decision makes clear that "good cause" requirements such as those in California Penal Code sections 26150(a)(2) and 26155(a)(2) are inconsistent with the Second and Fourteenth Amendments.  Under the Supremacy

---

[1] The decision is available at https://www.supremecourt.gov/opinions/21pdf/20-843_7j80.pdf.

Clause of the United States Constitution, state and local officials must comply with clearly established federal law.

In accordance with *Bruen*, the Attorney General now considers the "good cause" requirements set forth in California Penal Code sections 26150(a)(2) and 26155(a)(2) to be unconstitutional and unenforceable. The immediate implications for law enforcement agencies that issue public-carry licenses ("issuing authorities") are as follows:

First, effective immediately, issuing authorities should no longer require proof of good cause for the issuance of a public-carry license. Issuing authorities may still inquire into an applicant's reasons for desiring a license to the extent those reasons are relevant to other lawful considerations, but denial of a license for lack of "good cause" now violates the Second and Fourteenth Amendments under the Supreme Court's decision in *Bruen*.

Second, issuing authorities should continue to apply and enforce all other aspects of California law with respect to public-carry licenses and the carrying of firearms in public. Issuing authorities are still required to take an applicant's fingerprints and to wait for the results of the background check that is run by the California Department of Justice (DOJ). Licenses "shall not be issued if the [DOJ] determines that the person is prohibited by state or federal law from possessing, receiving, owning, or purchasing a firearm." Cal. Pen. Code § 26195(a). Moreover, because the Court's decision in *Bruen* does not affect the other statutory requirements governing public-carry licenses, issuing authorities must still require proof that (1) "the applicant is of good moral character," (2) the applicant is a resident of the relevant county or city (or has their principal place of business or employment in that county or city), and (3) the applicant has completed a course of training. *Id.* §§ 26150(a), 26155(a). Issuing authorities may also still require psychological testing. *Id.* § 26190(f).

*Bruen* recognizes that States may ensure that those carrying firearms in their jurisdiction are "'law-abiding, responsible citizens.'" *Bruen*, slip op. p. 30 n.9; *see also id.* slip op. p. 2 (Kavanaugh, J., concurring) (States may "require a license applicant to undergo a background check, a mental health records check, and training in firearms handling and in laws regarding the use of force, among other possible requirements"). Accordingly, in assessing whether an applicant has established "good moral character," issuing authorities should recognize that *Bruen* does not eliminate the duty or authority of local officials to protect the communities that they know best by ensuring that licenses are only issued to individuals who—by virtue of their character and temperament—can be trusted to abide by the law and otherwise ensure the safety of themselves and others. The investigation into whether an applicant satisfies the "good moral character" requirement should go beyond the determination of whether any "firearms prohibiting categories" apply, such as a mental health prohibition or prior felony conviction. Those categories, which may be found to apply during the DOJ-conducted background check (including the many categories pertaining to an applicant's criminal history), simply determine whether the applicant is even eligible to own or possess firearms under state and federal law. When it comes to evaluating an applicant's moral character, however, the issue is not whether the applicant meets the minimum qualifications to own or possess firearms under other statutory criteria. "Good moral character" is a distinct question that requires an independent determination.

Existing public-carry policies of local law enforcement agencies across the state provide helpful examples of how to apply the "good moral character" requirement. The Sacramento County Sheriff's Office, for example, currently identifies several potential reasons why a public-carry license may be denied (or revoked), which include "[a]ny arrest in the last 5 years, regardless of the disposition" or

"[a]ny conviction in the last 7 years."[2]  It is reasonable to consider such factors in evaluating an applicant's proof of the requisite moral character to safely carry firearms in public.  *See, e.g., Bruen*, slip op. p. 63 (referencing "law-abiding citizens").  Other jurisdictions list the personal characteristics one reasonably expects of candidates for a public-carry license who do not pose a danger to themselves or others.  The Riverside County Sheriff's Department's policy, for example, currently provides as follows: "Legal judgments of good moral character can include consideration of honesty, trustworthiness, diligence, reliability, respect for the law, integrity, candor, discretion, observance of fiduciary duty, respect for the rights of others, absence of hatred and racism, fiscal stability, profession-specific criteria such as pledging to honor the constitution and uphold the law, and the absence of criminal conviction."[3]

As a starting point for purposes of investigating an applicant's moral character, many issuing authorities require personal references and/or reference letters.  Investigators may personally interview applicants and use the opportunity to gain further insight into the applicant's character.  And they may search publicly-available information, including social media accounts, in assessing the applicant's character.  Finally, we note that it remains reasonable—and constitutional—to ask applicants why they are interested in carrying their firearms in public.  Although applicants do not need to demonstrate good cause for the issuance of a license, an applicant's reasons for seeking a license may alert authorities to a need for psychological testing, be considered as part of the "good moral character" requirement, or provide information relevant to other statutory requirements.

---

[2] Sacramento County Sheriff's Office, *CCW Application/Permit Denials/Revocations*, <https://www.sacsheriff.com/documents/ccw/REVO-DENIAL-REASONS.pdf> [last visited June 23, 2022].)
[3] Riverside County Sheriff's Department, *Riverside County Sheriff's Department Standards Manual (DSM)*, <https://www.riversidesheriff.org/DocumentCenter/View/6791/Department-Standars-Manual-5222> [last visited June 23, 2022].

EXHIBIT 2

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3                          --o0o--

4   MARK BAIRD and RICHARD
    GALLARDO,

5

6       Plaintiffs,

    vs.                        No. 2:19-cv-00617-KJM-AC

7

    ROB BONTA, in his official

8   capacity as Attorney General
    of the State of California,

9   and DOES 1-10,

10      Defendants.
                                /

11

12

13

14         VIDEOCONFERENCE DEPOSITION OF MARK BAIRD

15                   August 31, 2021

16

17

18

19

20

21

22  Stenographically Reported by:

23  Janice L. Belcher, CSR No. 12342

24  Job No. 4782562

25  Pages 1 - 41

                                              Page 1

```
 1                      I N D E X

 2                                              PAGE

 3    EXAMINATION BY MR. WISE                      4

 4

 5

 6

 7

 8

 9

10                    E X H I B I T S

11                                              PAGE

12    EXHIBIT 1    2/21/19 Letter                10

13    EXHIBIT 2    6/20/21 Email                 22

14    EXHIBIT 3    9/3/18 Letter                 23

15    EXHIBIT 4    9/3/18 Letter                 25

16    EXHIBIT 5    8/31/21 Email                 28

17

18

19

20

21

22

23

24

25

                                          Page  2
```

```
 1              VIDEOCONFERENCE DEPOSITION OF MARK BAIRD
 2
 3        BE IT REMEMBERED, that pursuant to Notice, and on
 4    the 31st day of August, 2021, commencing at the hour of
 5    9:02 a.m., Pacific Standard Time, via videoconference
 6    before me, JANICE L. BELCHER, a Certified Shorthand
 7    Reporter, appeared MARK BAIRD, produced as a witness in
 8    said action, and being by me first duly sworn, was
 9    thereupon examined as a witness in said cause.
10
11                          --o0o--
12
13    APPEARANCES VIA VIDEOCONFERENCE:
14    For Plaintiffs:
15             AMY BELLANTONI
                 Bellantoni Law Firm
16             2 Overhill Road, Suite 400
                 Scarsdale, New York  10583
17             (914)367-0090
                 info@bellantoni-law.com
18
19    For Defendant Attorney General Rob Bonta:
20             R. MATTHEW WISE
                 Deputy Attorney General
21             1300 I Street, Suite 125
                 P.O. Box 944255
22             Sacramento, California  94244
                 (916)210-6046
23             matthew.wise@doj.ca.gov
24    Also Present:
25             RICHARD GALLARDO
```

Page  3

```
 1                         MARK BAIRD,

 2                      sworn as a witness,

 3                      testified as follows:

 4

 5                         EXAMINATION

 6    BY MR. WISE:

 7        Q    Good morning.  My name is Matthew Wise.  And I

 8    represent the California Attorney General in this case,

 9    with which is Baird vs. Bonta.

10            Would you state your full name and spell your

11    last name for the record.

12        A    Mark Allen Baird, B-A-I-R-D.

13        Q    Do you understand that you're testifying here

14    today under the same oath that you would as if you were

15    testifying in a courtroom?

16        A    I do.

17        Q    Have you ever had your deposition taken?

18        A    Yes.

19        Q    And how many times?

20        A    I don't know.

21        Q    Approximately?

22        A    I don't know.

23        Q    So you're familiar with the deposition rules?

24        A    Well, I don't know that I'm familiar with them.

25    I've been on one side of the table before.
```

Page 4

1   BY MR. WISE:

2       Q   How many times approximately have you applied

3   for a concealed firearm?

4       A   I don't know.  Three, maybe.

5       Q   Do you know approximately when you did so most

6   recently?

7       A   It was 2021.  I believe it was January.

8       Q   What was the result of that application?

9       A   It was successful.

10      Q   Why did you apply?

11      A   Why did I apply?  Because you can be arrested

12  for carrying a firearm if you don't have government

13  permission here.

14      Q   And why did you want government permission to

15  carry a firearm?

16      A   I don't want government permission.  I want to

17  exercise my Second Amendment right, but if you don't ask

18  government permission you can be arrested for carrying

19  your firearm.

20      Q   When you applied, did you need to give a reason

21  for wanting to carry a firearm?

22      A   Of course you do.

23      Q   What was the reason that you gave?

24      A   You know, I don't have that form in front of

25  me, but I believe it was that we haul animals, we have a

                                              Page 14

1    business, we carry large amounts of cash.  We have

2    received threats based upon our business and my

3    political activities, something like that.

4        Q   Are there any other reasons that you want to

5    carry a firearm?

6        A   I have the right to do so.  And I have the

7    absolute right to defend myself and my family.

8        Q   Have you ever applied in another county for a

9    permit to carry a concealed firearm?

10       A   No.

11       Q   Not sharing private conversations with your

12   attorney, would you tell me how you became a plaintiff

13   in this case?

14       A   I initiated the case.

15       Q   What motivated you to initiate the case?

16       A   The fact that the California Department of

17   Justice and the California legislature have

18   legislatively and statutorily banned the exercise of

19   Second Amendment guarantees through Penal Code 261 -- or

20   25850, 26400 and 26350.  And they refuse to issue open

21   carry permits as allowed by Penal Code 26150 (b)(2) and

22   155 (b)(2).  So in effect, there is no Second Amendment

23   in California.  That's unconstitutional, and that's why

24   I initiated the case.

25       Q   When you say they refuse to issue these

Page 15

1   licenses, who are you referring to by "they"?

2        A    Every sheriff in every jurisdiction in

3   California.

4        Q    What are you hoping to achieve through this

5   lawsuit?

6        A    I am hoping to achieve the unpermitted and

7   unrestricted open carry of a loaded firearm in the state

8   of California as guaranteed to me by the Second

9   Amendment of the United States Constitution and

10  Article 3, Section 1 of the California Constitution.

11       Q    Are you seeking the right to carry a firearm

12  openly in public without limitation?

13       A    I didn't say that, without limitation.

14            MS. BELLANTONI:  Objection.

15            You can answer.

16            THE WITNESS:  No, I'm not.

17            (Technical difficulties.)

18            THE WITNESS:  Are you talking to me or my

19  attorney?

20            I think I was finished.

21            MS. BELLANTONI:  I simply stated, objection.

22            You can answer.

23            THE WITNESS:  Okay.  I'll continue then.

24            We're not asking to carry the firearm in

25  sensitive buildings or sensitive places.  The court, the

                                            Page 16

1   required of me to follow up with anyone, hopefully.

2       Q   So in the meantime, you do not plan to follow

3   up with Sheriff LaRue to try to get an open carry

4   license?

5       A   I find it unprofitable to beat a dead horse,

6   so, no, I do not plan to follow up.

7           MR. WISE:  Thank you.  I don't have any further

8   questions.

9           MS. BELLANTONI:  I don't of any follow-up

10  questions, so I think we're done with Mr. Baird.

11          MR. WISE:  Thank you.

12          MS. BELLANTONI:  I would like counsel to

13  provide me with a copy that so my client can review the

14  transcript and make any necessary corrections under the

15  federal rules.

16          MR. WISE:  Ms. Belcher, I provided all the

17  exhibits to you, but obviously I have not been able to

18  provide you this last one, so I will forward this last

19  exhibit to Richard, and he can get it to you, I'm

20  assuming.

21          (Off the record at 9:56 a.m.)

22                      --o0o--

23

24

25

                                            Page  36

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, JANICE L. BELCHER, do hereby certify:

 4        That MARK BAIRD, in the foregoing deposition named,

 5   was present and by me sworn as a witness in the

 6   above-entitled action at the time therein specified;

 7        That said deposition was taken before me at said

 8   time, and was taken down in shorthand by me, a

 9   Certified Shorthand Reporter of the State of California,

10   and was thereafter transcribed into typewriting, and

11   that the foregoing transcript constitutes a full, true

12   and correct report of said deposition and of the

13   proceedings that took place;

14        That before completion of the proceedings, review

15   of the transcript was requested.

16        IN WITNESS WHEREOF, I have hereunder subscribed my

17   hand this 22nd day of September, 2021.

18

19

20

21

22        JANICE L. BELCHER, CSR No. 12342

               State of California

23

24

25
```

Page 38

[& - article]

**&**

**&**   39:23 40:9

**0**

**00617**   1:6

**1**

**1**   1:25 2:12 10:6,7
   16:10 40:1
**1-10**   1:9
**10**   2:12
**10583**   3:16
**12163**   38:21
**12342**   1:23 38:22
**125**   3:21
**1300**   3:21
**155**   15:22
**18**   23:13

**2**

**2**   2:13 3:16 15:21
   15:22 19:22 21:8
   21:25 22:1 23:22
   27:6 29:14 30:4
   30:10,24 31:8
**2/21/19**   2:12
**200,000**   11:10
   30:12
**2012**   10:19
**2018**   22:8 26:13
   28:5 29:4
**2021**   1:15 3:4 8:17
   14:7 38:17 39:3,5
**2025.520**   39:9,12
**210-6046**   3:22
**22**   2:13 39:3
**22nd**   38:17
**23**   2:14
**25**   2:15
**25850**   15:20
**261**   15:19
**26150**   15:21 21:8
   23:22 27:6 29:14

**30:4,10,24 31:8**
**26350**   15:20
**26400**   15:20
**28**   2:16
**2:19**   1:6

**3**

**3**   2:14 16:10 23:5
   23:6,13 26:13
**30**   8:24 9:1 40:1
**31**   1:15 39:5
**31st**   3:4
**367-0090**   3:17

**4**

**4**   2:3,15 25:13,14
**400**   3:16
**41**   1:25
**46**   19:21
**4782562**   1:24 39:5
   41:2
**4th**   22:16

**5**

**5**   2:16 28:20,21
**58**   27:19,21 28:1,4
**5th**   22:8

**6**

**6**   29:4
**6/20/21**   2:13

**8**

**8/31/21**   2:16

**9**

**9/3/18**   2:14,15
**914**   3:17
**916**   3:22
**94244**   3:22
**944255**   3:21
**9:02**   3:5
**9:56**   36:21

**a**

**a.m.**   3:5 36:21
**ability**   31:22 33:14
**able**   6:5,7 17:10
   17:18 19:24,25
   20:2 21:17 34:24
   36:17
**absolute**   15:7
   19:12
**absolutely**   10:3
   18:12,19
**ac**   1:6
**accurate**   37:5
**achieve**   16:4,6
**act**   12:17
**action**   3:8 38:6
**actions**   24:1,3 28:8
   28:14
**activities**   15:3
**actor**   19:14
**additional**   28:19
**administrator**
   29:23 30:6
**advantage**   19:25
   35:23
**advice**   11:23
**advised**   11:8
**affiliation**   32:8
**agencies**   11:9
**agency**   11:15 12:3
   19:14 20:16 21:15
**agent**   19:14
**ago**   8:24 9:1 13:15
   27:2
**agrees**   29:11
**ahead**   17:20
**allen**   4:12
**allow**   34:9
**allowed**   15:21
   18:21

**allows**   32:22
**amendment**   14:17
   15:19,22 16:9
   19:22 28:13 31:10
**amounts**   15:1
**amy**   3:15 39:1
**analyzed**   29:9
**animals**   14:25
**answer**   5:6,8,12
   5:16,18,20 11:1
   16:15,22 17:21
   18:4 25:11 27:19
   31:3 35:17
**answered**   27:3
**answers**   5:25
**anybody**   6:22
**anymore**   20:13
**apologize**   25:18
**appeal**   19:14 20:9
**appearances**   3:13
**appeared**   3:7
**appearing**   39:18
   40:7
**application**   14:8
   26:7 28:1,3
**applied**   7:19 13:19
   14:2,20 15:8 21:2
   25:7
**apply**   14:10,11
   21:5,6,7,10,12,17
   21:20 26:6 27:6
**appreciate**   24:19
   24:21
**approximately**
   4:21 8:15,23 14:2
   14:5 33:22
**area**   20:23
**areas**   17:7
**arrested**   14:11,18
**article**   16:10

**[asked - concerns]**

**asked** 12:11,15,19
12:25 13:1 19:19
21:7,19 26:9
27:10 33:16 34:1
**asking** 5:7 6:20
12:15 16:24 17:7
31:11
**assume** 23:18
**assuming** 22:13
30:7 36:20
**attempts** 31:5
**attorney** 1:8 3:19
3:20 4:8 5:16,17
6:21 15:12 16:19
**august** 1:15 3:4
39:5
**authority** 18:20
29:14,24 30:6,11
32:1
**avail** 28:12
**aware** 8:2

**b**

**b** 2:10 4:12 15:21
15:22 21:8 23:22
27:6 29:14 30:4
30:10,24 31:8
40:1
**back** 23:3 28:18
**badge** 31:21,25
**baird** 1:4,14 3:1,7
4:1,9,12 25:25
28:24 36:10 37:3
37:25 38:4 39:4,5
41:1,2
**banned** 15:18
**based** 15:2 29:12
**bates** 24:17
**bay** 20:23
**bear** 27:11
**beat** 36:5

**belcher** 1:23 3:6
36:16 38:3,22
**believe** 8:17 9:4
14:7,25 17:9
20:22 23:11,24
29:11 30:23,25
**believed** 29:17
**bellantoni** 3:15,15
3:17 16:14,21
17:13,19,21 18:3
24:13,15,22,24
25:3,17,22 36:9,12
39:1,2
**best** 29:17
**better** 32:20
**bit** 29:8
**black** 12:2
**board** 29:18
**bonta** 1:7 3:19 4:9
39:4 41:1
**bound** 21:14 27:22
**box** 3:21
**boy** 33:18
**break** 5:10,13
24:24
**buildings** 16:25
17:3,4,15
**business** 15:1,2
**busy** 33:25 35:2

**c**

**ca** 39:9,12,20
**california** 1:2,8
3:22 4:8 7:4,5,5
7:14,17 8:13 9:22
10:4,17,19,25
11:12,14,20 15:16
15:17,23 16:3,8,10
19:16,18 20:18,19
20:21 27:11,14
28:11 31:9 35:10
38:9,22

**call** 20:11 28:20
**calls** 10:1 29:12
**capacity** 1:8
**carry** 7:19 8:14
9:8,11,16,19,22
10:4,18 11:13,16
11:19 12:3,10,12
12:16 13:4,20
14:15,21 15:1,5,9
15:21 16:7,11,24
17:7,10,18,24
18:10,16,17,22,22
18:23 19:2,5,21,24
20:2,5,7,17,19,20
20:24 21:3,17,20
21:22,23,24 22:19
23:10 24:2 25:7
26:3,7,9 27:6,9,12
27:17,20 28:1,2,9
29:13,24 30:7,11
31:14,20,25 32:17
33:8,14 34:1,5,7
34:10,20,24 35:7,9
35:23 36:3
**carrying** 9:3 14:12
14:18
**case** 4:8 7:6 15:13
15:14,15,24
**cases** 5:25
**cash** 15:1
**catch** 8:25
**cause** 3:9 18:16,20
**ccp** 39:9,12
**certain** 20:23
**certainly** 29:20
**certificate** 38:1
**certified** 3:6 38:9
**certify** 37:3 38:3
**chain** 32:25 33:2
**chambers** 29:13

**change** 37:7 41:4,7
41:10,13,16,19
**changed** 31:4
32:23
**character** 18:2,9
18:14 20:12
**check** 24:20
**cities** 20:23
**city** 19:1,3
**civil** 39:19,20
**clarify** 34:23
**clear** 5:24 10:22
12:14 27:4,15
35:17
**clearly** 6:11 30:13
30:20
**client** 36:13
**code** 7:5,6 11:14
11:20,21,22,24
12:2 15:19,21
25:9 29:22 30:9
30:10,16,23 31:7,8
32:21 39:9,12,19
39:20
**codes** 28:12
**command** 33:1
**commencing** 3:4
**comment** 6:8 33:1
**committed** 8:3
**complete** 28:7
**completed** 39:7,17
40:6
**completion** 38:14
40:10
**concealed** 8:14
9:11 13:20 14:3
15:9 19:25 20:3,7
20:18,21 21:22,23
27:25
**concerns** 32:7

**[conclude - existed]**

**conclude** 35:15
**concluded** 25:1
35:14,22,25
**consider** 22:22
**constitutes** 38:11
**constitution** 7:4,5
16:9,10 19:22
20:14
**constitutional**
35:12
**contact** 11:8,11
12:8 39:9
**continue** 16:23
**conversation**
13:13 32:19 33:19
33:22 35:2,3
**conversations**
6:21 15:11 32:15
33:7,11,20
**convicted** 7:22,24
**convince** 31:6
**copy** 24:11,12,14
36:13
**correct** 10:21 20:5
26:16 38:12
**corrections** 6:5,7,8
36:14 37:6 39:14
39:15 40:3,4
**correctly** 34:17
**correspondence**
13:9
**counsel** 36:12
39:18,21 40:7
**counties** 11:9,11
25:8,10 27:6
30:12
**county** 8:21 9:7
12:8,9,11,16 13:20
15:8 17:25 18:8
18:12,15,19,24
20:22 21:2,16

22:9 23:14 24:2,8
25:8,12 26:2,3,7,8
26:8,8,15,18,24
28:9,10 31:6 33:3
**county's** 9:2
**course** 7:1 13:22
14:22
**court** 1:1 5:3
16:25 17:1,6,16
25:19
**courthouses** 17:5
**courtroom** 4:15
**covers** 25:12
**creating** 29:16
**crime** 19:10
**csr** 1:23 38:22
**current** 7:9
**cv** 1:6

**d**

**d** 2:1 4:12
**date** 13:8,16 22:7
23:12 26:5,12,14
29:3 37:25 39:16
40:5 41:24
**day** 3:4 38:17
**dead** 36:5
**decide** 20:10
**decided** 19:17
**decision** 17:6
**decisions** 17:16
**declares** 27:25
**defend** 15:7 19:12
**defendant** 3:19
**defendants** 1:10
**definitely** 24:17
**demanding** 20:13
**demonstrate** 26:2
27:5
**denied** 7:20 24:4
**department** 10:2
10:16,18,22,25

11:17,18 12:4
15:16 19:17 21:13
27:11,16,23,24
31:6 32:8
**dependent** 19:13
20:15
**deponent** 37:1
**deposition** 1:14
3:1 4:17,23 6:4,15
6:22,25 25:1,3
37:4 38:4,7,12
39:19,22,24 40:8
40:10
**deputy** 3:20 31:18
32:25
**describe** 8:10
**determine** 11:12
12:9 18:1,9,13,16
20:12 26:23 27:16
32:13
**determined** 39:18
39:22 40:7
**developed** 29:10
**difficulties** 16:17
**directly** 31:3
**disagree** 30:15
**district** 1:1,2
**document** 10:12
25:25
**documents** 6:24
7:2,7 24:17
**doing** 24:6 33:17
**doj.ca.gov** 3:23
**double** 24:20
**drop** 32:24
**duly** 3:8
**duty** 19:10 31:20

**e**

**e** 2:1,10 39:9,12
40:1 41:3,3,3

**eastern** 1:2
**effect** 15:22
**either** 27:23
**elaborate** 22:21
**eligible** 7:13,17
**email** 2:13,16 13:7
13:17 21:9 22:7,9
22:12,14,15 23:24
24:8,11
**emailed** 24:10
**ended** 35:2
**enforcement** 8:12
11:9,15 29:23
30:5 31:22 32:8
**enforcing** 29:15
**entitled** 38:6
**errata** 39:14,16
40:3,5
**error** 31:8
**essentially** 32:22
**exact** 13:8,16
**examination** 2:3
4:5
**examined** 3:9
**example** 12:17
19:1
**exception** 20:22
**excuse** 29:5
**exercise** 14:17
15:18 35:12
**exercising** 32:1
**exhibit** 2:12,13,14
2:15,16 10:6,7
21:25 22:1 23:5,6
25:13,14 28:19,20
28:21,24 36:19
**exhibits** 25:18
36:17
**exist** 34:20,22
**existed** 34:13

Veritext Legal Solutions
866 299-5127

[exists - january]

**exists**  21:13

**f**

**facility**  8:4
**fact**  15:16 19:16
**familiar**  4:23,24
  9:2 10:12
**family**  15:7 19:12
**far**  9:10,14,18
**federal**  36:15 40:1
  40:8,9
**federalist**  19:21
**feels**  30:8
**fees**  12:5
**felony**  7:22
**fill**  21:17
**find**  28:2 36:5 37:4
**finish**  5:5,7 35:16
**finished**  16:20
**fire**  7:10
**firearm**  7:13,17,20
  7:25 8:5,8,19 9:8
  9:11,16 13:21
  14:3,12,15,19,21
  15:5,9 16:7,11,24
  17:10,18,24 18:10
  18:17,18,22,22,23
  19:3,5,24 20:2,5,7
  20:17,20,24 21:3
**firearms**  9:3
**fired**  8:18
**firm**  3:15
**first**  3:8
**foia**  9:25
**follow**  26:23 27:8
  30:22 35:6,8,11,22
  36:1,2,6,9
**following**  29:10
  37:6
**follows**  4:3 39:8
**foregoing**  37:4
  38:4,11

**form**  14:24 21:13
  21:17,20,21,21,22
  21:23 27:24,25
  34:13,20,22
**formal**  23:10
**formally**  21:6
  25:19 26:6
**format**  12:20,24
**forms**  19:18 21:15
  27:20,22 34:9,17
**forth**  29:16 32:3
**forward**  36:18
**found**  27:20
**frame**  28:5
**francisco**  20:22
**frcp**  40:1
**friend**  22:17,20,23
**front**  14:24
**full**  4:10 38:11
**further**  32:15 36:7

**g**

**gallardo**  1:4 3:25
**general**  1:8 3:19
  3:20 4:8
**generally**  13:2
  22:18
**gist**  31:12
**give**  5:8,25 10:6
  14:20 29:14 30:5
**given**  19:24 20:2
**gives**  30:10
**go**  5:1 17:20 19:21
  28:16,18
**goes**  32:2
**going**  13:24 19:23
  20:3 25:18 33:1
**good**  4:7 18:1,9,13
  18:16 20:12
**government**  7:6
  9:8 14:12,14,16,18
  19:9,20 20:6,15

**25:11 31:20**
**grant**  26:9
**grappling**  32:2
**great**  24:19 25:2
**greatest**  32:7
**grounds**  8:2
**guarantee**  35:12
**guaranteed**  16:8
  20:14
**guarantees**  15:19
  28:13 31:10
**gun**  31:23

**h**

**h**  2:10 41:3
**hand**  38:17
**handled**  39:8
**happy**  22:16 25:4
**haul**  14:25
**hawaii**  29:11
**health**  8:4
**hereunder**  38:16
**hopefully**  24:13
  36:1
**hoping**  16:4,6
**horse**  36:5
**hour**  3:4
**hours**  19:9

**i**

**identification**  10:7
  22:1 23:6 25:14
  28:21
**immediately**  11:16
**inclined**  35:4
**included**  39:14
  40:3
**indicate**  30:23
  34:6,8
**indicated**  29:21
**indicates**  5:17
  34:9

**indicating**  34:4
**indicative**  13:17
  35:4
**individual**  27:16
**info**  3:17 39:2
**information**  10:1
  10:2,16 11:10
  27:10
**informed**  7:16
**initiate**  15:15
**initiated**  15:14,24
**intellectually**  6:17
**interdiction**  31:19
**interpretation**
  11:24 12:1,6
  29:22 30:16,17,21
**interrupt**  25:17
  29:19
**involuntarily**  8:3
**issuance**  10:24
  11:17 12:6
**issue**  9:11,15,19
  12:12 13:1,3,4
  15:20,25 21:8,19
  23:22 29:11,15,24
  30:6,11 31:14,17
  32:16,22 33:8,14
  34:5,7,10,14,14,18
  34:20,21,21
**issued**  10:19 11:12
  11:20 12:10,16
  26:3 27:13,17
**issues**  9:22 11:16
  12:3 32:3
**issuing**  10:3 12:2
  32:16 33:8

**j**

**janice**  1:23 3:6
  38:3,22
**january**  8:17 14:7

[jeremiah - occur]

**jeremiah** 33:6
**job** 1:24 7:9,11
  39:5 41:2
**jon** 13:3
**july** 22:8,17
**jurisdiction** 16:2
  18:13,20 27:13
**jurisdictions**
  27:21,21 28:2
  35:10
**justice** 10:2,16,18
  10:25 11:18,18
  12:5 15:17 19:17
  21:14 27:11,23,24
**justice's** 10:23

**k**

**keep** 19:23
**kind** 8:10
**kjm** 1:6
**know** 4:20,22,24
  5:11,21 6:6 9:18
  9:21,24 11:3
  12:19 13:7,15
  14:4,5,24 22:11,13
  23:17 26:20,21,25
  27:18 30:19,19
  31:16 33:15 35:18
**knowing** 23:18
**known** 22:22

**l**

**l** 1:23 3:6 38:3,22
**language** 30:8,18
  30:21
**large** 15:1
**larue** 33:6,8,20
  34:1,25 35:6,11,23
  36:3
**law** 3:15 7:6 8:12
  9:15,17 11:8,15
  29:16,16,23 30:5

31:21
**law.com** 3:17 39:2
**lawsuit** 16:5 33:17
  34:15 35:3,9,13,15
  35:21,25
**laying** 20:1
**legal** 20:17,20 39:7
**legally** 7:25 8:4
**legislatively** 15:18
**legislature** 15:17
  19:18,19
**letter** 2:12,14,15
  11:6 22:6,7 23:14
  23:20 26:1,5,12,14
  26:17,24 27:4,8
  29:25 31:11,13,18
  32:11
**license** 7:19 10:4
  11:13 12:10,12,16
  20:5 21:18,20
  24:2 25:7 27:9,17
  28:9 31:14,17
  32:22 34:2,5,7,18
  34:24 35:7 36:4
**licenses** 9:11,15,19
  9:23 10:19 16:1
  25:10 32:17 33:9
  34:10
**light** 19:16
**limitation** 16:12
  16:13
**line** 37:7 39:15
  40:4 41:4,7,10,13
  41:16,19
**link** 27:24
**little** 29:8
**live** 8:21 26:10
**loaded** 16:7
**local** 11:8,15
**locked** 39:12 40:1

**long** 7:11 28:6
**look** 10:5 11:6
  21:25 23:5 24:25
  25:13 28:23 33:15
**looks** 22:8
**lopey** 13:3,6,13
  22:6,11,20,24 29:2
  29:5 30:22 32:16
**lopey's** 30:16
  31:13 33:13
**lot** 19:8
**lots** 32:3
**luck** 33:18 34:14
  35:3

**m**

**mail** 23:14 26:17
  26:22
**making** 10:17
**marijuana** 31:19
**mark** 1:4,14 3:1,7
  4:1,12 37:3,25
  38:4 39:4,5 41:1,2
**marked** 10:7 22:1
  23:6 25:14,18,19
  28:21
**matter** 19:11
**matthew** 3:20 4:7
  24:15
**matthew.wise**
  3:23
**mean** 18:6 35:1
**mental** 8:3
**mentally** 6:16
**method** 6:19
**military** 8:12
**mine** 22:17
**misdemeanor** 7:24
**misread** 30:23
**misreading** 30:18
**missed** 24:20

**misspoke** 21:6
**moment** 10:6 20:8
  29:19
**month** 28:7
**months** 30:25
**moral** 18:1,9,13
  20:12
**morning** 4:7
**motivated** 15:15
**motivation** 31:16
  32:14
**move** 8:23
**multiple** 33:20

**n**

**n** 2:1
**name** 4:7,10,11
**named** 38:4
**necessary** 36:14
  39:14 40:3
**need** 5:4,10 14:20
**new** 3:16 5:6 33:3
**nose** 19:17
**notating** 39:15
  40:4
**notice** 3:3
**number** 10:18
  39:15 40:4

**o**

**o0o** 1:3 3:11 36:22
**oath** 4:14
**object** 19:15
**objection** 5:16
  16:14,21 17:13,19
  18:3
**obtain** 24:2 28:9
  35:7
**obvious** 31:19
**obviously** 36:17
**occur** 33:23

Page 5

[occurred - reach]

**occurred** 33:12
**office** 32:1 33:24
 39:11
**officer** 31:22,24
**official** 1:7 20:16
**okay** 5:1,2,8,9,14
 5:19 6:9,14,20
 10:5 11:7,7,23
 12:22 13:19 16:23
 17:10,18 21:25
 23:4,7 25:5,13,22
 28:16 29:21 30:2
 35:19
**once** 35:25
**open** 9:19,22 10:4
 10:18 11:13 12:10
 12:12,16 13:4
 15:20 16:7 21:17
 21:19,24 22:19
 23:10 24:2 25:7
 26:3,7,9 27:6,9,12
 27:17,20 28:2,9
 29:13,24 30:7,11
 30:11,20 31:14,25
 32:16 33:8,14
 34:1,5,7,10,20,24
 35:7,23 36:3
**opened** 35:2
**opening** 17:18
**openly** 9:16 16:12
 17:11,25 18:11,18
 18:24 19:3,5,20
 20:19,24 21:3
 31:23 35:9
**opportunity** 6:3
 32:23
**order** 26:2
**original** 39:10,21
**outline** 19:9
**outlined** 17:6

**outside** 18:24 33:1
**overhill** 3:16
**owning** 7:25 8:5

**p**

**p.o.** 3:21
**pacific** 3:5
**packet** 24:16
**page** 2:2,11 10:11
 29:8 37:7 39:15
 40:4 41:4,7,10,13
 41:16,19
**pages** 1:25 39:14
 39:17,17 40:3,6,6
**paper** 11:3,3
**partial** 10:10
**particular** 6:19,19
**parts** 20:22
**pc** 30:4
**pdf** 39:12 40:1
**penal** 7:5 11:14,20
 11:21,22,24 12:1
 15:19,21 25:9
 28:12 29:22 30:9
 30:10,16,23 31:7,8
 32:21
**penalty** 39:16 40:5
**pending** 5:12
**people** 30:12
**period** 28:6 33:13
 39:18 40:7
**perjury** 39:17
 40:6
**permission** 9:8
 14:13,14,16,18
 19:20 20:6,7
 25:11 31:20
**permit** 11:16,19
 12:3,6 13:20 15:9
 21:3,7,10,12 22:19
 26:2,3,10 27:12
 28:1,3 29:15,24

30:6 34:20
**permits** 13:4
 15:21 27:20 30:8
 30:12 33:14
**permitted** 9:15,17
**person** 5:5 19:20
**phone** 20:11
**physically** 6:16
**pilot** 7:10
**place** 38:13
**places** 16:25 17:3
 17:4,5,8,9,16,17
**plain** 30:8,17,21
**plaintiff** 15:12
**plaintiffs** 1:5 3:14
**plan** 35:6,8,13,15
 35:21 36:2,6
**please** 5:12,21
 18:5
**pleasure** 32:24
**point** 25:19
**pointed** 32:21
**policies** 32:9
**policy** 9:2,6,7
**political** 15:3
**politics** 32:4,4,6
 32:10
**populations** 11:9
**possess** 7:13,17
**possible** 5:15 12:4
**preferable** 5:25
**preparation** 6:24
**prepare** 6:14
**present** 3:24 38:5
**pretty** 33:24 35:1
**prevail** 35:8
**prevent** 6:11 8:4
**prior** 13:12,17
**private** 6:20 15:11
**probable** 18:20

**procedure** 39:19
 39:20
**procedures** 32:9
**proceedings** 20:11
 38:13,14
**process** 21:7,11,13
 26:7 30:19
**processes** 19:15
**produce** 19:18,19
**produced** 3:7
 21:14,15 27:23
**prohibit** 7:25
**prohibited** 25:9
**protect** 19:10
**provide** 36:13,18
**provided** 28:20
 36:16 39:19 40:8
**provision** 31:7
**public** 12:17 16:12
 17:25 18:11,18,24
**purpose** 22:15
**pursuant** 3:3
**pursue** 29:17

**q**

**question** 5:6,8,12
 5:12,15,17,18,20
 5:21,22 10:23
 11:1 12:13,20
 29:12 31:3 35:16
**questions** 12:25
 36:8,10
**quickly** 12:3
**quite** 28:6
**quote** 30:6
**quoting** 32:11

**r**

**r** 3:20 4:12 41:3,3
**r&s** 40:1,9
**reach** 27:15

**[read - similar]**

**read**  11:2 12:1
    29:7 37:4
**reading**  31:7
    39:23 40:9
**really**  27:1
**reason**  14:20,23
    34:18 41:6,9,12,15
    41:18,21
**reasonable**  18:21
**reasons**  15:4 19:7
    19:8
**recall**  12:21 13:16
    27:1
**receive**  9:8 12:5
    22:24 23:23
**received**  8:7,11,16
    10:1,15 11:23
    15:2 22:11,13,14
    23:17 26:20,24
**receives**  26:21
**recess**  28:17
**recognize**  32:25
**recollection**  11:5
**record**  4:11 5:24
    6:6 10:3 27:12
    28:16,18 36:21
**recording**  5:3
**records**  10:24
    11:17,19 12:4,17
    13:22
**reference**  25:20
**referenced**  17:16
    39:6
**referring**  16:1
    29:12 30:7
**refresh**  11:5
**refuse**  15:20,25
**regarding**  10:16
**released**  39:21
**remember**  11:2,4
    12:19,23 13:8

23:2 26:25
**remembered**  3:3
**remind**  33:5
**reminded**  33:13
**rephrase**  5:22
    18:5
**report**  27:14 38:12
**reported**  1:22
**reporter**  3:7 5:3
    25:19 38:9
**reporter's**  38:1
**represent**  4:8
**request**  9:25 10:1
    10:16,17 12:18
    23:10,12 24:4,4
    27:9 29:9
**requested**  38:15
    40:1,9,10
**requesting**  25:9
**required**  8:13
    11:15 35:11 36:1
**reread**  31:11
**reserve**  31:18,24
    32:25
**reside**  25:10,12
    26:4 27:7
**respond**  31:2
**response**  10:15,23
    13:1,12 21:9
    22:24 23:1,21,23
    23:24 24:7,8 29:2
    29:3,6
**responsibility**
    19:10
**rest**  31:12
**restore**  31:10
**result**  14:8
**return**  39:17 40:6
**review**  6:4,24
    36:13 38:14 39:8
    39:10,13 40:2

**reviewing**  7:3
**revocable**  20:8
**richard**  1:4 3:25
    36:19
**right**  5:23 10:20
    14:17 15:6,7
    16:11 17:24 18:10
    18:17,23 19:2,6,12
    19:13,14 20:8,13
    20:19 21:1
**rights**  20:1 35:24
**road**  3:16
**rob**  1:7 3:19 39:4
    41:1
**ruled**  17:1
**rules**  4:23 36:15
    40:8

**s**

**s**  2:10 41:3
**sacrament**  26:8
**sacramento**  3:22
    19:2 26:1,17,24
**san**  20:22
**saying**  13:10 24:9
    30:13 34:17
**says**  11:3 12:7
    23:11 29:8 30:4
    30:14,20 33:17
**scarsdale**  3:16
**schedule**  39:10
**search**  28:4
**second**  14:17
    15:19,22 16:8
    28:13 31:10
**section**  16:10
    30:23 31:8
**see**  10:9,10 22:3
    28:24 31:12 32:7
**seeking**  10:18
    16:11 17:24 18:10
    18:17,23 19:2

20:19,24
**sense**  6:16
**senses**  6:18
**sensitive**  16:25,25
    17:3,15
**sentence**  11:6
**september**  23:13
    26:13 28:5 29:4
    38:17 39:3
**serve**  32:24
**serving**  33:13
**sharing**  13:24
    15:11
**sheriff**  9:11,15,18
    9:21,22 10:3 12:9
    12:11,16,20 13:3,6
    13:13,20 16:2
    17:25 18:8,12,15
    18:19 20:11 21:3
    21:8,16,22 22:6,9
    22:11,20,24 23:15
    24:8 26:2,9,15,18
    26:24 27:20 29:2
    29:5,14,22 30:5,15
    30:22 31:6,13
    32:16,25 33:3,8,12
    33:13,20 34:1,25
    35:6,11,23 36:3
**sheriff's**  27:13,16
**sheriffs**  21:14
    27:19,21 30:11
**short**  33:21
**shorthand**  3:6
    38:8,9
**side**  4:25
**sign**  39:16 40:5
**signature**  37:1
    38:21 39:21,23,23
    40:9
**similar**  12:17

Veritext Legal Solutions
866 299-5127

[simply - use]

**simply** 16:21 26:9
**single** 19:13 20:21
  28:2 33:19,21
**siskiyou** 8:22 9:2,7
  9:10,14,18 12:8,9
  12:11,15 13:19
  17:25 18:8,12,15
  18:19,24 21:2,16
  22:9 23:14 24:2,8
  25:8 26:8,15
  28:10 31:6 33:3
**situation** 29:9
**six** 7:12
**slip** 25:12
**solutions** 39:7
**sorry** 8:25 21:6
  25:17 35:18
**sort** 12:17
**sounds** 32:15
**speak** 5:5 6:21
**speaking** 13:2
  32:12
**specific** 17:12
**specifically** 27:9
  30:4,10 31:25
  34:17,19
**specified** 38:6
**spell** 4:10
**stamped** 24:17
**standard** 3:5 8:13
**start** 5:6,8
**state** 1:8 4:10 9:15
  9:17 10:1,4,19
  11:11,17,18 12:4
  16:7 19:13 24:5
  27:11,13,22 28:11
  29:5 31:9 35:9
  38:9,22 39:9,12
**stated** 16:21
**states** 1:1 7:4 16:9
  19:22 31:19

**stating** 30:3
**statutorily** 15:18
**stenographically**
  1:22
**step** 33:1
**stepping** 35:18
**stipulation** 39:20
**stop** 13:24
**street** 3:21
**stricken** 28:12
**subject** 31:4 32:23
**subscribed** 38:16
**successful** 14:9
**sue** 24:5
**sued** 31:9
**suggest** 11:1 12:21
**suggests** 13:4
**suing** 28:11
**suite** 3:16,21
**supervisors** 29:18
**supposed** 24:5
**supreme** 17:1,6,16
**sure** 6:18 17:15
  18:6,8 20:3 24:12
  34:16 35:16
**surround** 32:7
**suspicion** 18:21
**swear** 35:5
**sworn** 3:8 4:2 38:5

**t**

**t** 2:10 41:3,3
**table** 4:25
**take** 5:10,13 10:5
  11:5 19:9,25
  24:24 28:23 32:19
  35:23
**taken** 4:17 24:1,3
  28:7,8 38:7,8
**talk** 22:17,18
**talking** 16:18

**tanker** 7:10
**tasked** 29:15
**team** 31:19
**technical** 16:17
**tell** 9:5 13:6 15:12
  33:11
**testified** 4:3
**testifying** 4:13,15
  6:11
**testimony** 37:5
**thank** 24:23 25:22
  25:23 36:7,11
**thing** 5:11 29:7
**things** 5:1
**think** 16:20 17:17
  24:10 27:1 28:15
  29:13 36:10
**thinking** 6:11
  31:13
**thirds** 10:10
**thought** 30:19
**thoughts** 29:10
**threats** 15:2
**three** 14:4
**thumb** 19:17
**thursday** 29:4
**time** 3:5 5:5,10
  8:15,18 11:15
  20:8 28:5,6 31:18
  31:25 33:13,25
  38:6,8 39:10,18,24
  40:7
**times** 4:19 8:9
  12:12 14:2
**today** 4:14 6:5,10
  20:6,10 24:18
**today's** 6:14
**told** 33:12,17 34:3
**tomorrow** 20:9
**top** 10:10

**totality** 29:9
**training** 8:7,10,12
  8:12,13,16
**transcribed** 38:10
**transcript** 6:4,6
  36:14 38:11,15
  39:6,8,10,13,13,21
  40:2,2
**transcription** 37:5
**tricky** 35:19
**true** 37:5 38:11
**truthfully** 6:12
**try** 5:5,7,21 24:1
  28:8 31:5 34:23
  35:7 36:3
**turn** 11:16 12:4
**turned** 24:16
**two** 10:10
**typewriting** 38:10

**u**

**u.s.** 29:13
**unconstitutional**
  15:23
**undersigned** 37:3
**understand** 4:13
  5:21 6:1,2 9:5,10
  9:14 11:25 17:5
  18:6 20:3 31:13
  32:5,20
**understanding**
  9:12 11:21 29:25
  30:2 34:16
**united** 1:1 7:4 16:9
  19:22
**unpermitted** 16:6
**unprofitable** 36:5
**unrestricted** 16:7
**use** 8:7 21:15
  27:22

Page 8

**[v - young]**

| v | |
|---|---|
| **v**  29:11 39:4 41:1 | 21:25 22:2 23:5,8 |
| **verbally**  13:11 | 24:19,23 25:2,5,6 |
| 30:25 | 25:13,15,21,23,24 |
| **veritext**  39:7,9,11 | 28:16,18,22 36:7 |
| **video**  35:19 | 36:11,16 |
| **videoconference** | **wish**  22:16 33:18 |
| 1:14 3:1,5,13 | **wished**  34:14 |
| **violence**  19:11 | **wishes**  9:13 |
| **visited**  19:1 | **wishing**  35:3 |
| **vs**  1:6 4:9 29:13 | **witness**  3:7,9 4:2 |

| w | |
|---|---|
| **wait**  35:13,21 | 16:16,18,23 17:20 |
| **waived**  39:23,23 | 17:22 18:5 23:7 |
| **waiving**  39:20 | 38:5,16 39:13,16 |
| **want**  11:25 14:14 | 40:2,5 41:24 |
| 14:16,16 15:4 | **words**  30:15 |
| 19:5 24:24,25 | **work**  24:13 |
| 34:16 | **worried**  32:3,4,5 |
| **wanted**  22:16,18 | 32:10 |
| 23:21 27:5 | **wow**  33:16 |
| **wanting**  14:21 | **write**  23:20 27:4 |
| **way**  19:15 21:12 | **writing**  23:21,23 |
| 23:18 26:21 29:17 | **written**  13:9,12 |
| 32:13 | **wrote**  26:1,15 |
| **weapons**  28:1 | |

| x | |
|---|---|
| **wear**  31:22,24 | **x**  2:1,10 40:1 |

| y | |
|---|---|
| **wearing**  31:21 | **yeah**  23:24 24:10 |
| **website**  27:19 | 24:15 |
| **websites**  27:22 | **year**  13:15 |
| 28:4 | **years**  7:12 8:24 |
| **went**  27:19 | 9:1 22:22 27:2 |
| **whereof**  38:16 | **yesterday**  8:20 |
| **whim**  19:13 | **york**  3:16 |
| **white**  12:2 | **young**  29:11 |
| **wife**  22:16 | |
| **willing**  34:5,6 | |
| **wise**  2:3 3:20 4:6,7 | |
| 10:5,8 13:24 14:1 | |
| 17:2,14,23 18:7 | |

EXHIBIT 3

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF CALIFORNIA

3        --oOo--

4 MARK BAIRD and RICHARD

  GALLARDO,

5

    Plaintiffs,

6

  vs.         No. 2:19-cv-00617-KJM-AC

7

  ROB BONTA, in his official

8 capacity as Attorney General

  of the State of California,

9 and DOES 1-10,

10   Defendants.

          /

11

12

13

14   VIDEOCONFERENCE DEPOSITION OF RICHARD GALLARDO

15      August 31, 2021

16

17

18

19

20

21

22 Stenographically Reported by:

23 Janice L. Belcher, CSR No. 12342

24 Job No. 4782562

25 Pages 1 - 45

               Page 1

```
 1                    I N D E X

 2                                          PAGE

 3   EXAMINATION BY MR. WISE                   4

 4

 5

 6

 7

 8

 9

10                  E X H I B I T S

11                                          PAGE

12   EXHIBIT 1    9/17/19 Letter             16

13   EXHIBIT 2    12/20/17 Special Alert Bulletin   18

14   EXHIBIT 3    9/2/19 Letter              20

15   EXHIBIT 4    11/19/19 Letter            25

16   EXHIBIT 5    12/11/18 Letter            32

17   EXHIBIT 6    2/3/19 Email               34

18   EXHIBIT 7    3/13/19 Email              35

19

20

21

22

23

24

25
```

```
 1              VIDEOCONFERENCE DEPOSITION OF RICHARD GALLARDO

 2

 3        BE IT REMEMBERED, that pursuant to Notice, and on

 4   the 31st day of August, 2021, commencing at the hour of

 5   10:04 a.m., Pacific Standard Time, via videoconference

 6   before me, JANICE L. BELCHER, a Certified Shorthand

 7   Reporter, appeared RICHARD GALLARDO, produced as a

 8   witness in said action, and being by me first duly

 9   sworn, was thereupon examined as a witness in said

10   cause.

11                           --o0o--

12

13   APPEARANCES VIA VIDEOCONFERENCE:

14   For Plaintiffs:

15              AMY BELLANTONI

                Bellantoni Law Firm

16              2 Overhill Road, Suite 400

                Scarsdale, New York  10583

17              (914)367-0090

                info@bellantoni-law.com

18

19   For Defendant Attorney General Rob Bonta:

20              R. MATTHEW WISE

                Deputy Attorney General

21              1300 I Street, Suite 125

                P.O. Box 944255

22              Sacramento, California  94244

                (916)210-6046

23              matthew.wise@doj.ca.gov

24   Also Present:

25              MARK BAIRD
```

                                                    Page  3

```
 1                          RICHARD GALLARDO,

 2                         sworn as a witness,

 3                         testified as follows:

 4

 5                          EXAMINATION

 6     BY MR. WISE:

 7         Q    Good morning.  My name is Matthew Wise, and I

 8     represent the California Attorney General in this case,

 9     which is Baird vs. Bonta.

10              Would you state your full name and spell your

11     last name for the record.

12         A    Richard Jason Gallardo; last name

13     G-A-L-L-A-R-D-O.

14         Q    Do you understand that you're testifying here

15     today under the same oath that you would take if you

16     were testifying in a courtroom?

17         A    Yes.

18         Q    Have you ever had your deposition taken?

19         A    I've had it done a couple of times, yes.

20         Q    Are you familiar with the rules of taking a

21     deposition?

22         A    Vaguely.  It's been a while.

23         Q    When was the last time you were deposed,

24     approximately?

25         A    Oh wow.  It's been so long ago, I don't
```

Page  4

1      A    It was approved for the sheriff.  I'm assuming

2   we're still talking about Shasta County, it was

3   approved.

4      Q    Yes, that's correct.  Why did you apply for

5   that license?

6      A    At the time, the LEOSA credential was still in

7   flux, so I did not have that LEOSA at the time.  So I

8   wanted the ability to carry a concealed away from my

9   home for my personal protection and my family

10  protection.

11     Q    And when you say "LEOSA," just to be clear for

12  the record, you're referring to L-E-O-S-A; and what does

13  that mean, just so we're clear?

14     A    Federal law passed in 2003, Law Enforcement

15  Officer Safety Act.  It's basically a nationwide

16  concealed carry permit.  It's not a permit though, it's

17  called a credential, but that's what LEOSA is.

18     Q    Some when you were applying for a license in

19  Shasta County, did you need to give a reason for wanting

20  to carry a firearm?

21     A    I did.

22     Q    What was that reason?

23     A    Personal protection.

24     Q    Can you elaborate on why you would need a

25  firearm for personal protection?

1          MR. BELLANTONI:  Objection.

2          You can answer.

3          THE WITNESS:  At the time that was the only

4  reason that Mr. Bosenko was asking for.  He was very

5  liberal in that portion of the application.  People

6  could put Second Amendment down if they wanted to, and

7  he was granting them at times, so I just put personal

8  protection.  I did not elaborate any further.

9  BY MR. WISE:

10     Q   What is the reason that you would like to be

11  able to carry a firearm concealed?

12     A   Well, and again, I am carrying concealed under

13  LEOSA, so I carry concealed for personal protection.

14  Protection of my family is utmost.

15     Q   Do you still have a valid concealed carry

16  permit in Shasta County?

17     A   I do not.

18          MR. WISE:  Okay.  Let's look at Exhibit 1.

19          (Exhibit 1 marked for identification.)

20  BY MR. WISE:

21     Q   Mr. Gallardo, are you able to see Exhibit 1?

22     A   Let me go full screen here.

23          Yes.  I can see it.

24     Q   Thank you.  Do you recognize this document?

25     A   Yes.

1        Q    What is it?

2        A    I'm sorry, your question?

3        Q    What is this document?

4        A    This is a document where Sheriff Bosenko

5    revoked my concealed carry permit.  That's what that

6    document is.

7        Q    What is the date of the letter?

8        A    September of 2019.

9        Q    Did Sheriff Bosenko sign this letter?

10       A    It appears so.  I don't know what his original

11   signature looks like, but it looks like his signature

12   there.

13       Q    Let's look at the first paragraph of the

14   letter.  It states that you were terminated from

15   CAL FIRE for bringing a firearm onto state property.  Is

16   it true that you were terminated from CAL FIRE?

17       A    I was, yes.

18       Q    Was bringing a firearm onto state property the

19   reason that CAL FIRE gave for terminating you?

20       A    Yes.

21       Q    Let's look at the second paragraph of the

22   letter.  It begins by stating that CAL FIRE issued a

23   special alert bulletin as a result of statements that

24   you made; is that right?

25       A    Yeah, we can read this, this document together,

Page 17

1     A    Well, typically, Sean Pasley is the employee

2    at, or was the employee, I don't know if he's still

3    there, Sean Pasley was the employee at the time that

4    normally took care of all the correspondence for

5    Mr. Bosenko regarding these matters.  That's why you see

6    Sean Pasley's name is there.

7     Q    As of today, does your concealed carry permit

8    in Shasta County remain revoked?

9     A    Yes.

10     Q    Are you legally permitted to carry a firearm

11    concealed?

12     A    I am through the LEOSA credential I mentioned

13    earlier.

14     Q    Okay.  Without sharing private conversations

15    with your attorney, would you tell me how you became a

16    plaintiff in this case?

17     A    I don't remember how I heard about the case.  I

18    do listen to Mark Baird quite a bit, he's on our local

19    radio shows quite a bit regarding a lot of patriotic

20    matters.  I may have heard it through him.  I may have

21    seen a social media post, so I can't exactly say how I

22    heard about it.  But once I heard of the case I thought,

23    you know, this is kind of down my alley.  And I

24    discussed it with Mark, and from there, and then I have

25    been at it as a co-plaintiff.

Veritext Legal Solutions
866 299-5127

1    Q    Do you know or did you know Mr. Baird

2    personally before this lawsuit was filed?

3    A    Yes, I did.

4    Q    And when you're saying that he's on the radio

5    about patriotic matters, could you just describe what

6    you're talking about?

7    A    No.  That's something you need to ask Mr. Baird

8    about.  I don't want to speak for him or about him.  I

9    would rather you ask him about that.

10   Q    I wasn't looking for Mr. Baird's

11   characterization, only what you -- you had used the

12   word, and so I was just trying to understand what you

13   were -- what your understanding is of, of that?

14   A    Well, similar to this lawsuit, sorry to

15   interrupt, similar to this lawsuit, he's fighting for

16   patriotic manners, and that's exactly what this lawsuit

17   is about, and he talks about very similar manners.

18   Q    Can you elaborate on that when you're saying

19   "what this lawsuit is about," what is this lawsuit

20   about?

21   A    I believe it's about the right to carry openly

22   without government permission using the Second Amendment

23   as originally written to keep and bear arms, that's what

24   I believe this lawsuit is about.

25   Q    What are you hoping to achieve through this

Page 28

1    lawsuit?

2         A    I hope to achieve the ability to open carry

3    without government permission; that's what I hope to

4    achieve.

5         Q    Are you seeking the right to carry a firearm

6    openly in public without any limitations?

7         A    There's always going to be limitations, so the

8    question I think -- so the answer to that is going to be

9    no, because there's always going to be limitations,

10   whether they be legal or societal or civil limitations.

11        Q    Would there be any places where you think it

12   would be okay to you not to be able to openly carry a

13   firearm?

14        A    Possibly.  Possibly maybe a courthouse, but

15   there's already armed bailiffs there.  There's security

16   measures usually in courthouses.  They're fair.

17   Certainly not entirely adequate, but they're fair.  So

18   maybe that's an example.

19        Q    Anywhere else that comes to mind?

20        A    Not off the top of my head now, no.

21        Q    Would it be okay to you not to be able to

22   openly carry a firearm when visiting an elementary

23   school?

24        A    So you're asking for my opinion?

25        Q    Yes.

1    bulletin that we looked at earlier today, it even says I

2    displayed my weapon in a nonthreatening manner, so

3    that's never been an issue with me and firearms ever.

4         Q    And you understand that phrase that you

5    displayed your handgun in a nonthreatening manner to be

6    the point in time where you were showing your coworker

7    what type of firearm you carry?

8         A    Correct, yes.

9              MR. BELLANTONI:  I have nothing further.

10             MR. WISE:  I don't have any additional

11   questions.

12             MS. BELLANTONI:  And, Mr. Wise, I would ask

13   also for a copy of Mr. Gallardo's deposition under the

14   federal rules so he has an opportunity to take a look at

15   it and make any corrections, if necessary.

16             MR. WISE:  Okay.  That's all.

17             (Off the record at 10:59 a.m.)

18                         --o0o--

19

20

21

22

23

24

25

                                              Page  40

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, JANICE L. BELCHER, do hereby certify:

 4        That RICHARD GALLARDO, in the foregoing deposition

 5   named, was present and by me sworn as a witness in the

 6   above-entitled action at the time therein specified;

 7        That said deposition was taken before me at said

 8   time, and was taken down in shorthand by me, a

 9   Certified Shorthand Reporter of the State of California,

10   and was thereafter transcribed into typewriting, and

11   that the foregoing transcript constitutes a full, true

12   and correct report of said deposition and of the

13   proceedings that took place;

14        That before completion of the proceedings, review

15   of the transcript was requested.

16        IN WITNESS WHEREOF, I have hereunder subscribed my

17   hand this 22nd day of September, 2021.

18

19

20

21

22        JANICE L. BELCHER, CSR No. 12342

              State of California

23

24

25
```

Page 42

**[& - apply]**

| & |
|---|
| **&**   43:23 44:9 |

| 0 |
|---|
| **00617**   1:6 |

| 1 |
|---|
| **1**   1:25 2:12 16:18 16:19,21 20:13 23:11 26:15 32:25 44:1 |
| **1-10**   1:9 |
| **10**   5:1 |
| **10583**   3:16 |
| **10:04**   3:5 |
| **10:59**   40:17 |
| **11**   35:9 |
| **11/19/19**   2:15 |
| **11th**   32:16 |
| **12/11/18**   2:16 |
| **12/20/17**   2:13 |
| **12163**   42:21 |
| **12342**   1:23 42:22 |
| **125**   3:21 |
| **13**   21:24 22:2 |
| **1300**   3:21 |
| **16**   2:12 |
| **171**   19:18 |
| **18**   2:13 21:16 34:20 |
| **180,000**   11:9 |
| **19**   8:15 25:25 26:12 34:13,20 |
| **1985**   9:15 |

| 2 |
|---|
| **2**   2:13 3:16 18:8,9 18:11 |
| **2/3/19**   2:17 |
| **20**   2:14 19:9 |
| **200,000**   11:1,8 |
| **2003**   15:14 |

| 2017   19:9 |
|---|
| **2018**   32:16 |
| **2019**   17:8 20:16 21:1 23:14 24:12 25:25 35:9 |
| **2021**   1:15 3:4 42:17 43:3,5 |
| **2025.520**   43:9,12 |
| **21**   8:15 |
| **210-6046**   3:22 |
| **22**   43:3 |
| **22nd**   42:17 |
| **25**   2:15 |
| **25650**   33:1 |
| **2:19**   1:6 |
| **2nd**   20:15 21:1 23:14 24:12 |

| 3 |
|---|
| **3**   2:14 19:19 20:18 20:19 |
| **3/13/19**   2:18 |
| **30**   44:1 |
| **31**   1:15 43:5 |
| **31st**   3:4 |
| **32**   2:16 |
| **34**   2:17 |
| **35**   2:18 |
| **367-0090**   3:17 |
| **3rd**   34:13 |

| 4 |
|---|
| **4**   2:3,15 25:19,20 |
| **400**   3:16 |
| **45**   1:25 |
| **4782562**   1:24 43:5 45:2 |

| 5 |
|---|
| **5**   2:16 32:3,4 |

| 6 |
|---|
| **6**   2:17 34:2,3 |

| 7 |
|---|
| **7**   2:18 22:2 34:25 35:1 |

| 9 |
|---|
| **9/17/19**   2:12 |
| **9/2/19**   2:14 |
| **914**   3:17 |
| **916**   3:22 |
| **94244**   3:22 |
| **944255**   3:21 |

| a |
|---|
| **a.m.**   3:5 40:17 |
| **ability**   15:8 29:2 30:6 |
| **able**   6:1 16:11,21 21:20 29:12,21 30:2 31:10 33:7 36:21 |
| **absolute**   21:22 |
| **absolutely**   19:14 20:10 30:23 31:17 39:25 |
| **ac**   1:6 |
| **accessible**   23:3 |
| **accessories**   38:13 |
| **accurate**   41:5 |
| **accurately**   22:20 |
| **accused**   39:23 |
| **achieve**   28:25 29:2 29:4 |
| **acq**   26:9 |
| **act**   13:21 15:15 |
| **action**   3:8 42:6 |
| **actions**   37:9 |
| **acts**   13:22 |
| **additional**   40:10 |
| **adequate**   29:17 |

| advanced   9:4 |
|---|
| **advises**   5:18 |
| **ago**   4:25 8:23,24 12:15 13:24 14:14 |
| **ahead**   33:21 34:12 |
| **alert**   2:13 17:23 18:18,20 19:4,6 |
| **allege**   39:18 |
| **allergies**   5:13 |
| **alley**   27:23 |
| **allow**   35:24 |
| **allowed**   6:4 19:19 26:8 38:20 39:15 |
| **allowing**   11:11 |
| **allows**   10:25 33:4 |
| **amendment**   16:6 19:11,24,25 28:22 38:12,15 |
| **amy**   3:15 43:1 |
| **answer**   5:6,8,12 5:16,18 12:7,8 14:20,21 16:2 29:8 30:10 31:25 |
| **answers**   33:20 |
| **anybody**   6:25 7:5 23:1 30:1 |
| **apparatus**   39:3 |
| **appearances**   3:13 |
| **appeared**   3:7 |
| **appearing**   43:18 44:7 |
| **appears**   17:10 |
| **application**   10:10 14:8,11,25 16:5 |
| **applied**   7:22 13:18 14:3,7,14 31:23,25 37:1 |
| **apply**   10:15 11:11 13:24 14:1,20 15:4 |

**[applying - class]**

applying  15:18
appointed  12:16
approved  15:1,3
approximately
  4:24 8:21 9:13
  11:9 14:1,2,10,14
  14:16 21:24 22:1
area  22:3 37:25
armed  29:15
arms  28:23
asked  5:17 13:13
  26:11 38:23
asking  7:3 16:4
  29:24 32:1
assuming  15:1
assumption  10:2
attempts  36:23
attorney  1:8 3:19
  3:20 4:8 5:16,17
  6:22 7:4 12:6
  27:15
audio  6:24 11:5
august  1:15 3:4
  24:12 43:5
aware  8:5 10:24
  23:14

**b**

b  2:10 19:18,19
  44:1
back  14:12,18
  20:13 23:11 25:15
bad  5:14 38:14
bailiffs  29:15
baird  1:4 3:25 4:9
  27:18 28:1,7 43:4
  45:1
baird's  28:10
barring  9:18
based  11:4
basically  13:22
  15:15 21:20 34:8

39:6
basis  36:12
bear  28:23
begins  17:22
belcher  1:23 3:6
  42:3,22
belief  19:13,14,15
  20:9
believe  6:14 11:17
  13:17 19:6,10,24
  20:1,25 23:24
  24:7,25 25:18
  26:7 28:21,24
  30:1 36:14
believer  20:4
bellantoni  3:15,15
  3:17 16:1 25:12
  37:16,21 40:9,12
  43:1,2
better  6:15
bit  6:15 27:18,19
  32:23
blacklisted  21:19
bonta  1:7 3:19 4:9
  43:4 45:1
bosenko  12:3,14
  13:6 16:4 17:4,9
  19:4 20:23 24:10
  24:23 25:1,4
  26:19,25 27:5
  32:1,13 33:24
  34:14,18 38:8
bosenko's  12:5
  18:21 19:5 20:14
  23:12 25:17 26:15
  26:21
box  3:21
brand  12:16
break  5:10,12
briefed  24:11

bring  37:22
bringing  17:15,18
  19:12 39:10
broken  39:18
brought  18:24
  22:21,24 37:24
bulletin  2:13
  17:23 18:18,20
  19:4,7,8,10 20:2
  40:1

**c**

ca  43:9,12,20
cal  17:15,16,19,22
  18:19 19:11,17,20
  20:16 21:7,16
  22:18 23:17 37:23
  38:10,16 39:2,2,5
  39:9,11,17,17
california  1:2,8
  3:22 4:8 7:13,14
  7:17,20 13:16
  19:18 31:15,16
  39:7 42:9,22
call  39:14
called  15:17 38:14
  38:20
capacity  1:8
capital  22:5
car  38:5 39:11,19
care  27:4
caries  23:2
carried  38:13,24
carry  7:22 10:17
  10:23,25 11:12,16
  11:20 12:5,8,18
  13:6,12,19,23 14:4
  14:25 15:8,16,20
  16:11,13,15 17:5
  25:5,7 27:7,10
  28:21 29:2,5,12,22
  30:2,3,6,12,17,21

30:25 31:3,4,5,5,7
  31:8,9,10,12,14,16
  31:24 32:11,22
  33:5,7,13,16 34:14
  34:19,20,24 35:7
  35:20,24,25 36:3,9
  36:13,20,24 37:2
  37:10,12 38:15
  40:7
carrying  8:16 9:20
  10:1,3,6,8 16:12
  30:1
case  4:8 5:2 27:16
  27:17,22 37:6,7
cause  3:10 30:19
ccp  43:9,12
cdf  18:19
certainly  29:17
certificate  42:1
certification  8:19
certified  3:6 9:6
  24:5 42:9
certify  41:4 42:3
cetera  8:16
cf  22:12,15,18
change  36:21 41:7
  45:4,7,10,13,16,19
character  25:6
  30:5,8,15
characterization
  28:11
choice  31:22
chp  24:11
circumstances
  38:6
citation  24:12,21
city  30:24 31:1
civil  29:10 43:19
  43:20
class  8:23 9:1,2,4

| | | | |
|---|---|---|---|
| **classes** 9:7 | **conversations** | **courtroom** 4:16 | 39:6 |
| **clear** 15:11,13 | 27:14 | **covered** 31:19 | **dependent** 22:14 |
| **clearly** 6:9 7:2 | **convey** 23:8,9 | 33:18 | **deponent** 41:1 |
| **clock** 38:20 | **convicted** 7:25 8:2 | **coworker** 40:6 | **deposed** 4:23 |
| **code** 10:24 11:2,10 | **copy** 40:13 | **crazed** 22:12 | **deposition** 1:14 |
| 19:18 39:15 43:9 | **correct** 15:4 20:17 | **created** 25:23 | 3:1 4:18,21 5:2,25 |
| 43:12,19,20 | 21:2,13 25:8 | **credential** 13:21 | 6:12,23 7:5,6 |
| **comes** 29:19 | 32:14,20 35:25 | 13:23 15:6,17 | 40:13 41:4 42:4,7 |
| **commencing** 3:4 | 40:8 42:12 | 27:12 | 42:12 43:19,22,24 |
| **comment** 6:5 | **corrections** 6:2,4,5 | **csr** 1:23 42:22 | 44:8,10 |
| **committed** 8:6 | 40:15 41:6 43:14 | **current** 7:8 13:4 | **deputy** 3:20 |
| **companies** 9:5 | 43:15 44:3,4 | 21:6 22:11 36:17 | **describe** 8:13 |
| **company** 7:9 | **correspondence** | **currently** 13:20 | 24:15,17 28:5 |
| **completed** 43:7,17 | 27:4 | **cut** 6:24 7:15 11:5 | 39:1 |
| 44:6 | **corruption** 21:16 | 12:21 | **described** 39:14 |
| **completion** 42:14 | 21:17,18,23 | **cv** 1:6 | **detailed** 10:14 |
| 44:10 | **counsel** 43:18,21 | | **determine** 13:8,11 |
| **compulsion** 21:22 | 44:7 | **d** | 30:5,14,19 |
| **computer** 13:2 | **counties** 37:1 39:7 | | **determined** 43:18 |
| **concealed** 6:19 9:4 | **county** 9:11,12,14 | **d** 2:1 4:13 | 43:22 44:7 |
| 10:9,18,19 13:19 | 9:17 10:16,17,21 | **date** 17:7 19:8 | **determining** 30:7 |
| 13:23 14:4,25 | 11:1,3,7,11,12,15 | 21:5,6 25:24 | **deterrence** 31:6,8 |
| 15:8,16 16:11,12 | 11:19 12:12 13:4 | 32:15 34:10 35:8 | 31:21 33:23 |
| 16:13,15 17:5 | 13:10,11,14,15,18 | 38:3 41:25 43:16 | **different** 11:22 |
| 19:20,21 25:5,7 | 13:19 14:3 15:2 | 44:5 45:24 | 12:18 13:5 32:9 |
| 26:22 27:7,11 | 15:19 16:16 26:23 | **dated** 20:15 21:1 | 34:15,15 |
| 31:9,12,14 32:10 | 27:8 30:4,13,18,22 | **dates** 34:15 | **dig** 32:23 |
| 32:21 36:18 38:11 | 31:23 33:13 35:15 | **day** 3:4 23:4,16 | **disagreed** 24:18 |
| 38:23 | 35:18,19,25 36:2 | 42:17 | 36:12 |
| **concludes** 25:4 | 36:24 37:2,10,11 | **days** 38:17 | **disagreement** |
| **consent** 24:4 | 37:13 38:9 | **december** 19:9 | 24:19 |
| **constitutes** 42:11 | **county's** 9:19 10:6 | 32:16 34:19 | **disciplining** 19:12 |
| **contact** 13:10 24:6 | **couple** 4:19 9:10 | **defendant** 3:19 | **discretion** 31:13 |
| 43:9 | 14:13,19 18:5 | **defendants** 1:10 | 31:13 |
| **contacted** 23:17 | 35:23 37:16 | **defense** 20:6 22:15 | **discussed** 7:4 |
| 23:22,23 24:4,8 | **course** 11:7 12:25 | 22:16 23:2 | 27:24 |
| **contents** 18:3 | 18:15 | **denied** 7:23 11:18 | **discussion** 25:13 |
| **continues** 20:14 | **court** 1:1 5:4 6:1 | 36:16 37:5 | **displayed** 18:24 |
| **contract** 39:8 | **courthouse** 29:14 | **deny** 36:9 | 38:7 40:2,5 |
| **conversation** 6:22 | **courthouses** 29:16 | **denying** 36:13 | **district** 1:1,2 |
| | | **department** 9:6 | |
| | | 21:17,18 26:24 | |
| | | 35:12,13 36:11 | |

Veritext Legal Solutions
866 299-5127

**[document - gallardo]**

**document**  6:16
16:24 17:3,4,6,25
18:2,3,6,13,15,23
19:2 20:21 25:22
25:23 32:6 34:5
35:3
**documents**  6:13
6:17,18 26:4,6,12
26:17
**doj.ca.gov**  3:23
**doubt**  36:21
**duly**  3:8

**e**

**e**  2:1,10 15:12 43:9
43:12 44:1 45:3,3
45:3
**earlier**  23:6 27:13
33:19 35:14 37:18
38:4 39:14 40:1
**eastern**  1:2
**eight**  14:15
**either**  12:17 13:3
**elaborate**  15:24
16:8 19:15 20:11
28:18
**elementary**  29:22
**eligible**  7:12,16,20
36:19
**else's**  31:13
**email**  2:17,18 34:8
34:10,17 35:8
**employee**  22:12
27:1,2,3 35:13
**employees**  20:16
21:8 35:12 38:10
38:22
**enforcement**
13:21 15:14 23:18
31:7 32:21 33:5
**engineer**  39:3

**entire**  18:3 22:8
26:22
**entirely**  29:17
**entitled**  42:6
**entity**  23:18
**errata**  43:14,16
44:3,5
**et**  8:16
**evening**  38:19
**eventually**  24:3
34:23
**everybody**  7:2
**exactly**  27:21
28:16
**examination**  2:3
4:5 37:20
**examined**  3:9
**example**  29:18
**exception**  33:3
**excuse**  5:13 32:25
**exhibit**  2:12,13,14
2:15,16,17,18
16:18,19,21 18:8,9
18:11 20:13,18,19
23:11 25:19,20
26:15 32:3,4 34:2
34:3,25 35:1
**explains**  36:2
**explanations**
35:23
**explanatory**  20:12
**explicitly**  19:16,19
19:22 23:5 39:15
**expose**  21:22
**extend**  36:3,5
**extended**  19:24,25
**external**  12:20

**f**

**facility**  8:7
**fact**  26:11 39:25

**fair**  29:16,17
**false**  23:20 24:7
**familiar**  4:20 9:19
**family**  15:9 16:14
**far**  10:21,24 11:15
11:17 12:18 38:14
**february**  34:11,13
34:20
**federal**  13:23
15:14 32:10,25
35:7 40:14 44:1,8
44:9
**fellow**  38:22
**felony**  7:25
**felt**  21:22
**fight**  20:3
**fighting**  28:15
**file**  6:19 26:22
**filed**  28:2
**filled**  24:21
**find**  41:5
**fine**  10:4 14:24
**finish**  5:6,11
**fire**  5:13 17:15,16
17:19,22 18:19
19:11,17,20 20:16
21:7,16 22:13,18
23:17 37:23 38:10
38:16 39:2,2,3,5,6
39:8,9,11,17,18
**firearm**  7:12,16,20
7:23 8:3,8,11 9:9
10:17 13:19 14:4
14:25 15:20,25
16:11 17:15,18
18:24 19:12,17,22
21:21 22:21,24
23:2,3 27:10 29:5
29:13,22 30:3,7,13
30:17,21 31:1,3,14
33:13 35:20 37:2

37:22 39:24 40:7
**firearms**  8:16 9:20
10:1,6,7,23 31:24
35:17 38:12,16
40:3
**fired**  9:8
**firm**  3:15
**first**  3:8 6:24 7:15
12:16,21 14:11,14
17:13 34:19
**five**  6:24 14:2
32:10,21 33:1
**fixes**  12:22
**flux**  15:7
**focus**  22:3
**focusing**  22:4
**fodder**  25:1
**follow**  34:17 36:11
37:17
**followed**  36:21
**following**  19:16,22
23:5 41:6
**follows**  4:3 43:8
**foregoing**  41:4
42:4,11
**formal**  8:24 38:19
**former**  22:12
**fought**  21:18
**four**  14:2
**frcp**  44:1
**free**  33:3
**full**  4:10 16:22
42:11
**further**  16:8 25:1
36:2,23 40:9

**g**

**g**  4:13
**gain**  8:18 26:4,4
**gallardo**  1:4,14
3:1,7 4:1,12 16:21
25:16 37:17,22

[gallardo - license]

41:3,25 42:4 43:5
45:2
**gallardo's** 40:13
**gear** 38:14,15
**general** 1:8 3:19
3:20 4:8
**generic** 8:19 33:23
**getting** 38:23
**give** 5:8 9:6 15:19
**given** 9:5 12:10
20:5
**go** 10:11 14:12,18
16:22 20:13 22:2
25:10 33:21 34:2
34:25
**god** 20:5
**goes** 33:9
**going** 10:11 24:3
29:7,8,9 36:20
**good** 4:7 25:6 30:5
30:14 37:7
**government** 23:18
26:7 28:22 29:3
**granted** 10:15
25:5
**granting** 16:7
**great** 13:3
**grounds** 8:5 30:2
**guess** 21:10
**guessing** 14:12
**gun** 33:3 38:24
**guns** 8:16

**h**

**h** 2:10 45:3
**half** 12:21 38:10
39:4
**halls** 37:25
**hand** 42:17
**handbook** 39:21
**handgun** 38:2,6
39:10,19 40:5

**handled** 43:8
**happen** 30:24
**happened** 24:15
**hard** 38:20
**head** 29:20
**health** 8:7
**hear** 7:2
**heard** 7:14 27:17
27:20,22,22
**hereunder** 42:16
**high** 9:16
**holders** 36:4,6
**home** 10:3,9 15:9
**hope** 29:2,3
**hopefully** 12:7
**hoping** 28:25 37:6
**hour** 3:4
**hours** 38:19

**i**

**identification**
16:19 18:9 20:19
25:20 32:4 34:3
35:1
**incident** 21:20
24:12,13,16,24
**inclined** 36:3
**included** 43:14
44:3
**including** 26:10
**indicate** 36:12
**individual** 20:5
30:7,9
**info** 3:17 43:2
**information** 23:12
**informed** 7:19
**infraction** 24:18
**inherent** 20:5
**instructor** 8:17,19
**interested** 7:4
**interesting** 24:25

**interrupt** 28:15
**interviewed** 24:4
**investigated** 23:13
23:15
**investigation**
23:19,21,25 24:3,8
**involuntarily** 8:6
**involving** 24:12
**issuance** 10:25
**issue** 10:17,22
11:12,16,20 12:9
20:3 40:3
**issued** 13:11 17:22
**issues** 6:14 18:5
38:12,16

**j**

**janice** 1:23 3:6
42:3,22
**jason** 4:12
**job** 1:24 7:8,10
37:23 43:5 45:2
**johnson** 12:15
13:4
**justify** 25:1

**k**

**keep** 28:23
**keeping** 39:11
**kind** 8:13 27:23
37:7 38:12,21,24
**kitchen** 37:25
**kjm** 1:6
**know** 5:11,22 6:3
11:15,17,19,21
13:7 14:10,16
17:10 19:7 24:13
27:2,23 28:1,1
38:13,14,18
**knowing** 36:16

**l**

**l** 1:23 3:6 4:13,13
15:12 42:3,22
**law** 3:15 10:22
11:14 13:20 15:14
15:14 19:17,19,22
23:5,17 31:6
32:21 33:5 39:12
39:13
**law.com** 3:17 43:2
**lawful** 20:4
**lawfully** 30:1
**laws** 25:6
**lawsuit** 28:2,14,15
28:16,19,19,24
29:1
**left** 24:22,22
**legal** 29:10 31:14
43:7
**legally** 8:3,7 26:8
27:10
**leosa** 15:6,7,11,17
16:13 27:12 35:6
**letter** 2:12,14,15
2:16 17:7,9,14,22
18:21 19:5,18
20:14,15,23 21:1,4
21:7,11,14,23,24
22:3 23:12,14,22
24:5,5,24 25:9,17
25:24 26:1,3,15,18
26:19 32:1,15,18
32:19 33:3,25
34:9,17 38:7
**letters** 22:6 24:6
34:15
**liberal** 16:5
**license** 7:22 13:12
14:17 15:5,18
25:2 33:13,17
35:24 36:13 37:10

Page 5

[licenses - originally]

**licenses**  10:17,22
 11:12,16,20 12:5
 13:6
**limitations**  29:6,7
 29:9,10
**line**  21:11 41:7
 43:15 44:4 45:4,7
 45:10,13,16,19
**listen**  27:18
**literally**  36:5
**little**  6:15 7:11
 19:18 32:23
**live**  9:11
**lived**  9:17
**local**  7:9 9:5 27:18
**locked**  38:5 39:11
 43:12 44:1
**long**  4:25 7:10
 8:16
**look**  16:18 17:13
 17:21 18:8 20:18
 23:11 25:19 32:3
 40:14
**looked**  40:1
**looking**  28:10
**looks**  17:11,11
 18:18 19:9 25:23
 34:6 35:6,9
**lot**  21:15,17 27:19
 38:5,11 39:7,19
**lunchtime**  38:18

**m**

**magrini**  12:14
 13:5
**main**  35:16
**maintain**  13:24
**maniac**  22:12
**manner**  13:22
 18:25 30:7 31:5
 40:2,5

**manners**  28:16,17
**march**  35:9
**mark**  1:4 3:25
 27:18,24 43:4
 45:1
**marked**  16:19
 18:9 20:19 25:20
 32:4 34:3 35:1
**matter**  24:5 26:8
**matters**  26:10
 27:5,20 28:5
**matthew**  3:20 4:7
**matthew.wise**
 3:23
**mean**  6:18 15:13
 18:25 23:7 33:19
**measures**  29:16
**media**  27:21
**meet**  11:13
**mental**  8:6
**mentioned**  11:11
 24:23 25:3 27:12
**middle**  9:15
**military**  8:15 9:18
 24:2 36:17
**mind**  13:1 29:19
 36:21
**minutes**  14:13,19
**misdemeanor**  8:2
**moment**  11:25
 14:22 25:11
**months**  9:10
**moral**  20:4 25:6
 30:5,8,15
**morning**  4:7
**move**  9:13
**moved**  9:15
**multiple**  34:13

**n**

**n**  2:1
**name**  4:7,10,11,12
 12:16 27:6
**named**  42:5
**nationwide**  15:15
**nature**  8:25
**necessary**  40:15
 43:14 44:3
**need**  5:5,10 6:14
 15:19,24 18:5
 28:7 31:10,11
 33:20
**never**  23:17,20,21
 24:8 37:24 40:3
**new**  3:16 12:12,14
 12:16,17 13:3
**nonthreatening**
 18:25 40:2,5
**normally**  27:4
**notating**  43:15
 44:4
**notes**  14:13,18,23
**notice**  3:3
**november**  25:25
**nra**  8:17
**number**  43:15
 44:4

**o**

**o**  4:13 15:12
**o0o**  1:3 3:11 40:18
**oath**  4:15
**obeys**  25:6
**objection**  5:16
 16:1
**obtain**  36:23 37:10
**occurred**  23:25
**offer**  35:20
**office**  36:18 43:11

**officer**  15:15 24:2
 24:19,20
**officers**  13:21 31:7
**official**  1:7
**oh**  4:25 7:11 34:11
**okay**  5:9,13,23
 6:21 12:4,23 13:1
 13:10 16:18 20:13
 22:2,4,20 25:15,19
 27:14 29:12,21
 32:3 33:16 34:2
 34:25 37:19 40:16
**once**  14:7 26:16
 27:22 37:5
**ones**  6:14
**open**  10:25 11:12
 11:16,20 12:5,8,18
 13:5,11 29:2 31:5
 32:11,22 33:13,16
 34:14,19,20,23
 35:7,24 36:9,13,24
 37:10,12
**openly**  10:23
 28:21 29:6,12,22
 30:4,13,18,22 31:1
 31:3,4,7,8,10,13
 31:16,24 35:20,25
 36:3 37:2
**opinion**  23:19
 29:24
**opportunity**  5:24
 40:14
**opposed**  10:6 33:1
**option**  31:4,12,20
 31:21 33:22 36:3
 36:6
**ordinary**  26:12
**original**  17:10
 43:10,21
**originally**  14:20
 28:23

Veritext Legal Solutions
866 299-5127

**[outside - read]**

outside  10:3,9
30:22
overhill  3:16
owned  38:13
owning  8:3,8

**p**

p.o.  3:21
pacific  3:5
page  2:2,11 22:2
41:7 43:15 44:4
45:4,7,10,13,16,19
pages  1:25 21:24
43:14,17,17 44:3,6
44:6
paper  23:10
paragraph  17:13
17:21 20:14 22:4
22:7,8,20 23:7
24:9,10
paraphrase  12:9
parentheses  19:18
19:19
parking  38:5
39:19
part  7:15
particular  33:4
38:3
pasley  27:1,3
35:11,16,19
pasley's  27:6
passed  15:14
patriotic  27:19
28:5,16
pdf  43:12 44:1
penal  10:24 11:2
11:10 19:18 39:15
penalty  43:16 44:5
pending  5:12
people  11:8 16:5
38:12

period  43:18 44:7
perjury  43:17
44:6
permission  28:22
29:3
permit  10:10,15
10:19,25 13:19,20
13:22 14:4 15:16
15:16 16:16 17:5
19:21,25 25:5,8
27:7 31:9,23 32:2
32:11,12,21,22,25
33:1,1,4 35:20
36:4,6,18,24 37:2
38:23
permits  12:9
32:10,24 35:18
38:11
permitted  10:22
27:10
person  5:5 25:6
personal  15:9,23
15:25 16:7,13
23:19 33:22
personally  11:18
21:17 28:2
phrase  40:4
pistol  8:17
place  22:11 42:13
places  29:11
plaintiff  27:16,25
37:6
plaintiffs  1:5 3:14
plus  5:1
point  36:20 40:6
points  37:18
police  24:2 36:17
policy  9:19,23
10:6,8 12:5,18
13:5 22:15 39:20
39:21

population  11:1,4
portion  16:5
position  39:1,3
possess  7:12,16,20
13:20
possessing  10:7
possession  26:17
possible  5:15 23:4
possibly  29:14,14
post  27:21
prefer  23:2
prepare  6:12
prepared  6:15
present  3:24 42:5
pretty  20:12
prevent  6:9 8:7
prevents  22:11
prior  34:9
private  6:22 9:5
27:14
probably  5:1
14:13,19 38:10
procedure  43:19
43:20
proceedings  42:13
42:14
process  10:10,10
10:14,20 19:25
processors  35:17
produced  3:7
prohibit  8:3
propane  7:9
property  17:15,18
18:24 19:17,20,23
21:21 22:22,25
33:6,8 39:10
protect  33:9
protection  15:9,10
15:23,25 16:8,13
16:14 33:22 39:8

provide  22:15,16
provided  43:19
44:8
provision  11:4,10
public  26:4,6,12
29:6 30:2,4,13,18
30:22 33:10
pulled  24:17
purpose  32:18
purposes  32:20
33:23
pursuant  3:3
put  16:6,7 18:6,18
19:7 23:10

**q**

qualifications  8:18
qualified  11:5
36:19
qualify  11:4
quarters  37:25
question  5:7,8,12
5:15,17,18,21,22
7:1 9:25 10:2,5
12:7,21 13:13,15
14:20 17:2 18:14
24:25 29:8 30:10
30:11 31:11 38:1
questions  14:21
19:2 33:19 37:14
37:17 40:11
quite  27:18,19
quote  20:2 38:7

**r**

r  3:20 4:13 45:3,3
r&s  44:1,9
radio  27:19 28:4
read  9:24 10:12
17:25 18:25 22:7
22:8 41:4

Veritext Legal Solutions
866 299-5127

**[reader - service]**

| | | | |
|---|---|---|---|
| **reader** 23:8 | **regarding** 12:8 | **restricts** 22:16 | **save** 18:3 19:1 |
| **reading** 18:23 | 18:6 23:18,22 | **result** 14:24 17:23 | **saw** 21:17 |
| 24:10 36:1 43:23 | 27:5,19 | 23:13 | **saying** 12:1,11 |
| 44:9 | **regards** 9:25 | **results** 37:7 | 28:4,18 33:12 |
| **reads** 25:9 | **regulation** 39:14 | **retired** 24:2 32:10 | **says** 18:23 35:24 |
| **really** 5:14 | **related** 26:11 | 32:20,25 33:5 | 36:5 40:1 |
| **reapplied** 37:12 | **relating** 10:8 | 36:17 | **scarsdale** 3:16 |
| **reason** 15:19,22 | **released** 43:21 | **return** 43:17 44:6 | **schedule** 43:10 |
| 16:4,10 17:19 | **remain** 27:8 | **review** 5:25 6:16 | **school** 9:16 29:23 |
| 21:21,23 22:21,24 | **remember** 5:1 | 42:14 43:8,10,13 | 30:2 33:3,5,8,10 |
| 23:24 24:1,1 36:9 | 12:15 27:17 | 44:2 | **screen** 16:22 |
| 45:6,9,12,15,18,21 | **remembered** 3:3 | **reviewed** 6:13,17 | **sean** 27:1,3,6 |
| **reasoning** 12:10 | **renewals** 14:8,21 | 6:19 26:15 | 35:11 |
| **reasons** 31:8,19 | **renewed** 14:17 | **revocation** 25:2 | **second** 16:6 17:21 |
| 33:18,23 | **repeat** 11:6 12:24 | **revoked** 17:5 | 19:11,24,25 20:13 |
| **recall** 5:3 21:25 | 30:11 33:19 39:4 | 26:16 27:8 | 24:9 28:22 32:22 |
| **receive** 5:25 33:24 | **rephrase** 5:22 | **revoking** 25:7 | 34:20 38:12,15 |
| 34:1,22 | 10:4 | **richard** 1:4,14 3:1 | 39:4 |
| **received** 8:10,14 | **report** 42:12 | 3:7 4:1,12 41:3,25 | **section** 10:25 |
| 8:22 23:12 24:6 | **reported** 1:22 | 42:4 43:5 45:2 | 11:14 39:15 |
| **recognize** 16:24 | **reporter** 3:7 5:4 | **rid** 21:21 | **security** 29:15 |
| 18:13,15 20:21 | 6:1 42:9 | **right** 9:24 14:22 | **see** 12:21 16:21,23 |
| 32:6 34:5 35:3 | **reporter's** 42:1 | 17:24 20:3,5,16 | 18:1,11 27:5 33:2 |
| **record** 4:11 6:3 | **represent** 4:8 | 21:12 28:21 29:5 | 33:11 |
| 12:7 15:12 18:6 | **request** 11:18 12:8 | 30:3,12,17,21,25 | **seeing** 34:15 |
| 25:10,13,15 39:2 | 26:14 32:9,11,13 | 31:16 33:14 34:12 | **seeking** 29:5 30:3 |
| 40:17 | 34:19,20,24 35:7 | 35:21,24 | 30:6,12,16,17,21 |
| **recording** 5:4 | 36:9 | **rights** 19:11,24 | 30:25 31:15 33:16 |
| **records** 26:5,9 | **requested** 33:12 | 20:1 | **seen** 27:21 |
| 35:15 | 42:15 44:1,9,10 | **road** 3:16 24:20 | **self** 20:6,12 22:15 |
| **reference** 23:19 | **requests** 26:9 | **rob** 1:7 3:19 43:4 | 22:16 23:1,2 |
| **referenced** 18:20 | 34:13 35:15,15 | 45:1 | **send** 21:7 25:18 |
| 21:11 23:5 38:3,7 | **required** 26:8 | **row** 38:18 | 26:24 |
| 43:6 | **residents** 37:24 | **rules** 4:20 40:14 | **sent** 20:15 21:5 |
| **referencing** 19:5 | **respond** 7:3 25:16 | 44:8 | 32:1 34:17 35:10 |
| 20:24 35:14 | 26:19 | | **sentence** 24:9 |
| **referring** 12:2 | **responded** 26:25 | **s** | **september** 17:8 |
| 14:22 15:12 24:13 | **responds** 35:14 | **s** 2:10 15:12 45:3 | 20:15 21:1 23:14 |
| 38:1 | **response** 25:18 | **sacramento** 3:22 | 42:17 43:3 |
| **refers** 10:2 | 26:14,21,24 33:24 | 30:25 | **service** 9:18 |
| | 34:1,22,23 35:6,22 | **safety** 13:21 15:15 | |

Veritext Legal Solutions
866 299-5127

**[seven - today's]**

seven  14:14
severely  22:15
sharing  27:14
shasta  9:12,13,17
9:19 10:5,16,16,21
11:3,7,11,15,19
12:12 13:4,10,11
13:13,19 14:3
15:2,19 16:16
26:23 27:8 30:4
30:13,18,22 31:23
33:13 35:15,18,19
35:25 36:2,24
37:1,11 38:9
sheriff  10:17,22
11:16,19,22,23,23
12:1,1,3,5,12,14
12:16 13:6 14:4
15:1 17:4,9 18:21
19:4,5 20:14,23
23:11 24:10,23,25
25:4,16 26:14,19
26:21,24 30:4,14
30:18 32:1,13
33:24 34:14,18
38:8
sheriff's  9:6,24
26:23 35:12,13
36:11
sheriffs  12:13,17
13:4
short  21:15
shorthand  3:6
42:8,9
showed  38:24
showing  40:6
shows  27:19
side  24:20
sign  17:9 43:16
44:5

signature  17:11,11
41:1 42:21 43:21
43:23,23 44:9
signed  24:21
similar  28:14,15
28:17 34:8
situation  26:9
six  6:25 14:14
size  11:4
slaughtering
22:13
sleeping  37:25
smoke  5:14
social  27:21
societal  29:10
solutions  43:7
somebody  24:2
33:4
son  33:9
sorry  17:2 18:14
25:12 28:14 39:17
sound  31:5
speak  5:5 6:23
28:8
speaker  12:20
speakers  13:2
speaking  6:25
special  2:13 17:23
18:18,20 19:6
specific  19:2
specifically  10:16
14:22 31:6
specified  42:6
spell  4:10
spelled  10:11
spoke  7:5
standard  3:5
start  5:8 23:20
starts  22:5,9
state  1:8 4:10 7:13
7:14 10:22 13:16

17:15,18 18:24
19:16,22 21:21
22:21,25 23:5
39:7,8 42:9,22
43:9,12
state's  39:6
stated  24:19
statement  20:7
23:20 24:7 36:7,8
statements  17:23
states  1:1 17:14
19:10 20:2 23:12
24:11 25:7 35:19
stating  17:22
20:15 25:4
station  22:13
statute  39:12
staunch  20:4
stenographically
1:22
stipulate  18:2,2
stipulation  43:20
stored  38:2
street  3:21
stuff  38:21
subject  24:2
subscribed  42:16
suite  3:16,21
summarize  22:20
summarizing
18:22
sure  10:4 18:22
22:1,10 30:12
33:21
sworn  3:9 4:2 42:5

**t**

t  2:10 45:3,3
take  4:15 5:10,12
14:13,19 40:14
taken  4:18 37:9
42:7,8

talk  38:20
talked  38:11,15,21
talking  15:2 22:18
28:6
talks  28:17
tell  9:22 27:15
terminated  17:14
17:16 39:18
terminating  17:19
testified  4:3
testifying  4:14,16
6:9
testimony  41:6
thank  16:24
think  5:1 12:11
18:1 20:12 24:23
25:2 29:8,11
32:17 36:19,20
thinking  6:9 38:22
thirds  38:10
thought  27:22
threatening  39:23
threats  20:3
three  7:11 12:15
38:17,18
time  3:5 4:23 5:6
5:10 8:21 9:8
11:22,24 12:1
13:1 15:6,7 16:3
18:4,14 19:1,21
26:10 27:3 32:1
35:16,18 36:17
38:9,16,20,22 40:6
42:6,8 43:10,18,24
44:7
times  4:19 14:6
16:7 23:4 31:5
today  4:15 6:1,8
27:7 40:1
today's  6:12

Veritext Legal Solutions
866 299-5127

[told - zones]

**told** 32:17
**top** 19:9 29:20
**traffic** 24:12,18
**training** 8:10,13
  8:15,18,22,24,25
**transcribed** 42:10
**transcript** 5:25
  6:2 42:11,15 43:6
  43:8,10,13,13,21
  44:2,2
**transcription** 41:5
**transparent** 26:8
**true** 17:16 41:5
  42:11
**truthfully** 6:10
**try** 5:5,6,22 13:8
  37:9
**trying** 23:8,9
  28:12
**two** 8:23,24 12:13
  12:17 13:3 14:9
  32:9,20 33:2
  38:10,17
**type** 22:13 40:7
**types** 32:9
**typewriting** 42:10
**typically** 27:1

### u

**undersigned** 41:3
**understand** 4:14
  5:19,21 6:6 10:21
  11:3 12:18 19:3
  28:12 34:16 36:7
  36:8,10 40:4
**understanding**
  9:22 10:5 11:2,13
  12:4 28:13
**union** 21:19
**united** 1:1
**unplug** 12:20

**unplugged** 13:2
**unquote** 20:6
**use** 8:10 21:20
  39:24
**usually** 29:16
**utmost** 16:14

### v

**v** 43:4 45:1
**vaguely** 4:22
**valid** 16:15 31:9
  36:9
**vehicle** 19:23
**verbally** 24:19
**veritext** 43:7,9,11
**version** 34:9
**videoconference**
  1:14 3:1,5,13
**violated** 19:11
  20:1
**violating** 39:12,13
**violation** 24:18
**visit** 30:24
**visiting** 29:22
**vs** 1:6 4:9

### w

**waiting** 37:8
**waived** 43:23,23
**waiving** 43:20
**want** 6:21 10:1
  18:1 19:1 22:8
  26:6 28:8 31:3,12
  32:24 33:7
**wanted** 15:8 16:6
  26:16
**wanting** 15:19
**way** 14:7
**we've** 5:1 24:10
**weapon** 19:20
  22:13 40:2

**weapons** 6:19 9:4
  10:10,19 19:21
  25:5 26:22 36:18
  38:11,23
**website** 9:25 10:11
**week** 26:10 38:17
**weeks** 12:15 38:18
**went** 34:9
**whereof** 42:16
**wise** 2:3 3:20 4:6,7
  16:9,18,20 18:8,10
  20:18,20 25:10,14
  25:19,21 32:3,5
  34:2,4,25 35:2
  37:14 38:4 40:10
  40:12,16
**witness** 3:8,9 4:2
  16:3 37:19 42:5
  42:16 43:13,16
  44:2,5 45:24
**wondering** 19:3
**word** 28:12 31:11
**words** 6:25 23:9
**work** 7:9 22:17
  38:3
**worked** 21:16
**working** 38:16
**workplace** 19:13
**works** 14:7
**wow** 4:25
**write** 21:14 26:3
  32:18
**writing** 12:6
**written** 25:18
  28:23
**wrote** 21:4 26:1,18

### x

**x** 2:1,10 44:1

### y

**yeah** 17:25 19:3
  25:23
**year** 8:23 32:10,21
  33:1,2
**years** 5:1 7:11
  8:15,24 13:24
  14:2,9,14 21:16,19
  23:16,21
**yep** 20:1
**york** 3:16

### z

**zero** 24:6
**zones** 33:4

Veritext Legal Solutions
866 299-5127

# CERTIFICATE OF SERVICE

Case Name:  **Baird, Mark v. Rob Bonta**            No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on <u>August 18, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF LARA HADDAD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 18, 2023</u>, at Los Angeles, California.

<table>
<tr><td align="center">Lara Haddad</td><td align="center"><i>Lara Haddad</i></td></tr>
<tr><td align="center">Declarant</td><td align="center">Signature</td></tr>
</table>

SA2019101934
66167604.docx