IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,**<br><br>Defendants. | Case No. 2:19-cv-00617-KJM-AC<br><br>**[PROPOSED] JUDGMENT** |

The motion for summary judgment filed by Defendant Rob Bonta, in his official capacity as Attorney General of the State of California (ECF _), came on for hearing before this Court on September 22, 2023. Deputy Attorney General Lara Haddad appeared on behalf of Defendant Rob Bonta, as Attorney General of California. Amy L. Bellantoni, of Bellantoni Law Firm, appeared on behalf of Plaintiffs. After considering the moving and opposing papers and evidence, and the arguments of counsel at the hearing, the Court issued an order granting Defendant Attorney General's motion for summary judgment. ECF _.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Rob Bonta, as Attorney General of the State of California, and

against Plaintiffs Mark Baird and Richard Gallardo.  Plaintiffs shall take nothing by way of their Second Amended Complaint from Defendant Rob Bonta, as Attorney General of the State of California.  Each and every claim and prayer for relief asserted in Plaintiffs' Second Amended Complaint is denied.  Defendant is the prevailing party and shall be entitled to recover reasonable costs of suit.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                           The Honorable Kimberly J. Mueller
                                                                           Chief United States District Judge

## CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Rob Bonta**         No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on August 18, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 18, 2023, at Los Angeles, California.

|  |  |
|---|---|
| Lara Haddad | *Lara Haddad* |
| Declarant | Signature |

SA2019101934
66167888.docx