COSCA LAW CORPORATION
CHRIS COSCA SBN 144546
1007 7TH STREET, SUITE 210
SACRAMENTO, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 OVERHILL ROAD, SUITE 400
SCARSDALE, NY 10583
TELEPHONE: 914-367-0090
FACSIMILE: 888-763-9761
PRO HAC VICE

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**ROB BONTA,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**NOTICE OF MOTION FOR A CONTINUANCE OF HEARING DATE**<br><br>Courtroom:　3<br>Judge:　　　Hon. Kimberly J. Mueller<br>Date:　　　　July<br>Time:　　　　10:00 a.m.<br>Action Filed:　April 10, 2019 |

　　　TO DEFENDANT ROB BONTA, in his official capacity as Attorney General for the State of California:

　　　PLEASE TAKE NOTICE that the plaintiffs Mark Baird and Richard Gallardo will this move Court on September 22, 2023 at 10:00 a.m. or as soon as this matter may be heard, before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814 under Local Rules 144 and 230 for a continuance of the hearing scheduled for September 22, 2023 to October 13, 2023.

This motion is based on the within Notice of Motion and accompanying Declaration of Amy L. Bellantoni, and all prior proceedings before and submissions to this Court heretofore held.

In accordance with this Court's standing order, the undersigned and the counsel for defendant Rob Bonta conferred on August 24, 2023.

Defendant's counsel defers to the Court regarding the relief requested, has no objection to the October 13, 2023 hearing date, and requests that all remaining briefing, including the State's reply brief in support of its motion, run from the new hearing date, should the Court grant the plaintiffs' motion.

Dated: August 25, 2023

                                                  Respectfully submitted,

                                                  THE BELLANTONI LAW FIRM, PLLC
                                                  /s/ Amy L. Bellantoni
                                                  Amy L. Bellantoni, Esq.
                                                  Counsel for Plaintiffs
                                                  *Pro Hac Vice*
                                                  abell@bellantoni-law.com

NOTICE OF MOTION FOR A CONTINUANCE OF HEARING DATE