COSCA LAW CORPORATION
CHRIS COSCA SBN 144546
1007 7TH STREET, SUITE 210
SACRAMENTO, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 OVERHILL ROAD, SUITE 400
SCARSDALE, NY 10583
TELEPHONE: 914-367-0090
FACSIMILE: 888-763-9761
*PRO HAC VICE*

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD and RICHARD GALLARDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA,**<br><br>Defendant. | Case No. 2:19-cv-00617-KJM-AC<br><br>**DECLARATION OF AMY L. BELLANTONI IN SUPPORT OF MOTION FOR A CONTINUANCE OF HEARING DATE**<br><br>Courtroom:　3<br>Judge:　Hon. Kimberly J. Mueller<br>Date:　July<br>Time:　10:00 a.m.<br>Action Filed:　April 10, 2019 |

**DECLARATION OF AMY L. BELLANTONI**

1.　I am an attorney with The Bellantoni Law Firm, PLLC, attorneys of record for Plaintiffs, Mark Baird and Richard Gallardo. I am admitted to practice law before the United States District Court for the Eastern District of California, pro hac vice. I am also admitted to practice law before the United States District Court for the Southern, Eastern, and Northern District of New York, District of Columbia, Second Circuit Court of Appeals, Ninth Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

1

2. Plaintiffs request that the motion hearing noticed for September 22, 2023 be continued to October 13, 2023. The following provides good cause for this request.

3. Per this Court's November 4, 2022 Scheduling Order, all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, were required to be heard on or before September 22, 2023.

4. Expert discovery was completed on August 4, 2023, consistent with the Court's Scheduling Order.

5. The State filed its motion for summary judgment on August 18, 2023, which was noticed for this Court's September 22, 2023 calendar.

6. Plaintiffs' opposition to the State's motion for summary judgment is required to be filed on or before September 8, 2023. See, Local Rule 230(c).

7. On September 8, 2023, Plaintiffs will be file a countermotion for summary judgment concurrently with their submissions in opposition to the State's motion.[1]

8. CAED Local Rule 230(e) provides,

"Any counter-motion or other motion that a party may desire to make that is related to the general subject matter of the original motion shall be served and filed in the manner and on the date prescribed for the filing of opposition.

If a counter-motion or other related motion is filed, the Court may continue the hearing on the original and all related motions so as to give all parties reasonable opportunity to serve and file oppositions and replies to all pending motions."

9. The September 22, 2023 hearing date noticed by the State does not afford adequate time for the State to oppose Plaintiffs' counter-motion, and for Plaintiffs to interpose a reply thereto.

---

[1] As there are no genuine issues of material fact to be decided, and the questions of law are the same for the motion and countermotion, the interests of judicial economy are better served by the submission of four legal briefs and one record for this Court's consideration, rather than the filing of six legal briefs and duplicative submissions that would have been produced had the parties simultaneously filed separate motions for summary judgment.

10.     Based on the above, there is good cause to continue the September 22, 2023 hearing date to the Court's October 13, 2023 calendar, consistent with Local Rule 230(e).

11.     In accordance with this Court's standing order, the undersigned and counsel for the defendant conferred on August 24, 2023.

12.     Defendant's counsel indicated that the State defers to the Court regarding the relief requested, has no objection to the October 13, 2023 hearing date, and requests that all remaining briefing, including the State's reply brief in support of its motion, run from the new hearing date, should the Court grant the plaintiffs' motion.

13.     Should the Court grant the instant request, and consistent with Local Rule 230, Plaintiffs' opposition and countermotion would be filed on September 8, 2023[2], the State's opposition and reply in further support would be filed on September 29, 2023[3], and Plaintiffs' reply would be filed on October 6, 2023[4]. Plaintiffs thank the Court for her consideration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 25, 2023

           Respectfully submitted,

           THE BELLANTONI LAW FIRM, PLLC

           /s/ Amy L. Bellantoni
           Amy L. Bellantoni, Esq.
           Counsel for Plaintiffs
           *Pro Hac Vice*
           abell@bellantoni-law.com

---

[2] See, Local Rule 230(c), (e).
[3] See, Local Rule 230(c).
[4] See, Local Rule 230(d).