CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
(914) 367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No. 2:19-CV-00617-KJM-AC<br><br>**PLAINTIFFS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed. R. Civ. P. 56]**<br><br>Date:           November 3, 2023<br>Time:           10:00 a.m.<br>Courtroom:   3<br>Judge:         Hon. Kimberly J. Mueller<br>Trial Date:    None set<br>Action Filed: April 9, 2019 |

1

TO DEFENDANT ROB BONTA, in his official capacity as Attorney General for the State of California:

PLEASE TAKE NOTICE that on November 3, 2023 at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Plaintiffs Mark Baird and Richard Gallardo will and hereby do cross-move under Rule 56 of the Federal Rules of Civil Procedure for summary judgment in their favor and an order permanently enjoining Defendant Attorney General Rob Bonta and his agents, servants, employees, those working in active concert with him and those who have actual notice of such order from the enforcement of Penal Codes §§ 26350 and 25850 against individuals who carry a handgun open and exposed in public throughout the State of California.

This motion is based on the within Notice of Motion, accompanying Memorandum of Points and Authorities filed in support thereof and in opposition to Defendant's motion for summary judgment, the supporting declarations of Mark Baird, Richard Gallardo, Clayton Cramer, and Charles "Chuck" Haggard, the Declaration of Amy L. Bellantoni with annexed exhibits, Plaintiffs' Responses to Defendant's Statement of Undisputed Facts and Counterstatement in support of their cross-motion, all pleadings and prior submissions on file in this action, and such other matters as may properly come before the Court.

In accordance with this Court's standing order, counsel for Plaintiffs and Defendant Bonta conferred on August 31, 2023 with a view toward resolving the claims that are the subject of this motion.  Counsel agreed that these claims remain in dispute and that their meet-and-confer efforts

have been exhausted.

Dated: September 29, 2023

                                            Respectfully submitted,

                                            THE BELLANTONI LAW FIRM, PLLC

                                            _/s/ Amy L. Bellantoni_
                                            Amy L. Bellantoni, Esq.
                                            *Counsel for Plaintiffs*
                                            *Pro Hac Vice*
                                            abell@bellantoni-law.com