CHRIS COSCA   SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
914-367-0090
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.  2:19-cv-00617-KJM-AC<br><br>**DECLARATION OF RICHARD GALLARDO IN OPPOSITION TO DEFENDANT'S MOTION, AND ISO PLAINTIFFS'CROSS-MOTION, FOR SUMMARY JUDGMENT**<br><br>Date:    November 3, 2023<br>Time:   10:00 a.m.<br>Room:  3<br>Judge:  Hon. Kimberly J. Mueller |

**DECLARATION OF RICHARD GALLARDO**

1.      I, Richard Gallardo, am a plaintiff in the above-captioned matter. I submit this Declaration in opposition to the defendant's motion, and in support of the plaintiffs' cross-motion, for summary judgment. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1

DECLARATION OF RICHARD GALLARDO IN OPPOSITION TO DEFENDANT'S MOTION,
AND ISO PLAINTIFFS'CROSS-MOTION, FOR SUMMARY JUDGMENT

2. I am over the age of 18 and a resident of Shasta County, California, located in the Eastern District of California. Shasta County has a population of less than 200,000.

3. I am not prohibited from possessing, purchasing, receiving, or transferring firearms under state or federal law.

4. I possess firearms in my home for self-defense, conduct which is not prohibited under the California Penal Code.

5. I intend to carry a firearm open and exposed on my person, loaded, or unloaded, for self-defense outside of my home and throughout California. While the right to carry a handgun for self-defense is presumptively protected by the Second and Fourteenth Amendments, under Penal Codes §§ 25850 and 26350, I will still face arrest, prosecution, incarceration, fines, and other criminal penalties simply for exercising the rights protected by the Second Amendment.

6. I do not hold a license to carry a firearm in California and I do not fall within any of the exemptions to those sections of the California Penal Code that criminalize the possession of firearms, whether loaded or unloaded, under Penal Codes §§ 26350 and 25850.

7. I have attempted to obtain an open carry license in Shasta County, but there is no avenue for obtaining an open carry license in Shasta County or any other county in California.

8. During this litigation, Defendant/the State of California have presented no evidence that any open carry licenses have been issued anywhere in the State since open carry became illegal in 2012.

9. Even if there were an avenue to obtain an open carry license and the Shasta Sheriff would issue one (which all indications reveal he will not), open carry licenses are only valid within the county in which they are issued – my ability to lawfully open carry would end at the border of Shasta County.

2

DECLARATION OF RICHARD GALLARDO IN OPPOSITION TO DEFENDANT'S MOTION, AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT

10. Even if there were an avenue to obtain an open carry license and the Shasta Sheriff would issue one (which all indications reveal he will not), requiring an ordinary citizen, like myself, to apply for and obtain a license *before* I can legally carry a firearm open and exposed for self-defense violates the plain text of the Second Amendment, which states that the right to bear arms "shall not be infringed."

11. I am suffering, and will continue to suffer actual and concrete constitutional harms by the ongoing deprivation of my preexisting and guaranteed individual right to bear arms for self-defense, the exercise of which will subject me to criminal penalties under Penal Code sections 25850 and 26350.

12. It is no justification to the enforcement of Penal Code sections 25850 and 26350 that I am able to carry a handgun concealed on my person under the federal Law Enforcement Officers Safety Act (LEOSA). There are various personal and tactical reasons for choosing to carry a handgun open and holstered, as opposed to concealed carry. The plain text of the Second Amendment makes no distinction between the two manners of carrying a weapon, and it is the State's burden – not mine – to justify the existence of its regulations by pointing to an historical analogue, which they have failed to do.

13. Based on the continuing enforcement of statutes criminalizing the peaceable open carriage of handguns for self-defense, and the State's failure to identify an historical analogue, summary judgment in favor of Plaintiffs should be entered and a permanent injunction of the enforcement of California Penal Code sections 25850 and 26350 against individuals peaceably carrying handguns open and holstered, loaded and unloaded, for self-defense should be ordered.

DECLARATION OF RICHARD GALLARDO IN OPPOSITION TO DEFENDANT'S MOTION, AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 27, 2023

_Richard Gallardo_
Richard Gallardo

4

DECLARATION OF RICHARD GALLARDO IN OPPOSITION TO DEFENDANT'S MOTION, AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT