COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO, <br><br> Plaintiffs, <br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No. 2:19-CV-00617 <br><br> **DECLARATION OF AMY L. BELLANTONI IN OPPOSITION TO DEFENDANT'S MOTION, AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT** <br><br> Date:  November 3, 2023 <br> Time:  10:00 a.m. <br> Room:  3 <br> Judge:  Hon. Kimberly J. Mueller |

1

DECLARATION OF AMY L. BELLANTONI IN OPPOSITION TO DEFENDANT'S MOTION,
AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT

## DECLARATION OF AMY L. BELLANTONI

1. I am an attorney with The Bellantoni Law Firm, PLLC, attorneys for Plaintiffs, Mark Baird and Richard Gallardo. I am admitted to practice law before the United States District Court for the Eastern District of California, *pro hac vice*. I am also admitted to practice law before the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the District of Columbia, the Second Circuit Court of Appeals,  the Ninth Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. This Declaration is submitted in opposition to Defendant's motion, and in support of Plaintiffs' cross-motion, for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Smith, Mark W., *"Not All History Is Created Equal": In the Post-Bruen World, the Critical Period for Historical Analogues is when the Second Amendment was Ratified in 1791, and not 1868*, October 1, 2022

4. Attached hereto as Exhibit 2 is a true and accurate copy of the 1786 Acts Passed a at a General Assembly of the Commonwealth of Virginia.

5. Attached hereto as Exhibit 3 is a true and accurate copy of Kopel, David, *How the British Gun Control Program Precipitated the American Revolution*, Charleston Law Review, Vol. 2, Winter 2012, NO. 2.

6. Attached hereto as Exhibit 4 is a true and accurate copy of "Bureau of Justice Statistics Special report, Survey of Inmates in State and Federal Correctional Facilities *Firearm Use By Offenders*," November 2001, NCJ 189369.

7. Attached hereto as Exhibit 5 is a true and accurate copy of portions of the deposition transcript of Richard Gallardo taken on August 31, 2021.

DECLARATION OF AMY L. BELLANTONI IN OPPOSITION TO DEFENDANT'S MOTION,
AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT

8.   Attached hereto as Exhibit 6 is a true and accurate copy of the Order Sustaining Demurrer in the matter of *People v. Tony Diaz*, Superior Court of California, County of Sacramento, Case No. 21FE019850 Dept. 40.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 29, 2023

                                                *Amy L. Bellantoni*
                                                Amy L. Bellantoni, Esq.
                                                *Attorney for Plaintiffs*
                                                *Pro Hac Vice*
                                                abell@bellantoni-law.com

3

DECLARATION OF AMY L. BELLANTONI IN OPPOSITION TO DEFENDANT'S MOTION,
AND ISO PLAINTIFFS' CROSS-MOTION, FOR SUMMARY JUDGMENT