1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Mark R. Beckington, State Bar No. 126009
   Supervising Deputy Attorney General
3  Lara Haddad, State Bar No. 319630
   Supervising Deputy Attorney General
4   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013-1230
5  Telephone:  (213) 269-6250
   Fax:  (916) 731-2124
6  E-mail:  Lara.Haddad@doj.ca.gov
   *Attorneys for Defendant Rob Bonta in his official*
7  *capacity as Attorney General of California*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **MARK BAIRD and RICHARD**          2:19-cv-00617-KJM-AC
    **GALLARDO,**
                                        **DEFENDANT'S REQUEST FOR**
14                         Plaintiffs,  **JUDICIAL NOTICE IN SUPPORT OF**
                                        **OPPOSITION TO PLAINTIFFS'**
15           v.                         **MOTION FOR SUMMARY JUDGMENT**

16                                      Date:        November 3, 2023
    **ROB BONTA, in his official capacity as**   Time:        10:00 a.m.
17  **Attorney General of the State of California,**   Courtroom:   3
    **and DOES 1-10,**                 Judge:       The Honorable Kimberly J.
18                                                   Mueller
                          Defendants.   Trial Date:  None set.
19                                      Action Filed: April 10, 2019

20

21

22

23

24

25

26

27

28

                                    1

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant respectfully requests that this Court take judicial notice of the following documents in support of his opposition to Plaintiffs' motion for summary judgment:

1. **Exhibit 1**: 1686, New Jersey, Grants, Concessions, and Original Constitutions of The Province of New Jersey 289–90 (1881).

2. **Exhibit 2**: 1694, Massachusetts, 1694 Mass. Laws 12, no. 6, An Act for Punishing of Criminal Offenders.  The attached exhibit is a printout from the Duke Center for Firearms Law, and is also available at https://firearmslaw.duke.edu/laws/1694-mass-laws-12-no-6-an-act-for-the-punishing-of-criminal-offenders/.

3. **Exhibit 3**: 1750, Massachusetts, 1750 Mass. Acts 544, ch. 17, § 1.

4. **Exhibit 4**: 1771, New Hampshire, Acts and Laws of His Majesty's Province of New-Hampshire 9–10 (1771), ch. 6, § 2.

5. **Exhibit 5**: 1786, Virginia, 1786 Va. Laws 33, ch. 21, An Act forbidding and punishing Affrays, chap. 17, § 1.

6. **Exhibit 6**: 1786, Massachusetts, 1786 Mass. Acts 87, ch. 38.

7. **Exhibit 7**: 1792, Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force 187 (1803), ch. 103, §§ 8–9.

8. **Exhibit 8**: 1801, Tennessee, 1801 Tenn. Laws 259–60, ch. 22, § 6.

9. **Exhibit 9**: 1820, Indiana, 1820 Ind. Acts 39, ch. 23, § 1.

10. **Exhibit 10**: 1821, Maine, Revised Statutes of the State of Maine 709 (1840), tit. 12, ch. 169, § 16.

11. **Exhibit 11**: 1821, Tennessee, Robert Looney Caruthers, A Compilation of the Statutes of Tennessee, of a General and Permanent Nature, from the Commencement of the Government to the Present Time: With References to Judicial Decisions, in Notes, to Which is Appended a New Collection of Forms Page 100, Image 105 (1836).

12. **Exhibit 12**: 1835, Massachusetts, Theron Metcalf (Editor), Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in

2

Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836, 750 (1836) ch. 134, § 16.

13.   **Exhibit 13**: 1837, Mississippi, 1837 Miss. Laws 290–92, § 6.

14.   **Exhibit 14**: 1837, Mississippi—Town of Sharon, 1837 Miss. Laws 294, § 5.

15.   **Exhibit 15**: 1839, Mississippi—Town of Emery, 1839 Miss. Laws 385–86, ch. 168, § 5.

16.   **Exhibit 16**: 1840, Mississippi—Town of Hernando, 1840 Miss. Laws 180–81, ch. 111, § 5.

17.   **Exhibit 17**: 1847, Maine, The Revised Statutes of the State of Maine, Passed October 22, 1840, 709 (1847), tit. 12, ch. 169, § 16.

18.   **Exhibit 18**: 1852, Hawaii, 1852 Haw. Sess. Laws 19, § 1.

19.   **Exhibit 19**: 1854, Washington [Territory], 1854 Wash. Sess. Law 80, ch. 2, § 30.

20.   **Exhibit 20**:1855, California, William H. R. Wood (Editor), Digest of the Laws of California: Containing All Laws of a General Character Which were in Force on the First Day of January, 1858, 334 (1861), art. 1904.

21.   **Exhibit 21**: 1858, District of Columbia, 1 William B. Webb, The Laws of the Corporation of Washington Digested and Arranged under Appropriate in Accordance with a Joint Resolution of the City 418 (1868), Act of Nov. 18, 1858.

22.   **Exhibit 22**: 1859, Washington [Territory], 1859 Wash. Sess. Laws 109, ch. 2, § 30.

23.   **Exhibit 23**: 1867, Arizona, An Act to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the territory. § 1.

24.   **Exhibit 24**: 1868, Alabama, Wade Keyes & Fern Wood (Editors), Code of Alabama 883 (1876), ch. 3, § 4111.

25.   **Exhibit 25**: 1868, Florida, James F McClellan (Editor), A Digest of the Laws of the State of Florida: From the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One, Inclusive 403 (1881), § 13.

26.   **Exhibit 26**: 1868, Kansas, The General Statutes of the State of Kansas, to Which the Constitutions of the United State of Kansas, Together with the Organic Act of the Territory of

3

Kansas, the Treaty Ceding the Territory of Louisiana to the United States, and the Act Admitting Kansas into the Union are Prefixed Page 378, Image 387 (1868), Crimes and Punishments, § 282.

27.   **Exhibit 27**: 1849, California—City of San Francisco, 1849 Cal. Stat. 245, div. 11, § 127.

28.   **Exhibit 28**: 1850, California, S. Garfielde (Editor), Compiled Laws of the State of California: Containing All the Acts of the Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850–51–52–53, 663–64 (1853), ch. 125, div. 11, § 127.

29.   **Exhibit 29**:  1864, California, Theodore H. Hittell (Editor), The General Laws of the State of California, from 1850 to 1864, Inclusive 261 (1872), § 1585 [§ 1].

30.   **Exhibit 30**:  1878, California—Los Angeles, Ordinances of the City of Los Angeles, § 36, William M. Caswell, Revised Charter and Compiled Ordinances and Resolutions of the City of Los Angeles 85 (1878).  The attached exhibit is a printout from the Duke Center for Firearms Law, and is also available at https://firearmslaw.duke.edu/laws/william-m-caswell-revised-charter-and-compiled-ordinances-and-resolutions-of-the-city-of-los-angeles-page-85-image-83-1878-available-at-the-making-of-modern-law-primary-sources/.

31.   **Exhibit 31**: 1818, Missouri [Territory], Henry S. Geyer (Editor), *A Digest of the Laws of Missouri Territory* 374 (1818) § 3 [Slaves].

32.   **Exhibit 32**: 1871, Missouri—City of St. Louis, Everett W. Pattinson (Editor), *Revised Ordinance of the City of St. Louis* 491 (1871), art. 2, § 9.

33.   **Exhibit 33**: 1867, Alabama, 1866–1867 Ala. Laws 260 & 263, ch. 2, § 2(10).

34.   **Exhibit 34**:  Defendant's Appendix: Survey of Relevant Statutes (Pre-Founding—1930s) (filed as ECF 90-3).

## ARGUMENT

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  A court shall take judicial notice if requested by a party and supplied with the necessary information.  Fed. R. Evid. 201(d).

1    **I.    HISTORICAL LAWS**

2        **Exhibits 1-33** are historical laws enacted throughout the United States, by states, territories,

3    cities, towns, and other government entities.  "A trial court may presume that public records are

4    authentic and trustworthy."  *Gilbrook v. City of* Westminster, 177 F.3d 839, 858 (9th Cir. 1999).

5    The accuracy of these public records consisting of enacted legislation cannot reasonably be

6    questioned, and judicial notice of these records is therefore appropriate.  Fed. R. Evid. 201(b).

7    **II.    APPENDIX: SURVEY OF LAWS**

8        **Exhibit 34** is an appendix surveying a number of laws from the pre-founding era to the

9    1930s.  It lists the title and citation for each law, along with additional descriptive

10   information.  The citations for each of the laws cannot reasonably be questioned.  Defendant

11   requests judicial notice of the citations to each law listed herein.

12   Dated:  October 13, 2023                    Respectfully submitted,

13                                                ROB BONTA
                                                  Attorney General of California
14                                                MARK R. BECKINGTON
                                                  Supervising Deputy Attorney General
15

16
                                                  *s/ Lara Haddad*
17                                                LARA HADDAD
                                                  Supervising Deputy Attorney General
18                                                *Attorneys for Defendant Rob Bonta in his*
                                                  *official capacity as Attorney General of*
19                                                *California*

20

21

22

23

24

25

26

27

28

EXHIBIT 1

# GRANTS, CONCESSIONS,

## AND

## ORIGINAL CONSTITUTIONS

### OF THE PROVINCE OF

# NEW JERSEY

## THE

# ACTS

Passed during the Proprietary Governments, and other material Transactions before the Surrender thereof to Queen Anne.

The Instrument of Surrender, and her formal Acceptance thereof

Lord CORNBURY'S COMMISSION and Instructions Consequent thereon.

Collected by some Gentlemen employed by the General Assembly. And afterwards

Published by virtue of an Act of the Legislature of the said Province

With proper Tables alphabetically Digested, containing the principal Matters in the Book.

New Jersey (Colony)

## By AARON LEAMING and JACOB SPICER.

ny persons as they shall think fit, not exceeding seven, to make orders from time to time, such as may be suitable and beneficial for every town, village, hamlet, or neighbourhood, for preventing all harms by swine, in town, meadows, pastures and gardens, in any respect, and to impose penalties according to their best discretions.

### Chap. VIII.

## An Act appointing some new Commissioners of the Highways.

WHEREAS there was an act made in the year 1682, for the county of Monmouth, to enable Col. Lewis Morris, John Bound, and Joseph Parker, to lay out highways, passages, ferry's, and making bridges and such like; there being three of those persons disenabled for the true performance of the said services, *be it therefore enacted* by the Governor, Council and Deputies now met and assembled, and by the authority of the same, that John Frogmerton, John Slocame, and Nicholas Brown, in the stead and room of Col. Lewis Morris, John Bound, and Joseph Parker, be made capable and hereby invested with the same power to all intents and purposes in the said premises, as the aforesaid Col. Lewis Morris, John Bound, and Joseph Parker, were by the said acts.

### Chap. IX.

## An Act against wearing Swords, &c.

WHEREAS there hath been great complaint by the inhabitants of this Province, that several persons wearing swords, daggers, pistols, dirks, stilladoes, skeines, or any other unusual or unlawful weapons, by reason of which several persons in this Province, receive great abuses, and put in great fear and quarrels, and challenges made, to the great abuse of the inhabitants of this Province. *Be it therefore enacted* by the Governor, and Council, and Deputies now met in General Assembly, and by authority of the same, that no person or persons within this Province, presume to send any challenge in writing, by word of mouth,

19

## Laws passed in 1686.

or message, to any person to fight, upon pain of being imprisoned during the space of six months, without bail or mainprize, and forfeit ten pounds; and whosoever shall except of such challenge, and not discover the same to the Governor, or some publick officer of the peace, shall forfeit the sum of ten pounds; the one moiety of the said forfeiture to be paid unto the Treasurer for the time being, for the public use of the Province, and the other moiety to such person or persons as shall discover the same, and make proof thereof in any court of record within this Province, to be recovered by the usual action of debt, in any of the said courts. *And be it further enacted* by the authority aforesaid, that no person or persons after publication hereof, shall presume privately to wear any pocket pistol, skeines, stilladers, daggers or dirks, or other unusual or unlawful weapons within this Province, upon penalty for the first offence five pounds, and to be committed by any justice of the peace, his warrant before whom proof thereof shall be made, who is hereby authorized to enquire of and proceed in the same, and keep in custody till he hath paid the said five pounds, one half to the public treasury for the use of this Province, and the other half to the informer: And if such person shall again offend against this law, he shall be in like manner committed (upon proof thereof before any justice of the peace) to the common gaol, there to remain till the next sessions, and upon conviction thereof by verdict of twelve men, shall receive judgment to be in prison six month, and pay ten pounds for the use aforesaid. *And be it further enacted* by the authority aforesaid, that no planter shall ride or go armed with sword, pistol, or dagger, upon the penalty of five pounds, to be levied as aforesaid, excepting all officers, civil and military, and soldiers while in actual service, as also all strangers, travelling upon their lawful occasions thro' this Province, behaving themselves peaceably.

EXHIBIT 2



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

Search this website

# 1694 Mass. Laws 12, no. 6, An Act for the Punishing of Criminal Offenders.

Subject(s):

- Carrying Weapons (https://firearmslaw.duke.edu/subjects/carrying-weapons/)

Jurisdiction(s):

- Massachusetts (https://firearmslaw.duke.edu/jurisdictions/massachusetts/)

Year(s):

1694

Further it is Enacted by the authority aforesaid, That every Justice of the Peace in the County where the Offence is committed , may cause to be staid and arrested all Affrayers, Rioters, Disturbers, or Breakers of the Peace, and such as shall ride or go armed Offensively before any of their Majesties Justices, or other Their Officers or Ministers doing their Office or elsewhere.

EXHIBIT 3

# ACTS

Passed at the Session begun and held at Boston, on the Thirtieth day of May, A. D. 1750.

---

## CHAPTER 1.

### AN ACT FOR IMPOWERING THE PROVINCE TREASURER TO BORROW THE SUM OF FIVE THOUSAND POUNDS, FOR APPLYING THE SAME TO DISCHARGE THE DEBTS OF THE PROVINCE AND DEFREY THE CHARGES OF GOVERNMENT, AND FOR MAKING PROVISION FOR THE REPAYMENT OF THE SUM SO BORROWED.

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

[Sect. 1.]   That the treasurer of this province be and hereby is impowered to borrow from such person or persons as shall appear ready to lend the same, a sum not exceeding five thousand pounds in Spanish mill'd dollars ; and the sum so borrowed shall be a stock in the treasury, to be applyed for defreying the charges of this government in manner as in this act is after directed, and for every sum so borrowed, the treasurer shall give a receipt of the form following ; viz.,— *Treasurer empowered to borrow £5,000 for the province.*

Province of the Massachusetts Bay,          day of          17   , received from            the sum of             pounds, for the use and service of the Province of the Massachusetts Bay ; and in behalf of said Province, I do hereby promise and oblige myself and my successors in the office of treasurer, to repay the said          , his heirs or assigns, on or before the tenth day of June, one thousand seven hundred and fifty-two, the aforesaid sum of          pounds, with interest for the same, at and after the rate of six per cent per annum.     Witness my hand,          , Treasurer. *Form of his receipt for said money.*

—and no receipt shall be given for any sum less than fifty pounds ; and the treasurer is hereby directed to use his discretion in borrowing said sum at such times as that he may be enabled to comply with the draughts that may be made on the treasury in pursuance of this act.

*And be it further enacted,*

[Sect. 2.]   That the aforesaid sum of five thousand pounds shall be issued out of the treasury in manner and for the purposes following ; viz., the sum of seventeen hundred and fifty pounds, part of the aforesaid sum of five thousand pounds, shall be applyed for the service of the several forts and garrisons within this province, pursuant to such orders and grants as are or shall be made by this court for those purposes ; and the further sum of one thousand pounds, part of the aforesaid sum of five thousand pounds, shall be applyed for the purchasing provisions and the commissary's necessary disbursements for the service of the several forts and garrisons within this province, pursuant to such grants *£1,750 appropriated for forts and garrisons.* *£1,000 for commissary's stores.*

*And whereas* there are sometimes contingent and unforeseen charges that demand prompt payment,—

*Be it further enacted,* .

£100 for contingent charges.

[SECT. 16.]    That the sum of one hundred pounds, being the remaining part of the aforesaid sum of seven thousand eight hundred and sixty pounds, be applied to pay such contingent charges, and for no other purpose whatsoever.

*Provided always,*—

Remainder to be and remain as a stock in the treasury.

[SECT. 17.]    That the remainder of the sum which shall be brought into the treasury by the tax aforesaid, over and above what shall be sufficient to pay off the benefit tickets as aforesaid, shall be and remain as a stock in the treasury, to be applied as the general court of this province shall hereafter order, and to no other purpose whatsoever ; any thing in this act to the contrary notwithstanding.

*And be it further enacted,*

Money to be paid out of the proper appropriations.

[SECT. 18.]    That the treasurer is hereby directed and ordered to pay the sum of eight thousand and ten pounds, as aforesaid, out of such appropriations as shall be directed to by warrant, and no other, upon pain of refunding all such sum or sums as he shall otherwise pay ; and the secretary to whom it belongs to keep the muster-rolls and accompts of charge, shall lay before the house of representatives, when they direct, such muster-rolls and accompts after payment thereof.

*And be it further enacted,*

Directors' allowance to be made by the general court.

[SECT. 19.]    That the directors or managers by this act appointed, shall have such allowances for their services as the general court shall hereafter order, and in case of the death, refusal or incapacity of attendance of any one or more of said managers, the vacancy shall be fill'd up by the governour and council.    [*Passed February* 8 ; *published February* 16, 1750–51.

---

# CHAPTER 16.

### AN ACT FOR GRANTING THE SUM OF THREE HUNDRED POUNDS, FOR THE SUPPORT OF HIS HONOUR THE LIEUTENANT-GOVERNOUR AND COMMANDER-IN-CHIEF.

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

Governor's grant.

That the sum of three hundred pounds be and hereby is granted unto his most excellent majesty, to be paid out of the publick treasury to his honour Spencer Phips, Esq[r]., lieutenant-governour and commander-in-chief in and over his majesty's province of the Massachusetts Bay, for his past services, and further to enable him to manage the publick affairs of the province.    [*Passed February* 15 ;* *published February* 16, 1750–51.

---

# CHAPTER 17.

### AN ACT FOR PREVENTING AND SUPPRESSING OF RIOTS, ROUTS AND UNLAWFUL ASSEMBLIES.

Preamble.

WHEREAS the provision already made by law has been found insufficient to prevent routs, riots and tumultuous assemblies, and the evil consequences thereof ; wherefore,—

* See the note to this chapter, *post.*

*Be it enacted by the Lieutenant-Governour, Council and House of
Representatives,*

[SECT. 1.]   That from and after the publication of this act, if any <span style="float:right">Officers to make proclamation when persons are riotously assembled.</span>
persons, to the number of twelve or more, being arm'd with clubs or
other weapons, or if any number of persons, consisting of fifty or
upwards, whether armed or not, shall be unlawfully, riotously or
tumultuously assembled, any justice of the peace, field officer or cap-
tain of the militia, sheriff of the county or undersheriff, or any con-
stable of the town, shall, among the rioters, or as near to them as he
can safely come, command silence while proclamation is making, and
shall openly make proclamation in these or the like words :—

Our sovereign lord the king chargeth and commandeth all persons being <span style="float:right">Form of the proclamation.</span>
assembled, immediately to disperse themselves, and peaceably to depart to
their habitations, or to their lawful business; upon the pains contained in the
act of this province made in the twenty-fourth year of his majesty King
George the Second, for preventing and suppressing of riots, routs and un-
lawful assemblies. God save the king.

And if such persons so unlawfully assembled, shall, after proclama-
tion made, not disperse themselves within one hour, it shall be lawful
for every such officer or officers, and for such other persons as he or
they shall command to be assisting, to seize such persons, and carry
them before a justice of the peace; and if such person shall be killed
or hurt by reason of their resisting the persons so dispersing or seizing
them, the said officer or officers and their assistants shall be indemni-
fied and held guiltless.

[SECT. 2.]   And all persons who, for the space of one hour after <span style="float:right">Penalty for disobedience.</span>
proclamation made as aforesaid,—or to whom proclamation ought to
have been made, if the same had not been hindred,—shall unlawfully,
routously, riotously and tumultuously continue together, or shall wil-
fully let or hinder any such officer, who shall be known, or shall openly
declare himself to be such, from making the said proclamation, shall
forfeit all their lands and tenements, goods and chattles, to his majesty·
(or such a part thereof as shall be adjudged by the justices before whom
such offence shall be tried), to be applied towards the support of the
government of this province; and shall be whipt thirty-nine stripes on
the naked back at the publick whipping-post, and suffer one year's
imprisonment, and once every three months during said imprisonment
receive the same number of stripes on the naked back at the publick
whipping-post as aforesaid.

[SECT. 3.]   And if any such person or persons, so riotously assem-
bled, shall demolish or pull down, or begin to demolish or pull down,
any dwelling-house or other house parcel thereof, any house built for
publick uses, any barn, mill, malt-house, store-house, shop or ship, he
or they shall suffer the same pains and penalties as are before provided
in this act.

*And be it further enacted,*

[SECT. 4.]   That this act shall be read at every general sessions of <span style="float:right">This act to be read at the anniversary meeting of the towns and general sessions of the peace.</span>
the peace, and at the anniversary meeting of each town, within this
province, annually; and no person shall be prosecuted for any offence
contrary to this act, unless prosecution be commenced within twelve
months after the offence committed.

*Provided always,*—

[SECT. 5.]   That where there shall appear any circumstances to miti- <span style="float:right">Judges empowered to abate the punishment of whipping, in case. ·</span>
gate or alleviate any of the offences against this act, in the judgment
of the court before which such offence shall be tried, it shall and may
be lawful for the judges of such court to abate the whole of the pun-

ishment of whipping, or such part thereof as they shall judge proper; anything in this act to the contrary notwithstanding.

<small>Continuance of the act.</small>    [Sect. 6.]   This act to continue and be in force for the space of three years from the publication thereof, and no longer.  [*Passed and published February* 14, 1750–51.]

---

# CHAPTER 18.

### AN ACT IN ADDITION TO AN ACT, INTITLED "AN ACT TO PREVENT DAMAGE BEING DONE ON THE BEACH, HUMOCKS AND MEADOWS BELONGING TO THE TOWN OF SCITUATE, LYING BETWEEN THE SOUTHERLY END OF THE 'THIRD CLIFT,' SO CALLED, AND THE MOUTH OF THE NORTH RIVER."

<small>Preamble.<br>1749-50, chap. 14.</small>    Whereas in and by an act made and passed in the twenty-third year of his present majesty's reign, intitled "An Act to prevent damage being done on the beach, humocks and meadows belonging to the town of Scituate, lying between the southerly end of the 'Third Clift,' so called, and the mouth of the North River," the penalt[y][*ie*]s for turning or driving neat cattle, horse-kind, sheep or goats upon such beach, humocks or sedge-ground adjo[y][*i*]ning to said beach, to feed thereon, are to be recovered from him or them that shall so drive said cattle, horse-kind, sheep or goats, or from the owner or owners of them that shall so order them to be driven; and it is found, by experience, that proof thereof can seldom be obtained, whereby the good end and design of said act in a great measure is defeated,—

*Be it therefore enacted by the Lieutenant-Governour, Council and House of Representatives,*

<small>Neat cattle and other creatures to be impounded if found feeding on the meadows, &c.</small>    [Sect. 1.]   That if any neat cattle, horse-kind, sheep or goats shall be found feeding on said beach, humocks, meadows or sedge-ground adjoyning to said beach, it shall and may be lawful for any person to impound the same, such person to observe the rules and directions in the said act prescribed in case of impounding; and the owner or owners of them shall forfeit and pay to the impounder one shilling a head for all neat cattle and horse-kind, and twopence for every sheep or goat; and the said penalt[y][*ie*]s or forfeitures shall be paid, before the creatures, which shall or may be impounded by virtue of this act, be discharged or released by the pound-keeper.

*Provided, nevertheless,—*

<small>Rates to be paid for such impounded creatures.</small>    [Sect. 2.]   The owner or owners of the creatures so impounded may, if they think fit, replevie such creatures, on condition they give sufficient bond, with one or more suret[y][*ie*]s, to prosecute such replevin to effect before some justice of the peace in the same county, within fifteen days from the date of such replevin, and to pay all such forfeitures and costs as shall be awarded or adjudged against them. [*Passed February* 8; *published February* 16, 1750–51.]

---

# CHAPTER 19.

### AN ACT FOR GRANTING UNTO BENJAMIN CRABB THE SOLE PRIVI-LE[D]GE OF MAKING CANDLES OF COARSE SPERMACÆTI OYL.

<small>Preamble.</small>    Whereas Benjamin Crabb, of Rehoboth, in the county of Bristol, has represented to this court that he, and no other person in the prov-

EXHIBIT 4



DATE DOWNLOADED: Sun May 21 17:33:24 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament (1771).

ALWD 7th ed.
. Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with
Sundry Acts of Parliament (1771).

APA 7th ed.
(1771). Acts and Laws of His Majesty's Province of New-Hampshire: In New-England;
with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle,
and sold at their Office near the State-House.

Chicago 17th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at
their Office near the State-House.

McGill Guide 9th ed.
Acts & Ls of His Majesty's Province of New-Hampshire: In New-Engl&; with Sundry Acts
of Parliament (Portsmouth N.H.: Printed by Daniel and Robert Fowle, and sold at their
Office near the State-House., 1771)

AGLC 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament (Printed by Daniel and Robert Fowle, and sold at their Office near
the State-House., 1771

MLA 9th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at
their Office near the State-House. HeinOnline.

OSCOLA 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at
their Office near the State-House.              Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊

## C H A P. V.

# An Act for reviving an Act

**Pass'd 29th of Geo. 2.** entituled, *An Act in addition to an Act*, entituled, *An Act, for establishing Courts of publick Justice within this Province, made and pass'd in the seventeenth Year of His present Majesty's Reign.*

**Preamble.** *WHEREAS the before recited act is expired, the same being temporary, and the same having been found very beneficial whilst in force, and it appearing necessary that the same should be revived:*

BE IT ENACTED by his EXCELLENCY the GOVERNOR, COUNCIL, and ASSEMBLY, That the before recited act, and all and singular the paragraphs, clauses, articles, directions and powers in the said act contained, shall be, and hereby are revived, re-enacted, directed and ordered to abide and remain in full force, and accordingly to be exercised, practised and put in execution for and during the space of *twenty years* from the passing hereof, and no longer.

✖❊✖❊✖❊✖❊✖❊✖❊✖❊✖❊✖❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊❊

## C H A P. VI.

# An Act for preventing and suppressing of Riots, Routs, and unlawful Assemblies.

**Pass'd 27th of Geo. 2.**

**§. 1.** BE IT ENACTED by the GOVERNOR, COUNCIL, and ASSEMBLY, and by the AUTHORITY of the same, IT IS hereby ENACTED and ORDAINED, That if three persons or more, shall assemble themselves with an intent to do any unlawful act, against the person of another, or against several persons, with force and violence, as to kill, beat, wound, or do any other personal injury, or against his, her or their estate or possession wrongfully, or to do any other unlawful act with force or violence against the peace, or to the manifest terror of the people, and being required and commanded by any magistrate, field officer, captain of the militia, sheriff, select-man or constable (in the town or parish to which such officers respectively in the exercise of their office are limited, ) by proclamation to be made in the king's name, in the form herein after directed, to disperse and peaceably depart to their habitations or lawful business, shall not so disperse and depart : or being so assembled, shall do any unlawful act, with force and violence, against the person of any one or more, or against his, her or their estate or possession, or against the public peace, order or interest, in manner as aforesaid, and shall be thereof convicted by due course of law, either before the court of general sessions of the peace, or superior court of judicature

*Rioters upon conviction to pay 50 l. or receive thirty stripes.*

cature, every fuch offender fhall forfeit and pay for every fuch of-
fence, not exceeding the fum of *fifty pounds*, and in default of pay-
ing the fame, within twenty four hours after fentence, fhall be whipt
on the naked back at fome publick place, not exceeding thirty ftripes,
according to the circumftances aggravating or extenuating the of-
fence ; and fhall pay the legal cofts of profecution, and fhall ftand
committed till fentence performed. And the form and order of
the proclamation to be made as aforefaid, fhall be as follows, name-
ly, the officers aforefaid, or any of them, fhall among, or as near
as they, or any of them can fafely, come to the faid rioters and
command filence to be kept while proclamation is making, and fhall
then with a loud voice, openly make proclamation in thefe or the
like words ; "Our fovereign Lord the King chargeth and command-
" eth all perfons, being here affembled, immediately to difperfe
" themfelves, and peaceably to depart to their habitations, or to
" their lawful bufinefs, upon the pains contained in an act of this
" province, made in the twenty-feventh year of his Majefty King
" GEORGE the fecond, for preventing and fuppreffing of riots,
" routs, and unlawful affemblies.

*The manner of making proclamation.*

*The form of the proclamation.*

<div align="center">

GOD *fave the* KING.

</div>

And if any three or more of the perfons fo unlawfully and rio-
toufly affembled, fhall continue together, and not difperfe them-
felves immediately after proclamation made as aforefaid, it fhall be
lawful for the officers aforefaid, or any of them, (within their re-
fpective limits as aforefaid,) to command affiftance, and to feize
fuch rioters, or any of them, and immediately to carry them be-
fore fome juftice of the peace for this province, who fhall demand
and take of each of them, fufficient fecurity for his or her appear-
ance before, and abiding and performing the fentence of the next
court of general feffions of the peace, or fuperior court of judica-
ture, (according as the nature and circumftances of the cafe may
require, on his or her offence,) and to ftand committed till fuch
fecurity fhall be given. And all perfons of age and ability, are here-
by required to aid and affift fuch officer or officers, being thereunto
commanded as aforefaid, to feize and apprehend fuch riotor or ri-
otors, and carry and keep him, her or them in cuftody, before a
juftice as aforefaid, and to convey him, her, or them to the com-
mon goal, in default of giving fecurity as aforefaid, on pain of for-
feiting and paying the fum of *twenty pounds*, for every inftance
of refufing or neglecting to give fuch aid and affiftance. And
when three or more perfons fhall be fo unlawfully and riotoufly
affembled, and they or any of them, fhall prevent and
hinder proclamation to be made as aforefaid, and three or more of
them fhall continue together after fuch hindrance and impediment,
they and every of them, fhall be liable to the fame pains and pe-
nalties aforefaid, upon conviction as is above directed.

*If three or more fhall continue after proclamation is made, they may be apprehended before a juftice, &c.*

*Penalty on thofe who refufe to affift the officer in feizing rioters, &c.*

*Penalty for hindering proclamation to be made, and continuing together afterwards.*

§. 2. AND BE IT *further* ENACTED, That if twelve perfons or
more, being armed with clubs, or other weapons ; or if fifty per-
fons or more, whether armed or not, fhall be unlawfully, riotoufly,
tumultuoufly or routeroufly affembled, any of the officers aforefaid,

*Penalty and punifhment for high-handed riots, &c.*

<div align="center">

C
fhall

</div>

shall make proclamation, in manner and form aforesaid; and if such persons, so unlawfully assembled, shall not thereupon immediately disperse themselves, according to said proclamation, each of them and every one who shall wilfully hinder any such officer (who shall be known, or shall openly declare himself to be such ) from making the said proclamation, shall forfeit and pay a fine not exceeding the sum of *five hundred pounds*, at the discretion of the said superior court, ( which only shall have cognizance of the offence ) considering the aggravations attending the same, and shall be whipt thirty stripes on the naked back at the publick whipping-post, and suffer twelve months imprisonment, and once every three months, during said twelve months, receive the same number of stripes as aforesaid.

<span style="float:left">The superior court's power to remit or mitigate the corporal punishment.</span>

*Provided nevertheless,* It shall be in the power of said court, if they judge proper, upon considering all circumstances, to remit or mitigate the punishment of whipping in such cases. And in case any rioters shall, when so riotously assembled, demolish or pull down, or begin to demolish or pull down, any dwelling house, or other house, or any part thereof, any house built for public use, any barn, shop, or ship, or other vessel, or any part thereof, or wound, maim, or do any bodily hurt or injury to any person, such rioters, or those of them who shall be apprehended, shall make

<span style="float:left">Such rioters liable to answer all damages, &c.</span>

good all damages to the party or parties damnified or injured, upon an action of trespass prosecuted for the same, and shall also suffer the respective pains and penalties inflicted by this act, according as the fact shall come under one or the other of the cases herein provided against. And if any person or persons shall rescue any prisoner or prisoners convicted of any crime, out of his Majesty's

<span style="float:left">Penalty on rescusors of prisoners or criminals.</span>

goal, or out of the custody of any officer or officers aforesaid, or any under or deputy sheriff, such offender or offenders, shall be liable to, and suffer the pains and penalties which such prisoner or prisoners should have suffered, if he, she or they had not been so rescued. But in case such rescous shall be made before conviction of the person or persons so in prison or custody, he, she, or they

<span style="float:left">What the punishment shall be in case the rescous be made before conviction.</span>

committing the same, shall be liable to, and suffer all or any of the pains and penalties aforesaid, inflicted on rioters, where the number amounts to twelve, or fifty as aforesaid, at the discretion of the said superior court, ( which only shall have cognizance of the offence, ) having regard to the circumstances aggravating or alleviating the crime.

<span style="float:left">Officers power to command assistance.</span>

And any of said officers shall hereby have power to command assistance in this case, as in manner aforesaid, and the person or persons (being capable) who shall refuse to give the same, being thereto required or commanded as aforesaid, shall be liable to the same pains and penalties, as for refusing to give aid and assistance in the case aforesaid.

<span style="float:left">If any rioters or rescuers shall be killed in re-</span>

And in case any of the rioters in this act mentioned or described, shall be killed or hurt by reason of their resisting the person or persons endeavouring to disperse them, or attempting to seize and

<div align="right">apprehend</div>

apprehend them or any of them, the said officers and their assist-ants, and every of them, shall be wholly indemnified and held guiltless ; as also in the case of a rescous aforesaid.

*Provided nevertheless,* Nothing in this act shall be construed to extend to any number of persons, at any time assembled, or assembling, for any lawful design or purpose, nor to any thing that such persons shall do, which is or shall be necessary to and for their own defence. And if any of the officers aforesaid, shall maliciously or causelessly make proclamation in manner and form aforesaid, a-gainst any persons lawfully assembled, or cause any persons to be apprehended wrongfully, under colour or pretence of their being rioters, within the meaning and intent of this act, every such officer shall forfeit and pay the sum of *one hundred pounds,* and shall be liable to an action of trespass on the case, to be prosecuted by the party or parties so maliciously and causelessly complained of, and to pay all damages thereby sustained, and double costs to be taxed with such damages.

All fines and forfeitures arising by this act, to be for his Majesty's use, towards the support of his government in this province.

This act to be read at the opening the courts aforesaid, at every term, and at every annual town meeting. And no prosecution shall be sustained for any offence herein prohibited, after one year from the time of committing the fact.

This act to continue and be in force for the term of three years and no longer.

*Marginal notes:*
- sisting the officers, such officers shall be held guiltless.
- This act not to extend to persons lawfully assembled.
- Penalty on any malicious officer. &c.
- Application of the fines.
- To be read at the opening the court, &c.
- Limitation

※※※※※※※※※※※※※※※※※※※※※※※※※※※※

## C H A P. VII.

# An Act to promote the Increase of Sheep.

*Marginal note:* Pass'd 30th of Geo. 2.

*WHEREAS the increase of sheep would be of very great service to all his Majesty's subjects in this province ; but by the neglect of many persons who keep sheep to take proper care of their rams, who suffer them to run at large with ewes at all seasons of the year (which is found by experience to be very prejudicial to the increase of sheep,) by the yeaning of lambs in an unsuitable season : By which sheep are rather destroyed than increased :*

*Marginal note:* Preamble.

For preventing of which :

BE IT ENACTED *by the* GOVERNOR, COUNCIL, *and* ASSEMBLY, That from and after the publication of this act, no ram shall be suffered to go at large within this province, from the tenth day of *August,* to the fifteenth day of *November* annually, on the penalty of *twenty shillings* for each ram, and for every time any shall be found out of the owner's inclosure, between the days aforesaid to be paid by

*Marginal note:* Rams not to run at large, &c.

EXHIBIT 5

[ 35 ]

same offenders come not as afore is said, and the proclamation made and returned, they shall be convict and at-tainted of the riot, assembly, or rout aforesaid : And moreover the Justices of Peace in every county or corporation, where such riot, assembly, or rout of people shall be made, in case the same be made in their presence, or if none be present, then the justices having notice thereof, together with the sheriff, under sheriff, or serjeant, of the same county or corporation, shall do execution of this act, every one upon pain of twenty pounds, to be paid to the Commonwealth; as often as they shall be found in default of the execution of the said act ; and on such default of the justices and sheriff, under sheriff, or serjeant, a commission shall go from the General Court at the instance of the party grieved, to enquire as well of the truth of the case, and of the original matter for the party complain-ant, as of the default or defaults of the said justices, sheriff, under sheriff, or serjeant, in this behalf supposed, to be directed to sufficient and indifferent persons at the nomination of the Judges ; and the said commissioners presently shall return into the General Court the inquests and matters before them in this behalf taken and found :  But no persons convicted of a riot, rout, and unlawful assembly, shall be imprisoned for such offence by a longer space of time than one year.  Persons legally convicted of a riot, rout, or unlawful assembly, otherwise than in the manner directed by this act, shall be punished by imprisonment and amercement, at the discretion of a jury, under the like limitation.

## C H A P.  XLIX.

### An ACT forbidding and punishing AFFRAYS.

BE it enacted by the General Assembly, That no man, great nor small, of what condition soever he be, except the Ministers of Justice in executing the precepts of the courts of justice, or in executing of their office, and such as be in their company assisting them, be so hardy to come before the justices of any court, or either of their Ministers of Justice, doing their office, with force and arms, on pain; to forfeit their armour to the Commonwealth, and their bodies to prison, at the pleasure of a court; nor go nor ride armed by night nor by day, in fairs or markets, or in other places, in terror of the county, upon pain of being arrested and committed to prison by any Justice on his own view, or proof by others, there to abide for so long a time as a jury, to be sworn for that purpose by the said Justice, shall direct, and in like manner to forfeit his armour to the Commonwealth; but no person shall be impri-soned for such offence by a longer space of time than one month.

## C H A P.  L.

### An ACT against CONSPIRATORS.

BE it declared and enacted by the General Assembly, That conspirators be they that do confederate and bind themselves by oath, covenant, or other alliance, that every of them shall aid and bear the other falsely and ma-liciously, to move or cause to be moved any enticement or information against another on the part of the Common-wealth, and those who are convicted thereof at the suit of the Commonwealth, shall be punished by imprisonment and amercement, at the discretion of a jury.

## C H A P.  LI.

### An ACT against conveying or taking PRETENSED TITLES.

BE it enacted by the General Assembly, That no person shall convey or take; or bargain to convey or take, any pretensed title to any lands or tenements, unless the person conveying or bargaining to convey, or those under whom he claims shall have been in possession of the same, or of the reversion or remainder thereof one whole year next before ;  and he who offendeth herein knowingly, shall forfeit the whole value of the lands or tenements; the one moiety to the Commonwealth, and the other to him who will sue as well for himself as for the Commonwealth :  But any person lawfully possessed of lands or tenements, or of the reversion or remainder thereof, may nevertheless take or bargain to take the pretensed title of any other person, so far and so far only as it may confirm his former estate.

## C H A P.  LII.

### An ACT to punish BRIBERY and EXTORTION.

BE it enacted by the General Assembly, That no Treasurer, Keeper of any Public Seal, Councillor of State, Counsel for the Commonwealth, Judge, or Attornies at law, practising either in the General Court, High Court of Chancery, Court of Appeals, Court of Admiralty, or Inferior Courts, Clerk of the Peace, Sheriff, Coroner, Escheator, nor any officer of the Commonwealth, shall, in time to come, take, in any form, any manner of gift, brokage, or reward for doing his office, other than is, or shall be allowed by some act of General Assembly, passed after the institution of this Commonwealth; that is to say, after the fifteenth day of May, in the year of our Lord, one thousand seven hundred and seventy six ; and he that doth, shall pay unto the party grieved, the treble value of that he hath received, shall be amerced and imprisoned at the discretion of a jury, and shall be discharged from his office forever; and he who will sue in the said matter, shall have suit as well for the Commonwealth as for himself, and the third part of the amercement.

CHAP.

EXHIBIT 6

ART. *Sixtieth.*    The Field Officers of each and every Regiment, shall appoint some suitable person, belonging to such Regiment, to receive such fines as may arise within the same, for any breach of any of the foregoing articles; and shall direct the same to be properly applied to the relief of such sick, wounded or necessitous soldiers as belong to such regiment; and such person shall account with such Officer for all fines received, and the application thereof. *(margin: Field-officers to appoint persons to receive fines, &c.)*

ART. *Sixty First.*    All crimes not capital, and all disorders and neglects, which Officers and Soldiers may be guilty of, to the prejudice of good order and military discipline, tho' not mentioned in the foregoing articles, are to be taken cognizance of by a general or regimental Court martial, according to the nature and degree of the offence, and be punished at their discretion. *(margin: Crimes not mentioned in these articles, may be taken cognizance of.)*

ART. *Sixty Second.*    Whenever any Officer or soldier shall be accused of a capital crime, or of having used violence or committed any offence against the person or property of the good people of this or either of the United States, such as is punishable by the known laws of the land, the commanding officer and officers of every regiment, troop or party, to which the person or persons so accused shall belong, are hereby required, upon application duly made by or in behalf of the party or parties injured, to use his utmost endeavours to deliver over such accused person or persons to the Civil Magistrate, and likewise to be aiding and assisting to the Officers of Justice in apprehending and securing the person or persons so accused, in order to bring them to trial.    And if any commanding Officer or Officers shall willfully neglect, or shall refuse upon the application aforesaid, to deliver over such accused person or persons to the Civil Magistrate, or to be aiding and assisting to the Officers of Justice in apprehending such person or persons, such officer or officers so offending, shall be cashiered.    *October 24, 1786.* *(margin: Any officer or soldier, accused of a crime punishable by the known laws of the land — To be delivered over to the civil magistrate.)*

---

## 1786. — Chapter 38.

[September Session, ch. 8.]

AN ACT TO PREVENT ROUTS, RIOTS, AND TUMULTUOUS ASSEMBLIES, AND EVIL CONSEQUENCES THEREOF. *(margin: Chap. 38.)*

*Whereas the provision already made by Law, for the preventing routs, riots and tumultuous assemblies, and the evil consequences thereof, has been found insufficient;* *(margin: Preamble.)*

Digitized by Google

88                    **1786. — Chapter 38.**

*Be it therefore enacted by the Senate and House of Rep-resentatives, in General Court assembled, and by the au-*
<span style="font-variant:small-caps">Proclamation to be made among rioters.</span> *thority of the same,* that from and after the publication of this Act, if any persons to the number of twelve, or more, being armed with clubs, or other weapons ; or if any number of persons, consisting of thirty or more, shall be unlawfully, routously, riotously or tumultuously assembled, any Justice of the Peace, Sheriff or Deputy Sheriff of the County, or Constable of the Town, shall among the rioters, or as near to them as he can safely come, Command Silence, while Proclamation is making ; and shall openly make Proclamation, in these or the like words :

COMMONWEALTH OF *Massachusetts.*

<span style="font-variant:small-caps">Form.</span> By virtue of An Act of this Commonwealth, made and passed in the year of OUR LORD, One thousand seven hundred and eighty six, entitled, " An ACT for suppressing routs, riots, and tumultuous assemblies, and the evil consequences thereof," I am directed to charge and command, and I do accordingly charge and command, *all persons,* being here assembled, immediately to disperse themselves, and peaceably to depart to their habitations, or to their lawful business, upon the pains inflicted by the said ACT.

GOD Save the COMMONWEALTH.

<span style="font-variant:small-caps">If the persons assembled do not disperse, — officers empowered, &c.</span> And if such persons, assembled as aforesaid, shall not disperse themselves within one hour after proclamation made, or attempted to be made, as aforesaid, it shall be lawful for every such officer to command sufficient aid, and he shall seize such persons, who shall be had before a Justice of the Peace ; and the aforesaid Justice of the Peace, Sheriff or Deputy Sheriff, is hereby further empowered, to require the aid of a sufficient number of persons in arms, if any of the persons assembled as aforesaid shall appear armed : And if any such person or persons shall be killed or wounded, by reason of his or their resisting the persons endeavouring to disperse or seize them, the said Justice, Sheriff, Deputy Sheriff, Constable and their assistants, shall be indemnified and held guiltless.

*And be it further Enacted,* that if any person, being commanded by such Justice, Sheriff, Deputy Sheriff or Constable, as aforesaid, shall refuse or neglect to afford the assistance required, and shall be convicted thereof upon the oath of either of the said Officers, so command-

EXHIBIT 7

HEINONLINE

DATE DOWNLOADED: Wed Apr 19 20:04:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force (1803).

ALWD 7th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public & Permanent Nature, as are Now in Force (1803).

APA 7th ed.
Virginia. (1803). Collection of All Such Acts of the General Assembly of Virginia, of
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.

Chicago 17th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.

McGill Guide 9th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a
Public & Permanent Nature, as are Now in Force (Richmond: Printed by Samuel
Pleasants, Jun., and Henry Pace., 1803)

AGLC 4th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force (Printed by Samuel Pleasants, Jun.,
and Henry Pace., 1803

MLA 9th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace. HeinOnline.

OSCOLA 4th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.          Please note: citations are provided as a
general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

A

# COLLECTION

OF

ALL SUCH

# ACTS

OF THE

# *GENERAL ASSEMBLY*

OF

# VIRGINIA,

OF A PUBLIC AND PERMANENT NATURE, AS
ARE NOW IN FORCE;

———

WITH A

## *NEW AND COMPLETE INDEX.*

———

TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS,
AND CONSTITUTION, OR FORM OF GOVERNMENT.

———

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY,
PASSED ON THE TWENTY-SIXTH DAY OF JANUARY, ONE
THOUSAND EIGHT HUNDRED AND TWO.

———

RICHMOND,

*PRINTED BY SAMUEL PLEASANTS, JUN. AND HENRY PACE.*

M,DCCC,III.

1702.

I, A. B. do swear, that my removal into the State of Virginia, was with no intent of evading the laws for preventing the further importation of slaves, nor have I brought with me any slaves, with an intention of selling them, nor have any of the slaves which I have brought with me, been imported from Africa, or any of the West India Islands, since the first day of November, one thousand seven hundred and seventy-eight. So help me GOD.

Nor to any persons claiming slaves by descent, marriage or devise; nor to any citizens of this Commonwealth, being now the actual owners of slaves within any of the United States and removing such hither; nor to travellers and others making a transient stay, and bringing slaves for necessary attendance, and carrying them out again. *a*

And of citizens claiming slaves by descent, devise, or marriage, or being now the owners & removing them from another state, and travellers carrying them out again.

V.  NO negro or mulatto shall be a witness, except in pleas of the Commonwealth against negroes or mulattoes, or in civil pleas, where negroes or mulattoes alone shall be parties. *a* †

In what cases negroes or mulattoes may or may not be witnesses.

VI.  NO slave shall go from the tenements of his master or other person with whom he lives, without a pass, or some letter or token, whereby it may appear that he is proceeding by authority from his master, employer, or overseer: If he does, it shall be lawful for any person to apprehend and carry him before a Justice of the Peace, to be by his order punished with stripes, or not, in his discretion. *a*

Slaves not to go from home, without passes.

VII.  AND if any slave shall presume to come and be upon the plantation of any person whatsoever, without leave in writing from his or her owner, or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation, to give or order such slave ten lashes on his or her bare back for every such offence. *b*

Coming on the plantations of others without leave from their masters, may be whipped.

VIII.  NO negro or mulatto whatsoever shall keep or carry any gun, powder, shot, club, or other weapon whatsoever, offensive or defensive, but all and every gun, weapon, and ammunition found in the possession or custody of any negro or mulatto, may be seized by any person, and upon due proof thereof made before any Justice of the Peace of the County or Corporation where such seizure shall be, shall by his order be forfeited to the seizor for his own use; and moreover, every such offender shall have and receive by order of such Justice, any number of lashes not exceeding thirty-nine, on his or her bare back, well laid on, for every such offence. *b*

Negroes and mulattoes not to keep or carry arms.

IX.  *PROVIDED nevertheless*, That every free negro or mulatto, being a house-keeper, may be permitted to keep one gun, powder and shot; and all negroes and mulattoes, bond or free, living at any frontier plantation, may be permitted to keep and use guns, powder, shot, and weapons, offensive or defensive, by license from a Justice of Peace of the County wherein such plantation lies, to be obtained upon the application of free negroes or mulattoes, or of the owners of such as are slaves. *b*

Except those living on the frontiers licensed by the justices of the peace.

X.  EVERY person other than a negro, of whose grand-fathers or grand-mothers any one is, or shall have been a negro, although all his other progenitors, except that descending from the negro, shall have been white persons, shall be deemed a mulatto; and so every such person who shall have one fourth part or more of negro blood, shall in like manner be deemed a mulatto. *c*

Who shall be deemed mulattoes.

XI.  RIOTS, routs, unlawful assemblies, trespasses and seditious speeches by a slave or slaves, shall be punished with stripes, at the discretion of a Justice of the Peace, and he who will, may apprehend and carry him, her, or them, before such Justice. *d*

Punishment of slaves for riots, unlawful assemblies, seditious speeches, &c,

XII.  AND to prevent the inconveniences arising from the meetings of slaves, *Be it further enacted*, That if any master, mistress, or overseer of a family, shall knowingly permit or suffer any slave not belonging to him of her, to be and remain upon his or her plantation above four hours at any one time, without leave of the owner or overseer of such slave, he or she so permitting, shall forfeit and pay three dollars for every such offence; and every owner or overseer of a plantation, who shall so permit or suffer more than five negroes or slaves, other than his or her own, to be and remain upon his or her plantation or quarter at any one time, shall forfeit and pay one dollar for each negro or slave above that number; which said several forfeitures shall be to the informer, and recoverable with costs, before any Justice of Peace of the County or Corporation where such offence shall be committed. *e*

No person shall permit the slaves of others to remain on his plantation.

(a) 1.83, ch. 77, sec. 2, 3.  † Altered by act of Dec. sess. 1800, ch. 70; negroes or mulattoes, bond or free, are by that act made legal witnesses against each other.  (b) 22, Geo. 2, ch. 31, sec. 17, 18, 19.  (c) 1793, ch. 78.  (d) 16, ch. 7, sec. 4.  (e) 22, Geo. 2, ch. 31, sec. 12.

EXHIBIT 8



HEINONLINE

DATE DOWNLOADED: Sun May 14 19:55:42 2023
SOURCE: Content Downloaded from _HeinOnline_

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1801 259 .

ALWD 7th ed.
, , 1801 259 .

Chicago 17th ed.
"," Tennessee - 4th General Assembly, 1st Session : 259-261


AGLC 4th ed.
" Tennessee - 4th General Assembly, 1st Session 259

OSCOLA 4th ed.
" 1801 259          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  _https://heinonline.org/HOL/License_
-- The search text of this PDF is generated from  uncorrected OCR text.

grants, deeds, or mesne conveyances not being proved and registered within this state, it shall and may be lawful for such person or persons to prove and register his, her, or their grants, deeds or mesne convey-ances.

Sec. 2. *Be it enacted,* That this act shall be in force until the end of the next stated session of the general assembly.

## CHAP. XXI.

An ACT *to amend an act, entitled,* " An act to ascertain the boundaries of land, and for perpetuating testimony.—PASSED NOVEMBER 6, 1801.

*B*E it enacted by the General Assembly of the State of Tennessee, That all the privileges, benefits, and advantages arising under or accruing to others, by virtue of an act, entitled, " An act to ascertain the boundaries of land, and for perpetuating testimony, passed at Knoxville in the year 1799, shall extend to the citizens resident south of French Broad and Holston, and between the rivers Big Pigeon and Tennessee, holding or claiming, or that may hold or claim land by right of oc-cupancy, so far as may respect their rights to, or the conditional or boundary lines of their respective claims or rights of occupancy and pre-emption in that tract of country, any thing in the proviso to the fourth section of said recited act to the contrary notwithstanding.

## CHAP. XXII.

An ACT *for the restraint of idle and disorderly persons.*—PASSED NOVEMBER 13, 1801.

WHEREAS it becomes necessary for the welfare of the community, to suppress wandering, disorderly and idle persons:

Section 1. BE it enacted by the General Assembly of the State of Tennessee, That any person or persons who have no apparent means of subsistence, or neglect applying themselves to some honest calling for the support of themselves and families, every person so offending, who shall be found sauntering about neglecting his business, and endeavoring to maintain himself by gaming or other undue means, it shall and may be lawful for any justice of the peace of the county wherein such person may be found, on due proof made, to issue his warrant for such offending person, and cause him to be brought before said justice, who is hereby empow-ered, on conviction, to demand security for his good behaviour, and in case of refusal or neglect, to commit him to the goal of the county, for any term not exceeding five days, at the expiration of which time he shall be set at liberty if nothing criminal appears against him, the said offender paying all charges arising from such imprisonment; and if such person shall be guilty of the like offence from and after the space of thirty days, he, so offending, shall be deemed a vagrant, and be subject to one month's imprisonment, with all costs accruing thereon, which if he neglects or refuses to pay, he may be continued in prison until the next court of the county, who may proceed to try the said offender, and if found guilty by a verdict of a jury of good and lawful men, said court may proceed to hire the offender for any space of time not exceeding six months, to make satisfaction for all costs, but if such person or persons so offending, be of ill fame, so that he or they cannot be hired for the costs, nor give sufficient security for the same and his future good behaviour, in that case it shall and may be lawful for the said court to cause the offender to receive not exceeding thirty nine lashes on his bare back, after which he shall be set at liberty, and the costs arising thereon shall become a county charge ; which punishment may

Digitized from Best Copy Available

( 260 )

be inflicted as often as the person may be guilty, allowing thirty days between the punishment and the offence.

Sec. 2. Be it enacted. That it shall not be lawful for any person or persons of ill fame or suspicious character, to remove him or themselves from one county to another in this state, without first obtaining a certificate from some justice of the peace of said county or captain of his company, setting forth his intention in removing, whether to settle in said county, or if travelling, to set forth his business and destination, and if such traveller should be desirous to stay in any county longer than ten days, he shall first apply to some justice of said county for leave, and obtain a certificate for that purpose, setting forth the time of his permission, and if such person shall be found loitering in said county after the expiration of his permit, or fail to obtain the same agreeable to the true intent and meaning of this act, such person or persons so offending, may be apprehended by any person or persons, and carried before some justice of the peace, who may enquire into his character and business; and fine him at his discretion, not exceeding ten dollars : but if said traveller shall be found on examination, to be a person of ill fame, and there is reason to suspect he is loitering in said county for evil purpose, attempting to acquire a living by gambling, or other bad practices, such justice shall have power to commit any person of like character, until he shall find good and sufficient security for his good behaviour, for any time not exceeding ten days, and said justice of the peace or court of the county shall proceed against such offender, in the same manner as is heretofore prescribed for vagrants.

Sec. 3 Be it enacted, That all and every keeper or keepers, exhibitor or exhibitors, of either of the gaming tables commonly called A. B. C. or E. O. tables, or faro bank, or of any other gaming cloth table, or bank of the same, or like kind, under any denomination whatever, shall be deemed and treated as a vagrant, and moreover it shall be the duty of any judge or justice of the peace, by warrant under his hand, to order such gaming table or cloth to be seized and publicly burned or destroyed ; said warrant shall be directed to some one constable within the county, whose duty it shall be, forthwith to execute the same : Provided, That nothing herein contained, shall be so construed as to extend to billiard tables.

Sec. 4. Be it enacted, That it shall not be lawful for any house keeper to harbor any idle person of the character aforesaid, for any longer time than is heretofore specified, under the penalty of twenty dollars for every such offence, to be recovered by warrant before any justice of the peace of the county where the offence is committed.

Sec 5 Be it enacted, That it shall be the duty of each justice of the peace, on information being made on oath to him or them, that there is a person or persons of the aforesaid description, loitering in his or their county, then and in that case he or they shall issue his or their warrant against such person or persons agreeable to this act : And provided, he or they shall neglect or refuse so to do, it shall be deemed a misdemeanor in office, for which he or they shall be impeachable, and on conviction be removed from office.

Sec 6 Be it enacted, That if any person or persons shall publicly ride or go armed to the terror of the people, or privately carry any dirk, large knife, pistol or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice, on his

Digitized from Best Copy Available

( 261 )

own view, or upon the information of any other person on oath, to bind such person or persons to their good behaviour and if he or they fail to find securities, commit him or them to goal and if such person or persons shall continue so to offend, he or they shall not only forfeit their recognizance, but be liable to an indictment, and be punished as for a breach of the peace, or riot at common law.

Sec. 7. *Be it enacted*, That if any person or persons shall unlawfully cut out or disable the tongue, put out an eye, slit a nose, bite or cut off a nose, ear or lip, or cut off or disable any limb or member, or stab any person whatsoever, in doing so, to maim, wound or disfigure in any of the manner before mentioned, such person or persons so offending, their counsellors, aiders and abettors, knowing of, and privy to the offence, shall be and are hereby declared to be felons, and shall suffer as in case of felony : *Provided nevertheless*, he or they shall be entitled to benefit of clergy, and be further liable to an action of damages to the party injured.

Sec. 8. *Be it enacted*, That all fines inflicted by this act, shall be one half to him that will sue for the same, and the other half to the use of the county.

Sec. 9. *Be it enacted*, That all laws and parts of laws, which come within the meaning and purview of this act, are hereby repealed.

CHAP. XXIII.

An ACT *to authorise the several county courts of pleas and quarter sessions to remit and mitigate fines and forfeitures on recognizances as therein mentioned* —(PASSED OCTOBER 12, 1801.)

Section 1. BE it enacted by the General Assembly of the State of Tennessee, That the several courts of pleas and quarter sessions in this state, shall have power to remit or mitigate all fines by them inflicted, and all forfeitures on recognizances, previous to entering final judgment thereon : Provided, a majority or any number not less than nine of the justices of said county be present when such remittance or mitigation shall be made.

Sec. 2. *Be it enacted*, That so much of any other act as comes within the purview and meaning of this act is hereby repealed.

CHAP. XXV.

An ACT *concerning administrations granted on the estates of persons dying intestate, therein mentioned* —(PASSED NOVEMBER 10, 1801.)

WHEREAS heretofore the courts of pleas and quarter sessions, during the being of the temporary government called Franklin, granted administrations on the estates of persons who died intestate, and have issued letters of administration accordingly, in virtue and by authority of which, the persons so administering, have proceeded to administer upon the goods and chattels, rights and credits of their intestates respectively : And whereas it will contribute to the peace and quiet of families, that administrations on such estates, so as aforesaid granted, be deemed and declared valid,

Sec. 1. BE it enacted by the General Assembly of the State of Tennessee, That all administrations granted by any of the said courts of pleas and quarter sessions, and letters of administration by any of the aforesaid courts issued, on the estate or estates of any person who died intestate, and all proceedings in virtue of such letters of administration had and done, of, and concerning any such estate, agreeably to, and in conformi-

Digitized from Best Copy Available

EXHIBIT 9




DATE DOWNLOADED: Fri Mar 31 09:16:42 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1819 39 .

ALWD 7th ed.
, , 1819 39 .

Chicago 17th ed.
"," Indiana - 4th Session : 39-40

AGLC 4th ed.
" Indiana - 4th Session 39

OSCOLA 4th ed.
" 1819 39            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 39 ]

## CHAPTER XXIII.

*AN ACT to prohibit the wearing of conceal-
ed weapons.*

APPROVED, January 14, 1820.

SEC. 1.   *BE it enacted by the General
Assembly of the State of Indiana,* That
any person wearing any dirk, pistol,
sword in cane, or any other unlawful
weapon, concealed, shall be deemed
guilty of a misdemeanor, and on convic-
tion thereof, by presentment or indict-
ment, shall be fined n any sum not ex-
ceeding one hundred dollars, for the use
of county seminaries: *Provided however,*
that this act shall not be so construed as
to affect travellers.

*(margin)* Persons wearing concealed weapons indictable

*(margin)* Proviso

## CHAPTER XXIV.

*AN ACT supplemental to "an act for the
appointment of County Surveyors.*

APPROVED, January 14, 1820.

SEC. 1.   *BE it enacted by the General
Assembly of the State of Indiana,* That
whenever hereafter any dispute may
arise about the division of any land
within this state, wherein the county
surveyor of the county, where the lands
lie, may be a party, or in any manner
interested, it shall be lawful for the Cir-
cuit Court on application of either par-

*(margin)* County surveyor interested in partition Circuit court to appoint surveyor

Digitized from Best Copy Available

[ 40 ]

ty, to appoint some suitable person in said county, whose duty it shall be to proceed to divide the same, for which service, the person so appointed, shall be entitled to the same fees as county surveyors are entitled to, for similar services.

---

## CHAPTER XXV.

*AN ACT authorizing the arrest and securing fugitives from Justice.*

Approved, January 14, 1820.

Sec. 1.   *BE it enacted by the General Assembly of the State of Indiana,* That if any person shall commit any crime in any of the United States, or the territories thereof, and shall flee into this state, it shall be lawful for any Judge of the Supreme or Circuit Court, or justice of the peace, within this state, on the oath or affirmation of any person charging such fugitive with a crime, to issue his warrant, and cause such fugitive to be arrested, and brought before him, and after hearing the proofs and allegations for and against such fugitive, if in the opinion of such Judge or justice, the proof is evident, or presumption strong, as to the guilt of the person charged, it shall be the duty of such Judge or Justice, to commit such fugitive from justice, to the common jail of the county, where such arrest may be made, for any length of time, not exceeding one month,

*Marginal notes:*

Fugitives from justice to be apprehended

Justice to issue his warrant and proceedings thereon

Fugitive to be committed

Digitized from Best Copy Available

EXHIBIT 10




DATE DOWNLOADED: Sat Feb 11 14:09:19 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1821 50 .

ALWD 7th ed.
, , 1821 50 .

Chicago 17th ed.
"," Maine - Public Acts, Revision of 1821, Regular Session : 50-682

AGLC 4th ed.
'' Maine - Public Acts, Revision of 1821, Regular Session 50.

OSCOLA 4th ed.
'' 1821 50

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# CHAPTER LXXVI.

An Act describing the power of Justices of the Peace in Civil and Criminal Cases.

SEC. 1. **BE** it enacted by the Senate, and House of Representatives, in Legislature assembled, That it shall be within the power, and be the duty of every Justice of the Peace within his county, to punish by fine not exceeding five dollars, all assaults and batteries that are not of a high and aggravated nature, and to examine into all homicides, murders, treasons, and felonies done and committed in his county, and commit to prison all persons guilty, or suspected to be guilty of manslaughter, murder, treason or other capital offence; and to cause to be staid and arrested, all affrayers, rioters, disturbers or breakers of the peace, and such as shall ride or go armed offensively, to the fear or terror of the good citizens of this State, or such others as may utter any menaces or threatening speeches; and upon view of such Justice, confession of the delinquent, or other legal conviction of any such offence, shall require of the offender to find sureties to appear and answer for his offence, at the Supreme Judicial Court, or Circuit Court of Common Pleas, next to be held within or for the same county, at the discretion of the Justice, and as the nature or circumstances of the case may require : and for his keeping the peace, and being of the good behaviour, until the sitting of the Court he is to appear before; and to hold to bail all persons guilty or suspected to be guilty of lesser offences which are not cognizable by a Justice of the Peace; and require sureties for the good behaviour of dangerous and disorderly persons; and commit all such persons as shall refuse so to recognize, and find such surety or sureties as aforesaid ; and take cognizance of, or examine into all other crimes, matters and offences, which by particular laws are put within his jurisdiction.

General jurisdiction of Justices of the Peace, and their duty in criminal cases, in arresting, trying, recognizing and committing offenders.

SEC. 2. Be it further enacted, That all fines and forfeitures accruing for the breach of any bye-law, in any town within this State, may be prosecuted for, and recovered before any Justice of the Peace in the town or county where the offence shall be committed, by complaint or information, in the same way and manner other criminal offences are prosecuted before the Justices of the Peace within this State.

Breaches of the bye-laws of towns may be prosecuted before Justices of the Peace.

SEC. 3. Be it further enacted, That any person aggrieved at the sentence given against him, by any justice of the Peace, may appeal therefrom to the next Circuit Court of Common Pleas to be held within the same county, and shall, before his appeal is granted, recognize to the State in such reasonable sum, not less than twenty dollars, as the Justice shall order, with sufficient surety or sureties for his prosecuting his appeal ; and shall be held to produce the copy of the whole process, and all writings filed before the Justice, at the Court appeal-

Persons aggrieved may appeal to the C. Court of Com. Pleas.

Must recognize with sureties,

and produce copies of case at C. C. Common Pleas.

**Failing to prosecute his appeal, his default to be entered.** ed to. And if he shall not there prosecute his appeal, and produce the copies as aforesaid, the Court shall order his default to be noted upon their record. And the said Court may

**Court may order such case to be laid before Grand Jury, or arrest appellant, and affirm sentence, &c.** order the same case to be laid before the Grand Jury, or may issue an attachment against the body of such appellant, and cause him thereby to be brought before them, and when he is so in Court, shall affirm the sentence of the Justice against him, with all additional costs.

**Justices may command assistance of sheriff, deputies and constables at riots, affrays, &c.** SEC. 4. *Be it further enacted,* That each Justice shall have authority to command the assistance of every Sheriff, Deputy Sheriff, Constable, and all other persons present at any affray, riot, assault or battery, and may fine any person refusing such assistance, in a sum not exceeding six dollars; to be disposed of for the use of the town where the offence shall be committed; and levied by warrant of distress on the offender's goods and chattels, and for want thereof on his body.

**Justices may, on their own view, (in absence of sheriff, deputies or constables,) require any person to apprehend offenders.** SEC. 5. *Be it further enacted,* That any Justice of the Peace for the preservation thereof, or upon view of the breach thereof, or upon view of any other transgression of law, proper to his cognizance, done or committed by any person or persons whatever, shall have authority, (in the absence of the Sheriff, Deputy Sheriff or Constable,) to require any person or persons to apprehend and bring before him such offender or of-

**Penalty for refusing to obey such Justice.** fenders. And every person so required, who shall refuse or neglect to obey the said Justice, shall be punished in the same manner as for refusing or neglecting to assist any Sheriff, Deputy Sheriff or Constable in the execution of his office as afore-

**If the Justice be *known* or *declared*—plea of ignorance of his office not admissible.** said. And no person who shall refuse or neglect to obey such Justice, to whom he shall be known, or declare himself to be a Justice of the Peace, shall be admitted to plead excuse on any pretence of ignorance of his office.

**Justices may grant subpœnas for witnesses in criminal cases:** SEC. 6. *Be it further enacted,* That Justices of the Peace within their respective counties, be, and they are hereby authorized and empowered to grant subpœnas for witnesses in all criminal causes pending before the Supreme Judicial Court and Circuit Court of Common Pleas, and before themselves

**But not on behalf of the State without consent of Attorney General, or County Attorney, except before himself.** or any other Justice: *Provided,* That no Justice of the Peace shall grant subpœnas for witnesses to appear in any Court, except before himself, to testify on behalf of the State, unless by the request of the Attorney General or County Attorney. And all Sheriffs, Constables and other officers are directed and empowered to serve any warrant issuing from a Justice of the Peace.

**Justices to account annually to State, County and Town Treasurers for all fines, &c.** SEC. 7. *Be it further enacted,* That the Justices of the Peace shall account annually with the Treasurer of the State, the Treasurer of their respective counties, and the town Treasurer, as the case may be, for all fines by them received or

**Penalty for neglect.** imposed, upon pain of forfeiting the sum of thirty dollars, to be sued for and recovered by the Treasurer of the State, the county or town Treasurer for the time being, to which the said fines may respectively belong.

SEC. 8. *Be it further enacted*, That all civil actions, wherein the debt or damage does not exceed twenty dollars, (and wherein the title of real estate is not in question, and specially pleaded by the defendant,) shall, and may be heard, tried, adjudged and determined by any Justice of the Peace within his county; and the Justices are severally empowered to grant summons, capias and attachment, at the request of any person applying for the same, directed to some proper officer within the same county, empowered by law to execute the same. And such summons or capias and attachment shall be duly served by such officer, seven days at the least before the day therein set for trial, otherwise the party sued shall not be held to answer thereon; and if after such process shall be duly served, the party sued, after being duly called, shall not appear to answer to the same suit, the charge against him in the declaration shall be taken to be true, and the Justice shall give judgment against him for such damages as he shall find the plaintiff to have sustained, with costs; and if the person sued shall appear to defend the suit or oppose the same, the Justice shall award such damages as he shall find the plaintiff to have sustained: *Provided*, That no more damages than the sum of twenty dollars shall be awarded in any action originally brought or tried before a Justice of the Peace; but if the plaintiff shall not support his action, shall fail to prosecute, or become nonsuit, the Justice shall award to the party sued, his reasonable costs, taxed as the law directs. And upon all judgments given by a Justice of the Peace in civil actions, he shall award execution thereon in form by law prescribed.

Justice's jurisdiction in civil actions, (where title to real estate is not in question,) to extend to 20 dollars.

Justices may issue summons, capias, attachment, &c.

—to be served seven days before trial.

Proceedings before Justice.

Judgment, &c. if plaintiff prevail.

Damages not to exceed 20 dollars.

Judgment in case defendant prevail.

Execution.

SEC. 9. *Be it further enacted*, That the amount of the sum or several sums, specified, expressed or supposed to be demanded by the plaintiff in his declaration, shall not be considered as any objection against the Justice's jurisdiction, provided the ad damnum, or damage is not laid or stated to exceed twenty dollars.

Justice to have jurisdiction where the *ad damnum* does not exceed 20 dollars.

SEC. 10. *Be it further enacted*, That any party aggrieved at the judgment of any Justice of the Peace, in a civil action, where both parties have appeared and plead, may appeal therefrom to the next Circuit Court of Common Pleas to be held within the same county; and shall before his appeal is allowed, recognize with a surety or sureties, in such reasonable sum as the Justice shall order, not exceeding thirty dollars, to pay all intervening damages and costs, and to prosecute his appeal with effect; and shall be held to produce a copy of the whole case, at the Court appealed to, and both parties shall be allowed to offer any evidence upon the trial at the Circuit Court of Common Pleas, in the same manner as if the cause had been originally commenced there. And no other appeal shall be had on such action after one trial at the Circuit Court of Common Pleas. And the Circuit Court of Common Pleas, when any person recognized as before men-

Party aggrieved may appeal to C. C. Common Pleas.

—Must recognize to prosecute.

and produce copies at C. C. C. Pleas.

Proceedings in that Court.

No further appeal.

Defendant in trespass failing to bring for-

ward the ac-
tion according
to his recog-
nizance.--Plain-
tiff to have his
damages.
tioned to bring forward an action of trespass, doth neglect to
do it, upon complaint thereof made in writing by the plaintiff,
shall give judgment for such sum in damages, as the plaintiff
hath declared for, together with all reasonable costs which ac-
crued both in the same Court and before the Justice.    And

Appellant fail-
ing to prose-
cute, on com-
plaint judg-
ment may be
affirmed.
the Circuit Court of Common Pleas shall, when any appellant
thereto shall fail to prosecute his appeal, or if he shall neglect
to produce a copy of the case, affirm the former judgment up-
on the appellee's complaint, and award such additional dama-
ges as shall have arisen in consequence of the said appeal, and
cost.

In action of
trespass when
defendant
pleads title to
real estate—
mode of pro-
ceeding before
Justice.
SEC. 11.  *Be it further enacted,* That when an action of tres-
pass shall be  brought before  any Justice of  the Peace,  and
the defendant shall  plead the general  issue, he shall not  be
allowed to offer any evidence that may bring the title of real
estate in question.   And when the defendant in  any such ac-
tion shall plead the title of himself or any other person in jus-
tification, the Justice upon having such plea plead, shall order
the defendant to recognize  to the adverse party in a reasona-
ble sum, with sufficient surety or sureties to enter the said ac-
tion at the next Circuit Court of  Common Pleas to be holden
within the same  county, and to prosecute  the same in the
same manner as  upon an appeal from a Justice's judgment ;
and if such pleader shall refuse so to recognize, the Justice
shall render judgment against him, in the  same manner as if
he had refused to make answer to the same suit.   And either

Appeal allowed
in such cases
from C. C. C.
Pleas to S. J.
Court.
party in such cause, shall be allowed to appeal from the judg-
ment of the Circuit Court of Common Pleas, in the same man-
ner as if the suit had been originally commenced there.

General issue
may be plead
in all actions
before Justices
and special
matter given in
evidence except
where *title* to
real estate is
relied on by de-
fendant.
SEC. 12.  *Be it further enacted,* That in all civil actions tria-
ble before a Justice of the Peace, except such actions of tres-
pass wherein the defendant means to avail himself, by plead-
ing the title of himself or any  other  person under whom  he
claims in  justification of the trespass or  trespasses alleged to
be committed on real estate ;  the defendant shall  be entitled
to all evidence, under the general issue, which by law he might
avail himself of under any special plea in excuse  or justifica-
tion, any law, usage or custom  to the contrary  notwithstand-
ing.

Justices may
grant subpœ-
nas in *all* civil
actions.
SEC. 13.  *Be it further enacted,* That each Justice of  the
Peace may grant subpœnas for witnesses  in all civil  actions
and causes pending before  the Supreme Judicial Court, Cir-
cuit Court of Common Pleas,  Court of Sessions,  and before
him or any other Justices, and in all civil actions  and causes

May adjourn
their Courts by
proclamation:
pending before arbitrators or referees.   And every Justice of
the Peace shall have power by public proclamation to adjourn
the trial of any action brought before him, from time to time,

No Justice to
be of counsel
in any suit be-
fore himself.
when equity may require it ; but he shall not be of counsel to
either party, or undertake to advise or assist any party in suit
before him.

SEC. 14. *Be it further enacted,* That when an executor or administrator shall be guilty of committing waste, whereby he is rendered unable to pay the judgment recovered before any Justice of the Peace, against the goods and estate of the deceased in his hands, out of the same, the Justice may proceed against the proper goods and estate of such executor or administrator, in the same manner as the Circuit Court of Common Pleas are empowered to do. <span style="float:right">In case of waste by executor or administrator, Justice may proceed as C. C. C. Pleas may in such cases.</span>

SEC. 15. *Be it further enacted,* That each Justice of the Peace shall keep a fair record of all his proceedings; and when any Justice of the Peace shall die before a judgment given by him is paid and satisfied, it shall be in the power of any Justice of the Peace in the same county to grant a scire facias upon the same judgment, to the party against whom such judgment was rendered up, for him to show cause if any he hath, why execution should not be issued against him. And although the costs and debt awarded by the deceased Justice when added together, shall amount to more than twenty dollars, it shall be no bar upon such scire facias, but judgment shall be given thereon for the whole debt and cost, together with the cost arising upon the scire facias. *Provided always,* That either party may appeal from the judgment as in other personal actions, where judgment is given by a Justice of the Peace. And every Justice of the Peace who shall have complaint made to him, that a judgment given by a Justice of the same county then deceased, remains unsatisfied, shall issue his summons to the person in whose possession the record of the same judgment is, directing him to bring and to produce to him the same record ; and if such person shall contemptuously refuse to produce the same record, or shall refuse to be examined respecting the same, upon oath, the Justice may punish the contempt by imprisonment, until he shall produce the same, or until he submits to be examined as aforesaid; and when the Justice is possessed of such record, he shall transcribe the same upon his own book of records, before he shall issue his scire facias ; and shall deliver the original back again to the person who shall have produced it, and a copy of such transcription, attested by the transcribing Justice, shall be allowed in evidence in all cases, where an authenticated copy of the orignal might be received. <span style="float:right">Justice to keep record of his proceedings.<br>When Justice shall die before a judgment given by him is satisfied, what proceedings to be had.<br>Appeal allowed to either party.<br>Justice to whom complaint is made in such cases, may summon the person possessing the record to produce it.<br>Punishment for refusal so to do.<br>Duty of the Justice when the record is produced, to transcribe it into his own records.<br>Copy of such transcript to be evidence.</span>

SEC. 16. *Be it further enacted,* That all Justices of the Peace before whom actions may be commenced under former commissions, and such commissions shall expire before judgment shall be rendered thereon, or judgment being rendered, the same remains in whole or in part unsatisfied, such Justices of the Peace who shall hereafter have their said commissions seasonably renewed, and being duly qualified agreeably to the Constitution of this State, to act under such commissions, be and they hereby are authorized and empowered to render judgment, and issue execution on all such ac- <span style="float:right">Justices, whose commissions expire before judgment or satisfaction, may proceed, under a new commission, seasonably obtained. to render judgment, &c.</span>

37

tions, commenced as aforesaid, in the same manner as if the commissions under which such actions may be commenced, were in full force.

[Approved March 15, 1821.]

———— :oo:————

## CHAPTER LXXVII.

An Act providing a speedy Method of recovering Debts, and for preventing unnecessary costs attending the same.

*Justices may take recogniz- ances for debts.* SEC. 1. BE it enacted by the Senate and House of Representatives, in Legislature assembled, That every Justice of the Peace in this State shall have power within his county to take recognizances for the payment of debts of any person who shall come before him for that purpose : which recognizance may be in substance as follows :—

*Form of recog- nizance.* Know all men, that I, A. B. of      , in the County of      , do owe unto C. D. of      , the sum of      , to be paid to the said C. D. on the      day of      ; and if I shall fail of the payment of the debt aforesaid, by the time aforesaid, I will and grant that the said debt shall be levied of my goods and chattels, lands and tenements, and in want thereof of my body.  Dated at      , this      day of      , in the year of our Lord      .  Witness, my hand and seal      A. B.
ss.  Acknowledged the day and year last abovesaid. Before E. F. Justice of the Peace.

*To be recorded by the Justice.* SEC. 2.  Be it further enacted,  That every Justice of the Peace taking any such recognizance, shall immediately record the same at large in a book to be kept by him for that purpose ;  and after the same is recorded, may deliver it to *Execution may issue thereon within 3 years.* the Conusee ;  and upon the Conusee's lodging the same with the said Justice, at any time within three years from the time when the same is payable, and requesting a writ of execution, it shall be the duty of such Justice to issue a writ of execution thereon for such sum as shall appear to be due on the same ;  which writ of execution shall be in substance as follows :

State of Maine.

(SEAL.)  To the Sheriff of the County of      , or his deputy, or either of the Constables of the town of      , in said County,                                     Greeting.
*Form of execu- tion.* Because A. B. of      , in the County of      , on the      day of      , in the year of our Lord      before E. F. Esq. one of the Justices of the Peace for the said County of      , acknowledged that he was indebted to C. D. of      , in the county of      in the sum of      which he ought to have paid on the      day of      , and      remains unpaid as it is said : We command you therefore, that of the goods, chattels or real estate of the said A. B. within your precinct, you cause to be paid and satisfied unto the said C. D. at the value

EXHIBIT 11

Judge or jus-
tice to bind over
persons going ar-
med.

pistol, or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice on his own view, or upon the information of any other person on oath, to bind such person or persons to their good behavior, and if he or they fail to find securities, commit him or them to jail; and if such person or persons shall continue so to offend, he or they shall not only forfeit their recognizance, but be liable to an indictment, and be punished as for a breach of the peace, or riot, at common law.

## 1821—CHAPTER 13.

Five dollars fine
for carrying cer-
tain weapons.

SEC. 1. Every person so degrading himself by carrying a dirk, sword cane, Spanish stiletto, belt or pocket pistols, either public or private, shall pay a fine of five dollars for every such offence, which may be recovered by warrant before any justice of the peace, in the name of the county for its use, in which the offence may have been committed; and it shall be the duty of a justice to issue a warrant on the application, on oath, of any person applying; and it shall be the duty of every judge, justice of the peace, sheriff, coroner, and constable within this state, to see that this act shall have its full effect: *Provided*, that nothing herein contained shall affect any person that may be on a journey to any place out of his county or state.

Officers to at-
tend to this act.

## 1825—CHAPTER. 19.

Sheriff or other
officer to arrest
persons suspect-
ed of carrying
arms to commit
a breach of the
peace.

SEC. 1. When any sheriff, coroner, or constable, shall know of his own knowledge, or upon the representation of any person, or if he or they, shall have good reason to suspect, any person of being armed with the intention of committing a riot or affray, or of wounding or killing any person, it shall be the duty of all such officers, immediately to arrest all such persons so suspected, and return them before some justice of the peace, whose duty it shall be, upon proof being made, that there was reasonable ground to suspect such person or persons for being armed, with intent to disturb or commit a breach of the peace, to bind such person or persons in a bond with two or more good and sufficient securities, in a sum of not less than two hundred and fifty dollars, and not exceeding two thousand dollars, conditioned for his or their good behavior and peaceable deportment for the term of twelve months thereafter.

Justices to cause
such persons to
be arrested.

SEC. 2. If any justice of the peace shall know of his knowledge, or have reasonable cause to suspect, any person or persons of being armed with intent to commit a breach of the peace, it shall be the duty of such justice of the peace, to cause such offender or offenders, to be arrested and immediately brought before him or some other justice for examination, and upon its being satisfactorily made to appear, that such person or persons was armed or about to be armed with intent to commit a breach of the peace, such justice shall bind such offender or offenders in bond and security, as specified in the first section of this act.

Bonds how

SEC. 3. The bonds by this act required to be given, shall be made payable to the chairman of the county court in which the same shall cuted, and his successors in office, and shall be filed in the office

Digitized by Google

EXHIBIT 12

THE

# REVISED STATUTES

OF THE

## Commonwealth of Massachusetts,

**PASSED NOVEMBER 4, 1835;**

TO WHICH ARE SUBJOINED,

AN ACT IN AMENDMENT THEREOF, AND AN ACT EXPRESSLY TO
REPEAL THE ACTS WHICH ARE CONSOLIDATED THEREIN,

**BOTH PASSED IN FEBRUARY 1836;**

AND TO WHICH ARE PREFIXED,

## THE CONSTITUTIONS

OF THE

### United States and of the Commonwealth of Massachusetts.

PRINTED AND PUBLISHED, BY VIRTUE OF A RESOLVE OF NOV. 3, 1835;

UNDER THE SUPERVISION AND DIRECTION OF

THERON METCALF AND HORACE MANN.



## Boston:
PUBLISHED BY DUTTON & WENTWORTH, STATE PRINTERS.
Nos. 10 & 12 Exchange Street.

1836.

said, may, on giving the security required, appeal to the court of common pleas, next to be held in the same county, or, in the city of Boston, to the municipal court.

*On appeal, witnesses to recognize.*  Sect. 10.   The magistrate, from whose order an appeal is so taken, shall require such witnesses, as he may think necessary to support the complaint, to recognize for their appearance at the court to which the appeal is made.

*Proceedings on appeal.*  Sect. 11.   The court, before which such appeal is prosecuted, may affirm the order of the justice, or discharge the appellant, or may require the appellant to enter into a new recognizance, with sufficient sureties, in such sum, and for such time, as the court shall think proper, and may also make such order, in relation to the costs of prosecution, as may be deemed just and reasonable.

*Recognizance, when to remain in force.*  Sect. 12.   If any party appealing shall fail to prosecute his appeal, his recognizance shall remain in full force and effect, as to any breach of the condition, without an affirmation of the judgment or order of the magistrate, and shall also stand as a security for any costs, which shall be ordered, by the court appealed to, to be paid by the appellant.

*Persons committed for not recognizing, how discharged.*  Sect. 13.   Any person, committed for not finding sureties, or refusing to recognize, as required by the court or magistrate, may be discharged by any judge or justice of the peace, on giving such security as was required.

*Recognizances to be transmitted to the court.*  Sect. 14.   Every recognizance, taken pursuant to the foregoing provisions, shall be transmitted by the magistrate to the court of common pleas for the county, or, in the city of Boston, to the municipal court, on or before the first day of the next term, and shall be there filed of record by the clerk.

*— when to be required on view of the court or magistrate.*  Sect. 15.   Every person who shall, in the presence of any magistrate mentioned in the first section of this chapter, or before any court of record, make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person, who in the presence of such court or magistrate, shall contend with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, or being of good behavior, for a term not exceeding three months, and in case of refusal, may be committed, as before directed.

*Persons who go armed may be required to find sureties for the peace, &c. 1794, 26, § 2.*  Sect. 16.   If any person shall go armed with a dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury, or violence to his person, or to his family or property, he may, on complaint of any person having reasonable cause to fear an injury, or breach of the peace, be required to find sureties for keeping the peace, for a term not exceeding six months, with the right of appealing as before provided.

*Court may remit part of penalty. 7 Mass. 397. 1810. 80.*  Sect. 17.   Whenever, upon a suit brought on any such recognizance, the penalty thereof shall be adjudged forfeited, the court may remit such portion of the penalty, on the petition of any defendant, as the circumstances of the case shall render just and reasonable.

*Surety may surrender his*  Sect. 18.   Any surety in a recognizance to keep the peace, or for good behavior, or both, shall have the same authority and right

EXHIBIT 13

DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from _HeinOnline_

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368

AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  _https://heinonline.org/HOL/License_
-- The search text of this PDF is generated from  uncorrected OCR text.

# L A W S

OF THE

# S T A T E   O F   M I S S I S S I P P I,

PASSED AT A CALLED SESSION,

OF THE

# L E G I S L A T U R E, .

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

———— *H*₈

JACKSON:
PRINTED BY G. R. FALL.

1837.

**290**          LAWS OF MISSISSIPPI.

<span style="font-variant: small-caps">rate town or city.</span> any corporate city or town, or any other town or public place, in this state, and shall in such fight use any rifle, shot gun, sword, sword cane, pistol, dirk, bowie knife, dirk knife, or any other deadly weapon; or if any person shall be second or aid in such fight, the persons so offending shall be fined not less than three hundred dollars, and shall be imprisoned not less than three months; and if any person shall be killed in such fight, the person so killing the other may also be prosecuted and convicted as in other cases of murder.

<span style="font-variant: small-caps">Certain persons compelled to give evidence.</span> § 6. *Be it further enacted,* That if any person shall offend against any of the provisions of this act, such person shall be a competent witness against any other person offending in the same transaction, and may be compelled to appear and give evidence before any justice of the peace, grand jury or court, in the same manner as other witnesses, but the testimony so given shall not be used in any prosecution or proceeding civil or criminal, against the person so testifying.

<span style="font-variant: small-caps">Duty of grand jurors, justices, &c.</span> § 7. *Be it further enacted,* That it shall be the duty of all grand jurors, justices of the peace, constables, members of boards of county police, sheriffs, and other peace officers, without delay, to give information against, and prosecute every person who shall be guilty of a violation of any of the provisions of this act, and all costs and expenses they may incur on account of the same, shall be paid on conviction, by the defendant, and if he shall be unable to pay the same, or be acquitted, then such cost and expenses shall be paid out of the state treasury.

<span style="font-variant: small-caps">Survivor in a duel to</span> § 8. *Be it further enacted,* That if any

duel shall be fought contrary to the provis- pay debts of the person he kills.
ions of this act, or if any person shall be
guilty of fighting in any incorporate town
or city, or any other town or public place
in this state, and the parties or either of
them shall use any rifle, shot gun, sword
cane, pistol, dirk, dirk knife, bowie knife, or
any other deadly weapon, contrary to the
provisions of this act, and either of the par-
ties combatant shall be killed, or shall die
within ninety days of any wound received
in any such duel or fight, the party surviving
shall be, and he is hereby held chargeable
with the payment of the debts of his antag-
onist so killed by him, and the estate of the
party so killed shall be exhonerated from
the payment of such debts, until the surviv-
ing party shall be first duly prosecuted to
insolvency, and the person or persons to
whom the combatant so killed in such duel,
or fight, shall be indebted, may prosecute to
judgment and execution any action of debt
or assumpsit against such surviving party,
which such person could have maintained
against such party so killed, and in his de-
claration it shall be sufficient to set forth in
substance the description of the judgment,
bill, bond, note, assumpsit, or account, by
which the deceased in his life time was in-
debted to the plaintiff, and to aver that the
defendant and the deceased had fought a
duel contrary to the provisions of this act, or
had fought in an incorporated city or town,
or other town or public place in this state,
and had in such fight used a rifle, shot gun,
sword, sword cane, pistol, dirk, dirk knife,
bowie knife, or other deadly weapon, con-
trary to the meaning and intent of this act,
and that in such duel or fight, the defendant
had unlawfully killed the deceased, or had

**292**          **LAWS OF MISSISSIPPI.**

given the deceased, in such duel or fight, a mortal wound, of which, within ninety days the deceased had died, and that in consideration of which the defendant had become bound to pay to the plaintiff the amount of money mentioned in such judgment, bill, bond, note, assumpsit, or account, and upon proving the same, the said plaintiff shall have verdict, judgment, and execution against the defendant, which shall appear to have been justly due, and owing from the deceased to the plaintiff, at the time of the commencement of such suit, any law usage or custom to the contrary notwithstanding.

*Penalty for unlawfully using deadly weapons.*   § 9. *Be it further enacted,* That if any person having, or carrying any dirk, dirk knife, bowie knife, sword, sword cane, or other deadly weapon, shall, in the presence of three or more persons, exhibit the same in a rude, angry and threatening manner, not in necessary self defence, or shall in any manner unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof in the circuit or criminal court of the proper county, shall be fined in a sum not exceeding five hundred dollars, and be imprisoned not exceeding three months.

*Duty of circuit judges.*   § 10. *Be it further enacted,* That it shall be the duty of the judges of the circuit courts to give this act in charge to the grand jury at each term of their respective courts, *To take effect.* and that this act shall be in force and take effect from and after the fourth day of July, one thousand eight hundred and thirty-seven.

Approved, May 13, 1837.

EXHIBIT 14



DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368

AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# L A W S

OF THE

## S T A T E   O F   M I S S I S S I P P I,

### PASSED AT A CALLED SESSION,

OF THE

## L E G I S L A T U R E,

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

———— //.

JACKSON:
PRINTED BY G. R. FALL.
1837.

AN ACT to incorporate the town of Sharon, in the county of Madison, and for other purposes.

§ 1. *Be it enacted by the legislature of the state of Mississippi,* That the town of Sharon, in the county of Madison be, and the same is hereby incorporated, and that the corporate limits of said town shall run to the four cardinal points, and form o _ mile and a half square, to be laid off in such manner, so that the centre of the town of Sharon, as at present laid off and surveyed, shall be the centre of the said corporate limits. *(Town of Sharon incorporated)*

§ 2. *Be it further enacted,* That every free white male person having attained the age of twenty-one years, and shall have resided within the corporate limits of said town, four months, and twelve months within this state next preceding an election, for town officers, shall be a qualified elector and eligible to any town office. *(Votes.)*

§ 3. *Be it further enacted,* That the qualified electors of said town, are hereby authorized to hold an election in the town of Sharon, on the first Wednesday in July next, between the hours of ten o'clock, A. M., and four o'clock P. M., for the porpose of electing five persons, as counsellors, a justice, treasurer, recorder, and constable, who shall serve until the first regular annual election, or until their successor shall be elected, and that the annual election shall be held in said town, in some suitable house on or near the public square, on the first Wednesday in January, in each and every year, between the hours of ten o'clock in the morning, and four o'clock in the evening, and that the justice of the peace elected in pursuance of this act, after being commissioned by the governor, shall by virtue of his *(First election.)*

office, be president of the council, and be entitled to all the emoluments and immunities of other magistrates of said county, and in case of his absence any member of the council may be called to the chair and execute the duties of the president *pro tempore.*

General powers.    § 4. *Be it further enacted,* That the president and counsellors shall be a body corporate and politic of the town of Sharon, by the name and style of the president and council of the town of Sharon, and as such they and their successors in office shall be capable of suing and being sued, of pleading and being impleaded, of defending and being defended, in all manner of suits and actions either in law or equity, and also receive donations, give, grant, sell, convey and contract, and do any and all other such acts which are incident to bodies corporate and politic.

By-laws.    § 5. *Be it further enacted,* That the president and council shall have power to pass all necessary by-laws for the good order and government of said town, not inconsistent with the constitution and laws of this state, or the United States, whereby education and morality may be promoted, and the retailing and vending of ardent spirits, gambling and every species of vice and immorality may be suppressed, together with the total inhibition of the odious and savage practice of wearing dirks, bowie knives, or pistols, and in their corporate capacity they may inflict a penalty on any person for a violation of any such by-laws, not exceeding fifty dollars for any offence, recoverable with cost before any justice of the peace for said county, in the name of the president and council, for the use and benefit of said town.

Officers.    § 6. *Be it further enacted,* That the cor-

EXHIBIT 15



DATE DOWNLOADED: Fri Apr 21 16:52:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1839 384 .

ALWD 7th ed.
, , 1839 384 .

Chicago 17th ed.
"," Mississippi - Adjourned Session : 384-387

AGLC 4th ed.
'' Mississippi - Adjourned Session 384

OSCOLA 4th ed.
'' 1839 384             Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

OF THE

## STATE OF MISSISSIPPI :

### PASSED AT AN ADJOURNED SESSION

### OF THE LEGISLATURE,

HELD IN THE

### CITY OF JACKSON,

## FROM JANUARY 7, TO FEBRUARY 16, A. D. 1839.

---

JACKSON :

B. D. HOWARD, STATE PRINTER.

1839.

384        LAWS OF MISSISSIPPI.

## CHAPTER 168.

### AN ACT to Incorporate the Town of Emery, in the County of Holmes.

*Incorporation.* SECTION 1. *Be it enacted, by the Legislature of the State of Mississippi,* That the town of E-mery, in the county of Holmes, be, and the *Limits.* same is hereby, incorporated, and that the corporate limits of the said town shall run to the four cardinal points, and form one mile square, to be laid off in such manner so that the centre of the said town, as at present laid off and surveyed, shall be the centre of the said corporate limits.

*Qualifications of voters, &c.* SEC. 2. *And be it further enacted,* That every free white male person, having attained the age of twenty-one years, and having resided in the state twelve months, and in the corporate limits of said town four months next preceding an election for town officers, shall be a qualified elector, and eligible to any town office.

*Election of town-officers, when.* SEC. 3. *And be it further enacted,* That the qualified electors of said town are hereby authorized to hold an election in the said town of Emery, on the first Monday in March next, between the hours of ten o'clock a. m. and four o'clock p. m., for the purpose of electing five persons as aldermen; also, a mayor, treasurer, *Term of service.* recorder, and constable; who shall serve until the first regular annual election, or until their *Annual elections, when held, &c.* successors are duly elected and qualified; and that the annual election shall be held in said town on the first Wednesday of January in each and every year, between the hours of ten o'clock in the morning and four o'clock in the

evening; and that the mayor elected in pursuance of this act shall be commissioned by the governor as a justice of the peace; he shall preside at each meeting of the board of mayor and aldermen of said town, and by virtue of his office shall have power to perform all such duties, and receive like emoluments and immunities, as are performed and received by other magistrates in the said county; but in case of his absence from any meeting of the said board of aldermen, any member thereof may be called to the chair, and execute the duties of the president, pro tempore.

*Mayor to be commissioned by governor. Duties, &c.*

*In absence of mayor, who to preside.*

SEC. 4. *And be it further enacted,* That the said mayor and aldermen shall be a body corporate and politic, by the name and style of the mayor and aldermen of the town of Emery; and, as such, they and their successors in office shall be capable of sueing and being sued, of pleading and being impleaded, of defending and being defended, in all manner of suits and actions either in law or equity; and also receive donations, purchase, give, grant, sell, convey, and contract, and do any and all other such acts as are incident to bodies corporate and politic.

*Body corporate and politic—name and style.*

*Privileges, liabilities &c*

SEC. 5. *And be it further enacted,* That said mayor and aldermen shall have power to pass all necessary by-laws for the good order and government of said town, not inconsistent with the constitution and laws in this state and the United States, whereby education and morality may be promoted, and the retailing and vending of ardent spirits, gambling, and every species of vice and immorality, may be suppressed, together with the total inhibition of the odious and savage practice of wearing dirks and bowie-knives or pistols; and in their corporate

*Powers of mayor and aldermen.*

386                    LAWS OF MISSISSIPPI.

capacity they may inflict a fine or penalty on any person for a violation of any such by-laws, not exceeding fifty dollars for any offence, recoverable, with costs, before any justice of the peace for said county, in the name of said corporation, for the use and benefit of said town.

State laws, legalizing sale of liquor or gaming, not to apply to town.

And that no law of the state, now in force, or that hereafter may be passed, legalizing either retailing or vending spirituous liquors, or any species of gaming, shall apply in any respect to said corporation ; nor shall the said mayor

Authority not to be given to sell liquor or to game, unless upon petition, &c.

and aldermen have power by any by-laws to authorize any person to sell spirituous liquors either in large or small quantities, or to authorize any species of gaming in said corporation, unless upon petition, signed by at least three-fourths of the citizens of said town.

District entitled to justice and constable.

SEC. 6. *And be it further enacted*, That the corporate limits of said town of Emery are hereby declared to be a district entitled to a justice of the peace and constable; and the said mayor and constable, when elected and com-

Duties and emoluments

missioned by the governor, shall each be subject to perform all the duties, and receive all such profits, as are performed and received by other justices of the peace and constables of this state.

Mayor to prescribe duties of treasurer & recorder.

SEC. 7. *And be it further enacted*, That the duties, responsibilities, and compensation, of the treasurer and recorder, shall be prescribed by the said mayor and aldermen.

Town tax.

SEC. 8. *And be it further enacted*, That for the purposes of revenue, the said mayor and aldermen may tax such property as is liable to taxation under the existing laws of this state :

Proviso.

*Provided*, such tax shall not exceed fifty cents on each white poll, fifty cents on each slave,

and twelve and one-half cents on every hundred dollars' worth of other personal and real estate, within the limits of said town, in any one year; and the money so raised shall be appropriated, by the said mayor and aldermen, exclusively for the use and benefit of said town.

SEC. 9. *And be it further enacted,* That the citizens of said town, subject to road duties, shall be exempt from such duties beyond its corporate limits; and the said mayor and aldermen may release them from such labor within said limits, upon their paying an equivalent therefor, not to exceed nine dollars in any one year. *(Citizens exempt from road duties out of corporation. May be released from working on streets, upon paying equivalent.)*

SEC. 10. *And be it further enacted,* That if from any cause the said board should not be constituted as contemplated by this act, any three citizens of said town may call a meeting, at any time, for the purposes of such election, by giving ten days' previous notice, by advertisement set up in said town; and such election shall be as valid as though it had been held on the regular appointed days therefor. *(Should b'rd not be constituted, &c. three citizens may call meeting, &c. Validity of election.)*

SEC. 11. *And be it further enacted,* That when said board has been organized, the said mayor may call a meeting at any time, by giving five days' notice; that a majority shall constitute a quorum; that in case of a tie, the mayor shall give the casting vote; and that the said board shall have power to fill all vacancies which may occur in their body from one annual election to the next succeeding one. *(When board organized, mayor may call meeting. Quorum. Mayor to give casting vote in ties. Board to fill vacancies.)*

SEC. 12. *And be it further enacted,* That this act shall take effect and be in force from and after its passage. *(When act to take effect.)*

Approved, February 15, 1839.

EXHIBIT 16



DATE DOWNLOADED: Fri Apr 21 18:04:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1840 179 .

ALWD 7th ed.
, , 1840 179 .

Chicago 17th ed.
"," Mississippi - Regular Session : 179-182


AGLC 4th ed.
" Mississippi - Regular Session 179

OSCOLA 4th ed.
" 1840 179            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

OF THE

# STATE OF MISSISSIPPI,

## PASSED AT A REGULAR SESSION

### OF THE LEGISLATURE,

HELD IN THE

### CITY OF JACKSON,

IN THE MONTHS OF JANUARY AND FEBRUARY, A. D. 1840.

PRINTED BY AUTHORITY.

JACKSON:
C. M. PRICE, STATE PRINTER.
::::::::::::::
1840.

words five years, be, and the same is hereby, repealed.

Sec. 5. *And be it further enacted*, That this act be in force from and after its passage.

Approved February 18th, 1840.

———

## CHAPTER 111.

AN ACT to incorporate the Town of Hernando, in the County of De Soto.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That the town of Hernando, in the county of De Soto, be, and the same is hereby, incorporated and bounded as follows, to wit; The whole of Section thirteen, in township three, and range eight, West, and the West half of Section eighteen, township three, and range seven, West. *(Town incorporated.)* *(Boundary of town.)*

Sec. 2. *Be it further enacted*, That every free white male person, having attained the age of twenty-one years, and having resided in the State twelve months, and in the corporate limits of said town four months next preceding an election for town officers, shall be a qualified elector and eligible to any town office. *(Qualifications of Electors.)*

Sec. 3. *Be it further enacted*, That the Sheriff of said county, for the time being, is hereby authorized to hold an election in said town of Hernando, on the first Monday in July next, (by giving ten days previous notice,) between the hours of ten o'clock, A. M., and four o'clock, P. M., for the purpose of electing five persons as aldermen; also, one mayor, treasu- *(Duty of Sheriff to hold first Election for town officers; when, &c.)*

EXHIBIT 17

DATE DOWNLOADED: Fri Apr 21 19:11:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

ALWD 7th ed.
. Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

APA 7th ed.
(1841). Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta,
W.R. Smith, Printers to the State.

Chicago 17th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith,
Printers to the State.

McGill Guide 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (Augusta: W.R. Smith,
Printers to the State., 1841)

AGLC 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (W.R. Smith, Printers
to the State., 1841

MLA 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith,
Printers to the State. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith,
Printers to the State.            Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

THE

# REVISED STATUTES

OF THE

## STATE OF MAINE,

PASSED OCTOBER 22, 1840;

TO WHICH ARE PREFIXED

## THE CONSTITUTIONS

OF THE

### United States and of the State of Maine,

AND TO WHICH ARE SUBJOINED THE OTHER

## PUBLIC LAWS OF 1840 AND 1841,

WITH AN

## APPENDIX.

---

PRINTED AND PUBLISHED IN COMPLIANCE WITH A RESOLVE OF OCTOBER 22, 1840.

---

### Augusta:

PUBLISHED BY WILLIAM R. SMITH & Co., PRINTERS TO THE STATE.

1841.

refusing to recognize, as required by the court or magistrate, may **CHAP. 169.**
be discharged by any judge or justice of the peace, on giving such may be taken
security, as was required. after commitment.

SECT. 14.   Every recognizance, taken pursuant to the foregoing Return of such
provisions, shall be transmitted to the district court, on or before the recognizance.
first day of the next ensuing term, and shall there be filed by the
clerk, as of record.

SECT. 15.   Whoever, in the presence of any magistrate, men- When magistrate may re-
tioned in the second section of this chapter, or before any court of quire sureties,
record, shall make any affray or threaten to kill or beat another, or without a for-
commit any violence against his person or property, or shall con- &c.
tend, with hot and angry words, to the disturbance of the peace,
may be ordered, without process or any other proof, to recognize
for keeping the peace, or being of the good behavior for a term, not
exceeding three months, and, in case of refusal, may be committed
to prison as before directed.

SECT. 16.   Any person, going armed with any dirk, dagger, Persons going
sword, pistol, or other offensive and dangerous weapon, without a armed, without
reasonable cause to fear an assault on himself, or any of his family cause.
or property, may, on the complaint of any person having cause to 1821, 76, § 1.
fear an injury or breach of the peace, be required to find sureties
for keeping the peace for a term, not exceeding one year, with the
right of appeal as before provided.

SECT. 17.   In a suit, on such recognizance taken in a criminal Power of court,
case, if a forfeiture is found or confessed, the court, on petition, penalty of a re-
may remit the penalty, or such part of it as they may think proper, cognizance.
on such terms as they may think right. 1821, 50, § 4.

SECT. 18.   Any surety in a recognizance may surrender the Sureties on re-
principal in the same manner, as if he had been his bail in a civil cognizances
cause, and, on such surrender, shall be discharged from all liability their principals
for any act of the principal after such surrender, which would be a bail in civil ac-
breach of the recognizance ; and, upon such surrender, the princi- tions.
pal may recognize anew with sufficient surety or sureties for the
residue of the term, before any justice of the peace, and shall
thereupon be discharged.

# CHAPTER 170.

### OF THE POWER AND PROCEEDINGS OF JUSTICES OF THE PEACE IN CRIMINAL CASES.

SECT. 1. Justices may require aid, on view,
        without a warrant.
   2. Their jurisdiction.
   3. When a justice shall issue his war-
      rant.
   4. Examination, on trial, of the party
      accused.
   5. Of commitment or binding over to
      a higher court.

SECT. 6. Duty of justices, as to arrests, and
        examinations into treasons, felon-
        ies, &c.
   7. Trial and sentence within their ju-
      risdiction.
   8. Respondent may appeal ; but re-
      quired to recognize.
   9. To carry up copies of the case.

rer, recorder and constable, who shall serve until their successors are duly elected and qualified; and that the annual election shall be held in said town on the first Monday in July in each and every year, between the hours of ten o'clock in the morning and four o'clock in the evening, and that the mayor elected in pursuance of this act shall be commissioned by the Governor as a justice of the peace; he shall preside at each meeting of the Board of mayor and aldermen of said town, and by virtue of his office shall have power to perform all such duties, and receive like emoluments and immunities as are performed and received by other magistrates in said county; but in case of his absence from any meeting of the said Board of Aldermen, any member thereof may be called to the chair.

*Mayor to be comm'd. a Justice of the peace.*

*Absence of the mayor at any meeting.*

Sec. 4. *Be it further enacted,* That the said mayor and aldermen shall be a body corporate and politic, by the name and style of the mayor and aldermen of the town of Hernando; and, as such, they and their successors in office shall be capable of suing and being sued, of pleading and being impleaded, of defending and being defended, in all manner of suits and actions, either in law or equity, and also receive donations, purchases, give, grant, sell, convey and contract, and do any and all other such acts as are incident to bodies corporate and politic.

*Name and style in law.*

*Powers.*

Sec. 5. *Be it further enacted,* That said mayor and aldermen shall have power to pass all necessary by-laws for the good order and government of said town, not inconsistent with the constitution and laws of this State, and the United States, whereby education and mo-

*Power to pass by-laws, etc.*

LAWS OF MISSISSIPPI. 181

rality may be promoted, and the retailing and vending ardent spirits, gambling, and every species of vice and immorality may be suppressed, together with the exhibition of the orders and savage practice of wearing dirks and bowie knives or pistols; and, in their corporate capacity, they may inflict a fine or penalty on any person for a violation of such by-laws, not exceeding fifty dollars for any offence, recoverable, with costs, before their mayor or any justice of the peace for said county, in the name of said corporation, for the use and benefit of said town.

*Punishments and fines.*

Sec. 6. *Be it further enacted,* That the corporate limits of said town of Hernando are hereby declared to be a district, entitled to a justice of the peace and constable; and that said mayor and constable, when elected and commissioned by the Governor, shall each be subject to perform all the duties and receive all such profits, as are performed and received by other justices of the peace and constables of this State.

*Corporate limits.*

*Mayor and Constable to be commissioned.*

Sec. 7. *Be it further enacted,* That the duties, responsibilities, and compensation of the treasurer and recorder, shall be prescribed by the said mayor and aldermen.

*Treasurer's duties and compensation.*

Sec. 8. *Be it further enacted,* That for the purposes of revenue, the said mayor and aldermen may tax such property as is liable to taxation under the existing laws of this State; *Provided,* such tax shall not exceed fifty cents on each white poll, fifty cents on each slave, and twelve and one half cents on every hundred dollars' worth of personal or real estate within the limits of said town, in any one year; and the money so raised shall be appro-

*Town revenue—how to be raised.*

*Limits of Tax.*

*Manner of appropriating money*

15

priated by the said mayor and aldermen, exclusively, for the use and benefit of said town.

Sec. 9. *Be it further enacted,* That the citizens of said town, subject to road duties beyond its corporate limits, shall be exempt from such duties beyond its corporate limits; and the said mayor and aldermen may release them from such labour within said limits, upon their paying an equivalent therefor, not to exceed nine dollars in any one year.

*Citizens of town exempt from Road duties.*

*Terms of release from labor.*

Sec. 10. *Be it further enacted,* That if from any cause the said Board should not be constituted as contemplated by this act, any three citizens of said town may call a meeting at any time for the purpose of such election, by giving ten days previous notice, by advertisement set up in said town; and such election shall be as valid as though it had been held on the regular appointed days therefor.

*Should the Board from any cause not be organized,— then, three citizens may cause an election to be held.*

Sec. 11. *Be it further enacted,* That when said Board has been organized, the said mayor may call a meeting at any time by giving five days notice; that a majority shall constitute a *quorum;* that in case of a tie, the mayor shall give a casting vote; and that the said Board shall have power to fill all vacancies which may occur in their body, from one annual election to the next succeeding one.

*Mayor may call meetings of the Board.*

Sec. 12. *And be it further enacted,* That all acts and parts of acts coming within the meaning and purview of the provisions of this act, shall be null and void.

*Contravening acts, repealed.*

Approved February 18, 1840.

EXHIBIT 18

# HEINONLINE

DATE DOWNLOADED: Sun Apr 23 23:57:28 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1845-1870 3 .

ALWD 7th ed.
, , 1845-1870 3 .

Chicago 17th ed.
"," Hawaii - Kingdom of Kamehameha III-V, Regular Sessions : 3-76


AGLC 4th ed.
" Hawaii - Kingdom of Kamehameha III-V, Regular Sessions 3

OSCOLA 4th ed.
" 1845-1870 3          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# AN ACT

## TO PREVENT THE CARRYING OF DEADLY WEAPONS.

WHEREAS, the habit of carrying deadly weapons is dangerous to life and the public peace,

Therefore—

BE IT ENACTED *by the Nobles and Representatives of the Hawaiian Islands in Legislative Council assembled :*

SECTION 1. Any person not authorized by law, who shall carry, or be found armed with, any bowie-knife, sword-cane, pistol, air-gun, slung-shot or other deadly weapon, shall be liable to a fine of no more than Thirty, and no less than Ten Dollars, or in default of payment of such fine, to imprisonment at hard labor, for a term not exceeding two months and no less than fifteen days, upon conviction of such offense before any District Magistrate, unless good cause be shown for having such dangerous weapons ; and any such person may be immediately arrested without warrant by the Marshal or any Sheriff, Constable or other officer or person and be lodged in prison until he can be taken before such Magistrate.

SECTION 2. The following persons are hereby declared to be authorized to bear arms, viz :—All persons holding official, military or naval rank either under this government or that of any nation at peace with this Kingdom, when worn for legitimate purposes.

SECTION 3. This Act shall take effect and become a law on the day of its passage.

Approved this twenty-fifth day of May, A. D., 1852.

<div align="right">KAMEHAMEHA.</div>

KEONI ANA.

EXHIBIT 19



HEINONLINE

DATE DOWNLOADED: Mon Apr 24 11:23:43 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1854 73 .

ALWD 7th ed.
, , 1854 73 .

Chicago 17th ed.
"," Washington - 1st Session : 73-319


AGLC 4th ed.
" Washington - 1st Session 73

OSCOLA 4th ed.
" 1854 73          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

years, nor less than one year, and be fined in any sum not exceeding one thousand dollars.

Sec. 27.  Every person who shall perpetrate, or attempt to perpetrate, an assault, or an assault and battery, with intent to commit murder, manslaughter, mayhem, rape, robbery, burglary, or kidnapping, shall, on conviction thereof, be imprisoned in the penitentiary not more than fourteen years, nor less than one year ; or be imprisoned in the county jail not more than one year, or less than six months, and be fined in any sum not exceeding one thousand dollars.

Sec. 28.  Every person who shall assault and beat another with a cowhide or whip, having with him at the time a pistol, or other deadly weapon, shall on conviction thereof, be imprisoned in the county jail not more than one year, nor less than three months, and be fined in any sum not exceeding one thousand dollars.

Sec. 29.  Every person who in a rude, insolent, and angry manner, shall unlawfully touch, strike, beat, or wound another, shall be deemed guilty of an assault and battery, and upon conviction thereof, shall be fined in any sum not exceeding one thousand dollars, to which may be added imprisonment not exceeding six months in the county jail.

Sec. 30.  Every person who shall, in a rude, angry, or threatening manner, in a crowd of two or more persons, exhibit any pistol, bowie knife, or other dangerous weapon, shall on conviction thereof, be imprisoned in the county jail not exceeding one year, and be fined in any sum not exceeding five hundred dollars.

Sec. 31.  Every person who shall attempt to commit the crime of murder by drowning or strangling another person, or by any means not constituting an assault with intent to commit murder, shall on conviction thereof, be imprisoned in the penitentiary not more than ten years, nor less than one year.

Sec. 32.  Every person who shall violently and unlawfully deprive another of the use of any bodily member, or who shall unlawfully and wilfully, disable the tongue or eye, or bite the nose, ear or lip, of another, shall be deemed guilty of simple mayhem, and on conviction thereof, shall be imprisoned in the county jail not more than one year, nor less than one month, and be fined in any sum not exceeding two thousand dollars, or fined only.

Sec. 33.  Every person who shall unlawfully have carnal knowledge of a woman against her will, or of a female child under twelve years of age, shall be deemed guilty of a rape, and upon conviction thereof, shall be imprisoned in the penitentiary not more than thirty years, nor less than one year, and in prosecutions for such offence, proof of penetration shall be sufficient evidence of the commission thereof.

Digitized from Best Copy Available

EXHIBIT 20



DATE DOWNLOADED: Mon Apr 24 11:29:38 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1855 153 .

ALWD 7th ed.
, , 1855 153 .

Chicago 17th ed.
"," California - 6th Session : 153-154

AGLC 4th ed.
" California - 6th Session 153

OSCOLA 4th ed.
" 1855 153          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

shall have verdict, judgment and execution against the defendant Verdict. which shall appear to have been justly due and owing from the deceased to the plaintiff at the time of the commencement of such suit, any law, usage or custom to the contrary notwithstanding ; *provided*, also, that any conveyance of, or lien upon property, executed with Proviso. the intention of avoiding the provisions of this Act, shall be deemed and held null and void.

SEC. 3.  If any duel shall be fought contrary to the provisions of this Act, and either of the combatants shall be maimed or wounded, Charges the charges incurred by such maimed or wounded combatant, together incurred. with those for the support and maintenance of his family during his sickness, shall be regarded as debts to be recovered, as provided in section second of this Act.  And if the party shall die within one year of any wound received in any such duel or fight, the party sur- In case of viving shall pay to the heir or heirs of such deceased, the sum of ten death. thousand dollars, to be recovered as provided in section second, for the recovery of the debts of the deceased.

SEC. 4.  Any and every person who shall be present at the time of fighting any duel with deadly weapons, either as second, aid, sur- Witnesses. geon or spectator, or who shall advise or give assistance to such duel, shall be a competent witness against any person offending against any of the provisions of this Act, and may be compelled to appear and give evidence before any Justice of the Peace, Grand Jury or Court, in the same manner as other witnesses ; but the testimony so given shall not be used in any prosecution or proceeding, civil or criminal, against the person so testifying.

SEC. 5.  Sections forty-one and forty-two of an act entitled An Repeal. Act concerning Crimes and Punishments, passed April eighteenth, eighteen hundred and fifty, are hereby repealed.

------

# CHAPTER CXXVIII.

## AN ACT

*Supplementary to and explanatory of an Act entitled an Act to prohibit Lotteries, Raffles, Gift Enterprises and other Schemes of a like Character, passed April 10th, 1855.*

[Approved April 27, 1855.]

*The People of the State of California, represented in Senate and Assembly, do enact as follows :*

SECTION 1.  The Act entitled An Act to prohibit Lotteries, Raf- Hock Farm fles, Gift Enterprises and other Schemes of a like character, passed scheme. April tenth, eighteen hundred and fifty-five, shall not be construed or held to prohibit or render unlawful the scheme or plan now proposed and maturing for the distribution of the property known as " Hock

154                         LAWS OF THE STATE OF CALIFORNIA.

Farm," by sub-divisions, called the "Relief Fund of General John A. Sutter:" nor any lottery, raffle, gift enterprise or other schemes aforesaid, within the purview of said last mentioned Act, which was commenced and in part advanced before the passage thereof.

———————

# CHAPTER CXXIX.

## AN ACT

### Concerning Lawful Fences.

[Approved April 27, 1855.]

*The People of the State of California, represented in Senate and Assembly do enact as follows :*

**Lawful fences. Wire fence.** SECTION 1. Lawful fences are described as follows, viz.: First. Wire Fence shall be made of post, not less than twelve inches in circumference, set in the ground not less than eighteen inches, and not more than eight feet apart, with not less than three horizontal wires, each one-fourth of an inch in diameter—the first one shall be eighteen inches from the ground, the other two above this one, at intervals of one foot between each, all well stretched and securely fastened from one post to another, with one rail, slat, pole or plank, of suitable size and strength, securely fastened to the post not less than four a half feet from the ground. **Post and rail fence.** Second. Post and Rail Fence shall be made of post of the same size and at the same distance apart, and the same depth in the ground as above, with three rails, slats or planks, of suitable size and strength, the top one to be four feet and a half from the ground, the other two at equal distances between the first, and the ground all securely fastened to the post. **Picket fence.** Third. Picket Fence shall be the same height as above, made of pickets, each not less than six inches in circumference, not more than six inches apart, driven in the ground not less than ten inches, all well secured at the top by slats or caps. **Ditch and pole fence.** Fourth. Ditch and Pole Fence shall be made of a ditch not less than four feet wide on top, and three feet deep, embankment thrown upon the inside of the ditch, with substantial posts set in the embankment not more than eight feet apart, and a plank, pole, rail or slat securely fastened to said posts, at least five feet high from the bottom of the ditch. **Pole fence.** Fifth. Pole Fence shall be four and a half feet high, with stakes not less than three inches in diameter, set in the ground not less than eighteen inches, and where the stakes are placed seven feet apart, there shall be not less than six horizontal poles well secured to the stakes ; if the stakes are six feet apart, five poles ; if three or four feet, four poles ; if two feet apart, three poles, and the stakes need not be less than two inches in diameter ; if one foot apart, one pole, and stakes need not be more than two inches in

EXHIBIT 21



DATE DOWNLOADED: Wed Oct 11 16:15:05 2023
SOURCE: Content Downloaded from _HeinOnline_

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
William B. Webb. Laws of the Corporation of the City of Washington, Digested and
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils (1868).

ALWD 7th ed.
Webb, William B. Ls of the Corporation of the City of Washington, Digested &
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils (1868).

APA 7th ed.
Webb, W. (1868). Laws of the Corporation of the City of Washington, Digested and
Arranged, under Appropriate Heads in Accordance with Joint Resolution of the City
Councils. Washington, Printed by R.A. Waters.

Chicago 17th ed.
Webb William B. Laws of the Corporation of the City of Washington, Digested and
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils. Washington, Printed by R.A. Waters.

McGill Guide 9th ed.
William B. Webb, Ls of the Corporation of the City of Washington, Digested &
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils (Washington: Printed by R.A. Waters., 1868)

AGLC 4th ed.
William B. Webb, Laws of the Corporation of the City of Washington, Digested and
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils (Printed by R.A. Waters., 1868

MLA 9th ed.
Webb, William B. Laws of the Corporation of the City of Washington, Digested and
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils. Washington, Printed by R.A. Waters. HeinOnline.

OSCOLA 4th ed.
Webb, William B. Laws of the Corporation of the City of Washington, Digested and
Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City
Councils, Printed by R.A. Waters.        Please note: citations are
provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  _https://heinonline.org/HOL/License_

**418**                              WEAPONS, DANGEROUS.

Same, ¿8.    necessary, a clerk, whose pay shall be at the rate of ninety dollars per month while so employed, payable out of the Water Fund.

> NOTE.—By an ordinance approved August 19, 1859, or about that time, the Mayor was " authorized to purchase for the use of the Corporation, as a place of deposit and safe keeping for the materials used for the distribution of Potomac water throughout the city, the eastern half of lot 5, in square 382." This is the lot upon which the Central Guard House is erected; and in the same ordinance there is a provision for the erection of this building, with a room on its first floor for the Water Purveyor, in which to receive, inspect, and test materials, &c. There is no longer such an officer as the Water Purveyor, nor does the compiler of this Digest know to what extent either the Guard House or the pipe-yard are now used for the purposes of this ordinance; but it is thought proper to insert this information here in connection with the subject of the Potomac water.

———

## WEAPONS, (DANGEROUS.)

Unlawful to carry concealed weapons.

Act of Nov. 18, 1858,

Penalty.

1.    It shall not be lawful for any person or persons to carry or have concealed about their persons any deadly or dangerous weapons, such as dagger, pistol, bowie knife, dirk knife, or dirk, colt, slungshot, or brass or other metal knuckles within the City of Washington; and any person or persons who shall be duly convicted of so carrying or having concealed about their persons any such weapon shall forfeit and pay upon such conviction not less than twenty dollars nor more than fifty dollars; which fines shall be prosecuted and recovered in the same manner as other penalties and forfeitures accruing to the city are sued for and recovered: *Provided,* That the Police officers when on duty shall be exempt from such penalties and forfeitures.

EXHIBIT 22



HEINONLINE

DATE DOWNLOADED: Wed Apr 26 12:25:31 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1859 106 .

ALWD 7th ed.
, , 1859 106 .

Chicago 17th ed.
"," Washington - 7th Regular Session : 106-110

AGLC 4th ed.
'' Washington - 7th Regular Session 106

OSCOLA 4th ed.
'' 1859 106          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

weapon, shall, on conviction thereof, be imprisoned in the county jail not more than one year nor less than three months, and be fined in any sum not exceeding one thousand dollars.

SEC. 29.   Every person who in a rude, insolent and angry manner, shall unlawfully touch, strike, beat or wound another, shall be deemed guilty of an assault and battery, and upon conviction thereof, shall be fined in any sum not exceeding one thousand dollars, to which may be added imprisonment not exceeding six months in the county jail.

SEC. 30.   Every person who shall, in a rude, angry or threatening manner, in a crowd of two or more persons, exhibit any pistol, bowie knife or other dangerous weapon, shall, on conviction thereof, be imprisoned in the county jail not exceeding one year, and be fined in any sum not exceeding five hundred dollars.

SEC. 31.   Every person who shall attempt to commit the crime of murder by drowning or strangling another person, or by any means not constituting an assault with intent to commit murder, shall, on conviction thereof, be imprisoned in the penitentiary not more than ten years nor less than one year.

SEC. 32.   Every person who shall violently and unlawfully deprive another of the use of any bodily member, or who shall unlawfully and wilfully disable the tongue or eye, or bite the nose, ear or lip of another, shall be deemed guilty of simple mayhem, and, on conviction thereof, shall be imprisoned in the county jail not more than one year nor less than one month, and be fined in any sum not exceeding two thousand dollars, or fined only.

SEC. 33.   Every person who shall unlawfully have carnal knowledge of a woman against her will, or of a female child under twelve years of age, shall be deemed guilty of a rape, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than thirty years nor less than one year, and in prosecutions for such offense, proof of penetration shall be sufficient evidence of the commission thereof.

SEC. 34.   Every person who shall forcibly and feloniously take from the person of another any article of value, by violence or putting in fear, shall be deemed guilty of robbery, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years nor less than two years, and be fined in any sum not exceeding one thousand dollars.

SEC. 35.   Every person who shall steal and take, or forcibly and unlawfully arrest any person, and convey such person to parts without the territory of Washington, or aid or abet therein, or who shall forcibly and unlawfully take or assist, or aid or abet, in forcibly and unlawfully taking or arresting any person, with intent to take such person to parts without

EXHIBIT 23

ı

## AMENDMENTS.

AN ACT to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the Territory.

SECTION 1. That any person in this Territory, having, carrying or procuring from another person, any dirk, dirk knife, bowie knife, pistol, gun or other deadly weapon, who shall, in the presence of two or more persons, draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self-defense, or who shall, in any manner, unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof in any criminal court in any county of this Territory, shall be fined in any sum not less than one hundred nor more than five hundred dollars, or imprisonment in the county jail not less than one nor more than six months, in the discretion of the court, or both such fine and imprisonment, together with the cost of prosecution.

SEC. 2. That any person or persons having or carrying any pistol or gun who shall, in the public streets or highways, discharge the same indiscriminately, thereby disturbing the peace and quiet, and endangering the lives of the inhabitants of any town or neighborhood in this Territory, such person or persons, upon conviction thereof, before any justice of the peace in the county where such offense may be committed, shall be fined in any sum not less than ten nor more than fifty dollars, and imprisonment in the county jail not less than two nor more than ten days, in the discretion of the justice of the peace, together with the cost of prosecution.

SEC. 3. It shall be the duty of all sheriffs, deputy sheriffs, constables and all peace officers and private citizens to see that the provisions of section second of this act are enforced, by informing on all persons violating its provisions, by having them arrested and brought before the proper officer for trial and punishment.

SEC. 4. It is hereby made the duty of all civil and peace officers in this Territory to be diligent in carrying into effect the provisions of section one of this act, as well also as all grand juries or grand jurors, to inquire into and make presentment of each and every offense against the provisions of said section one of this act which shall come within their knowledge. And it is also made the duty of all judges in this Territory to give said section one in charge of the grand juries at each term of their respective courts.

SEC. 5. This act shall take effect and be in force from and after its passage.

APPROVED September 30, 1867.

Digitized by Google

EXHIBIT 24





DATE DOWNLOADED: Mon May  8 19:30:58 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Wade; Wood Keyes, Fern M.; Roquemore, John D. Code of Alabama 1876 (1877).

ALWD 7th ed.
Keyes, Wade; Wood, Fern M.; Roquemore, John D. Code of Alabama 1876 (1877).

APA 7th ed.
Keyes, W. (1877). Code of Alabama 1876. Montgomery, Barrett & Brown, printers for the
State.

Chicago 17th ed.
Keyes Wade; Wood, Fern M.; Roquemore, John D. Code of Alabama 1876. Montgomery,
Barrett & Brown, printers for the State.

McGill Guide 9th ed.
Wade; Wood Keyes, Fern M.; Roquemore, John D., Code of Alabama 1876 (Montgomery:
Barrett & Brown, printers for the State., 1877)

AGLC 4th ed.
Wade; Wood Keyes, Fern M.; Roquemore, John D., Code of Alabama 1876 (Barrett & Brown,
printers for the State., 1877

MLA 9th ed.
Keyes, Wade, et al. Code of Alabama 1876. Montgomery, Barrett & Brown, printers for
the State. HeinOnline.

OSCOLA 4th ed.
Keyes, Wade; Wood, Fern M.; Roquemore, John D. Code of Alabama 1876. Montgomery,
Barrett & Brown, printers for the State.          Please note: citations are
provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

THE

# CODE OF ALABAMA.

## 1876.

PREPARED BY

WADE KEYES AND FERN. M. WOOD;

—AND—

JOHN D. ROQUEMORE, Successor to Fern. M. Wood.

'ITH REFERENCES TO THE DECISIONS OF THE SUPREME COURT OF THE STATE
UPON THE CONSTRUCTION OF THE STATUTES; AND IN WHICH THE
GENERAL AND PERMANENT ACTS OF THE SESSION OF
1876-7 HAVE BEEN INCORPORATED.

MONTGOMERY, ALA.:
BARRETT & BROWN, PRINTERS FOR THE STATE.
1877.

§ 4110. *Carrying, concealed, brass knuckles and slung-shots.*—b Any b April 8, 1873,
person who carries, concealed about his person, brass knuckles, p. 130.
slung-shot, or other weapon of like kind or description, shall, on
conviction thereof, be fined not less than twenty, nor more than
two hundred dollars, and may also, at the discretion of the court
trying the case, be imprisoned in the county jail, or sentenced to
hard labor for the county, for a term not exceeding six months.

§ 4111. *Carrying rifle or shot-gun walking canes.*—c Any person c Aug. 5, 1868,
who shall carry a rifle or shot-gun walking cane, shall, upon con- p. 11.
viction, be fined not less than five hundred dollars, nor more than
one thousand dollars, and be imprisoned in the penitentiary not
less than two years.

---

# CHAPTER 4.

### OFFENSES AGAINST PUBLIC JUSTICE, AND OFFICIAL DUTY.

§ 4112 (3557). *Perjury on trial for felony.*—Any person who, will-
fully and corruptly, swears or affirms falsely, in regard to any ma-
terial matter or thing, on the trial of any person under an indict-
ment for felony, must, on conviction, be imprisoned in the peniten-
tiary, or sentenced to hard labor for the county, for not less than
three, nor more than twenty years.(1)

§ 4113 (3558). *Perjury in other cases.*—Any person who, willfully
and corruptly, swears or affirms falsely, in regard to any material
matter or thing, upon any oath or affirmation authorized by law,
(except on the trial of any person under an indictment for a fel-
ony,) must, on conviction, be imprisoned in the penitentiary, or
sentenced to hard labor for the county, for not less than two, nor
more than five years.(1)

§ 4114 (3559). *Subornation of perjury.*—Any person who cor-
ruptly procures another to commit the crime of perjury, as defined
in the last two preceding sections, must be punished in the same
manner and degree that the person suborned was liable to be pun-
ished.

§ 4115. *Perjury by retailer.*—a Any person who, having taken the a March 7, 1876,
oath required by section 1545 of this Code, to obtain a license to p. 227, sec. 3.
sell vinous or spirituous liquors, shall violate the same, shall be
deemed guilty of perjury, and, on conviction, must be punished as
prescribed in the second preceding section.

§ 4116 (3560). *Bribery of executive, legislative or judicial officer.*—
Any person who corruptly offers, promises or gives to any execu-
tive, legislative or judicial officer, after his election or appointment,
either before or after he has been qualified, any gift, gratuity or
thing of value, with intent to influence his act, vote, opinion, deci-
sion or judgment, on any cause, matter or proceeding which may
be then pending, or which may be by law brought before him in

---

1. To constitute perjury in swearing as to belief, it must appear that defendant
knew to contrary of what he swore.—3 Ala. 602.  False affidavit to petition for *habeas
corpus*, and for writ of attachment; advice of attorney competent to show want of
corruption.—44 Ib 17, 81.  Form of indictment in Code for perjury, sufficient.—47
Ib. 47.  In perjury for false swearing in a case, record of case must be produced;
when secondary evidence allowable.—6 Ib. 324.

EXHIBIT 25



DATE DOWNLOADED: Mon May  8 19:10:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James F. McClellan, Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive (1881).

ALWD 7th ed.
McClellan, James F., Compiler. Digest of the Ls of the State of Florida, from the
Year One Thous& Eight Hundred & Twenty-Two, to the Eleventh Day of March, One Thous&
Eight Hundred & Eighty-One Inclusive (1881).

APA 7th ed.
McClellan, J. (1881). Digest of the Laws of the State of Florida, from the Year One
Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand
Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the Floridian
Book and job Office.

Chicago 17th ed.
McClellan James F., Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the
Floridian Book and job Office.

McGill Guide 9th ed.
James F. McClellan, Compiler, Digest of the Ls of the State of Florida, from the Year
One Thous& Eight Hundred & Twenty-Two, to the Eleventh Day of March, One Thous& Eight
Hundred & Eighty-One Inclusive (Tallahassee, Fla: Printed at the Floridian Book and
job Office., 1881)

AGLC 4th ed.
James F. McClellan, Compiler, Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive (Printed at the Floridian Book and
job Office., 1881

MLA 9th ed.
McClellan, James F., Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the
Floridian Book and job Office. HeinOnline.

OSCOLA 4th ed.
McClellan, James F., Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the
Floridian Book and job Office.          Please note: citations are provided as a

# DIGEST

## OF THE

# LAWS OF THE STATE OF FLORIDA,

## FROM THE YEAR

## ONE THOUSAND EIGHT HUNDRED AND TWENTY-TWO.

### TO THE

## ELEVENTH DAY OF MARCH, ONE THOUSAND EIGHT HUN-DRED AND EIGHTY-ONE, INCLUSIVE.

COMPILED BY

JAMES F. McCLELLAN,

OF THE MARIANNA BAR.

TALLAHASSEE, FLA.:

PRINTED AT THE FLORIDIAN BOOK AND JOB OFFICE.

1881.

struction or injury, and to procure the conviction of the offenders.  (d)

SEC. 10. A city or town, which pays any sum under the provisions of the preceding section, may recover the same against any or all of the persons who destroyed or injured such property.  (d) *May recover of rioters.*

SEC. 11. Whoever, whenever arrested upon a warrant of a magistrate issued against him for an alleged offence against the laws of this State, and whoever when arrested by a sheriff, deputy sheriff, constable, police officer, or watchman, while committing a criminal offence against the laws of this State, or a breach or disturbance of the public peace, is armed with, or has on his person, slung shot, metallic knuckles, billies or other dangerous weapon, shall be punished by fine not exceeding fifty dollars, and by imprisonment in the county jail not exceeding one year.  (d) *Persons engaged in breach of the peace, having weapons*

SEC. 12. Whoever manufactures, or causes to be manufactured, or sells, or exposes for sale, any instrument or weapon of the kind usually known as slung shot, or metallic knuckles, shall be punished by fine not less than fifty dollars, or by imprisonment in the county jail not exceeding six months.  (d) *Sellers of slung-shot.*

SEC. 13. Whoever shall carry arms of any kind whatever, secretly, on or about their person, or whoever shall have about or on their person any dirk, pistol or other arm or weapon, except a common pocket-knife, upon conviction thereof shall be fined in a sum not exceeding one hundred dollars, or imprisoned in the county jail not exceeding six months.  (d) *Carrying secret arms.*  *12 Fla., 135.*

SEC. 14. Any person convicted of the publication of a libel shall be punished by imprisonment in the county jail not exceeding one year, or by fine not exceeding one thousand dollars, or by both such fine and imprisonment.  (d) *Libel.*

———

# CHAPTER 71.

CRIMES—MISDEMEANORS—OFFENCES AGAINST PUBLIC POLICY.

1. Penalties for lotteries.

2. Penalties for owner of building to allow lotteries to be sold therein, or to let money be won by throwing dice.

3. Penalty for selling lottery tickets.

4. Penalty for second offence.

5. All lottery prizes to be forfeited.

6. Penalty for keeping gaming houses and tables.

7. Penalty for telegraph operators to disclose messages.

8. Penalty for unfair practice in sale of land.

9. Penalty for selling by false weights.

10. Common cheat defined, and penalty for being.

(d) Secs. 8, 9, 10, 11, 14 and 15, Snb-Chap. 7, Chap. 1637, Act of Aug. 6, 1868.

EXHIBIT 26

family, shall be deemed a vagrant, and, upon conviction thereof, may be fined in any sum not exceeding five hundred dollars, or by imprisonment in the county jail not exceeding one year.

**County commissioners to regulate working of vagrants.**

SEC. 281. The board of county commissioners shall make such regulations for the working of vagrants as will keep them as nearly as possible in constant employment.

**Carrying deadly weapon.**

SEC. 282. Any person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the government of the United States, who shall be found within the limits of this state, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor, and upon conviction, shall be fined in a sum not exceeding one hundred dollars, or by imprisonment in the county jail not exceeding three months, or both, at the discretion of the court.

----

## ARTICLE X.

### *General provisions.*

§ 283. Attempting to commit offenses.
284. Person shall not be convicted, when.
285. Stealing in another state and bringing stolen articles into this state.
286. Defendant may plead former conviction or acquittal.
287. Principals in the second degree and accessories before the fact.
288. Accessories after the fact.
289. Committing second offense.
290. Convicts in other states liable to punishment for second conviction.
291. Imprisonment may be for lifetime, when; never less than one year.
292. No fine to be imposed when prisoner is sentenced to confinement and hard labor.
293. Punishment limited.
294. Misdemeanor, how punished when no other punishment is provided.
295. Fine may be imposed, when.
296. Acquittal a bar to prosecution for the same offense, and every degree thereof.
297. When defendant may be tried again.
298. Acquittal may be pleaded in bar, when.

§ 299. Person under sixteen years of age convicted of felony.
300. Civil rights suspended during imprisonment.
301. Convict under protection of the law.
302. Conviction shall not work corruption of blood, or forfeiture.
303. Person convicted of felony shall be disqualified from holding office, &c.
304. How disabilities may be removed.
305. Convict within the age of sixteen years shall have civil rights restored, in what case.
306. Civil action not merged in a felony.
307. Fines, penalties, &c., recovered by indictment.
308. Jurisdiction of district courts.
309. The term "infamous crime," how construed.
310. The terms "crime," "offense" and "criminal offense."
311. The term "personal property."
312. The terms "real property," or "real estate," include what.
313. The term "property" includes what.
314. The term "person," how construed.
315. What shall be sufficient intent.

**Attempting to commit offenses.**

SEC. 283. Every person who shall attempt to commit an offense prohibited by law, and in such attempt shall do any act toward the commission of such offense, but shall

EXHIBIT 27

DATE DOWNLOADED: Mon May 15 12:52:05 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1849-1850 229 .

ALWD 7th ed.
, , 1849-1850 229 .

Chicago 17th ed.
"," California - 1st Session : 229-247


AGLC 4th ed.
" California - 1st Session 229

OSCOLA 4th ed.
" 1849-1850 229          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Libel defined, and punishment therefor.**

§ 120. A libel is a malicious defamation, expressed either by printing or by signs or pictures or the like, tending to blacken the memory of one who is dead, or to impeach the honesty, integrity, virtue, or reputation, or publish the natural defects of one who is alive, and thereby to expose him or her to public hatred, contempt, or ridicule: every person, whether the writer or the publisher, convicted of the offence, shall be fined in a sum not exceeding five thousand dollars, or imprisonment in the county jail not exceeding one year. In all prosecutions for libel, the truth may be given in evidence to the

**Truth of libel may be given in evidence.**

jury, and if it shall appear to the jury that the matter charged as libellous is true, and was published with good motives, and for justifiable ends, the party shall be acquitted, and the jury shall have the right to determine the law and the fact.

## ELEVENTH DIVISION.

### OFFENCES AGAINST PUBLIC MORALITY, HEALTH, AND POLICE.

**Bigamy defined, and punishment therefor prescribed.**

§ 121. Bigamy consists in the having of two wives or two husbands at one and the same time, knowing that the former husband or wife is still alive. If any person or persons within this State, being married, or who shall hereafter marry, do at any time marry any person or persons, the former husband or wife being alive, the person so offending shall, on conviction thereof, be punished by fine not exceeding one thousand dollars, and be imprisoned in the County Jail not more than two years. It shall not be necessary to prove either of the said marriages by the register or certificate thereof, or other record evidence, but the same may be proved by such evidence as is admissible to prove a marriage in other cases, and when such second marriage shall have taken place without this State, cohabitation in this State, after such

**To what cases not to apply.**

second marriage, shall be deemed the commission of the crime of bigamy. Nothing herein contained shall extend to any person or persons whose husband or wife shall have been continually absent from such person or persons for the space of five years together, prior to the said second marriage, and he or she not knowing such husband or wife to be living within that time. Also, nothing herein contained shall extend to any person that is, or shall be at the time of such second marriage, divorced by lawful authority from the bonds of such former marriage, or to any person where the former marriage hath been, by lawful authority, declared void.

**Knowingly marrying a married person.**

§ 122. If any man or woman, being unmarried, shall knowingly marry the husband or wife of another, such man or woman shall, on conviction, be fined not less than one thousand dollars, or imprisoned in the County Jail not more than two years.

**Incestuous marriage or adultery.**

§ 123. Persons being within the degrees of consanguinity, within which marriages are declared by law to be incestuous and void, who shall intermarry with each other, or who shall commit fornication or adultery with each other, shall, on conviction, be punished by imprisonment in the State Prison not exceeding ten years.

**Obstructing or injuring public highway or navigable stream.**

§ 124. If any person shall obstruct or injure, or cause or procure to be obstructed or injured, any public road or highway, or common street or alley of any city, town, or village, or any public bridge or causeway, or public river or stream declared navigable by law, or shall continue such obstruction so as to render the same inconvenient or dangerous to pass, or shall erect or establish any offensive trade, manufacture, or business, or continue the same after it has been erected or established, or shall in any wise pollute or obstruct any water course, lake, pond, marsh, or common sewer, or continue such obstruction or pollution so as to render the same offensive or unwholesome to the county, city, town, village, or neighborhood thereabouts: every person so offending shall, upon conviction, be fined not exceeding one thousand dollars; and every such nuisance may, by order of the Court before whom the conviction may take place, or of the District Court, be removed and abated by the Sheriff of the County.

**Selling unwholesome provisions.**

§ 125. If any person or persons shall knowingly sell any flesh of any diseased animal, or other unwholesome provisions, or any poisonous or adulterated drink or liquors, every person so offending shall be fined not more than five hundred dollars, or imprisoned in the County Jail not more than six months.

§ 126. If any person shall intentionally deface, obliterate, tear down or destroy, in whole or in part, any copy or transcript, or extract from or of any law of the United States, or of this State, or any proclamation, advertisement, or notification, set up at any place in this State by authority of any law of the United States or of this State, or by order of any Court, such person, on conviction, shall be fined not more than one hundred dollars nor less than twenty dollars, or be imprisoned in the County Jail not more than one month : *Provided*, that this section shall not extend to defacing, tearing down, obliterating, or destroying any law, proclamation, publication, notification, advertisement, or order, after the time for which the same was by law to remain set up shall have expired. *Defacing or tearing down any proclamation, &c.*

§ 127. If any person shall be found having upon him or her any picklock, crow, key, bitt, or other instrument or tool, with intent feloniously to break and enter into any dwelling house, store, shop, warehouse, or other building containing valuable property, or shall be found in any of the aforesaid buildings with intent to steal any money, goods, and chattels, every person so offending shall, on conviction thereof, be imprisoned in the County Jail not more than two years ; and if any person shall have upon him any pistol, gun, knife, dirk, bludgeon, or other offensive weapon, with intent to assault any person, every such person, on conviction, shall be fined not more than one hundred dollars or imprisoned in the County Jail not more than three months. *Having possession of any instrument with intent to commit a burglary, &c.*

§ 128. Every male person above eighteen years of age who shall neglect or refuse to join the *posse comitatus* or power of the county, by neglecting or refusing to aid and assist in taking or arresting any person or persons against whom there may be issued any process, or by neglecting to aid and assist in retaking any person or persons who, after being arrested or confined, may have escaped from such arrest or imprisonment, or by neglecting or refusing to aid and assist in preventing any breach of the peace, or the commission of any criminal offence, being thereto lawfully required by any Sheriff, Deputy Sheriff, Coroner, Constable, Judge, or Justice of the Peace, or other officer concerned in the administration of justice, shall, upon conviction, be fined in any sum not less than fifty nor more than one thousand dollars. *Refusing to join the posse comitatus, &c.*

## TWELFTH DIVISION.

### OFFENCES COMMITTED BY CHEATS, SWINDLERS, AND OTHER FRAUDULENT PERSONS.

§ 129. All and every person who shall be a party to any fraudulent conveyance of any lands, tenements or hereditaments, goods or chattels, or any right or interest issuing out of the same, or to any bond, suit, judgment or execution, contract or conveyance had, made, or contrived with intent to deceive and defraud others, or to defeat, hinder, or delay creditors or others of their just debts, damages, or demands ; or who, being parties as aforesaid, at any time shall wittingly and willingly put in, use, avow, maintain, justify, or defend the same or any of them as true and done, had or made in good faith, or upon good consideration, or shall alien, assign, or sell any of the lands, tenements, hereditaments, goods, chattels, or other things before mentioned, to him, her, or them conveyed as aforesaid, or any part thereof, he, she, or they so offending shall, on conviction, be fined in any sum not exceeding one thousand dollars. *Fraudulent conveyances to hinder or defraud creditors.*

§ 130. If any person, by false representations of his own wealth or mercantile correspondence and connexions, shall obtain a credit thereby, and defraud any person or persons of money, goods, chattels, or any valuable thing ; or if any person shall cause or procure others to report falsely of his wealth or mercantile character, and by thus imposing upon any person or persons obtain credit and thereby fraudulently get into the possession of goods, wares, or merchandise, or other valuable thing, every such offender shall be deemed a swindler, and on conviction, shall be sentenced to return the property so fraudulently obtained, if it can be done, and shall be fined not exceeding one thousand dollars and imprisoned in the County Jail not more than six months. *Obtaining credit or defrauding by false representations.*

§ 131. If any person or persons shall knowingly and designedly, by any false pretence or pretences, obtain from any other person or persons any chose in action, money, goods, wares, chattels, effects, or other valuable thing, with intent to cheat or defraud any such person or persons of the same, every person *Obtaining money or goods, &c., by false pretences.*

EXHIBIT 28



DATE DOWNLOADED: Sun Apr 23 23:29:37 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
S. Garfielde, Compiler; Snyder, F. A., Compiler. Compiled Laws of the State of California: Containing All the Acts of Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53 (1853).

ALWD 7th ed.
Garfielde, S., Compiler; Snyder, F. A., Compiler. Compiled Ls of the State of California: Containing All the Acts of Legislature of a Public & General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53 (1853).

APA 7th ed.
Garfielde, S. (1853). Compiled Laws of the State of California: Containing All the Acts of Legislature of Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S. Garfielde.

Chicago 17th ed.
Garfielde S., Compiler; Snyder, F. A., Compiler. Compiled Laws of the State of California: Containing All the Acts of Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S. Garfielde.

McGill Guide 9th ed.
S. Garfielde, Compiler; Snyder, F. A., Compiler, Compiled Ls of the State of California: Containing All the Acts of Legislature of a Public & General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53 (Benicia: Published by S. Garfielde., 1853)

AGLC 4th ed.
S. Garfielde, Compiler; Snyder, F. A., Compiler, Compiled Laws of the State of California: Containing All the Acts of Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53 (Published by S. Garfielde., 1853

MLA 9th ed.
Garfielde, S., Compiler, and F. A. Snyder, Compiler. Compiled Laws of the State of California: Containing All the Acts of Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S. Garfielde. HeinOnline.

OSCOLA 4th ed.
Garfielde, S., Compiler; Snyder, F. A., Compiler. Compiled Laws of the State of California: Containing All the Acts of Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S. Garfielde.          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper

662                COMPILED LAWS OF CALIFORNIA.

*exertions to prevent duel.*

tion on the part of any two persons to fight with any deadly weapon or weapons, and such officer shall not use and exert his official authority to arrest the parties and prevent the duel, every such officer shall be fined in a sum not exceeding one thousand dollars.

*Libel defined, and punishment therefor.*

SEC. 120. A libel is a malicious defamation, expressed either by printing or by signs or pictures or the like, tending to blacken the memory of one who is dead, or to impeach the honesty, integrity, virtue, or reputation, or publish the natural defects of one who is alive, and thereby to expose him or her to public hatred, contempt, or ridicule: every person, whether the writer or publisher, convicted of the offence, shall be fined in a sum not exceeding five thousand dollars, or imprisonment in the county jail not exceeding one year.  In all

*Truth of libel may be given in evidence.*

prosecutions for libel, the truth may be given in evidence to the jury, and if it shall appear to the jury that the matter charged as libellous is true, and was published with good motives, and for justifiable ends, the party shall be acquitted, and the jury shall have the right to determine the law and the fact.


### ELEVENTH DIVISION.

#### OFFENCES AGAINST PUBLIC MORALITY, HEALTH, AND POLICE.

*Bigamy defined, and punishment therefor prescribed.*

SECTION 121. Bigamy consists in the having of two wives or two husbands at one and the same time, knowing that the former husband or wife is still alive.  If any person or persons within this state, being married, or who shall hereafter marry, do at any time marry any person or persons, the former husband or wife being alive, the person so offending shall, on conviction thereof, be punished by fine not exceeding one thousand dollars, and be imprisoned in the county jail not more than two years.  It shall not be necessary to prove either of the said marriages by the register or certificate thereof, or other record evidence, but the same may be proved by such evidence as is admissible to prove a marriage in other cases, and when such second marriage shall have taken place without this state, cohabitation in this state, after such second marriage, shall be deemed the commission of

*To what cases not to apply.*

the crime of bigamy.  Nothing herein contained shall extend to any person or persons whose husband or wife shall have been continually absent from such person or persons for the space of five years together, prior to the said second marriage, and he or she not knowing such husband or wife to be living within that time.  Also, nothing herein contained shall extend to any person that is, or shall be at the time of such second marriage, divorced by lawful authority from the bonds of such former marriage, or to any person where the former marriage hath been, by lawful authority, declared void.

Sec. 122. If any man or woman, being unmarried, shall knowing- Knowingly marrying a married person. ly marry the husband or wife of another, such man or woman shall, on conviction, be fined not less than one thousand dollars, or imprisoned in the county jail not more than two years.

Sec. 123. Persons being within the degrees of consanguinity, Incestuous marriage or adultery. within which marriages are declared by law to be incestuous and void, who shall intermarry with each other, or who shall commit fornication or adultery with each other, shall, on conviction, be punished by imprisonment in the state prison not exceeding ten years.

Sec. 124. If any person shall obstruct or injure, or cause or pro- Obstructing or injuring public highway or navigable stream. cure to be obstructed or injured, any public road or highway, or common street or alley of any city, town, or village, or any public bridge or causeway, or public river or stream declared navigable by law, or shall continue such obstruction so as to render the same inconvenient or dangerous to pass, or shall erect or establish any offensive trade, manufacture, or business, or continue the same after it has been erected or established, or shall in any wise pollute or obstruct any water course, lake, pond, marsh, or common sewer, or continue such obstruction or pollution so as to render the same offensive or unwholesome to the county, city, town, village, or neighborhood thereabouts : every person so offending shall, upon conviction, be fined not exceeding one thousand dollars ; and every such nuisance may, by order of the court before whom the conviction may take place, or of the district court, be removed and abated by the sheriff of the county.

Sec. 125. If any person or persons shall knowingly sell any flesh Selling unwholesome provisions. of any diseased animal, or other unwholesome provisions, or any poisonous or adulterated drink or liquors, every person so offending shall be fined not more than five hundred dollars, or imprisoned in the county jail not more than six months.

Sec. 126. If any person shall intentionally deface, obliterate, tear Defacing or tearing down any proclamation, etc. down or destroy, in whole or in part, any copy or transcript, or extract from or of any law of the United States, or of this state, or any proclamation, advertisement, or notification, set up at any place in this state by authority of any law of the United States or of this state, or by order of any court, such person, on conviction, shall be fined not more than one hundred dollars nor less than twenty dollars, or be imprisoned in the county jail not more than one month: Provided, that this section shall not extend to defacing, tearing down, obliterating or destroying any law, proclamation, publication, notification, advertisement, or order, after the time for which the same was by law to remain set up, shall have expired.

Sec. 127. If any person shall be found having upon him or her any Having posses

664 COMPILED LAWS OF CALIFORNIA.

sion of any
instrument with
intent to commit
a burglary, etc.

picklock, crow, key, bitt, or other instrument or tool, with intent felo-
niously to break and enter into any dwelling house, store, shop,
warehouse, or other building containing valuable property, or shall
be found in any of the aforesaid buildings with intent to steal any
money, goods, and chattels, every person so offending shall, on convic-
tion thereof, be imprisoned in the county jail not more than two years;
and if any person shall have upon him any pistol, gun, knife, dirk,
bludgeon, or other offensive weapon, with intent to assault any per-
son, every such person, on conviction, shall be fined not more than
one hundred dollars or imprisoned in the county jail not more than
three months.

Refusing to join
the *posse comit-
atus*, etc.

SEC. 128. Every male person above eighteen years of age who
shall neglect or refuse to join the *posse comitatus* or power of the
county, by neglecting or refusing to aid and assist in taking or ar-
resting any person or persons against whom there may be issued any
process, or by neglecting to aid and assist in retaking any person or
persons, who, after being arrested or confined, may have escaped from
such arrest or imprisonment, or by neglecting or refusing to aid and
assist in preventing any breach of the peace, or the commission of any
criminal offence, being thereto lawfully required by any sheriff, dep-
uty sheriff, coroner, constable, judge, or justice of the peace or other
officer concerned in the administration of justice, shall, upon convic-
tion, be fined in any sum not less than fifty nor more than one thou-
sand dollars.

TWELFTH DIVISION.

OFFENCES COMMITTED BY CHEATS, SWINDLERS, AND OTHER FRAUDULENT
PERSONS.

Fraudulent
conveyances to
hinder or
defraud creditors.

SECTION 129. All and every person who shall be a party to any
fraudulent conveyance of any lands, tenements or hereditaments,
goods or chattels, or any right or interest issuing out of the same, or
to any bond, suit, judgment or execution, contract or conveyance had,
made or contrived with intent to deceive and defraud others, or to
defeat, hinder, or delay creditors or others of their just debts, dam-
ages, or demands ; or who, being parties as aforesaid, at any time
shall wittingly and willingly put in, use, avow, maintain, justify, or
defend the same or any of them as true and done, had or made in
good faith, or upon good consideration, or shall alien, assign, or sell
any of the lands, tenements, hereditaments, goods, chattels, or other
things before mentioned, to him, her, or them conveyed as aforesaid,
or any part thereof, he, she, or they so offending shall, on conviction,
be fined in any sum not exceeding one thousand dollars.

EXHIBIT 29




DATE DOWNLOADED: Thu Apr 27 00:27:29 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Theodore H. Hittell. General Laws of the State of California, from 1850 to 1864,
Inclusive (4).

ALWD 7th ed.
Hittell, Theodore H. General Ls of the State of California, from 1850 to 1864,
Inclusive (4).

APA 7th ed.
Hittell, T. (4). General Laws of the State of California, from 1850 to 1864,
Inclusive. San Francisco, A. L. Bancroft and Co.

Chicago 17th ed.
Hittell Theodore H. General Laws of the State of California, from 1850 to 1864,
Inclusive. San Francisco, A. L. Bancroft and Co.

McGill Guide 9th ed.
Theodore H. Hittell, General Ls of the State of California, from 1850 to 1864,
Inclusive (San Francisco: A. L. Bancroft and Co., 4)

AGLC 4th ed.
Theodore H. Hittell, General Laws of the State of California, from 1850 to 1864,
Inclusive (A. L. Bancroft and Co., 4

MLA 9th ed.
Hittell, Theodore H. General Laws of the State of California, from 1850 to 1864,
Inclusive. San Francisco, A. L. Bancroft and Co. HeinOnline.

OSCOLA 4th ed.
Hittell, Theodore H. General Laws of the State of California, from 1850 to 1864,
Inclusive. San Francisco, A. L. Bancroft and Co.          Please note: citations
are provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

CONCEALED WEAPONS.

An Act to prohibit the carrying of concealed weapons.

Approved April 27, 1863, 748.

**1585.** SECTION 1. Every person not being peace-officer, provost-marshal, enrolling-officer, or officer acting under the laws of the United States in the department of the provost-marshal of this State, State and Federal assessors, collectors of taxes and licenses while in the performance of official duties, or traveler, who shall carry or wear any dirk, pistol, sword in cane, slungshot, or other dangerous or deadly weapon concealed, shall, upon conviction thereof before any court of competent jurisdiction, be deemed guilty of a misdemeanor, and shall be imprisoned in the county jail for not less than thirty nor more than ninety days, or fined in any sum not less than twenty nor more than two hundred dollars.(*) *Amendment, approved March* 1, 1864; 1863–4, 115; *took effect from passage.* — *Carrying weapons concealed, &c. Punishment.*

[A second section repeals all acts and parts of acts in conflict with the provisions of the above amendment.]

**1586.** SEC. 2. Such persons, and no others, shall be deemed travelers within the meaning of this act, as may be actually engaged in making a journey at the time. — *Travelers.*

An Act for the protection of growing timber on all possessory claims, and other private property, in certain counties in this State, and on or along public streets or highways and on public grounds, approved April 19, 1862, 307.

An Act to provide for the punishment of persons cutting timber upon or carrying the same, when cut down, from any of the swamp and overflowed, tide, or marsh, or school lands, belonging to this State, approved April 27, 1863, 739.

An Act to prevent the destruction of timber on the public lands of this State, approved March 2, 1864; 1863–4, 136.

See TREES AND TIMBER, post, 7221.

An Act to prevent the arming and equipping, within the jurisdiction of this State, of vessels for piratical or privateering purposes, and other treasonable conduct, approved April 25, 1863, 490.

See TRAITORS and TREASONABLE CONDUCT, post, 7148.

An Act to punish offenses against the peace of the State, approved April 27, 1863, 755.

See TRAITORS and TREASONABLE CONDUCT, post, 7152.

An Act to prevent the fraudulent conveyance or incumbrance of real estate by married women, approved April 27, 1863, 750.

See FRAUDULENT CONVEYANCES and CONTRACTS, post, 3171.

# Criminal Practice Act.

[An Act to regulate proceedings in criminal cases, passed April 20, 1850, 275, amended by act passed April 20, 1850, 382, and by act passed April 23, 1851, 407, was repealed by an Act to regulate proceedings in criminal cases, passed May 1, 1851, 212, given below.]

An Act concerning the costs of criminal actions removed before trial.

Passed April 29, 1851, 185.

**1587.** SECTION 1. In every case where a criminal action may have been or shall be removed before trial, the costs accruing upon such removal and trial shall be a charge against the county in which the indictment was or may be found. — *Costs on removal.*

**1588.** SEC. 2. The clerk of the county to which such action is or may be removed, shall certify the amount of said costs to the auditor of his county, who shall audit the same and issue his draft therefor upon the treasurer of the county from which such action was or may be removed. — *Draft on county whence removed.*

An Act to regulate proceedings in criminal cases,

Passed May 1, 1851, 212.

**1589.** SECTION 1. This act is divided into seven parts:

*First.* The first embraces general definitions and provisions.

*Second.* The second relates to the prevention of public offenses.

*Third.* The third relates to proceedings for the removal of public officers, by impeachment or otherwise.

*Fourth.* The fourth relates to proceedings in criminal actions prosecuted by indictment.

*Fifth.* The fifth relates to proceedings in justices', recorders', and mayors' courts.

*Sixth.* The sixth relates to special proceedings.

*Seventh.* The seventh relates to costs in criminal proceedings. — *Division of act.*

(*) The original section was the same as the amendment, omitting the officers mentioned between the words "peace officer" and "or traveler."

EXHIBIT 30

# William. M. Caswell, Revised Charter and Compiled Ordinances and Resolutions of the City of Los Angeles Page 85, Image 83 (1878) available at The Making of Modern Law: Primary Sources.

## Subject(s):

- Carrying Weapons (https://firearmslaw.duke.edu/subjects/carrying-weapons/)

## Jurisdiction(s):

- California (https://firearmslaw.duke.edu/jurisdictions/california/)

## Year(s):

1878

Ordinances of the City of Los Angeles, § 36. In future, no persons, except peace officers, and persons actually traveling, and immediately passing through Los Angeles city, shall wear or carry any dirk, pistol, sword in a cane, slung-shot, or other dangerous or deadly weapon, concealed or otherwise, within the corporate limits of said city, under a penalty of not more than one hundred dollars fine, and imprisonment at the discretion of the Mayor, not to exceed ten days. It is hereby made the duty of each police officer of this city, when any stranger shall come within said corporate limits wearing or carrying weapons, to, as soon as possible, give them information and warning of this ordinance; and in case they refuse or decline to obey such warning by depositing their weapons in a place of safety, to complain of them immediately.

EXHIBIT 31



# A

# DIGEST

## OF THE

# LAWS

### OF

# MISSOURI TERRITORY.

#### COMPRISING :

AN ELUCIDATION OF THE TITLE OF THE UNITED STATES TO LOUISIANA:—
CONSTITUTION OF THE UNITED STATES:—TREATY OF SESSION:—
ORGANIC LAWS:—LAWS OF MISSOURI TERRITORY,
(*alphabetically arranged*):—SPANISH REGULA-
TIONS FOR THE ALLOTMENT OF LANDS:—
LAWS OF THE UNITED STATES,
FOR ADJUSTING TITLES
TO LANDS, &c.

#### TO WHICH ARE ADDED,

## A variety of Forms, useful to Magistrates.

### By HENRY S. GEYER.

#### ST. LOUIS:

PRINTED FOR THE PUBLISHER, BY JOSEPH CHARLESS,

AT THE MISSOURI GAZETTE OFFICE.

::::::::::

## 1818.

UNIV. OF MICH. LAW LIBRARY

Digitized by Google

374                                    SLAVES.

Punished by stripes.

ten lashes on his or her bare back for every such offence. *ib. ib. ib.*

Not to keep gun &c.

Sec. 3. No slave or mulatto whatsoever, shall keep or carry a gun, powder, shot, club or other weapon whatsoever, offensive or defensive; but all and every gun weapon and ammunition found in the possession or custody of any negro or mulatto, may be seized by any person and upon due proof made before any justice of the peace of the district [county] where such seizure shall be, shall by his order be forfeited to the seizor, for his own use, and moreover, every such offender shall have and receive by order of such justice any number of lashes not exceeding thirty nine on his or her bare back well laid on for every such offence. *ib. p. 13–14. ib.*

Arms and ammunition may be seized.

Slave punished by stripes.

Free negro may carry one gun, &c.

And all negro's, &c. may carry guns in certain cases.

Sec. 4. Every free negro or mulatto, being a housekeeper may be permitted to keep one gun, powder and shot ; and all negroes or mulattoes bond or free, living at any frontier plantation, may be permitted to keep and use guns, powder shot and weapons, offensive and defensive, by license from a justice of the peace of the district [county] wherein such plantation lies, to be obtained upon the application of free negroes or mulattoes, or of the owners of such as are slaves. *L. L. T. pt.* 1. *p.* 14.

Riots, routs, &c.

Punished by stripes.

Sec. 5. All riots, routs unlawful assemblies and seditious speeches by a slave or slaves, shall be punished with stripes, at the discretion of a justice of the peace and he who will may apprehend and carry him, her or them before such justice. *ib. p.* 15. *ib.*

Meetings of slaves.

Persons permitting any slaves to remain, &c.

Or at any time not more than 5.

Sec. 6. To prevent the inconvenience arising from the meetings of slaves, if any master mistress or overseer of a family shall knowingly permit or suffer any slave not belonging to him or her, to be and remain on his or her plantation, above four hours at any one time, without leave of the owner or overseer of such slave, he or she so permitting shall forfeit and pay three dollars for every such offence and every owner or overseer of a plantation, who shall so permit or suffer more than five negroes or slaves, other than his or her own, to be and remain upon his or her plantation, or quarter at any other time, shall forfeit and pay one dollar for each negro or slave above that number, which said several forfeitures shall be to the informer, and be recoverable before any justice of the peace of the district [county,] with costs, where such offence shall be com-

Digitized by Google

EXHIBIT 32

any tenement in his possession or under his control, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than fifty nor more than five hundred dollars.

SEC. 7. Any person who shall, in this city, keep a bawdy-house, house of ill-fame or of assignation, or shall harbor, secrete, or permit any girl under the age of seventeen years to remain in such bawdy-house, house of ill-fame or of assignation, without immediately notifying the Chief of Police thereof, or who shall be known to be a frequenter of such house of assignation or house of ill-fame, or who shall be found an inmate of such house or houses, or shall knowingly permit any tenement in his possession or under his control to be used for any such purpose, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than one hundred dollars nor more than five hundred dollars. *Bawdy house, etc. Ibid, §6.*

SEC. 8. Any person who shall be guilty of sticking or putting up in any street, avenue or alley, or on any wall, fence or other public place in this city, any indecent or gross printed or written advertisement, bill or notice of his professional skill or remedies for the curing of vene-real, or what are usually called secret diseases, or caus-ing the same to be stuck or put up, or shall cause any such indecent or gross printed or written advertisement, either as a bill or circular, whether enclosed in an enve-lope or any other form, to be left in any yard or pre-mises attached to any dwelling house, or to be put under the door, or to be given to any servant or other person in or about such dwelling house, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than fifty nor more than one hundred dollars. *Indecent adver-tisements. Ibid, §7.*

SEC. 9. Hereafter it shall not be lawful for any per-son to wear under his clothes, or concealed about his person, any pistol, or revolver, colt, billy, slung shot, cross knuckles, or knuckles of lead, brass or other metal, bowie knife, razor, dirk knife, dirk, dagger, or any knife resembling a bowie knife, or any other dan-gerous or deadly weapon, within the City of St. Louis, *Concealed weap-ons. Ibid, §8.*

Digitized by Google

without written permission from the Mayor; and any person who shall violate this section shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than ten nor more than five hundred dollars for each and every offence.

Certain officers
may carry weap-
ons.
*Ibid.*, § 9.

SEC. 10. Nothing in the preceding section shall be so construed as to prevent any United States, State, county or city officer, or any member of the city government, from carrying or wearing such weapons as may be necessary in the proper discharge of his duties.

Disturbing peace
on Sunday.
*Ibid.*, § 10.

SEC. 11. Any person who shall, on Sunday, disturb the peace by any noisy, riotous or disorderly conduct, in any street or other public place, or in any place of public resort for amusement or other purposes, shall be deemed guilty of a misdemeanor, and upon conviction thereof, be fined not less than five nor more than fifty dollars.

Permitting dis-
turbance on
premises.
*Ibid.*, § 12.

SEC. 12. Any keeper of a dram-shop, beer house or other place of public resort, who shall permit any breach of the peace or disturbance of public order and decorum, by noisy, riotous and disorderly conduct on his premises, when it was in his power to prevent it, or who shall sell any intoxicating drink to any person already intoxicated, shall be deemed guilty of a misdemeanor, and upon conviction thereof, be fined not less than twenty-five nor more than two hundred and fifty dollars.

Employing
"beer-jerker."
*Ibid.*, § 13.

SEC. 13. Any keeper of a dram-shop, beer-house, or other place of public resort, who shall employ a lewd woman, or any woman having the reputation of a prostitute, as a carrier of beer or any other article, either in the day or night time, or to sing or dance in a lewd or indecent manner, or to permit any such lewd woman to act as bar tender in any such house or place, shall be deemed guilty of a misdemeanor, and upon conviction thereof be fined not less than fifty nor more than one hundred dollars.

Rag-pickers to
have permit.
*Ibid.*, § 14.

SEC. 14. No person shall, without first procuring a permit from the Police Commissioners, engage in picking or gathering rags, paper, metal or other articles, and such person shall wear a badge or number, and be

Digitized by Google

EXHIBIT 33

HEINONLINE

DATE DOWNLOADED: Fri Apr 28 13:48:24 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1866-1867 259 .

ALWD 7th ed.
, , 1866-1867 259 .

Chicago 17th ed.
"," Alabama - General Assembly, Regular Session : 259-296


AGLC 4th ed.
" Alabama - General Assembly, Regular Session 259

OSCOLA 4th ed.
" 1866-1867 259          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

All religious books kept by ministers of the gospel and colporteurs, for sale or gratuitous distribution, on hand at any one time, to an amount not exceeding in value five hundred dollars' worth in any one year.

All property of literary, scientific and benevolent institutions, actually used for the purposes for which said institutions were created, not exempting, however, any of such property when employed in any other than the regular business of such institutions.

Houses of religious worship, and their appurtenances.

Places and monuments of the dead, and implements of burial.

All tools and implements in actual use of any calling, occupation or trade, to the value of one hundred dollars.

All insane persons and their property, to the value of one thousand dollars.

All disabled or crippled persons, whose taxable property does not exceed five hundred dollars, from any poll tax.

All lands donated by acts of Congress to railroads in this State remaining unsold and uncultivated.

## CHAPTER II—*Subjects of Taxation.*

SEC. 2. *Be it further enacted,* That taxes are to be assessed by the assessor in each county on and from the following subjects, and at the following rates, to-wit:

Poll tax.

1. On every male inhabitant between the ages of eighteen and fifty, (except those persons between the ages of eighteen and twenty-one, the emoluments of whose labor go to parents or masters) the sum of two dollars; and to insure the payment of such tax, it shall be the duty of all partnerships, associations, corporations, officers or individuals to return to the assessor the number and names of persons in their employment on the first day of February of each year. as clerks, book-keepers, overseers, deputies, agents, workmen, journeymen, or laborers subject to such tax, which tax the assessor shall assess against such employer, by them to be deducted out of the hire, wages or salary of such employees as before enumerated; and upon the failure of any employer to make return of such employees when called upon by the assessor to do so, the assessor shall proceed to ascertain the number of such employees from the best sources of information practicable, and such employer so failing shall be held liable in double the amount of the tax.

Corporations, &c., give number of employees.

2. On all real estate, to be estimated at its market Real estate, value in money, according to the best judgment the as- 3-10 of 1 per cent. sessor can form by information, inspection or otherwise, taking into consideration its location, whether in town, city or the country, its proximity to local advantages, its quality of soil, growth of timber, mines, minerals, quarries, or coal beds, and the amount and character of improvements, three-tenths of one per cent. *ad valorem.*

3. On all mills, foundries, forges, mining establishments, quarries, lime or marble works, gin and carriage Articles taxed 3.10 of 1 per making shops, tanneries, and other manufacturing estab- cent. lishments.

On all wharves and wharf boats, toll bridges and ferries, turnpikes, and all passes, channels or canals, where tolls are charged.

On all stocks of goods, wares and merchandise on hand to be assessed upon not less than the largest amount on hand at any one time during the preceding year, and this shall include all merchandise kept on plantations for sale, or to be dealt out to laborers; *Provided,* That any goods, wares or merchandise offered for sale by any dealear or person, commencing business subsequent to the first day of January of the current tax year, shall become at once liable to the tax levied by this act, and. must be estimated upon the maximum amount thereof.

On all horses and mules not used strictly for agricultural purposes, except studs, jacks and race horses.

On all cattle on the excess over five head.

On all household furniture, on the excess over three hundred dollars.

On all libraries not exempted by law, on the excess over three hundred dollars.

On all clocks kept for use, and

On all other property, real, personal, or mixed, not otherwise specified and taxed herein, or exempted therefrom—and this shall not be construed to tax the crops produced upon lands within this State taxed under the second paragraph of this section, as real estate—three tenths of one per cent. *ad valorem; Provided,* No hogs, sheep, goats, or poultry, kept or raised for the use of any family, or work oxen, or animals used for agricultural purposes exclusively, and no farming tools and implements of husbandry necessary on the farm, shall be taxed by this act.

4. On all vehicles not exclusively used for agricultural purposes.

On all jewelry, plate and silver ware, ornaments and

Articles taxed ¼ of 1 per cent. articles of taste, pianos and other musical instruments, and paintings, except family portraits.

On all cotton presses and pickeries.

On all studs, jacks, and race horses.

On all gold and silver watches, and gold safety chains.

On all money hoarded, or kept on deposit subject to order, either in or out of the State, except funds held subject to draft in the prosecution of a regular exchange business, and except also money kept on hand to defray current family expenses, for a period not exceeding one year.

On all money loaned, and solvent credits bearing interest, from which credits the indebtedness of the tax payer shall be deducted, and the excess only shall be taxed.

On all money employed in buying or trading in paper, or in a regular exchange business, or invested in paper, whether by individuals or corporations, except where the money so employed or invested is otherwise taxed as capital.

On the capital stock, actually paid in, of all incorporated companies, created under any law of the State, whether general or special, (except railroads,) and not exempted by their charter from such tax. except any portion that may be invested in property and taxed otherwise as property, one half of one per cent. *ad valorem.*

5. On the gross amount of all sales at auction, made in or during the tax year preceding the assessment, ex-

Auction sales ¼ of 1 per cent. cept those made by or under the direction of executors, administrators, and guardians, as such, by order of court or under legal process, and under any deed, will, or mortgage, at the rate of one fourth of one per cent *ad valorem.*

6. On the gross amount of premiums, (after deducting

Premiums 1 per cent. threfrom all return premiums,) received from their business in this State during such tax year, by any insurance company not chartered by this State, and doing business herein by agents or otherwise, at the rate of one per cent.

7. On the gross amount of commissions or sums

Gross commissions, &c., 1 per cent. charged or received in or during such tax year, by any factor, commission merchant, or auctioneer, in buying, selling, or any other act done in the course of their business.

On the gross receipts, during such tax year, of all cotton pickeries, and from the storage of cotton, or other merchandise, or produce, at the rate of one per cent. *Cotton pickeries 1 per cent.*

8. On every pack, or part of a pack of playing cards, sold by wholesale, retail, or otherwise disposed of, during such tax year, fifty cents. *Playing cards 50 cents.*

9. On every legacy, where letters testamentary have not been taken out in this State, received by any person other than the child, adopted child, grandchild, brother, sister, father, mother, husband, or wife, and on all property given by deed or otherwise, to any such person, on the amount or value thereof, to be assessed to the beneficiary, guardian, trustee, or legal representative, at the rate of three per cent. *Bowie knives 3 per cent.*

10. On all pistols or revolvers in the possession of private persons not regular dealers holding them for sale, a tax of two dollars each, and on all bowie knives, or knives of the like description, held by persons not regular dealers, as aforesaid, a tax of three dollars each; and said tax shall be collected by the assessor when assessing the same, on which a special receipt shall be given to the tax payer therefor, showing that such tax has been paid for the year, and in default of such payment, when demanded by the assessor, said pistols, revolvers, bowie knives, or knives of like description, shall be seized by him, and unless redeemed by payment in ten days thereafter, with such tax, with an additional penalty of fifty per cent., the same shall be sold at public outcry before the court house door, after five days notice; and the overplus remaining, if any, after deducting the tax and penalty aforesaid, shall be paid over to the person from whom the said pistol, revolver, bowie knife, or knives of like description, were taken, and the net amount collected by him shall be paid over to the collector every month, from which, for each such assessment and collection, the assessor shall be entitled to fifty cents, and when the additional penalty is collected, he shall receive fifty per cent. additional thereto. *Pistols $2 00.* *Bowie knives.* *How collected.*

11. On all steamboats, vessels, and other water crafts plying in the navigable waters of the State, at the rate of one dollar per ton of the registered tonnage thereof, which shall be assessed and collected at the port where such vessels are registered, if practicable; otherwise, at any other port or landing within the State where such vessels may be; but this shall not include flat-bottom *Steamboats $1 00 per ton.*

# CERTIFICATE OF SERVICE

Case Name:   **Baird, Mark v. Rob Bonta**          No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on <u>October 13, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 13, 2023</u>, at Los Angeles, California.

| Lara Haddad | *Lara Haddad* |
|:---:|:---:|
| Declarant | Signature |