COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>Plaintiffs,<br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:19-CV-00617<br><br>**NOTICE OF MOTION TO APPEAR REMOTELY AT THE NOVEMBER 3, 2023 HEARING**<br><br>Date:    November 3, 2023<br>Time:    10:00 a.m.<br>Room:   3<br>Judge:   Hon. Kimberly J. Mueller |

    TO DEFENDANT ROB BONTA, in his official capacity as Attorney General for the State of California:

    PLEASE TAKE NOTICE that on November 3, 2023 at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3 on the 15th Floor of the United States District Court for the Eastern District of California, located at the Robert T. Matsui Federal Courthouse at 501 I Street, Sacramento, California 95814, Plaintiffs Mark Baird

and Richard Gallardo will and hereby do move under Local Rules 174 and 230 for permission to appear remotely at the hearing scheduled for Defendant's motion for summary judgment and Plaintiffs' cross-motion for summary judgment scheduled for November 3, 3023.

    This motion is based on the within Notice of Motion and accompanying Declaration of Amy L. Bellantoni.

    In accordance with this Court's standing order, counsel for Plaintiffs and the Attorney General conferred on October 13, 2023, Defendant's counsel does not oppose the request, but would prefer to appear in person on behalf of Defendant at the hearing.

Dated:  October 17, 2023

/s/ *Amy L. Bellantoni*
 Amy L. Bellantoni, Esq.
*Attorney for Plaintiffs*
*Pro Hac Vice*
abell@bellantoni-law.com