COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No. 2:19-CV-00617 <br><br> **DECLARATION OF AMY L. BELLANTONI IN SUPPORT OF PLAINTIFFS' MOTION TO APPEAR REMOTELY** <br><br> Date:    November 3, 2023 <br> Time:    10:00 a.m. <br> Room:   3 <br> Judge:   Hon. Kimberly J. Mueller |

**DECLARATION OF AMY L. BELLANTONI**

1.    I am an attorney with The Bellantoni Law Firm, PLLC, attorneys of record for Plaintiffs, Mark Baird and Richard Gallardo. I am admitted to practice law before the United States District Court for the Eastern District of California, *pro hac vice*. I am also admitted to practice law before the Southern, Eastern, Northern and Western District Courts of the State of New York, the District Court of the District of Columbia, the Second Circuit Court of Appeals, the Ninth Circuit

1

1  Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set
2  forth herein and, if called and sworn as a witness, I could and would testify competently thereto.

3      2.    The in-person hearing for Defendant's motion for summary judgment, and
4  Plaintiffs' cross-motion for summary judgment, is scheduled to take place before this Court on
5  November 3, 2023.

6      3.    Plaintiffs request that their counsel be permitted to appear via remote means for the
7  November 3, 2023 hearing or, in the alternative, that the in-person appearance be converted to a
8  remote appearance.

9      4.    There is good cause to allow Plaintiff's counsel to appear remotely. Plaintiff Mark
10 Baird, who has been present for each and every court proceeding in this litigation, will be unable
11 to appear in-person for the November 3, 2023 hearing due to a conflict with his work schedule. As
12 such, he will be unable to be present for the proceedings if they were to take place in-person.

13     5.    I am advised that on November 3, 3023, Mr. Baird will be physically located in a
14 tanker base in Louisiana. Mr. Baird will be able to view and attend the November 3, 2023 hearing
15 only if the hearing is conducted by remote means.

16     6.    On October 12, 2023, I contacted defense counsel Deputy Attorney General Lara
17 Haddad by email to meet and confer regarding the within motion. I followed up with Ms. Haddad
18 again on October 13, 2023.

19     7.    Ms. Haddad advises that the State does not oppose Plaintiffs' motion to appear
20 remotely, but that Ms. Haddad prefers to appear in person on behalf of Defendant.

21

22 I declare under penalty of perjury under the laws of the United States of America that the
23 foregoing is true and correct.

24

25 Dated: October 17, 2023                  /s/ *Amy L. Bellantoni*
                                                        Amy L. Bellantoni, Esq.
26                                                   *Attorney for Plaintiffs*
                                                  *Pro Hac Vice*
27                                                   abell@bellantoni-law.com

28

DECLARATION OF AMY L. BELLANTONI ISO MOTION TO APPEAR REMOTELY