COSCA LAW CORPORATION
CHRIS COSCA   SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010

AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
Telephone: 914-367-0090
Facsimile:  888-763-9761
*Pro Hac Vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>    Plaintiffs,<br>v.<br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No. 2:19-CV-00617<br><br>**ORDER (PROPOSED)**<br><br>Date:     November 3, 2023<br>Time:    10:00 a.m.<br>Room:   3<br>Judge:   Hon. Kimberly J. Mueller |

    GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the November 3, 2023 hearing on the parties' motions for summary judgment will be held by remote means.

    IT IS SO ORDERED.

Dated: October __, 2023

                                                                       _____
                                                                       HON. KIMBERLY J. MUELLER
                                                                       United States District Judge