# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Baird and Richard Gallardo, | No. 2:19-cv-00617-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Rob Bonta, et al., | |
| Defendants. | |

The request to appear remotely (ECF No. 99) is **denied**. *See* Chief Judge Kimberly J. Mueller Civil Standing Order ¶ 4.E.[1] ("The court strongly prefers in-person oral argument for civil law and motion practice; attorneys appearing in person are often better prepared, more professional and answer the court's questions more thoroughly without talking over others. Although virtual appearance is discouraged, the court will consider requests for virtual appearance if supported by a verified showing of hardship, such as health concerns or an unreasonable increase in litigation costs."). If plaintiff Mark Baird cannot attend in person, his counsel may contact the courtroom deputy to make arrangements for him to monitor the hearing by phone.

/////

---

[1] https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5020/civil-standing-order/

1

This order resolves ECF No. 99.

IT IS SO ORDERED.

DATED: October 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE