ROB BONTA, State Bar No. 202668
Attorney General of California
R. MATTHEW WISE, State Bar No. 238485
Supervising Deputy Attorney General
IRAM HASAN, State Bar No. 320802
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3793
 Fax:  (415) 703-5480
 E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAIRD AND RICHARD GALLARDO,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, AND DOES 1-10,<br><br>Defendant. | 2:19-cv-00617-KJM-AC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  The Honorable Kimberly J. Mueller<br>Action Filed: April 10, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Deputy Attorney General Iram Hasan appears on behalf of Defendant Rob Bonta in his official capacity as Attorney General of the State of California. Ms. Hasan's contact information is below:

Iram Hasan
Deputy Attorney General
State Bar No. 320802
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3793
Iram.Hasan@doj.ca.gov

Dated: December 22, 2023                    Respectfully submitted,

                                                             ROB BONTA
                                                             Attorney General of California
                                                             R. MATTHEW WISE
                                                             Supervising Deputy Attorney General

                                                             */s/ Iram Hasan*
                                                             IRAM HASAN
                                                             Deputy Attorney General
                                                             *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

SA2019101934
44004901.docx

## CERTIFICATE OF SERVICE

Case Name:   *Baird, Mark v. Rob Bonta*          Case No.   **2:19-cv-00617-KJM-AC**

I hereby certify that on December 22, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 22, 2023, at San Francisco, California.

K. Figueroa-Lee
Declarant                                   Signature

SA2019101934
43991065.docx