# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARK BAIRD, ET AL.,**

CASE NO: **2:19−CV−00617−KJM−AC**

v.

**ROB BONTA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/29/23**

**Keith Holland**
Clerk of Court

ENTERED: **December 29, 2023**

by: /s/ A. Benson
Deputy Clerk