UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**MARK BAIRD, ET AL.,**
     Plaintiff

  v.                                       **CASE NO. 2:19−CV−00617−KJM−AC**

**ROB BONTA,**
     Defendant

    You are hereby notified that a Notice of Appeal was filed on **January 24, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 25, 2024

                                **KEITH HOLLAND**
                                **CLERK OF COURT**

                      **by:** /s/ L. Mena−Sanchez
                          Deputy Clerk