UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:       CLERK, U.S. COURT OF APPEALS

FROM:    CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:19−CV−00617−KJM−AC** |
| USDC Judge: | **CHIEF DISTRICT JUDGE KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **MARK BAIRD vs. ROB BONTA** |
| Type: | **CIVIL** |
| Complaint Filed: | **9/27/2022** |
| Appealed Order/Judgment Filed: | **12/29/2023** |
| Court Reporter Information: | **Kimberly Bennett** |

FEE INFORMATION

                              **Fee Status: Paid on 1/24/2024 in the amount of $605.00**

Information prepared by: /s/ **L. Mena−Sanchez , Deputy Clerk**